HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

Joseph A. Reiter, State Bar No. 294976
jreiter@hueston.com
Michael K. Acquah, State Bar No. 313955
macquah@hueston.com
William M. Larsen, State Bar No. 314091
wlarsen@hueston.com
Julia L. Haines, State Bar No. 321607
jhaines@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

Attorneys for Plaintiffs Match Group, LLC;
Humor Rainbow, Inc.; PlentyofFish Media ULC;
and People Media, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATCH GROUP, LLC, a Delaware corporation; HUMOR RAINBOW, INC., a New York corporation; PLENTYOFFISH MEDIA ULC, a Canadian corporation; and PEOPLE MEDIA, INC, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.,<br><br>Defendants. | Case No. 3:22-cv-02746<br><br>**PLAINTIFF MATCH GROUP, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL CIVIL RULE 3-15** |

PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES

6161397

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Plaintiff Match Group, LLC, discloses the following information for the limited purpose of complying with Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15 of the Northern District of California.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned certifies that Match Group, LLC, is a limited liability company organized and existing under the laws of the state of Delaware with its principal place of business in Dallas, Texas.  It is a wholly owned subsidiary of Match Group Holdings II, LLC.  No other publicly held corporation owns 10% or more of its stock.  It is also an indirect subsidiary of Match Group Holdings I, LLC, and Match Group, Inc., which is a publicly held company organized and existing under the laws of the state of Delaware.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Plaintiff is a subsidiary of Match Group Holdings II, LLC, and an indirect subsidiary of Match Group Holdings I, LLC, and Match Group, Inc.

///
///
///
///
///
///
///
///
///

| | |
|---|---|
| Dated: May 9, 2022 | Respectfully submitted, |
| | HUESTON HENNIGAN LLP |
| | By: _____<br>Douglas J. Dixon |
| | John C. Hueston<br>jhueston@hueston.com<br>Douglas J. Dixon<br>ddixon@hueston.com<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>Telephone:    (949) 229-8640 |
| | Joseph A. Reiter<br>jreiter@hueston.com<br>Michael K. Acquah<br>macquah@hueston.com<br>William M. Larsen<br>wlarsen@hueston.com<br>Julia L. Haines<br>jhaines@hueston.com<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone:    (213) 788-4340<br>Facsimile:    (888) 775-0898 |