1  HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
2  jhueston@hueston.com
Douglas J. Dixon, State Bar No. 275389
3  ddixon@hueston.com
620 Newport Center Drive, Suite 1300
4  Newport Beach, CA 92660
Telephone:  (949) 229-8640
5
Joseph A. Reiter, State Bar No. 294976
6  jreiter@hueston.com
Michael K. Acquah, State Bar No. 313955
7  macquah@hueston.com
William M. Larsen, State Bar No. 314091
8  wlarsen@hueston.com
Julia L. Haines, State Bar No. 321607
9  jhaines@hueston.com
523 West 6th Street, Suite 400
10  Los Angeles, CA 90014
Telephone:  (213) 788-4340
11  Facsimile:   (888) 775-0898

12  Attorneys for Plaintiffs Match Group, LLC;
Humor Rainbow, Inc.; PlentyofFish Media ULC;
13  and People Media, Inc.

14  **UNITED STATES DISTRICT COURT**

15  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 16  MATCH GROUP, LLC, a Delaware corporation; HUMOR RAINBOW, INC., 17  a New York corporation; PLENTYOFFISH MEDIA ULC, a 18  Canadian corporation; and PEOPLE MEDIA, INC, a Delaware corporation, 19  Plaintiffs, 20  v. 21  GOOGLE LLC; GOOGLE IRELAND 22  LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC 23  PTE. LIMITED; and GOOGLE PAYMENT CORP., 24  Defendants. 25 | Case No. 3:22-cv-02746 **PLAINTIFF HUMOR RAINBOW, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL CIVIL RULE 3-15** |

26

27

28

6161414

1

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

2    Plaintiff Humor Rainbow, Inc. discloses the following information for the

3 limited purpose of complying with Rule 7.1 of the Federal Rules of Civil Procedure

4 and Civil Local Rule 3-15 of the Northern District of California.

5    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned

6 certifies that Humor Rainbow, Inc., is a New York corporation with its principal place

7 of business in Dallas, Texas.  It is a wholly owned subsidiary of Match Group Holdings

8 II, LLC.  No other publicly held corporation owns 10% or more of its stock.  It is also

9 an indirect subsidiary of Match Group Holdings I, LLC and Match Group, Inc., which

10 is a publicly held company organized and existing under the laws of the state of

11 Delaware.

12    Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following

13 listed persons, associations of persons, firms, partnerships, corporations (including

14 parent corporations), or other entities (i) have a financial interest in the subject matter

15 in controversy or in a party to the proceeding, or (ii) have a non-financial interest in

16 that subject matter or in a party that could be substantially affected by the outcome of

17 this proceeding:  Plaintiff is a subsidiary of Match Group Holdings II, LLC, and an

18 indirect subsidiary of Match Group Holdings I, LLC, and Match Group, Inc.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

6161414

1    Dated:  May 9, 2022            Respectfully submitted,

2                               HUESTON HENNIGAN LLP

3

4                               By: _____

5                                    Douglas J. Dixon

6                               John C. Hueston
                                   jhueston@hueston.com

7                               Douglas J. Dixon
                                   ddixon@hueston.com

8                               620 Newport Center Drive, Suite 1300
                                   Newport Beach, CA 92660

9                               Telephone:     (949) 229-8640

10                             Joseph A. Reiter,
                                jreiter@hueston.com

11                             Michael K. Acquah,
                                macquah@hueston.com

12                             William M. Larsen,
                                wlarsen@hueston.com

13                             Julia L. Haines,
                                jhaines@hueston.com

14                             523 West 6th Street, Suite 400
                                Los Angeles, CA 90014

15                             Telephone:     (213) 788-4340
                                Facsimile:     (888) 775-0898

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES

6161414