HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:  (949) 229-8640

Joseph A. Reiter, State Bar No. 294976
jreiter@hueston.com
Michael K. Acquah, State Bar No. 313955
macquah@hueston.com
William M. Larsen, State Bar No. 314091
wlarsen@hueston.com
Julia L. Haines, State Bar No. 321607
jhaines@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:  (213) 788-4340
Facsimile:   (888) 775-0898

Attorneys for Plaintiffs Match Group, LLC;
Humor Rainbow, Inc.; PlentyofFish Media ULC;
and People Media, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATCH GROUP, LLC, a Delaware corporation; HUMOR RAINBOW, INC., a New York corporation; PLENTYOFFISH MEDIA ULC, a Canadian corporation; and PEOPLE MEDIA, INC, a Delaware corporation, | Case No. 3:22-cv-02746 |
| | **PLAINTIFF PEOPLE MEDIA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL CIVIL RULE 3-15** |
| Plaintiffs, | |
| v. | |
| GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP., | |
| Defendants. | |

---

PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES

6161416

1    ## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

2        Plaintiff People Media, Inc., discloses the following information for the limited

3    purpose of complying with Rule 7.1 of the Federal Rules of Civil Procedure and Civil

4    Local Rule 3-15 of the Northern District of California.

5        Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned

6    certifies that People Media, Inc. is a Delaware corporation with its principal place of

7    business in Dallas, Texas.  It is a wholly owned subsidiary of Match Group Holdings

8    II, LLC.  No other publicly held corporation owns 10% or more of its stock.  It is also

9    an indirect subsidiary of Match Group Holdings I, LLC, and Match Group, Inc., which

10   is a publicly held company organized and existing under the laws of the state of

11   Delaware.

12       Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following

13   listed persons, associations of persons, firms, partnerships, corporations (including

14   parent corporations), or other entities (i) have a financial interest in the subject matter

15   in controversy or in a party to the proceeding, or (ii) have a non-financial interest in

16   that subject matter or in a party that could be substantially affected by the outcome of

17   this proceeding:  Plaintiff is a subsidiary of Match Group Holdings II, LLC, and an

18   indirect subsidiary of Match Group Holdings I, LLC, and Match Group, Inc.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

- 1 -

PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES

6161416

1 | Dated: May 9, 2022                    Respectfully submitted,

2 |                                       HUESTON HENNIGAN LLP

3 |

4 |                                       By: _____

5 |                                           Douglas J. Dixon

6 |                                           John C. Hueston
  |                                           jhueston@hueston.com
7 |                                           Douglas J. Dixon
  |                                           ddixon@hueston.com
8 |                                           620 Newport Center Drive, Suite 1300
  |                                           Newport Beach, CA 92660
9 |                                           Telephone:    (949) 229-8640

10 |                                          Joseph A. Reiter
   |                                          jreiter@hueston.com
11 |                                          Michael K. Acquah
   |                                          macquah@hueston.com
12 |                                          William M. Larsen
   |                                          wlarsen@hueston.com
13 |                                          Julia L. Haines
   |                                          jhaines@hueston.com
14 |                                          523 West 6th Street, Suite 400
   |                                          Los Angeles, CA 90014
15 |                                          Telephone:    (213) 788-4340
   |                                          Facsimile:    (888) 775-0898

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES

6161416