HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

Joseph A. Reiter, State Bar No. 294976
jreiter@hueston.com
Michael K. Acquah, State Bar No. 313955
macquah@hueston.com
William M. Larsen, State Bar No. 314091
wlarsen@hueston.com
Julia L. Haines, State Bar No. 321607
jhaines@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

Attorneys for Plaintiffs Match Group, LLC;
Humor Rainbow, Inc.; PlentyofFish Media ULC;
and People Media, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATCH GROUP, LLC, a Delaware corporation; HUMOR RAINBOW, INC., a New York corporation; PLENTYOFFISH MEDIA ULC, a Canadian corporation; and PEOPLE MEDIA, INC, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.,<br><br>Defendants. | Case No. 3:22-cv-02746<br><br>**PLAINTIFF PLENTYOFFISH MEDIA ULC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL CIVIL RULE 3-15** |

# CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Plaintiff PlentyofFish Media ULC discloses the following information for the limited purpose of complying with Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15 of the Northern District of California.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned certifies that PlentyofFish Media ULC is a Canadian corporation with its principal place of business in Vancouver, British Columbia, Canada. It is a wholly owned subsidiary of Match.com Luxembourg SARL. No other publicly held corporation owns 10% or more of its stock. It is also an indirect subsidiary of Match Group Holdings I, LLC; Match Group Holdings II, LLC; Match.com International Holdings, Inc.; Mojo Acquisition Corp.; Match.com Foreign Holdings Ltd.; Match.com Foreign Holdings II Ltd.; Match.com Foreign Holdings III Ltd.; and Match Group, Inc., which is a publicly held company organized and existing under the laws of the state of Delaware.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Plaintiff is a subsidiary of Match.com Luxembourg SARL and an indirect subsidiary of Match Group Holdings I, LLC; Match Group Holdings II, LLC; Match.com International Holdings, Inc.; Mojo Acquisition Corp.; Match.com Foreign Holdings Ltd.; Match.com Foreign Holdings II Ltd.; Match.com Foreign Holdings III Ltd.; and Match Group, Inc.

///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: May 9, 2022 | Respectfully submitted, |
| 2 | | HUESTON HENNIGAN LLP |
| 4 | | By: _____ |
| | | Douglas J. Dixon |
| 6 | | John C. Hueston |
| | | jhueston@hueston.com |
| 7 | | Douglas J. Dixon |
| | | ddixon@hueston.com |
| | | 620 Newport Center Drive, Suite 1300 |
| 8 | | Newport Beach, CA 92660 |
| | | Telephone:   (949) 229-8640 |
| 10 | | Joseph A. Reiter |
| | | jreiter@hueston.com |
| | | Michael K. Acquah |
| 11 | | macquah@hueston.com |
| | | William M. Larsen |
| 12 | | wlarsen@hueston.com |
| | | Julia L. Haines |
| 13 | | jhaines@hueston.com |
| | | 523 West 6th Street, Suite 400 |
| 14 | | Los Angeles, CA 90014 |
| | | Telephone:   (213) 788-4340 |
| 15 | | Facsimile:   (888) 775-0898 |

- 2 -
PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES

6161413