AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Match Group, LLC, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-02746 |
| Google LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; Plenty of Fish Media ULC; People Media, Inc.

Date: 05/09/2022

/s/ Julia L. Haines
*Attorney's signature*

Julia L. Haines, SBN 321607
*Printed name and bar number*

Hueston Hennigan LLP
523 West 6th Street, Suite 400
Los Angels, CA 90014
*Address*

jhaines@hueston.com
*E-mail address*

(213) 788-4340
*Telephone number*

(888) 775-0898
*FAX number*