AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Match Group, LLC, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-02746 |
| Google LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; Plenty of Fish Media ULC; People Media, Inc.

Date:   05/10/2022

/s/ Douglas J. Dixon
*Attorney's signature*

Douglas J. Dixon, SBN 275389
*Printed name and bar number*

Hueston Hennigan LLP
620 Newport Center Dr., Suite 1300
Newport Beach, CA 92660
*Address*

ddixon@hueston.com
*E-mail address*

(949) 229-8640
*Telephone number*

(888) 775-0898
*FAX number*