# EXHIBIT 3

PageVault

| | |
|---|---|
| Document title: | Service fees - Play Console Help |
| Capture URL: | https://support.google.com/googleplay/android-developer/answer/112622?hl=en |
| Page loaded at (UTC): | Tue, 10 May 2022 02:20:20 GMT |
| Capture timestamp (UTC): | Tue, 10 May 2022 03:15:45 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | b755876d-6ca4-47ed-bb4c-163deae28e80 |
| User: | hh-bbrownlee |

PDF REFERENCE #:    fFFpokKFko2rkS6Xjkfu4Z

Play Console Help

Describe your issue

Play Console Help    Policy Center

## Service fees

Apps and in-app products sold through Google Play's billing system or an Additional Billing System (as defined below) in accordance with the Payments policy are subject to a service fee.

As of January 1, 2022, that service fee is equivalent to:

- For developers who are enrolled in the 15% service fee tier, the service fee is:
  - 15% for the first $1M (USD) of earnings each year,
  - 30% for earnings in excess of $1M (USD) each year.
- For developers who are not enrolled in the 15% service fee tier, the service fee is 30%.
- For automatically renewing subscription products purchased by subscribers, the service fee is 15%.

As of December 18, 2021, for developers who offer an alternative in-app billing system in addition to Google Play's billing system for transactions with users in South Korea, in accordance with the Payments policy, and pursuant to the applicable Terms of Service ("**Additional Billing System**"), the service fee for such transactions using the Additional Billing System is equal to the service fee applicable for transactions via Google Play's billing system reduced by 4%.

Give feedback about this article

Was this helpful?    Yes    No

### Need more help?

Sign in for additional support options to quickly solve your issue

Sign in

---