# EXHIBIT 5

🔒 PageVault

| | |
|---|---|
| Document title: | Payments - Play Console Help |
| Capture URL: | https://web.archive.org/web/20200821231040/https://support.google.com/googleplay/android-developer/answer/9858738 |
| Page loaded at (UTC): | Tue, 10 May 2022 22:17:25 GMT |
| Capture timestamp (UTC): | Tue, 10 May 2022 22:49:17 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 5dc2de97-90b3-447c-abf5-90905718dc67 |
| User: | hh-bbrownlee |

PDF REFERENCE #:      wGUvMLAiKP4JbDm71G5JiU

