# EXHIBIT 8



Ian Purves <ian.purves@match.com>

# Fwd: Action Required: Your app is not compliant with Google Play Policies (OkCupid: Online Dating App)

**Joe Acosta** <jacosta@okcupid.com>                                    Fri, Apr 29, 2022 at 1:35 PM
To: Ian Purves <Ian.Purves@match.com>

---------- Forwarded message ---------
From: **Google Play Support** <no-reply-googleplay-developer@google.com>
Date: Wed, Apr 20, 2022 at 9:29 PM
Subject: Action Required: Your app is not compliant with Google Play Policies (OkCupid: Online Dating App)
To: <okcandroid@gmail.com>
Cc: <ggalyan@google.com>, <android@okcupid.com>, <tonibenj@google.com>, <jacosta@okcupid.com>, <mikecirello@okcupid.com>



Developer update

### Hi Developers at okcupid.com,

After a recent review, we found that your app OkCupid: Online Dating App (com.okcupid.okcupid) is not compliant with one or more of our Developer Program Policies. See below for more information about your app's status and how to correct the issue.

### Issue with your app

Your app contains content that doesn't comply with the Payments policy.

- Your app charges for app downloads from Google Play with a non-Google Play's billing system as the method of payment for those transactions.
- Your app uses a non-Google Play's billing system to accept payment for access to in-app features or services, including any app functionality, digital content or goods (collectively "in-app purchases").
- Your app leads users to a payment method other than Google Play's billing system.
- Your app allows in-app virtual currencies to be used in an app or game title other than for which they were purchased.

**Issue details**

We found an issue in the following area(s):

4/29/22, 1:42 PM
Case 3:22-cv-02746-JD Document 12-10 Filed 05/10/22 Page 3 of 5
Match Group.com Mail - Fyi: Action Required: Your app is not compliant with Google Play policies (OkCupid: Online Dating App)

| | |
|---|---|
| | • **In-app experience**: Please see attached screenshot com.okcupid.okcupid-InAppExperience-94.png |
|  | ## About the Payments policy<br><br>Google Play's billing system enables developers to easily transact with millions of users around the world and plays a critical role in helping maintain user trust and keep Google Play safe.<br><br>Apps that employ in-store or in-app purchases must comply with the following guidelines:<br><br>• Developers charging for app downloads from Google Play must use Google Play's billing system as the method of payment for those transactions.<br>• Play-distributed apps requiring or accepting payment for access to in-app features or services, including any app functionality, digital content or goods (collectively "in-app purchases"), must use Google Play's billing system for those transactions unless Section 3 or Section 8 of the Payments policy applies.<br>• Other than the conditions described in Section 3 and Section 8 of the Payments policy, apps may not lead users to a payment method other than Google Play's billing system.<br>• In-app virtual currencies must only be used within the app or game title for which they were purchased.<br><br>In 2020, we clarified the language in our Payments policy to be more explicit that apps using an alternative in-app billing system need to remove it.<br><br>• We granted a one year grace period for any apps that needed to make changes and then gave eligible developers the option to request an additional 6 months extension until March 31, 2021.<br>• Any developers that were granted an extension that are still not compliant will not be able to submit app updates until compliant unless needed for a critical security issue. Starting June 1st, any app that is still not compliant will be removed from Google Play.<br><br>Please read the Payments policy and the Understanding Google Play's Payments policy page in our Help Center for more details. For more information about in-app purchases made by users in South Korea, please refer to our FAQ article. |
|  | ## App status: <span style="color:red">Rejected</span><br><br>Your app has been rejected and wasn't published due to this policy issue. If you submitted an update, the previous version of your app is still available on Google Play. |

4/29/22, 1:42 PM  Match Group.com Mail - Fwd: Action Required: Your app is not compliant with Google Play policies (OkCupid: Online Dating App)

Case 3:22-cv-02746-JD Document 12-10 Filed 05/10/22 Page 4 of 5

## Action required: Submit an updated app for review

Here's what to do to help get your app on Google Play:

1. Read through the Payments policy for more details.

2. Make appropriate changes to your app, and be sure to address the issue described above. Also check your app's store listing for compliance, if applicable.

3. Double check that your app is compliant with all other Developer Program Policies.

4. Sign in to your Play Console and submit the update to your app.

## Contact support

If you've reviewed the policy and feel our decision may have been in error, please reach out to our policy support team. We'll get back to you within 2 business days.

## Learn more

Visit the Android Developers Blog to learn more about free tools and resources for building safe and successful apps.

Thanks for your continued support in helping to make Google Play a positive experience for both developers and consumers. We look forward to seeing an updated version of your app on Google Play.

*Please complete a two question survey to help us improve this experience.*


The Google Play Team



Learn more about Google Play policy

Get started on Play Academy

© 2022 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043

Update your marketing preferences to receive the latest news and tips.

You have received this mandatory email service announcement to update you about important changes to your Google Play Developer account.

---

**com.okcupid.okcupid-InAppExperience-94.png**
372K

