# EXHIBIT 9

4/29/22, 9:55 AM         MatchGroup.com Mail - Google Play Follow Up: OurTime: Dating App for 50+ & Match: Dating App for singles

Case 3:22-cv-02746-JD Document 12-11 Filed 05/10/22 Page 2 of 2



Ian Purves <ian.purves@match.com>

# Google Play Follow Up: OurTime: Dating App for 50+ & Match: Dating App for singles

**Gohar Galyan** <ggalyan@google.com>                                                         Mon, Apr 25, 2022 at 1:07 PM
To: Peter Foster <peter@matchmediagroup.com>, Ian Purves <Ian.Purves@match.com>

Hello Peter and Ian,

Hope you're well!

I am reaching out to you regarding your latest app submissions for OurTime: Dating App for 50+ and Match: Dating App for singles.

The deadline to comply with the Google Play Payments policy has passed.  After reviewing your latest app submissions, our policy team found your apps to be not in compliance with our policy. Please be on the lookout for an emails from our policy team with more details.

Starting April 1, apps that are not compliant with the Payments policy will not be able to submit app updates until the app is brought  into compliance, unless an update is needed to fix a critical security issue. For such critical security issues, please follow the appeals path outlined in the app rejection emails from our policy team.

For additional details and frequently asked questions, please visit our Help Center. For any other questions, please reach out to me directly.

Best,
Gohar