# EXHIBIT 10



Ian Purves <ian.purves@match.com>

## Google Play Follow Up: Tinder - Dating & Make Friends

**Gohar Galyan** <ggalyan@google.com>  Thu, Apr 28, 2022 at 6:00 PM
To: Peter Foster <peter@matchmediagroup.com>, Ian Purves <Ian.Purves@match.com>

Hello Peter and Ian,

I am reaching out to you regarding your latest app submission for Tinder - Dating & Make Friends.

The deadline to comply with the [Google Play Payments policy](#) has passed. After reviewing your latest app submission, our policy team found your app to be not in compliance with our policy. Please be on the lookout for an email from our policy team with more details.

Starting April 1, apps that are not compliant with the Payments policy will not be able to submit app updates until the app is brought into compliance, unless an update is needed to fix a critical security issue. For such critical security issues, please follow the appeals path outlined in the app rejection email from our policy team.

For additional details and frequently asked questions, please visit our [Help Center](#). For any other questions, please reach out to me directly.

Best,
Gohar