HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:    (949) 229-8640

Joseph A. Reiter, State Bar No. 294976
jreiter@hueston.com
Michael K. Acquah, State Bar No. 313955
macquah@hueston.com
William M. Larsen, State Bar No. 314091
wlarsen@hueston.com
Julia L. Haines, State Bar No. 321607
jhaines@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:    (213) 788-4340
Facsimile:    (888) 775-0898

Attorneys for Plaintiffs Match Group, LLC;
Humor Rainbow, Inc.; PlentyofFish Media ULC;
and People Media, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATCH GROUP, LLC, a Delaware corporation; HUMOR RAINBOW, INC., a New York corporation; PLENTYOFFISH MEDIA ULC, a Canadian corporation; and PEOPLE MEDIA, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.<br><br>            Defendants. | Case No. 5:22-cv-02746<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

On May ___, 2022, this Court heard Plaintiffs' motion for a Temporary Restraining Order and an Order to Show Cause why a preliminary injunction should not be issued. After considering the arguments and papers submitted, the Court enters the following Temporary Restraining Order:

ORDERED that Google LLC and its codefendants, together with their agents, employees, attorneys, and all persons in active concert or participation with them and with knowledge of this order, are restrained and enjoined from:

1. Removing, de-listing, refusing to list or otherwise making unavailable any of the apps owned or operated by Plaintiffs, including rejecting or refusing to distribute any update of such app, from Google Play on the basis that the app permits users to make payments for in-app purchases without using Google Play Billing or on any pretextual basis; and

2. Requiring that any app owned or operated by Plaintiffs offer Google Play Billing as the exclusive means of processing in-app purchases or otherwise requiring Plaintiffs' apps to change or eliminate the payment options offered to users.

This order and all supporting pleadings and opposing papers must be served upon the adverse party within ___ days.

This Temporary Restraining Order shall expire on _____ unless extended by further order of the Court.

Defendants are further ordered to show cause on _____, 2022, at ___ before this Court why a preliminary injunction to the same effect should not issue.

IT IS SO ORDERED.

Dated: _____, 2022

_____
Judge, United States District Court