HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

Joseph A. Reiter, State Bar No. 294976
jreiter@hueston.com
Michael K. Acquah, State Bar No. 313955
macquah@hueston.com
William M. Larsen, State Bar No. 314091
wlarsen@hueston.com
Julia L. Haines, State Bar No. 321607
jhaines@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340

Attorneys for Plaintiffs Match Group, LLC;
Humor Rainbow, Inc.; PlentyofFish Media ULC;
and People Media, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATCH GROUP, LLC, a Delaware corporation; HUMOR RAINBOW, INC., a New York corporation; PLENTYOFFISH MEDIA ULC, a Canadian corporation; and PEOPLE MEDIA, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.<br><br>Defendants. | Case No. 5:22-cv-02746<br><br>**DECLARATION OF DOUGLAS J. DIXON IN SUPPORT OF PLAINTIFFS MATCH GROUP, LLC'S, HUMOR RAINBOW, INC.'S, PLENTYOFFISH MEDIA ULC'S, AND PEOPLE MEDIA, INC.'S NOTICE OF MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Douglas J. Dixon, declare as follows:

1. I am a partner with the law firm of Hueston Hennigan LLP and counsel for Plaintiffs Match Group LLC's, Humor Rainbow, Inc.'s, PlentyofFish Media ULC's, and People Media, Inc.'s (collectively, "Match Group") in the above-captioned case.[1] I have personal knowledge of the facts set forth herein and could and would testify competently thereto if called as a witness. I make this Declaration in support of Match Group's Motion for Temporary Restraining Order, filed concurrently herewith.

2. On May 10, 2022, I informed counsel for Google LLC and its codefendants by email that Match Group will be filing its Motion for Temporary Restraining Order in the above-captioned case, noticing a hearing date of May 19, 2022. Attached hereto as **Exhibit A** is a true and correct copy of my email to Defendants' counsel, dated May 10, 2022.

3. **Exhibits 1** through **4**, **6**, **7** and **11** to the Declaration of Peter Foster (filed concurrently herewith) are true and correct copies of webpages published by Google, which were captured by a staff member at my office from the same URL reflected on each, respectively, using PageVault web-capture software.

4. **Exhibit 5** to the Declaration of Peter Foster (filed concurrently herewith) is a true and correct copy of a webpage published by Google and now archived by the Wayback Machine at https://web.archive.org, which was captured by a staff member at my office from the same URL reflected on it, using PageVault web-capture software.

---

[1] The term "Match Group" includes only the operating entities named as Plaintiffs. Match Group LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc. are part of the Match Group family of companies with the ultimate parent company Match Group, Inc., a nonoperating holding company. MGI's other subsidiaries are not included in the definition of "Match Group" in this matter. The Plaintiffs operate brands, including Tinder, Match.com (Match Group LLC), OkCupid (Humor Rainbow, Inc.), PlentyofFish (PlentyofFish Media, ULC) and OurTime (People Media, Inc.).

5. **Exhibits 12** through **16** to the Declaration of Peter Foster (filed concurrently herewith) are true and correct copies of (i) Tinder's Terms of Use, (ii) PlentyofFish's Terms of Use, (iii) Match's Terms of Use, (iv) OurTime's Terms & Conditions, and (v) OkCupid's Terms & Conditions, respectively. These were captured by a staff member at my office from the same URL reflected on each, using PageVault web-capture software.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 10th day of May, 2022, at Newport Beach, California.

_____
Douglas J. Dixon