# EXHIBIT A

| | |
|---|---|
| **From:** | Douglas J. Dixon |
| **To:** | michelle.chiu@morganlewis.com; minna.naranjo@morganlewis.com; rishi.satia@morganlewis.com; richard.taffet@morganlewis.com; Simmons, Ian; glenn.pomerantz@mto.com; kuruvilla.olasa@mto.com; kyle.mach@mto.com; justin.raphael@mto.com; emily.curran-huberty@mto.com; dpetrocelli@omm.com; marianna.mao@mto.com; jonathan.kravis@mto.com; brian.rocca@morganlewis.com; sujal.shah@morganlewis.com; Bradshaw, Ben |
| **Cc:** | Mailing List - Google Consumers External; developersvgoogle@hausfeld.com; StatesGooglePlayLeads@agutah.gov; Epic Mobile Apps; Bonny Sweeney; Katie R. Beran; Samantha Stein; mcoolidge@hausfeld.com; Kyle Bates; Sarah Boyce; Barry Frett; karma.giulianelli@bartlitbeck.com; Lauren Moskowitz |
| **Subject:** | Match Group, LLC v. Google LLC, Case No. 5:22-cv-02746 (ND Cal.) - Motion for Temporary Restraining Order |
| **Date:** | Tuesday, May 10, 2022 1:25:09 PM |

Counsel:

Match Group, LLC; Humor Rainbow, Inc.; PlentyOfFish Media ULC; and People Media, Inc. (together, "Match Group") will seek a temporary restraining order to prohibit Google, LLC, and its codefendants named in Case No. 5:22-cv-02746 ("Google") from (1) removing, de-listing, refusing to list or otherwise making unavailable any of the apps owned or operated by Match Group, including rejecting or refusing to distribute any update of such app, from Google Play on the basis that the app permits users to make payments for in-app purchases without using Google Play Billing or on any pretextual basis, and (2) requiring that any app owned or operated by Match Group offer Google Play Billing as the exclusive means of processing in-app purchases or otherwise requiring Match Group's apps to change or eliminate the payment options offered to users.

Match Group seeks this relief on the grounds that Google will irreparably harm Match Group unless the relief is granted and Google's new policy that requires Match Group to exclusively use Google Play Billing to make in-app purchases tortiously interferes with Match Group's contracts with third parties, violates California's Unfair Competition Law, and illegally ties Google Play Billing to Google Play in violation of the Sherman and Cartwright Acts.

Match Group will be filing today and will notice a hearing in Case No. 5:22-cv-02746 on its requested preliminary relief for May 19, 2022.

Best,
Doug Dixon

**Douglas J. Dixon**

**HUESTON HENNIGAN** LLP

D: 949.226.6741
T: 949.229.8640
ddixon@hueston.com
Biography

620 Newport Center Drive Suite 1300
Newport Beach CA 92660