AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| MATCH GROUP, LLC, a Delaware corporation; HUMOR RAINBOW, INC., a New York corporation; PLENTY OFFISH MEDIA ULC, a Canadian corporation; PEOPLE MEDIA, INC., a Delaware corporation<br>*Plaintiff(s)*<br>v.<br>Google LLC; Google Ireland Limited; Google Commerce Limited; Google Asia Pacific PTE. Limited; Google Payment Corp.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:22-cv-02746 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attachment.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> HUESTON HENNIGAN LLP
> John C. Hueston; Douglas J. Dixon,
> 620 Newport Center Drive, Suite 1300, Newport Beach, CA  92660
> Joseph A. Reiter; Michael K. Acquah; William M. Larsen; Julia L. Haines,
> 523 W 6th St., Suite 400, Los Angeles, CA  90014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/11/22    *Felicia Brown* Felicia Brown

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02746

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*

                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc:

**LIST OF DEFENDANTS' NAMES AND ADDRESSES**

Google LLC
c/o Corporation Service Company Which
Will Do Business in California as CSC-
Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833- 3505

Google Ireland Limited
Gordon House Barrow St
Dublin 4
Dublin, Ireland

Google Payment Corp.
c/o Corporation Service Company Which
Will Do Business in California as CSC-
Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833- 3505

Google Asia Pacific Pte. Limited
8 Marina Blvd 05-02
Marina Bay Financial Centre
Singapore 018981

Google Commerce Limited
70 Sir John Rogerson's Quay
Dublin Docklands
Dublin 2
D02 R296
Dublin, Ireland