# EXHIBIT A

The Stipulation applies to all Match Group, Inc. portfolio apps available on the Google Play Store as of May 9, 2022, including, but not limited to, the apps listed below:

| Apps |
|---|
| Ablo |
| Affiny |
| Azar |
| Black People Meet |
| BLK |
| Chispa |
| DisonsDemain |
| Divino Amor |
| Hakuna |
| Hawaya |
| Hinge |
| Lexa |
| Lovescout24 |
| Match |
| Match Latam |
| Match Latino |
| Meetic |
| NEU.DE |
| OkCupid |
| OurTime (includes, without limitation, OurTime UK and OurTime Brazil) |
| Pairs Engage |
| Pairs Global |
| Pairs Japan |
| ParPerfeito |
| PlentyofFish |
| Ship |
| Slide |
| Stir |
| Tinder |
| Twoo |
| Upward |
| Zweisam |