| | |
|---|---|
| Brian C. Rocca, Bar No. 221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, Bar No. 215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, Bar No. 248421<br>michelle.chiu@morganlewis.com<br>Geoffrey T. Holtz, Bar No. 191370<br>geoffrey.holtz@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, Bar No. 301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone:  (415) 442-1000<br>Facsimile:   (415) 442-1001 | Richard S. Taffet, *pro hac vice*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000 |

*Attorneys for Defendants*
*Google LLC, Google Ireland Ltd., Google*
*Commerce Ltd., Google Asia Pacific Pte. Ltd., and*
*Google Payment Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATCH GROUP, LLC, a Delaware corporation; HUMOR RAINBOW, INC., a New York corporation; PLENTYOFFISH MEDIA ULC, a Canadian corporation; and PEOPLE MEDIA, INC., a Delaware corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.,<br><br>*Defendants*. | Case No. 3:22-cv-02746-JD<br><br>**NOTICE OF APPEARANCE OF MICHELLE PARK CHIU** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Michelle Park Chiu of Morgan, Lewis & Bockius LLP, hereby appears as counsel for Defendants Google LLC, Google Ireland Ltd., Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment Corp.  Ms. Chiu is admitted to practice in the State of California and before this Court.  Her address, telephone, facsimile, and email address are as follows:

> Michelle Park Chiu, Bar No. 248421
> MORGAN, LEWIS & BOCKIUS LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105-1596
> Telephone: (415) 442-1000
> Facsimile: (415) 442-1001
> Email: michelle.chiu@morganlewis.com

Please serve said counsel with all pleadings and notices in this action.

Dated:  May 20, 2022                              By     /s/ Michelle Park Chiu
                                                                Michelle Park Chiu
                                                                MORGAN, LEWIS & BOCKIUS LLP

*Attorneys for Defendants*
*Google LLC, Google Ireland Ltd.,*
*Google Commerce Ltd., Google Asia*
*Pacific Pte. Ltd., and Google Payment*
*Corp.*