BEN BRADSHAW (S.B. #189925)
bbradshaw@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4061
Telephone:     +1 202 383 5300
Facsimile:      +1 202 383 5414

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| MATCH GROUP, LLC et al., | Case No. 3:22-CV-02746-JD |
| Plaintiff, | **NOTICE OF APPEARANCE OF BENJAMIN G. BRADSHAW** |
| v. | |
| GOOGLE LLC et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that attorney Benjamin G. Bradshaw of the law firm of O'Melveny & Myers LLP, located at 1625 Eye Street N.W., Washington, D.C. 20006, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the above-captioned action, and requests that all court documents in connection with this action be served upon him at the e-mail address listed above.

Dated: May 26, 2022

                        BEN BRADSHAW
                        O'MELVENY & MYERS LLP

By: */s/ Benjamin G. Bradshaw*
     Ben Bradshaw
     O'MELVENY & MYERS LLP
     1625 Eye Street, N.W.
     Washington, DC 20006
     Telephone: (202) 383-5300

*Attorney for Defendants*