STEPHEN MCINTYRE
smcintyre@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California  90071-2899
Telephone:     +1 213 430 6000
Facsimile:      +1 213 430 6407

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| MATCH GROUP, LLC et al., | Case No. 3:22-CV-02746-JD |
| Plaintiff, | **NOTICE OF APPEARANCE OF STEPHEN J. MCINTYRE** |
| v. | |
| GOOGLE LLC et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that attorney Stephen J. McIntyre of the law firm of O'Melveny & Myers LLP, located at 400 South Hope Street, 18th Floor, Los Angeles, CA 90071, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the above-captioned action, and requests that all court documents in connection with this action be served upon him at the e-mail address listed above.

Dated: May 26, 2022

STEPHEN MCINTYRE
O'MELVENY & MYERS LLP


By: */s/ Stephen J. McIntyre*
    Stephen McIntyre
    O'MELVENY & MYERS LLP
    400 South Hope Street
    18th Floor
    Los Angeles, CA 90071
    Telephone: (213) 430-6000

*Attorney for Defendants*