|   |   |
|---|---|
| 1 | IAN SIMMONS |
|   | isimmons@omm.com |
| 2 | O'MELVENY & MYERS LLP |
|   | 1625 Eye Street, NW |
| 3 | Washington, DC  20006-4061 |
|   | Telephone:     +1 202 383 5300 |
| 4 | Facsimile:      +1 202 383 5414 |
| 5 | *Attorney for Defendants* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| MATCH GROUP, LLC et al., | Case No. 3:22-CV-02746-JD |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF IAN SIMMONS** |
| v. | |
| GOOGLE LLC et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that attorney Ian Simmons of the law firm of O'Melveny & Myers LLP, located at 1625 Eye Street N.W., Washington, D.C. 20006, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the above-captioned action, and requests that all court documents in connection with this action be served upon him at the e-mail address listed above.

Dated: May 27, 2022

IAN SIMMONS
O'MELVENY & MYERS LLP

By: */s/ Ian Simmons*
    Ian Simmons
    O'MELVENY & MYERS LLP
    1625 Eye Street, N.W.
    Washington, DC 20006
    Telephone: (202) 383-5300

*Attorney for Defendants*