# EXHIBIT 1

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 2

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 3

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 4

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 5

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 6

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 7

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 8

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 9

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 10

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 11

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 12

# EXHIBIT FILED UNDER SEAL

EXHIBIT 13

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 14

# EXHIBIT FILED
# UNDER SEAL

# EXHIBIT 15

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 16

# EXHIBIT FILED UNDER SEAL

EXHIBIT 17

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 18

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 19

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 20

# EXHIBIT FILED UNDER SEAL

EXHIBIT 21

# EXHIBIT FILED UNDER SEAL

EXHIBIT 22

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 23

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 24

# EXHIBIT FILED UNDER SEAL

EXHIBIT 25

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 26

# About spaces and group conversations

You can use spaces or group conversations in Google Chat to communicate with one or more people.

- **Spaces:** A central place where people can share files, assign tasks, and stay connected.
- **Group conversations:** Chat directly with a group. For example, use group conversations to have a quick discussion after a meeting.

Tips:

- You must use a Google Workspace account to create a threaded space.
- Group conversations are unthreaded.

# Should I use a space or group message?

|  | Spaces | Group conversations |
|---|---|---|
| Purpose | Collaborate on long-term projects with teams or specific groups. | Direct message with 2 or more people. |
| Message history | **Threaded spaces:** History is always on and is kept based on your organization's policy.<br><br>**Unthreaded spaces:** History can be turned on or off:<br><br>• **Off:** Messages are removed after 24 hours.<br>• **On:** Messages follow your organization's data retention policy. If you use a personal account, messages are kept indefinitely.<br><br>**Tip:** If no one joins a space and the creator leaves, a space created by a personal account is deleted after 5 days. | If you use a Google Workspace account, history depends on your organization's settings. History can be:<br><br>• **Off:** Messages are removed after 24 hours.<br>• **On:** Messages follow your organization's data retention policy.<br><br>**Tip:** If participants leave a group conversation created by a personal account, the conversation is deleted after 5 days. |
| Name | The space creator chooses a space name.<br><br>**Tips:**<br><br>• If you use a Google Workspace account and someone in your organization created the space, you can change a space name.<br>• If the space was created by a personal account, any space member can change the space name. | Member names are listed. |
| Description | The room creator chooses a room | Group conversations don't have |

| | description. | descriptions. |
|---|---|---|
| **Default Notifications** | Members are notified for conversations they're in or when @mentioned.<br><br>These are default settings and can be changed. Turn Google Chat notifications on or off. | Members are notified for every message.<br><br>These are default settings and can be changed. Turn Google Chat notifications on or off. |
| **Membership** | Members can leave and rejoin. | Members can leave and rejoin.<br><br>**Tip:** For group conversations created before December 2020, members may not be able to leave. |
| **Multiple chat spaces with the same people** | Can have 2 or more spaces with the same group. | Can have 2 or more conversations with the same group. |
| **Create and assign tasks** | Can create and assign tasks to other space members. | Unnamed group conversations don't have task features. |
| **Shared files** | Can share files and view a list of files shared with the space. | Can share files with the group, but can't view a list of the files. |

# EXHIBIT 27

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 28

# EXHIBIT FILED UNDER SEAL

EXHIBIT 29

EXHIBIT FILED
UNDER SEAL

***REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED***

# EXHIBIT 30

***REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED***

# Morgan Lewis

**Brian C. Rocca**
Partner
+1.415.442.1432
brian.rocca@morganlewis.com

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY**

November 11, 2021

**VIA E-MAIL**

Lauren A. Moskowitz
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Re:     *In re Google Play Store Antitrust Litig.*, No. 3:21-md-02981-JD (N.D. Cal.);
        *Epic Games, Inc. v. Google LLC*, No. 3:20-cv-05671-JD (N.D. Cal.);
        *In re Google Play Consumer Antitrust Litig.*, No. 3:20-cv-05761-JD (N.D. Cal.);
        *In re Google Play Developer Antitrust Litig.*, No. 3:20-cv-05792-JD (N.D. Cal.);
        *State of Utah, et al. v. Google LLC et al.*, No. 3:21-cv-05227-JD (N.D. Cal.)

