JUSTIN P. RAPHAEL (State Bar No. 292380)
Justin.Raphael@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

*Attorney for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MATCH GROUP, LLC, a Delaware corporation; HUMOR RAINBOW, INC., a New York corporation; PLENTYOFFISH MEDIA ULC, a Canadian corporation; and PEOPLE MEDIA, INC., a Delaware corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.,<br><br>*Defendants*. | Case No. 3:22-CV-02746-JD<br><br>**NOTICE OF APPEARANCE OF JUSTIN P. RAPHAEL** |

PLEASE TAKE NOTICE that attorney Justin P. Raphael of the law firm of Munger, Tolles & Olson, LLP, located at 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the above-captioned action, and requests that all court documents in connection with this action be served upon him at the email address listed above.

DATED: July 11, 2022                    MUNGER, TOLLES & OLSON LLP


By:      /s/ *Justin P. Raphael*
         JUSTIN P. RAPHAEL
         MUNGER, TOLLES & OLSON LLP
         560 Mission Street
         Twenty-Seventh Floor
         San Francisco, CA 94105
         Telephone:  (415) 512-4000

Attorney for Defendants