1  KYLE W. MACH (State Bar No. 282090)
   kyle.mach@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
3  Twenty-Seventh Floor
   San Francisco, California 94105-2907
4  Telephone:  (415) 512-4000
   Facsimile:   (415) 512-4077
5
   *Attorney for Defendants*
6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9                              **SAN FRANCISCO**
10

11 | MATCH GROUP, LLC, a Delaware corporation; HUMOR RAINBOW, INC., a New York corporation; PLENTYOFFISH MEDIA ULC, a Canadian corporation; and PEOPLE MEDIA, INC., a Delaware corporation, | Case No. 3:22-CV-02746-JD |
   |---|---|
   | | **NOTICE OF APPEARANCE OF KYLE W. MACH** |
   | *Plaintiffs*, | |
   | v. | |
   | GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP., | |
   | *Defendants*. | |

23     PLEASE TAKE NOTICE that attorney Kyle W. Mach of the law firm of Munger, Tolles

24 & Olson, LLP, located at 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105,

25 hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland

26 Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in

27 the above-captioned action, and requests that all court documents in connection with this action be

28 served upon him at the email address listed above.

DATED: July 11, 2022  　　　　　　MUNGER, TOLLES & OLSON LLP

By: _____/s/ *Kyle W. Mach*_____
　　　KYLE W. MACH
　　　MUNGER, TOLLES & OLSON LLP
　　　560 Mission Street
　　　Twenty-Seventh Floor
　　　San Francisco, CA 94105
　　　Telephone: (415) 512-4000

Attorney for Defendants