EMILY C. CURRAN-HUBERTY (State Bar No. 293065)
Emily.Curran-Huberty@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| MATCH GROUP, LLC, a Delaware corporation; HUMOR RAINBOW, INC., a New York corporation; PLENTYOFFISH MEDIA ULC, a Canadian corporation; and PEOPLE MEDIA, INC., a Delaware corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.,<br><br>*Defendants*. | Case No. 3:22-CV-02746-JD<br><br>**NOTICE OF APPEARANCE OF EMILY C. CURRAN-HUBERTY** |

PLEASE TAKE NOTICE that attorney Emily C. Curran-Huberty of the law firm of Munger, Tolles & Olson, LLP, located at 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd. and Google Payment Corp. in the above-captioned action, and requests that all court documents in connection with this action be served upon her at the email address listed above.

1  DATED: July 11, 2022                    MUNGER, TOLLES & OLSON LLP

                                           By:      /s/ *Emily C. Curran-Huberty*
                                                 EMILY C. CURRAN-HUBERTY
                                                 MUNGER, TOLLES & OLSON LLP
                                                 560 Mission Street
                                                 Twenty-Seventh Floor
                                                 San Francisco, CA 94105
                                                 Telephone:  (415) 512-4000

                                           Attorney for Defendants