GLENN D. POMERANTZ (State Bar No. 112503)
Glenn.Pomerantz@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, CA 90071-3426
Telephone:    (213) 683-9100
Facsimile:     (213) 687-3702

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| MATCH GROUP, LLC, a Delaware corporation; HUMOR RAINBOW, INC., a New York corporation; PLENTYOFFISH MEDIA ULC, a Canadian corporation; and PEOPLE MEDIA, INC., a Delaware corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.,<br><br>*Defendants*. | Case No. 3:22-CV-02746-JD<br><br>**NOTICE OF APPEARANCE OF GLENN D. POMERANTZ** |

PLEASE TAKE NOTICE that attorney Glenn D. Pomerantz of the law firm of Munger, Tolles & Olson, LLP, located at 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the above-captioned action, and requests that all court documents in connection with this action be served upon him at the email address listed above.

1  DATED: July 11, 2022                    MUNGER, TOLLES & OLSON LLP

                                           By:      /s/ *Glenn D. Pomerantz*
                                                 GLENN D. POMERANTZ
                                                 MUNGER, TOLLES & OLSON LLP
                                                 350 South Grand Avenue
                                                 Fiftieth Floor
                                                 Los Angeles, CA 90071
                                                 Telephone: (213) 683-9100

                                           Attorney for Defendants