DANE P. SHIKMAN (State Bar No. 313656)
Dane.Shikman@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| MATCH GROUP, LLC, a Delaware corporation; HUMOR RAINBOW, INC., a New York corporation; PLENTYOFFISH MEDIA ULC, a Canadian corporation; and PEOPLE MEDIA, INC., a Delaware corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.,<br><br>*Defendants*. | Case No. 3:22-CV-02746-JD<br><br>**NOTICE OF APPEARANCE OF DANE P. SHIKMAN** |

PLEASE TAKE NOTICE that attorney Dane P. Shikman of the law firm of Munger, Tolles & Olson, LLP, located at 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the above-captioned action, and requests that all court documents in connection with this action be served upon him at the email address listed above.

| | | |
|---|---|---|
| 1 | DATED: July 11, 2022 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | By:     /s/ *Dane P. Shikman* |
| 4 | | DANE P. SHIKMAN |
| 5 | | MUNGER, TOLLES & OLSON LLP |
|   | | 560 Mission Street |
| 6 | | Twenty-Seventh Floor |
| 7 | | San Francisco, CA 94105 |
|   | | Telephone:  (415) 512-4000 |
| 8 | | Attorney for Defendants |