NICHOLAS R. SIDNEY (State Bar No. 308080)
Nick.Sidney@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, CA 90071-3426
Telephone:      (213) 683-9100
Facsimile:      (213) 687-3702

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| MATCH GROUP, LLC, a Delaware corporation; HUMOR RAINBOW, INC., a New York corporation; PLENTYOFFISH MEDIA ULC, a Canadian corporation; and PEOPLE MEDIA, INC., a Delaware corporation, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP., <br><br> *Defendants*. | Case No. 3:22-CV-02746-JD <br><br> **NOTICE OF APPEARANCE OF NICHOLAS R. SIDNEY** |

PLEASE TAKE NOTICE that attorney Nicholas R. Sidney of the law firm of Munger, Tolles & Olson, LLP, located at 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the above-captioned action, and requests that all court documents in connection with this action be served upon him at the email address listed above.

1   DATED:  July 11, 2022               MUNGER, TOLLES & OLSON LLP

2

3                               By:       /s/ *Nicholas R. Sidney*

4                                  NICHOLAS R. SIDNEY

                                   MUNGER, TOLLES & OLSON LLP

5                                   350 South Grand Avenue

                                   Fiftieth Floor

6                                   Los Angeles, CA 90071

7                                   Telephone:  (213) 683-9100

8                                 Attorney for Defendants