| | |
|---|---|
| 1 | HUESTON HENNIGAN LLP |
|   | John C. Hueston, State Bar No. 164921 |
| 2 | jhueston@hueston.com |
|   | Douglas J. Dixon, State Bar No. 275389 |
| 3 | ddixon@hueston.com |
|   | 620 Newport Center Drive, Suite 1300 |
| 4 | Newport Beach, CA 92660 |
|   | Telephone:    (949) 229-8640 |
| 5 | |
|   | HUESTON HENNIGAN LLP |
| 6 | Joseph A. Reiter, State Bar No. 294976 |
|   | jreiter@hueston.com |
| 7 | Christine Woodin, State Bar No. 295023 |
|   | cwoodin@hueston.com |
| 8 | Michael K. Acquah, State Bar No. 313955 |
|   | macquah@hueston.com |
| 9 | William M. Larsen, State Bar No. 314091 |
|   | wlarsen@hueston.com |
| 10 | Julia L. Haines, State Bar No. 321607 |
|    | jhaines@hueston.com |
| 11 | 523 West 6th Street, Suite 400 |
|    | Los Angeles, CA 90014 |
| 12 | Telephone:    (213) 788-4340 |
| 13 | Attorneys for Plaintiffs Match Group, LLC; |
|    | Humor Rainbow, Inc.; PlentyofFish Media ULC; |
| 14 | and People Media, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATCH GROUP, LLC, a Delaware corporation; HUMOR RAINBOW, INC., a New York corporation; PLENTYOFFISH MEDICA ULC, a Canadian corporation; and PEOPLE MEDIA, INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE, LIMITED; and GOOGLE PAYMENT CORP.,<br><br>　　　　　　Defendants. | Case No. 3:22-cv-02746-JD<br><br>**DECLARATION OF WILLIAM LARSEN IN SUPPORT OF MATCH PLAINTIFFS' MOTION TO DISMISS**<br><br>Date:　　　　September 8, 2022<br>Time:　　　　10:00 a.m.<br>Judge:　　　Hon. James Donato<br>Courtroom:　11, 19th Floor, 450 Golden Gate Ave, San Francisco, CA 94104 |

**DECLARATION OF WILLIAM LARSEN**

I, William Larsen, declare as follows:

1. I am an attorney at law duly licensed to practice before all of the courts in the State of California. I am a member of the law firm of Hueston Hennigan LLP, counsel of record for Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc. (collectively, Match Plaintiffs). I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently to such facts under oath.

2. Attached as **Exhibit 1** is a true and correct copy of an archived version of the Google Payments Policy dated July 29, 2016, and downloaded from the Internet Archive on July 27, 2022.

3. Attached as **Exhibit 2** is a true and correct copy of a document produced in this litigation as MATCHGOOGLE00096743, which purports to include an August 5, 2021 email from Peter Foster to Brandon Barras. In the email, Mr. Foster writes, "Brandon[,] I am reaching out regarding Google's announcement that it is granting extensions to its September 30, 2021 deadline for apps to use Google Play's billing system exclusively. In light of this extension, Match will continue to use its bespoke payment system to process payments." Match Plaintiffs understand that Exhibit 2 contains the "August 2021 request of Peter Foster for an extension" referenced in Paragraphs 70 and 74 of Google's counterclaims (Dkt. 283).

4. Attached as **Exhibit 3** is a true and correct copy of a document produced in this litigation as MATCHGOOGLE00096733, which purports to include an August 17, 2021 email from googleplay-developer-support@google.com to Joost Roelandts, an employee of one of Match Plaintiffs' sister entities, Ablo. The email includes a copy of Ablo's request for an extension of the compliance deadline for Google's new Payments Policy, including a statement that "Our bespoke payment system is critical to our user experience. Due to significant feature gaps (payment / subs / discounts), Google's system is not a suitable substitute and exclusive use of Google's systems will meaningfully harm our users (inflate prices) & undermine our business[.]" Match Plaintiffs understand that the language used in the extension request is identical to those requests submitted by Match Plaintiffs and their other associated brands and sister entities, and comprises the extension

1 requests referenced in Paragraphs 70 and 74 of Google's Counterclaims (Dkt. 283), including the "August 19, 2021 communication from Casey Daniell on behalf of Match.com LLC[.]"

5. Attached as **Exhibit 4** is a true and correct copy of the Google Payments Policy as of July 27, 2022, available online and downloaded on July 27, 2022 from Google's website at https://support.google.com/googleplay/android-developer/answer/9858738?hl=en.

6. Attached as **Exhibit 5** is a true and correct copy of a website titled Understanding Google Play's Payments Policy, available online and downloaded on August 1, 2022, from Google's website at https://support.google.com/googleplay/android-developer/answer/10281818.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 1st day of August, 2022, at Los Angeles, California.

/s/ *William Larsen*
William Larsen