1  HUESTON HENNIGAN LLP
   John C. Hueston, State Bar No. 164921
2  jhueston@hueston.com
   Douglas J. Dixon, State Bar No. 275389
3  ddixon@hueston.com
   620 Newport Center Drive, Suite 1300
4  Newport Beach, CA 92660
   Telephone:   (949) 229-8640
5
   HUESTON HENNIGAN LLP
6  Joseph A. Reiter, State Bar No. 294976
   jreiter@hueston.com
7  Christine Woodin, State Bar No. 295023
   cwoodin@hueston.com
8  Michael K. Acquah, State Bar No. 313955
   macquah@hueston.com
9  William M. Larsen, State Bar No. 314091
   wlarsen@hueston.com
10 Julia L. Haines, State Bar No. 321607
   jhaines@hueston.com
11 523 West 6th Street, Suite 400
   Los Angeles, CA 90014
12 Telephone:   (213) 788-4340

13 Attorneys for Plaintiffs Match Group, LLC;
   Humor Rainbow, Inc.; PlentyofFish Media ULC;
14 and People Media, Inc.

15                           UNITED STATES DISTRICT COURT

16                          NORTHERN DISTRICT OF CALIFORNIA

17

| 18 | **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
|---|---|---|
| 19 | | **[PROPOSED] ORDER GRANTING MATCH PLAINTIFFS' MOTION TO DISMISS GOOGLE DEFENDANTS' COUNTERCLAIMS** |
| 20 | THIS DOCUMENT RELATES TO: | |
| 21 | | |
| 22 | *Match Group, LLC, et al. v. Google LLC, et al.,* Case No. 3:22-cv-02746-JD | Date:       September 8, 2022<br>Time:       10:00 a.m.<br>Judge:     Hon. James Donato<br>Courtroom: 11, 19th Floor, 450 Golden Gate Ave, San Francisco, CA 94104 |

25

26    Having considered Plaintiffs' and Counterclaim-Defendants' Match Group, LLC; Humor

27 Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc. (collectively, Match Plaintiffs')

28 Motion to Dismiss Google Defendants' Counterclaims, the supporting Request for Judicial Notice

and Declaration of William Larsen, the argument of counsel, and any other materials submitted in support or in opposition thereto, pursuant to Local Rule 7-2;

**IT IS HEREBY ORDERED:**

1. Match Plaintiffs' Request for Judicial Notice is **GRANTED**; and
2. Match Plaintiffs' Motion to Dismiss Google Defendants' Counterclaims is **GRANTED**.

Dated: _____, 2022

Honorable James Donato
United States District Court
Northern District of California