UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| _____ , <br>        Plaintiff(s), <br><br>   v. <br><br> _____ , <br>        Defendant(s). | Case No. _____ <br><br> **APPLICATION FOR ADMISSION OF** <br> **ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, _____, an active member in good standing of the bar of

_____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: _____ in the

above-entitled action. My local co-counsel in this case is _____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: _____.

10650 Roe, Unit #137,
Overland Park, KS 66207
_____
My Address of Record

620 Newport Center Drive, Suite 1300,
Newport Beach, CA 92660
_____
Local Co-counsel's Address of Record

_____
My Telephone # of Record

_____
Local Co-counsel's Telephone # of Record

_____
My Email Address of Record

_____
Local Co-counsel's Email Address of Record

     I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: _____.

     A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

     I have been granted pro hac vice admission by the Court _____ times in the 12 months

preceding this application.

1        I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: _____                    _____

5                                                               APPLICANT

8   ORDER GRANTING APPLICATION

9   FOR ADMISSION OF ATTORNEY PRO HAC VICE

11       IT IS HEREBY ORDERED THAT the application of _____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

17                           _____

18                         UNITED STATES DISTRICT/MAGISTRATE JUDGE

*United States District Court*
*Northern District of California*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Brandon Christopher Kressin*

was duly qualified and admitted on July 10, 2015 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on February
25, 2022.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.