| | |
|---|---|
| Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br><br>Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br><br>*Counsel for Plaintiff Epic Games, Inc.* | Douglas J. Dixon (SBN 275389)<br>ddixon@hueston.com<br>**HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 229-8640<br><br>*Counsel for Plaintiffs Match Group, LLC, et al.* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF LAUREN A. MOSKOWITZ IN SUPPORT OF EPIC'S AND MATCH'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Date: November 17, 2022 at 10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

1     I, Lauren A. Moskowitz, declare as follows:

2     1.     I am a partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

3     2.     I submit this declaration pursuant to Civil Local Rule 79-5. The contents of this declaration are based on my personal knowledge.

4     3.     Epic's and Match's Notice of Motion and Motion to Amend Complaints (the "Motion to Amend"), the Declaration of Michael J. Zaken ("Zaken Declaration") and the accompanying exhibits ("Exhibits") contain portions that are sourced from materials that Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. (collectively, "Google"), and non-party Activision Blizzard, Inc., have designated as "CONFIDENTIAL", "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY", pursuant to the operative Protective Orders entered by the Court, Case No. 3:21-md-02981-JD, ECF Nos. 247, 248, and 249. The following table shows the portions of Epic's and Match's Motion, the Zaken Declaration and its Exhibits that contain information designated as "CONFIDENTIAL", "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY".

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Epic's and Match's Notice of Motion and Motion to Amend Complaints ("Epic and Match's Motion") | Page 1, Lines 10-11 | Google |
| Epic's and Match's Motion | Page 1, Line 24 | Google |
| Epic's and Match's Motion | Page 1, Line 28 - Page 2, Line 1 | Google |
| Epic's and Match's Motion | Page 2, Line 10-11 | Google |
| Epic's and Match's Motion | Page 2, Line 15 | Activision Blizzard, Inc. |
| Epic's and Match's Motion | Page 2, Line 17 | Google |
| Epic's and Match's Motion | Page 3, Line 19 (two words after "deal") | Google |
| Epic's and Match's Motion | Page 3, Lines 20-21 | Google |
| Epic's and Match's Motion | Page 3, Lines 23-24 (from after "paid" to next comma) | Google |
| Epic's and Match's Motion | Page 3, Lines 24-25 (from after "developer that" to end of quote) | Google |
| Epic's and Match's Motion | Page 3, Line 25 (single word after "Ex. H") | Google |
| Epic's and Match's Motion | Page 4, Lines 1-2 | Google |
| Epic's and Match's Motion | Page 4, Lines 6-8 | Google |
| Epic's and Match's Motion | Page 4, Lines 10-11 (from after "deposition of" to the comma) | Google |
| Epic's and Match's Motion | Page 4, Line 12 (six words after "deposition of") | Activision Blizzard, Inc. |
| Epic's and Match's Motion | Page 4, Lines 12-13 (last three words of Line 12 to period) | Google |
| Epic's and Match's Motion | Page 4, Line 14 | Google |
| Epic's and Match's Motion | Page 4, Lines 15-18 | Google |
| Epic's and Match's Motion | Page 4, Line 19 (Single word after "Ex. I") | Google |

| | | |
|---|---|---|
| Epic's and Match's Motion | Page 4, Line 19 (first two words after "Similarly,") | Google |
| Epic's and Match's Motion | Page 4, Lines 20-21 (stop at first period) | Google |
| Epic's and Match's Motion | Page 4, Line 21 (single word after "Ex. I") | Google |
| Epic's and Match's Motion | Page 4, n.3 (words 1-2) | Google |
| Epic's and Match's Motion | Page 4, n.3 (first two words of second sentence) | Google |
| Epic's and Match's Motion | Page 4, n.3 (first word after "negotiations with") | Google |
| Epic's and Match's Motion | Page 4, n.3 (first word after "Ex. I") | Google |
| Epic's and Match's Motion | Page 4, n.4 (words 5-6) | Activision Blizzard, Inc. |
| Epic's and Match's Motion | Page 4, n.4 (single word after "but") | Activision Blizzard, Inc. |
| Epic's and Match's Motion | Page 5, Line 1 (two words before "admitted") | Google |
| Epic's and Match's Motion | Page 5, Lines 1-4 (from after "admitted" to next period) | Google |
| Epic's and Match's Motion | Page 5, Line 4 (single word after "Ex. I") | Google |
| Epic's and Match's Motion | Page 5, Line 5 (words 2-3) | Activision Blizzard, Inc. |
| Epic's and Match's Motion | Page 5, Lines 5-7 (after "testified that") | Activision Blizzard, Inc. |
| Epic's and Match's Motion | Page 5, Line 8 (word 1) | Activision Blizzard, Inc. |
| Epic's and Match's Motion | Page 5, Lines 8-9 (after "However") | Activision Blizzard, Inc. |
| Epic's and Match's Motion | Page 5, Lines 10-11 (from "(*Id.*)" to next period) | Activision Blizzard, Inc. |
| Epic's and Match's Motion | Page 5, Line 11 (single word after "Ex. J") | Activision Blizzard, Inc. |
| Epic's and Match's Motion | Page 5, Lines 13-14 (last word Line 13 and first on Line 14) | Google |

