Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et al.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**CERTIFICATE OF SERVICE** |

1    I declare that I am a Partner at Cravath, Swaine & Moore LLP, located at Worldwide Plaza, 825 Eighth Avenue, New York, New York. I am Counsel of Record for Epic Games, Inc. ("Epic").

I declare that on October 8, 2022, I caused to be served via electronic transmission Epic's and Match's Administrative Motion To Consider Whether Another Party's Material Should Be Sealed and the Declaration of Lauren A. Moskowitz submitted therewith to Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. (collectively, "Google") and non-party Activision Blizzard, Inc..

I hereby certify that I am a member of the State Bar of New York, admitted *pro hac vice* to practice before the United States District Court for the Northern District of California for this case. I certify under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

DATED: October 8, 2022

*/s/ Lauren A. Moskowitz*
Lauren A. Moskowitz