1  Jeanifer E. Parsigian (SBN: 289001)
  JParsigian@winston.com
2  WINSTON & STRAWN LLP
  101 California Street, 34th Floor
3  San Francisco, CA 94111
  Telephone: (415) 591-1000
4  Facsimile: (415) 591-1400

5  *Attorney for Non-Party*
  ACTIVISION BLIZZARD, INC.

6

7

8  ## UNITED STATES DISTRICT COURT

9  ## NORTHERN DISTRICT OF CALIFORNIA

10  ## SAN FRANCISCO DIVISION

11

12  **IN RE GOOGLE PLAY STORE**          Case No. 3:21-md-02981-JD
  **ANTITRUST LITIGATION**
13                                        **NOTICE OF APPEARANCE OF**
                                          **JEANIFER E. PARSIGIAN**
14  THIS DOCUMENT RELATES TO:
                                          The Honorable James Donato
15  *Match Group, LLC et al. v. Google LLC et al.*,
  Case No. 3:22-cv-02746-JD
16

17

18

19

20

21

22

23

24

25

26

27

28

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jeanifer E. Parsigian of the law firm Winston & Strawn LLP, who is a member of the bar of this Court, hereby appears as counsel of record on behalf of Non-Party Activision Blizzard, Inc.

Effective immediately, please add Jeanifer E. Parsigian as an attorney to be noticed on all matters at the following address:

> Jeanifer E. Parsigian
> Email: JParsigian@winston.com
> WINSTON & STRAWN LLP
> 101 California Street, 34th Floor
> San Francisco, CA 94111
> Telephone: (415) 591-1000
> Facsimile: (415) 591-1400

Dated: October 14, 2022

Respectfully submitted,

WINSTON & STRAWN LLP

By:   _/s/ Jeanifer E. Parsigian_
Jeanifer E. Parsigian (SBN: 289001)
JParsigian@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorney for Non-Party*
ACTIVISION BLIZZARD, INC.