# EXHIBIT C
# TO POMERANTZ DECLARATION
# PUBLIC REDACTED VERSION

1         UNITED STATES DISTRICT COURT
2      FOR THE NORTHERN DISTRICT OF CALIFORNIA
3             SAN FRANCISCO DIVISION
4  ----------------------------------------------x
5  IN RE GOOGLE PLAY STORE         Case No.
   ANTITRUST LITIGATION            3:21-md-02981-JD
6
7  THIS DOCUMENT RELATES TO:
8  Epic Games Inc. v. Google LLC, et al.,
   Case No: 3:20-cv-05671-JD
9
   In re Google Play Consumer
10 Antitrust Litigation,
   Case No: 3:20-cv-05761-JD
11
   In re Google Play Developer
12 Litigation,
   Case No: 3:20-cv-05792-JD
13
14 State of Utah, et al.,
   v. Google LLC, et al.,
15 Case No: 3:21-cv-05227-JD
16 ----------------------------------------------x
17   *HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER*
18
19    REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
20                  MICHAEL MARCHAK
21             Thursday, January 13, 2022
22               Volume 2 (Pages 359-528)
23
24 Reported By: Lynne Ledanois, CSR 6811
25

HIGHLY CONFIDENTIAL

Page 382

1  A    Or a propensity or something
2  like that.  But I look at it all
3  developers have the capability to go
4  it alone on Android.
5  Q    But these were, as you say,
6  some propensity to actually go through
7  with it?
8           MS. CHIU:  Object to form.
9           THE WITNESS:  Something like
10      that where they've invested
11      already or had some
12      characteristics that aligned with
13      that.
14  BY MR. EVEN:
15  Q    Do you recall that some of
16  these developers in fact suggested
17  that they would go it alone and open
18  their own distribution channel?
19  A    I recall that one of the
20  developers on that -- that was on the
21  left highlighted had considered that.
22  Q    And which developer is that?
23  A    I believe it was -- my
24  recollection ▮ ▮▮▮▮ ▮▮▮▮▮▮▮
25  Q    Do you remember that

Page 383

1  █████████ ████████ ████████ ████ █
2  ████ ██ ██ █████ █ ████████████
3  ███ ██ ███████
4       A    I don't recall the details
5  on that.  I recall more details ██
6  ██████
7       Q    We'll get there.
8            By the way, do you recall
9  who this presentation was presented
10 to?
11      A    I don't.
12      Q    Do you understand this
13 presentation was intended to include a
14 proposal about the contents of GVP 2.0
15 that would go to the business counsel?
16           MS. CHIU:  Object to form.
17           THE WITNESS:  I don't.  I'm
18     not sure.  I haven't gotten to the
19     slides on any of the V2 stuff, so
20     I don't recall.
21 BY MR. EVEN:
22      Q    Was GVP 2.0 presented to the
23 business counsel?
24      A    Yes.
25      Q    Was GVP 2.0 approved by the

Page 384

1    business counsel?
2         A    Yes.
3         Q    Would you go to the page
4    ending in 6701?
5         A    Okay.
6         Q    And do you see there on the
7    left-hand side, a blue rubric saying
8    "Pre-GVP: Considered own distribution
9    and/or payment platforms"?
10        A    I do.
11        Q    And do you see that based on
12   this slide, not only ▇▇▇ ▇▇ ▇▇▇
13   ▇▇▇ ▇ ▇▇▇▇▇▇ ▇▇▇▇▇▇ ▇
14   ▇▇▇▇ considered their own
15   distribution and/or payment platforms?
16             MS. CHIU:  Object to form.
17             THE WITNESS:  That seems to
18        be what the slide indicates.
19   BY MR. EVEN:
20        Q    Do you have any reason to
21   doubt that Mr. -- what Mr. Gambhir is
22   presenting here?
23        A    I don't.
24        Q    If you go to 6705.
25             Do you see that here the