| | |
|---|---|
| Brian C. Rocca, S.B #221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, S.B #215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, S.B #248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, S.B #259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, S.B #301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br>Facsimile: (415) 422-1001<br><br>Richard S. Taffet, *pro hac vice*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br>Attorneys for Defendants Google LLC, et al.<br><br>*Counsel for Defendants* | Glenn D. Pomerantz, Bar No. 112503<br>glenn.pomerantz@mto.com<br>Kuruvilla Olasa, Bar No. 281509<br>kuruvilla.olasa@mto.com<br>Nicholas R. Sidney<br>nick.sidney@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>Kyle W. Mach, Bar No. 282090<br>kyle.mach@mto.com<br>Justin P. Raphael, Bar No. 292380<br>justin.raphael@mto.com<br>Emily C. Curran-Huberty, Bar No. 293065<br>emily.curran-huberty@mto.com<br>Dane P. Shikman, Bar No. 313656<br>dane.shikman@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty Seventh Fl.<br>San Francisco, California 94105<br>Telephone: (415) 512-4000<br><br>Jonathan I. Kravis, *pro hac vice*<br>jonathan.kravis@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>601 Massachusetts Ave. NW, Ste 500E<br>Washington, D.C. 20001<br>Telephone: (202) 220-1100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**,<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE: GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:   Hon. James Donato |

1  Having considered Google Defendants' ("Google's") Administrative Motion to File Under
2  Seal limited portions of Defendants' Opposition to Epic's and Match's Motion to Amend
3  Complaints, the Declaration of Glenn D. Pomerantz ("Pomerantz Decl.") along with
4  accompanying exhibits ("Exhibits"), and the Declaration of Christian Cramer ("Cramer Decl.") in
5  support of the administrative motion, pursuant to Local Rules 7-11 and 79-5;

**IT IS HEREBY ORDERED:**

The following portions of Google's Opposition and supporting documents may be filed under seal:

| Item | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Defendants' Opposition | Page 3, lines 25 (between "developer" and "as 'illustrative'") | Google (Cramer Decl. ¶ 1) | |
| Defendants' Opposition | Page 5, lines 4-7 (between "They allege that, through 'Project Hug,' Google" and end of sentence) | Google (Cramer Decl. ¶ 2) | |
| Defendants' Opposition | Page 5, lines 13-14 (between "reached with" and "*Id.*") | Google (Cramer Decl. ¶ 3) | |
| Defendants' Opposition | Page 6, line 27 (between "developers identified in the motions—" and " —were produced") | Google (Cramer Decl. ¶ 4) | |
| Defendants' Opposition | Page 7, lines 4-5 (between "focused questioning," and ", at his deposition nine months ago.") | Google (Cramer Decl. ¶ 5) | |
| Defendants' Opposition | Page 7, line 8 (between "developers,' including" and "'to stop them from'") | Google (Cramer Decl. ¶ 6) | |
| Defendants' Opposition | Page 7, lines 20-22 (between start of sentence and "and Google employee"; between "testified that Google and" and "never entered"; between "an agreement that" and "would not open"; and between "Ex. D" and "Dep.") | Google (Cramer Decl. ¶ 7) | |
| Defendants' Opposition | Page 10, line 24 (between "amendments mention," and ", but they also") | Google (Cramer Decl. ¶ 8) | |

-1-   Case No. 3:21-md-02981-JD
[PROPOSED] ORDER RE: GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| Item | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Ex. C to Pomerantz Decl. (M. Marchak Dep. Tr.) | Page 382:24 (between "recollection" and end of line) | Google (Cramer Decl. ¶ 9) | |
| Ex. C to Pomerantz Decl. (M. Marchak Dep. Tr.) | Page 383:1-6 (between start of page and "I don't"; and between "more details" and "We'll get") | Google (Cramer Decl. ¶ 10) | |
| Ex. C to Pomerantz Decl. (M. Marchak Dep. Tr.) | Page 384:12-14 (between "not only" and "considered their own") | Google (Cramer Decl. ¶ 11) | |

Dated: _____, 2022

_____
Honorable James Donato
United States District Judge
Northern District of California