Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Rishi P. Satia, Bar No. 301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone:  (415) 442-1000
Facsimile:   (415) 442-1001

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY  10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Counsel for Defendants*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, Bar No. 281509
kuruvilla.olasa@mto.com
Nicholas R. Sidney
nick.sidney@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, Bar No. 282090
kyle.mach@mto.com
Justin P. Raphael, Bar No. 292380
justin.raphael@mto.com
Emily C. Curran-Huberty, Bar No. 293065
emily.curran-huberty@mto.com
Dane P. Shikman, Bar No. 313656
dane.shikman@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Fl.
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Ste 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.,* Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**GOOGLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:  Hon. James Donato |

1    Pursuant to Civil Local Rules 7-11 and 79-5(c-f), Defendants Google LLC, Google

2  Ireland Limited, Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment

3  Corp. (collectively, "Google") respectfully submit this Administrative Motion to Consider

4  Whether Another Party's Material Should Be Sealed Relating to Defendants' Opposition to

5  Epic's and Match's Motion to Amend Complaints, and the Declaration of Glenn D. Pomerantz

6  ("Pomerantz Decl."), along with accompanying exhibits ("Exhibits").  Public redacted versions

7  of the Opposition, the Pomerantz Decl., and its Exhibits have been filed in accordance with this

8  Court's local rules.  The excerpts at issue in this Motion to Seal are sourced from documents that

9  are designated as "NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES

10  ONLY" pursuant to the Protective Order entered by the Court, ECF No. 248.

11    Subsection (f) of Civil Local Rule 79-5 sets forth procedures that apply when a party

12  seeks to file information designated as confidential by another party.  Under subsection (e), the

13  "motion must identify each document or portions thereof for which sealing is sought" and "serve

14  the motion on the Designating Party the same day the motion is filed."  Pursuant to subsection

15  (f)(1), the Designating Party has seven days to "file a statement and/or declaration" to establish

16  why such designated material should be kept under seal pursuant to subsection (c)(1) of Civil

17  Local Rule 79-5.

18    Google identifies the following portions of its Opposition and supporting papers as

19  containing information designated as confidential by another party:

20

21

| Portion containing confidential information | Designating Party or Third-Party |
| --- | --- |
| Opp. Page 7, lines 20-23 (between start of sentence and "and Google employee"; between "testified that Google and" and "never entered"; between "an agreement that" and "would not open"; and between "Ex. D" and "Dep.") | Activision Blizzard, Inc. |
| Exh. B to Pomerantz Decl. | State Plaintiffs |
| Exh. E to Pomerantz Decl. | Activision Blizzard, Inc. |

28

GOOGLE'S ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD

1

2    Google takes no position on whether the materials identified in this table are privileged,

3    protectable as a trade secret, or otherwise entitled to protection under the law.

4

5    Dated:  October 21, 2022                **MUNGER TOLLES & OLSON LLP**
                                              Glenn D. Pomerantz
6                                             Kuruvilla Olasa
                                              Emily C. Curran-Huberty
7                                             Jonathan I. Kravis
                                              Justin P. Raphael
8                                             Kyle W. Mach

9                                                 Respectfully submitted,

10

11   By:   /s/ *Dane P. Shikman*
                                              Dane P. Shikman

12                                            *Counsel for Defendants*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**E-FILING ATTESTATION**

2

  I, Dane P. Shikman, am the ECF User whose ID and password are being used to file this

3

document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the

4

signatories identified above has concurred in this filing.

5

             */s/ Dane P. Shikman*

6

              Dane P. Shikman

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOOGLE'S ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD