AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Match Group, LLC, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:22-cv-02746-JD |
| Google LLC, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Match Group, LLC, Humor Rainbow, Inc., PlentyofFish Media ULC and People Media, Inc.

Date: 10/25/2022

*/s/ Tate Harshbarger*
*Attorney's signature*

Tate Harshbarger
*Printed name and bar number*

Hueston Hennigan LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
*Address*

THarshbarger@Hueston.com
*E-mail address*

(213) 788-4340
*Telephone number*

(888) 775-0898
*FAX number*