AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | | |
|---|---|---|
| Match Group, LLC, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:22-cv-02746-JD |
| Google LLC, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Match Group, LLC, Humor Rainbow, Inc., PlentyofFish Media ULC and People Media, Inc.   .

Date:   10/25/2022

*/s/ Karen Ding*
*Attorney's signature*

Karen Ding
*Printed name and bar number*

Hueston Hennigan LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014

*Address*

KDing@Hueston.com
*E-mail address*

(213) 788-4340
*Telephone number*

(888) 775-0898
*FAX number*