Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF LAUREN A. MOSKOWITZ IN SUPPORT OF EPIC GAMES, INC.'S AND MATCH GROUP, LLC ET AL.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Date: November 17, 2022 at 10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

1    I, Lauren A. Moskowitz, declare as follows:

2    1.  I am a partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

    2.  I submit this declaration pursuant to Civil Local Rule 79-5. The contents of this declaration are based on my personal knowledge.

    3.  Epic's and Match's Reply in Support of Motion to Amend Complaints (the "Reply"), the Declaration of Michael J. Zaken ("Zaken Declaration") and the accompanying exhibits ("Exhibits") contain portions that are sourced from materials that Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. (collectively, "Google"), and non-party Activision Blizzard, Inc., have designated as "CONFIDENTIAL", "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY", pursuant to the operative Protective Orders entered by the Court, Case No. 3:21-md-02981-JD, ECF Nos. 247, 248, and 249. The following table shows the portions of Epic's and Match's Reply, the Zaken Declaration and its Exhibits that contain information designated as "CONFIDENTIAL", "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY".

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Epic Games Inc.'s and Match Group, LLC et al.'s Reply in Support of Motion to Amend Complaints ("Reply") | Page 3, Lines 25-26 (between "allege" and end of sentence) | Google |
| Reply | Page 3, Line 28 (between "least" and "Project") | Google |
| Reply | Page 4, Line 4 (between "developer" and "was") | Google |
| Reply | Page 4, Lines 4-5 (between "order" and "(ECF No. 344-04)") | Google |
| Reply | Page 4, Line 5 (between "developer" and "told") | Google |
| Reply | Page 4, Line 6 (between "if" and "(ECF No. 344-03)") | Google |
| Reply | Page 4, Line 21 to Page 5, Line 2 (between "Ex. D," and "*see also*") | Activision Blizzard, Inc. |
| Reply | Page 5, Lines 3-4 (between "that" and "and") | Activision Blizzard, Inc. |
| Reply | Page 5, Lines 4-5 (between "and" and end of sentence) | Activision Blizzard, Inc. |
| Reply | Page 7, Line 28 to Page 8, Line 2 (between "that" and end of sentence) | Google |
| Reply | Page 7, Lines 14-15 (between "allege" and end of sentence") | Google |
| Reply | Page 8, Lines 23-24 (between "that" and end of sentence) | Google |
| Reply | Page 9, Footnote 6 (between "oath" and end of sentence) | Google |

| | | |
|---|---|---|
| Reply | Page 9, Footnote 6 (between "Ex. B," and "Dep.") | Google |
| Reply | Page 9, Footnote 6 (between "Ex. C," and "Dep.") | Google |
| Declaration of Michael J. Zaken in support of Epic Games Inc.'s and Match Group, LLC et al.'s Reply in Support of Motion to Amend Complaints ("Zaken Declaration") | ¶ 4 | Google |
| Zaken Declaration | ¶ 5 | Google |
| Zaken Declaration | ¶ 6 | Activision Blizzard, Inc. |
| Exhibit A to the Zaken Declaration | Document in its entirety | Google |
| Exhibit B to the Zaken Declaration | Document in its entirety | Google |
| Exhibit C to the Zaken Declaration | Document in its entirety | Google |
| Exhibit D to the Zaken Declaration | Document in its entirety | Activision Blizzard, Inc. |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on October 28, 2022 in New York, New York.

                                                     */s/ Lauren A. Moskowitz*
                                                      Lauren A. Moskowitz

# E-FILING ATTESTATION

I, Douglas J. Dixon, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

 */s/ Douglas J. Dixon*
Douglas J. Dixon

DECLARATION OF TATE HARSHBARGER IN SUPPORT OF EPIC'S AND MATCH'S REPLY
U.S.D.C. Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:22-cv-02746-JD

6