# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*,<br>Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER ON EPIC GAMES, INC.'S AND MATCH GROUP ET AL.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Having considered Plaintiff Epic Games, Inc. ("Epic's") and Plaintiffs Match Group, LLC, Humor Rainbow, Inc., Plenty of Fish Media ULC, and People Media, Inc. (collectively, "Match's") Administrative Motion To Consider Whether Another Party's Material Should Be Sealed, the Declaration of Lauren A. Moskowitz in Support of the Administrative Motion, any declaration by Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific PTE. Limited and Google Payment Corp. (collectively "Google'), any non-party declaration submitted in response and Epic's and Match's response thereto, and pursuant to Local Rules 7-11 and 79-5;

IT IS HEREBY ORDERED:

| Document | Information Ordered Unsealed | Designating Party |
|---|---|---|
| Epic Games Inc.'s and Match Group, LLC et al.'s Reply in Support of Motion to Amend Complaints ("Reply") | Page 3, Lines 25-26 (between "allege" and end of sentence) | Google |
| Reply | Page 3, Line 28 (between "least" and "Project") | Google |

| | | |
|---|---|---|
| Reply | Page 4, Line 4 (between "developer" and "was") | Google |
| Reply | Page 4, Lines 4-5 (between "order" and "(ECF No. 344-04)") | Google |
| Reply | Page 4, Line 5 (between "developer" and "told") | Google |
| Reply | Page 4, Line 6 (between "if" and "(ECF No. 344-03)") | Google |
| Reply | Page 4, Line 21 to Page 5, Line 2 (between "Ex. D," and "*see also*") | Activision Blizzard, Inc. |
| Reply | Page 5, Lines 3-4 (between "that" and "and") | Activision Blizzard, Inc. |
| Reply | Page 5, Lines 4-5 (between "and" and end of sentence) | Activision Blizzard, Inc. |
| Reply | Page 7, Line 28 to Page 8, Line 2 (between "that" and end of sentence) | Google |
| Reply | Page 7, Lines 14-15 (between "allege" and end of sentence") | Google |
| Reply | Page 8, Lines 23-24 (between "that" and end of sentence) | Google |
| Reply | Page 9, Footnote 6 (between "oath" and end of sentence) | Google |
| Reply | Page 9, Footnote 6 (between "Ex. B," and "Dep.") | Google |
| Reply | Page 9, Footnote 6 (between "Ex. C," and "Dep.") | Google |
| Declaration of Michael J. Zaken in support of Epic Games Inc.'s and Match Group, LLC et al.'s Reply | ¶ 4 | Google |

| | | |
|---|---|---|
| in Support of Motion to Amend Complaints ("Zaken Declaration") | | |
| Zaken Declaration | ¶ 5 | Google |
| Zaken Declaration | ¶ 6 | Activision Blizzard, Inc. |
| Exhibit A to the Zaken Declaration | Document in its entirety | Google |
| Exhibit B to the Zaken Declaration | Document in its entirety | Google |
| Exhibit C to the Zaken Declaration | Document in its entirety | Google |
| Exhibit D to the Zaken Declaration | Document in its entirety | Activision Blizzard, Inc. |

IT IS SO ORDERED.

Dated:

By: _____
THE HONORABLE JAMES DONATO
United States District Judge