Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

[Additional Counsel Appear on Signature Page]

Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et al.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*,<br>Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF MICHAEL J. ZAKEN IN SUPPORT OF EPIC GAMES, INC.'S AND MATCH GROUP ET AL.'S REPLY IN SUPPORT OF MOTION TO AMEND COMPLAINTS**<br><br>Date:  Nov. 17, 2022 at 10:00 am<br>Courtroom:  11, 19th Floor<br>Judge:  Hon. James Donato |

***REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED***

I, Michael J. Zaken, declare as follows:

1.      I am Of Counsel at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions.  I am admitted to appear before this Court *pro hac vice*.

2.      I have personal, first-hand knowledge of the facts set forth in this Declaration.  If called as a witness, I could and would competently testify to these facts under oath.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the September 23, 2022 letter from Brian Rocca to Yonatan Even.

4.      Attached hereto as **Exhibit B** is an excerpt of a true and correct copy of the deposition transcript of Google's former employee, ███████████████████████████████ ████████████████████.

5.      Attached hereto as **Exhibit C** is an excerpt of a true and correct copy of the deposition transcript of Google's employee, ████████████████████████████████.

6.      Attached hereto as **Exhibit D** is an excerpt of a true and correct copy of the deposition transcript of Activision's employee, ██████████████████████.

1       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and

2 correct and that I executed this declaration on October 28, 2022 in New York, NY.

3

4                                    */s/ Michael J. Zaken*
                                        Michael J. Zaken

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>E-FILING ATTESTATION</u>

I, Douglas J. Dixon, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

<u>    */s/ Douglas J. Dixon*                    </u>
Douglas J. Dixon

DECLARATION OF TATE HARSHBARGER IN SUPPORT OF EPIC'S AND MATCH'S REPLY
U.S.D.C. Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:22-cv-02746-JD

6