# EXHIBIT J

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
Case No. 3:21-md-02981-JD
-----------------------------------x
IN RE GOOGLE PLAY STORE
ANTITRUST LITIGATION
THIS DOCUMENT RELATES TO:
Epic Games Inc. v. Google LLC, et al.,
Case No: 3:20-cv-05671-JD
In re Google Play Consumer
Antitrust Litigation,
Case No: 3:20-cv-05761-JD
In re Google Play Developer
Litigation,
Case No: 3:20-cv-05792-JD
State of Utah, et al.,
v. Google LLC, et al.,
Case No: 3:21-cv-05227-JD
Match Group, LLC, et al.,
v. Google LLC, et al.,
Case No. 3:22-cv-02746-JD
-----------------------------------x

September 22, 2022
9:07 a.m.

** H I G H L Y C O N F I D E N T I A L **

Videotaped Deposition of ARMIN ZERZA, taken by Plaintiffs, pursuant to Notice, held via Zoom videoconference, before Todd DeSimone, a Registered Professional Reporter and Notary Public.

ZERZA - HIGHLY CONFIDENTIAL

The payment system is an integral part of the store, like you go to a physical store, you need a place to pay, whether that is through a cashier or through a self-checkout, in the same ecosystem, in a digital ecosystem, the payment system is part of the store.

Q. And had you had your own mobile app store, you then could have explored having your own payment system, correct?

A. I'm not following the logic. We would not launch a store with our own payment system. It doesn't make any sense.

Q. You would not launch a store without your own payment system, is that what you said?

A. Without a payment system in general, yeah. It doesn't make any sense. What store has no payment system? You see, that's why I'm not following your logic. If we launched a store we would also include a payment system, whether that is our own or a third-party system.

Q. Currently you have -- you don't

ZERZA - HIGHLY CONFIDENTIAL

have your own payment system, correct, on mobile, on Android?

A. So we do have -- we do have our own distribution system on PC, as you know, with Battle.net. We do not have our own distribution or payment system on mobile.

Q. And what do you use on Android?

A. Today we use Google Play as our store in many, many different countries. We use a store called ONE Store in Korea. In China, there is a variety of stores that we are using. So I don't recall all the names.

Q. And when you use Google Play, you use Google's payment system, right?

A. When we use Google Play, yeah, of course.

Q. Okay. So you had this e-mail exchange with Mr. Sweeney from May 9th, 2019 to June 27th, 2019, correct?

A. One second. I'm just checking the dates here. Yeah, that's correct.

Q. And you made an effort to be accurate and honest in your communications

its own mobile game store have accelerated revenue and operating income for the company?

A. In fact, we didn't pursue it, because we didn't -- it did not lead to, you know, any conclusion that we would be able to do that.

Q. I understand. How would Activision having its own mobile game store have accelerated revenue and operating income from the company should it have been pursued?

MR. KWUN: Objection, form.

A. I just gave you the answer. We didn't pursue it.

Q. I understand you did not pursue it. My question is how would it have done that had it been pursued?

MR. AMATO: Objection.

MR. KWUN: Objection, form.

A. I cannot give you a different answer than I just gave you.

Q. Okay. When you said earlier that your understanding of more favorable

economics was that one of the reasons for considering a mobile game store is that it would help the company earn more revenue and operating income, how did you envision it would have done that?

A. We look at many different projects across, you know, over time with the intent to, you know, drive shareholder value. One of these projects, there were many others, was this one, and ultimately we decided not to pursue it because it didn't -- it did not deliver the return that we would expect on this type of project. So that's what I can say. I can't tell you how it would have done it, because it didn't do it.

Q. When you were considering doing it, how did you -- what was your hypothesis as to how it would lead to more favorable economic terms?

A. I don't recall.

Q. Was one way the economic terms would have been more favorable is you would have avoided paying the fee to Google for

the revenue share from the Google Play Store?

