# EXHIBIT B

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____x

IN RE GOOGLE PLAY STORE           Case No.
ANTITRUST LITIGATION              3:21-md-02981-JD
THIS DOCUMENT RELATES TO:
Epic Games Inc. v. Google LLC, et al.,
Case No: 3:20-cv-05671-JD

In re Google Play Consumer
Antitrust Litigation,
Case No: 3:20-cv-05761-JD

In re Google Play Developer
Litigation,
Case No: 3:20-cv-05792-JD

State of Utah, et al., v.
Google LLC, et al.,
Case No: 3:21-cv-05227-JD

_____

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER
VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
DEPOSITION OF LAWRENCE KOH

Thursday, December 9, 2021
Remotely Testifying from San Francisco, California

Reported By:
 Hanna Kim, CLR, CSR No. 13083
 Job No. 4969626

HIGHLY CONFIDENTIAL

Page 188

1  BY MS. MOSKOWITZ:
2      Q.   Okay.  All right.
3           Let's -- you can -- you can set that
4  aside.
5           In terms of how Google and -- well, let's
6  start with Google, how Google thought about
7  Project Hug, at the end of the day, it was running
8  numbers to calculate what the translation of the
9  various service offerings would mean for an
10 effective change in revenue share for each of the
11 developers; is that accurate?
12          MR. BRADSHAW:  Object to the form.
13          THE WITNESS:  Could you repeat that
14 question again?
15 BY MS. MOSKOWITZ:
16     Q.   Sure.
17          Google thought about Project Hug and the
18 various service offerings that it was providing on
19 the various payments that were made in connection
20 with the Project Hug deals as an effective change
21 in what the revenue share would be to the
22 developer?
23          MR. BRADSHAW:  Object to the form.
24          THE WITNESS:  No, we did not position it
25 that way.  We -- we had done some quantitative

Page 189

1    analysis in terms of what that might look like, but
2    that -- that is not how it was positioned.
3    BY MS. MOSKOWITZ:
4        Q.   Okay.  If you could go into the Exhibit
5    Share and refresh, there should be the next
6    exhibit, which will be Exhibit 138 that is loading
7    imminently.
8              (Koh Deposition Exhibit 138 was marked.)
9              Let me know when you have that.
10             I will read for the record, this is Google
11   Play 005580346.R through '0352.R.
12             Let me know when you have that.
13       A.   I have it opened.
14       Q.   Okay.  This is a slide deck from
15   January 2020 called "HUG Value to Strategic
16   Developers."
17             Do you see that?
18       A.   Yes, I do.
19       Q.   And you're familiar with this slide deck;
20   right?
21       A.   Yes, I am familiar with it.
22       Q.   And this is a document that was created
23   and maintained in the ordinary course of business
24   at Google?
25       A.   This was a document that the -- the