# EXHIBIT D

```
                                                         Page 1
 1
 2
 3    UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF CALIFORNIA
 4    SAN FRANCISCO DIVISION
      Case No. 3:21-md-02981-JD
 5    -----------------------------------x
      IN RE GOOGLE PLAY STORE
 6    ANTITRUST LITIGATION
 7    THIS DOCUMENT RELATES TO:
      Epic Games Inc. v. Google LLC, et al.,
 8    Case No: 3:20-cv-05671-JD
 9    In re Google Play Consumer
      Antitrust Litigation,
10    Case No: 3:20-cv-05761-JD
11    In re Google Play Developer
      Litigation,
12    Case No: 3:20-cv-05792-JD
13    State of Utah, et al.,
      v. Google LLC, et al.,
14    Case No: 3:21-cv-05227-JD
15    Match Group, LLC, et al.,
      v. Google LLC, et al.,
16    Case No. 3:22-cv-02746-JD
      -----------------------------------x
17               September 22, 2022
                 9:07 a.m.
18
19      ** H I G H L Y   C O N F I D E N T I A L **
20         Videotaped Deposition of ARMIN ZERZA,
21    taken by Plaintiffs, pursuant to Notice,
22    held via Zoom videoconference, before Todd
23    DeSimone, a Registered Professional
24    Reporter and Notary Public.
25
```

Page 222

1           ZERZA - HIGHLY CONFIDENTIAL
2        A.    Uh-huh.
3        Q.    And that's the other aspect to
4    this parity requirement that we saw in the
5    board presentation; isn't that true?
6        A.    That's correct.
7        Q.    Do you see anything in this
8    that requires that there be price parity
9    across platforms?
10       A.    No, and I mentioned that
11   before, we are not required to have
12   business model parity nor are we -- nor are
13   we prohibited from launching our own store
14   on any other stores.  It is very clear.
15       Q.    Is there anything in this
16   provision that says that ABK can't launch
17   its games on other Android app stores?
18       A.    No, we discussed it before, and
19   we can even launch it in our own store if
20   we want to do that.
21       Q.    In the end, ABK chose the
22   Google deal because it was the more
23   competitive deal for ABK; isn't that true?
24       A.    That is correct.  It had
25   better -- it had better economics and

1       ZERZA - HIGHLY CONFIDENTIAL
2    better terms over the competitive deal at
3    hand.
4          Q.    Let's go back to the easier to
5    read board presentation, Exhibit 1979.
6          A.    Okay, thank you.
7          Q.    In 1979, let's take a look
8    again at page 4, which is the Google Deal
9    Term Summary.
10         A.    Page 4, I'm there, yes.
11         Q.    So as we just -- as you were
12   just explaining, there is no financial
13   commitment for ABK for Google Play,
14   correct?
15         A.    That is correct.
16         Q.    And there is no exclusivity
17   commitment for Google either?
18         A.    Not at all.
19         Q.    And I think -- let's go to page
20   3, the previous page.
21         A.    Sure.  Yeah, I'm there.
22         Q.    So this page discussing the
23   strategic rationale, this was, actually
24   because of the redactions, without the
25   redactions, this was discussing two

Page 236

1        ZERZA - HIGHLY CONFIDENTIAL
2        Q.    Take a look at page 2 and let
3    me know when you're there.
4        A.    I'm there.
5        Q.    The title of this slide is
6    Project Boston Context, correct?
7        A.    That is correct.
8        Q.    Under the first bullet point it
9    has a number 2.  Do you see that?
10       A.    I do see that, yes.
11       Q.    And number 2 states
12   "Development of a direct-to-consumer mobile
13   distribution platform that bypass existing
14   storefronts (e.g. Google Play, IOS
15   AppStore) with two approaches to the
16   store," correct?
17       A.    That is correct, yes.
18       Q.    By "bypass existing
19   storefronts," that meant offer apps to
20   users without going through Google Play; is
21   that correct?
22       A.    That is correct.
23       Q.    If you could take a look at
24   page 3.
25       A.    I'm there, yes.

Page 237

1        ZERZA - HIGHLY CONFIDENTIAL
2        Q.    On the Path 2, build your own
3    mobile store part of page, excuse me, of
4    slide 3, there are two variations on that
5    approach; isn't that true?
6        A.    That is true, yes.
7        Q.    Under one approach the store
8    would have only ABK apps, correct?
9        A.    That is correct.
10       Q.    And on the other ABK would open
11   its app store for Android users up to other
12   third parties, correct?
13       A.    That is correct.
14       Q.    To date, Activision hasn't
15   launched such a store, correct?
16       A.    That is correct.
17       Q.    You testified earlier that the
18   reason why Activision hadn't launched such
19   a store is because the financials weren't
20   good enough, correct?
21       A.    That is correct.
22       Q.    Is that because there would be
23   costs associated with launching your own
24   store?
25       A.    Yes, there would be development

1          ZERZA - HIGHLY CONFIDENTIAL
2     costs, there would be marketing costs, and
3     many other costs.
4          Q.     Would there also be risks that
5     the store would be a failure?
6          A.     100 percent.
7          Q.     Are those risks part of what
8     Activision considered in deciding not to
9     launch its own app store?
10         A.     Of course, yes.  There is a
11    wide range of outcomes of a store like
12    this, and, you know, ultimately the size of
13    the price relative to the investment didn't
14    stack up with that opportunity cost.
15               And the opportunity cost
16    concept is also very important here.  You
17    know, as I mentioned, we are a
18    multi-billion-dollar company.  For us it is
19    important that returns of any of our
20    projects are in the multi-billion or at
21    least multi-hundred-million-dollar range.
22    So we prioritize our results, and it is my
23    job as CFO, we prioritize our investments
24    against the biggest opportunities.
25               So in this case we prioritized,

Page 264

1    ZERZA - HIGHLY CONFIDENTIAL
2    in this context.  You need to ask
3    Mr. Sweeney.  I have no idea.
4         Q.      Can you translate it to English
5    for us?
6         A.      I'm not sure -- I'm not sure --
7    I'm not sure I have a good translation for
8    you, frankly.  I'm thinking about it.  Not
9    really.  I don't really have a good
10   translation for it.
11        Q.      Earlier Mr. Kwun asked you if
12   you entered into a deal with Google that
13   accomplished your objectives, and you said
14   yes, correct?
15        A.      The specific question was
16   whether it meets, you know, the deal met
17   our financial thresholds, you know, and I
18   did say to you before that, you know, when
19   we do deals as a multi-billion-dollar
20   company we are prioritizing deals that are
21   multi-billion-dollar or
22   multi-hundred-million-dollar deals, and
23   what I said to Mr. Kwun was correct because
24   it was a deal that created
25   multi-hundred-million dollars of value for

1    ZERZA - HIGHLY CONFIDENTIAL
2  us across multiple ecosystems, between us
3  and Google, that's why the deal -- that's
4  why the board approved the deal.
5        MR. EARNHARDT:  I have no
6  further questions at this time.
7        MR. KWUN:  Nor do I.
8        MR. AMATO:  We will reserve our
9  right to review the transcript, and thank
10 you for being courteous with the time here.
11       THE VIDEOGRAPHER:  If everyone
12 agrees, we are off the record at 3:38 p.m.
13 Pacific time.  This concludes today's
14 testimony.  Thank you everyone.  Have a
15 good night.
16
17       [TIME NOTED:  3:38 p.m.]
18
19
20
21
22
23
24
25