Dear Lauren:



**Morgan, Lewis & Bockius** LLP

One Market
Spear Street Tower
San Francisco, CA  94105-1596          T +1.415.442.1000
United States                          F +1.415.442.1001

Lauren A. Moskowitz
November 11, 2021
Page 2

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY**



Lauren A. Moskowitz
November 11, 2021
Page 3

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY**



Lauren A. Moskowitz
November 11, 2021
Page 4

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY**



Lauren A. Moskowitz
November 11, 2021
Page 5

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY**



Lauren A. Moskowitz
November 11, 2021
Page 6

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY



Lauren A. Moskowitz
November 11, 2021
Page 7

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY**



Lauren A. Moskowitz
November 11, 2021
Page 8

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY**



***REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED***

# EXHIBIT A

***REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED***

# EXHIBIT B

11/10/21, 2:58 PM
Case 3:22-cv-02746-JD Document 45-1 Filed 05/27/22 Page 73 of 95
Turn chat history on or off for users - Google Workspace Admin Help

***REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED***

# Turn chat history on or off for users

As an administrator, you can control whether to keep chat history for users in your organization. You can set the default and also let users change their history setting for each conversation.

The chat history settings for Google Chat and classic Hangouts are combined in the Google Admin console. There's now one setting to control chat history for your organization. Learn more

1. Your current account, maryfer.mendoza@morganlewis.com, doesn't have permission to perform these steps. To continue, switch to a *super administrator account*. This will open the Google Admin console.

   Switch to super administrator account (signs you out)     or Learn more.

2. From the Admin console Home page, go to **Apps** ＞ **Google Workspace** ＞ **Google Chat and classic Hangouts.**

3. Click **History for chats**.

4. Under **Organizational Units**, select the domain or organizational unit you want to apply settings to.

5. Turn history **On** or **Off**.

   - If you turn history **On**, you can use Vault to control how long messages are retained     . Messages will disappear after the Vault retention period (if you set one).

   - If you turn history **Off**, messages are deleted after 24 hours. Vault     can't hold, retain, or search direct messages that are sent with history turned off.

     Turning history off does not hide content from scans to detect sensitive data or abuse. See "History details" below for more information.

6. To let users change their history setting, check **Allow users to change their history setting**.

   **Note:** If your organization uses both Chat and classic Hangouts, and you don't allow users to change their history setting, there may be times users can't join or stay in a Chat space. To learn more, visit Set a space history option for users     .

7. Click **Save**.

# History details

- Chat history settings apply to direct messages and group messages. If your organization has both Chat and classic Hangouts (that is, your chat setting is "Chat preferred" or "Chat and classic Hangouts"), then **Allow users to change their history setting** also applies to unthreaded spaces. History is always on in spaces with threaded conversations and can never be changed.

- History changes apply only to new messages. For example, If you turn chat history on, only new messages will be saved. If you turn chat history off, old messages that were previously saved are still saved.

- If history is forced on, people in different data regions can't chat. (History is forced on if **History for chats** is **On** and **Allow users to change their history setting** is not selected.) If you allow users to

change their history setting, history will automatically be turned off when people from different data regions chat.

- When history is off, data is not reported in the Audit report for direct messages except when messages are associated with Data Loss Prevention (DLP) incidents. (Chat DLP is now in beta.) Chat DLP incidents are logged in the Audit report for all messages, including those sent with history off. The DLP incident log points to the message, and admins can view the message until it's deleted in 24 hours. After that point, the incident log remains with a record that the message was deleted.

- When history is off, a message with external participants may be preserved longer than 24 hours if a user flags it for abuse or the message is reported to Google for spam, phishing, or malware.

  Even if chat history is turned off, it's possible that a separate copy of the conversation can be saved. For example, the message might be forwarded to Gmail or saved using a 3rd-party client.

## Related topics

- Set a space history option for users
- History settings and classic Hangouts

---

### Need more help?
Try these next steps:

**Ask the Help Community**
Get answers from community experts

**Contact us**
Tell us more and we'll help you get there

***REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED***

# EXHIBIT C

***REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED***

# EXHIBIT D





EXHIBIT 31

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 32

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 33

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 34

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 35

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 36

# EXHIBIT FILED UNDER SEAL

EXHIBIT 37

# EXHIBIT FILED UNDER SEAL