| | | |
|---|---|---|
| Epic's and Match's Motion | Page 5, Line 14 (words 3-4) | Activision Blizzard, Inc. |
| Epic's and Match's Motion | Page 5, Lines 20-21 | Google |
| Epic's and Match's Motion | Page 5, Lines 23-24 (to ellipses) | Google |
| Epic's and Match's Motion | Page 5, Lines 24-26 (after "[but]" to next ellipses) | Activision Blizzard, Inc. |
| Epic's and Match's Motion | Page 5, Line 26 (after "[and]" to period) | Google |
| Epic's and Match's Motion | Page 6, Line 1 | Activision Blizzard, Inc. |
| Epic's and Match's Motion | Page 6, Lines 3-4 (first line of block quote) | Google |
| Epic's and Match's Motion | Page 6, Lines 5-8 (block quote after "revealed that" to close of quotation) | Activision Blizzard, Inc. |
| Epic's and Match's Motion | Page 9, Line 2 | Activision Blizzard, Inc. |
| Epic's and Match's Motion | Page 10, Line 10 | Activision Blizzard, Inc. |
| Declaration of Michael J. Zaken in support of Epic's and Match's Notice of Motion and Motion to Amend Complaints ("Zaken Declaration") | ¶ 5 | Google |
| Zaken Declaration | ¶ 6 | Google |
| Zaken Declaration | ¶ 7 | Google |
| Zaken Declaration | ¶ 8 | Google |
| Zaken Declaration | ¶ 9 | Google |
| Zaken Declaration | ¶ 10 | Google |
| Zaken Declaration | ¶ 11 | Google |
| Zaken Declaration | ¶ 12 | Activision Blizzard, Inc. |
| Zaken Declaration | ¶ 17 | Google |
| Zaken Declaration | ¶ 18, Line 14 (words 3-5 of line) | Google |

| Zaken Declaration | ¶ 18, Line 14 (last three words of line) | Activision Blizzard, Inc. |
|---|---|---|
| Exhibit A to the Zaken Declaration | ¶ 198 | Google |
| Exhibit A to the Zaken Declaration | ¶ 199 | Google |
| Exhibit A to the Zaken Declaration | ¶ 200 | Google |
| Exhibit A to the Zaken Declaration | ¶ 201 | Google |
| Exhibit A to the Zaken Declaration | ¶ 202 | Google |
| Exhibit A to the Zaken Declaration | ¶ 208 | Google |
| Exhibit A to the Zaken Declaration | ¶ 209 | Google |
| Exhibit A to the Zaken Declaration | ¶ 213 | Google |
| Exhibit A to the Zaken Declaration | ¶ 214 | Google |
| Exhibit B to the Zaken Declaration | ¶ 198 | Google |
| Exhibit B to the Zaken Declaration | ¶ 199 | Google |
| Exhibit B to the Zaken Declaration | ¶ 200 | Google |
| Exhibit B to the Zaken Declaration | ¶ 201 | Google |
| Exhibit B to the Zaken Declaration | ¶ 202 | Google |
| Exhibit B to the Zaken Declaration | ¶ 208 | Google |
| Exhibit B to the Zaken Declaration | ¶ 209 | Google |
| Exhibit B to the Zaken Declaration | ¶ 213 | Google |
| Exhibit B to the Zaken Declaration | ¶ 214 | Google |
| Exhibit C to the Zaken Declaration | Document in its entirety | Google |
| Exhibit D to the Zaken Declaration | Document in its entirety | Google |
| Exhibit E to the Zaken Declaration | Document in its entirety | Google |
| Exhibit F to the Zaken Declaration | Document in its entirety | Google |
| Exhibit G to the Zaken Declaration | Document in its entirety | Google |
| Exhibit H to the Zaken Declaration | Document in its entirety | Google |
| Exhibit I to the Zaken Declaration | Document in its entirety | Google |
| Exhibit J to the Zaken Declaration | Document in its entirety | Activision Blizzard, Inc. |
| Exhibit K to the Zaken Declaration | ¶ 273 | Google |
| Exhibit K to the Zaken Declaration | ¶ 274 | Google |
| Exhibit K to the Zaken Declaration | ¶ 275 | Google |
| Exhibit K to the Zaken Declaration | ¶ 276 | Google |

| Exhibit K to the Zaken Declaration | ¶ 277 | Google |
|---|---|---|
| Exhibit K to the Zaken Declaration | ¶ 283 | Google |
| Exhibit K to the Zaken Declaration | ¶ 284 | Google |
| Exhibit K to the Zaken Declaration | ¶ 288 | Google |
| Exhibit L to the Zaken Declaration | ¶ 273 | Google |
| Exhibit L to the Zaken Declaration | ¶ 274 | Google |
| Exhibit L to the Zaken Declaration | ¶ 275 | Google |
| Exhibit L to the Zaken Declaration | ¶ 276 | Google |
| Exhibit L to the Zaken Declaration | ¶ 277 | Google |
| Exhibit L to the Zaken Declaration | ¶ 283 | Google |
| Exhibit L to the Zaken Declaration | ¶ 284 | Google |
| Exhibit L to the Zaken Declaration | ¶ 288 | Google |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on October 7, 2022 in New York, New York.

*/s/ Lauren A. Moskowitz*
Lauren A. Moskowitz