A. First of all, I don't recall that specifically. What I do recall is that we looked at distribution, you know, across mobile ecosystems, including creating our own one, and the irony of the whole ecosystem is that, you know, depending on the size and scale of the respective outcome, you know, obviously the fixed costs invested in the ecosystem can drive higher costs or lower costs.

So, you know, obviously our expectation, you know, would have been at the beginning of the project that we would get better economics, but it didn't turn out to be.

Q. And is one of the ways that you would have gotten better economics at least hopefully at the beginning of the project was, you know, reducing or eliminating the rev share that you paid to Google for in-app purchases?

THE WITNESS: Was that an

ZERZA - HIGHLY CONFIDENTIAL

objection? I didn't hear that.

MR. KWUN: Sorry, I was just clearing my throat.

THE WITNESS: Okay, I thought somebody said something.

A. So I can't give you that answer because it depends on what our operating costs for the ecosystem is, and our operating costs for the ecosystem could be higher or lower, right?

So, you know, the hypothesis, when you start a project like this, is that there may be an opportunity to accelerate revenue and operating income for the company in a meaningful way, which didn't turn out to be the case in this case.

Q. Do you see on this document it says "Currently, we see two potential paths to improve mobile distribution economics and both are being pursued in parallel"?

A. I do see that, yes.

Q. And that was true for Project Boston as of December 12th, 2019?

A. We were working on -- so as I

ZERZA - HIGHLY CONFIDENTIAL

mentioned before, we were in discussions with Google at that time and beyond that time, and we were looking at Project Boston at that time and beyond that time. We continue to look at Project Boston today.

Q. And the first path being pursued were enterprise negotiations with Google first. Do you see that?

A. I do see that, yeah.

Q. And that's what you just referred to in your discussions with Google?

A. What I did say is that, you know, we evaluated and we continue to evaluate many different options to accelerate revenue and income growth. At the time we were talking to Google about an enterprise-wide deal, which we obviously signed with Google in early 2020. At the time we were also looking at our own mobile distribution ecosystem, among many other projects.

Q. And according to this document, the enterprise negotiations with Google

ZERZA - HIGHLY CONFIDENTIAL

were one path to securing more favorable mobile game economics, correct?

A. Let me see. I'm looking at this here. That's what the document says. I don't know what the author implies here. So, again, I haven't authored this document so I can't speak to what the author implies.

Q. But that is also consistent with your general understanding that one of the things you were doing in December 2019 was attempting to secure better mobile economics for Activision through enterprise negotiations with Google, correct?

A. That's not what I said. What I said is that we were working on an enterprise deal with Google which -- the objective of which was to create more value for both parties in a material way, otherwise, you know, we are all multi-billion-dollar companies, we wouldn't work on any of those projects.

The enterprise deal was, again, you know, across all the areas that we

ZERZA - HIGHLY CONFIDENTIAL

discussed before, you know, and ultimately that was important for us. But, you know, we had significant value creation on both sides and that's why we did the deal.

Q. And part of the value creation that Activision was pursuing in its enterprise negotiations with Google were more favorable mobile economics, correct?

A. I'm thinking about this, because the primary intent of the deal was to ensure that we create significant value for both sides. That's a win-win partnership. In fact, the deal that we signed, you know, there is no change in royalties. It has many components that create value.

So I don't know how to answer your question, because the primary objective for us is over value creation, you know, and each individual component, you know, has changed over time as the discussion -- as the discussions evolved.

Q. I think my question is pretty simple. It is as follows: Part of the

ZERZA - HIGHLY CONFIDENTIAL

value creation that Activision was pursuing in connection with its enterprise negotiations with Google was improved mobile economics, correct?

A. I do not recall that specific objective. Our specific objective was to create value for both companies overall in a way that accelerates value creation for both companies. That's the value objective. That's the way the deal was constructed.

Q. And you see, referring back to the document, that the second path to achieve improved mobile distribution economics was the development of a direct to consumer mobile distribution platform that bypasses existing storefronts? Do you see that?

A. I do see that, yes.

Q. And then there are two options underneath that, an ABK storefront only and an ABK storefront with other external publishers and developers. Do you see that?