1  Brian C. Rocca, S.B. #221576
2  brian.rocca@morganlewis.com
   Sujal J. Shah, S.B. #215230
3  sujal.shah@morganlewis.com
   Michelle Park Chiu, S.B. #248421
4  michelle.chiu@morganlewis.com
   Minna Lo Naranjo, S.B. #259005
5  minna.naranjo@morganlewis.com
   Rishi P. Satia, S.B. #301958
6  rishi.satia@morganlewis.com
7  **MORGAN, LEWIS & BOCKIUS LLP**
   One Market, Spear Street Tower
8  San Francisco, CA 94105
   Telephone: (415) 442-1000
9

10 Richard S. Taffet, *pro hac vice*
   richard.taffet@morganlewis.com
11 **MORGAN, LEWIS & BOCKIUS LLP**
   101 Park Avenue
12 New York, NY 10178
   Telephone: (212) 309-6000
13

14 Jonathan I. Kravis, *pro hac vice*
   Jonathan.kravis@mto.com
15 **MUNGER, TOLLES & OLSON LLP**
   601 Massachusetts Avenue NW, Suite 500E
16 Washington, DC 20001
   Telephone: (202) 220-1130
17

18 *Attorneys for Defendants*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, Bar No. 281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100

Kyle W. Mach, Bar No. 282090
kyle.mach@mto.com
Justin P. Raphael, Bar No. 292380
justin.raphael@mto.com
Emily C. Curran-Huberty, Bar No. 293065
emily.curran-huberty@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000

19

20

21

22

23

24

25

26

27

28

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    SAN FRANCISCO DIVISION

4

5    **IN RE GOOGLE PLAY STORE**          Case No. 3:21-md-02981-JD
     **ANTITRUST LITIGATION**

6                                         **DEFENDANTS' ADMINISTRATIVE**
7    THIS DOCUMENT RELATES TO:            **MOTION TO CONSIDER WHETHER**
                                          **ANOTHER PARTY'S MATERIAL**
8    *Match Group, LLC. et al. v. Google LLC et al.,*    **SHOULD BE SEALED RELATING TO**
     Case No. 3:22-cv-02746-JD            **DEFENDANTS' ANSWER, DEFENSES,**
9                                         **AND COUNTERCLAIMS TO MATCH**
                                          **GROUP'S FIRST AMENDED**
10                                        **COMPLAINT**

11                                        Judge James Donato

12

13        Pursuant to Civil Local Rules 7-11 and 79-5(c-f), Defendants Google LLC, Google

14   Ireland Limited, Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment

15   Corp. (collectively, "Google") respectfully submit this Administrative Motion to Consider

16   Whether Another Party's Material Should Be Sealed Relating to Google's Answer, Defenses, and

17   Counterclaims to Match Group's ("Match") First Amended Complaint ("Motion to Seal").  The

18   excerpts at issue in this Motion to Seal are sourced from documents that are designated as "NON-

19   PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY" pursuant to the

20   Protective Order entered by the Court, ECF No. 248. A redacted version of Google's Answer,

21   Defenses, and Counterclaims to Match's First Amended Complaint ("Answer and

22   Counterclaims") has been filed in accordance with the Local Rules.

23        Subsection (f) of Civil Local Rule 79-5 sets forth procedures that apply when a party

24   seeks to file information designated as confidential by another party. Under subsection (e), the

25   "motion must identify each document or portions thereof for which sealing is sought" and "serve

26   the motion on the Designating Party the same day the motion is filed."  Pursuant to subsection

27   (f)(1), the Designating Party has seven days to "file a statement and/or declaration" to establish

28

1    why such designated material should be kept under seal pursuant to subsection (c)(1) of Civil

2    Local Rule 79-5.

3         Civil Local Rule 79-5 provides that documents, or portions thereof, may be sealed if a

4    party establishes that the documents are privileged, protectable as a trade secret, or otherwise

5    entitled to protection under the law. A "strong presumption" of access to judicial records applies

6    to dispositive pleadings, and a party seeking to seal those records must show "compelling

7    reasons." *Primus Grp., Inc. v. Inst. for Env't Health, Inc.*, 395 F. Supp. 3d 1243, 1267 (N.D. Cal.

8    2019) (citations omitted). Compelling reasons justifying the sealing of court records generally

9    exist "when such court files might have become a vehicle for improper purposes, such as the use

10   of records to gratify private spite, promote public scandal, circulate libelous statements, or release

11   trade secrets." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)

12   (internal quotation marks omitted). However, "[t]he mere fact that the production of records may

13   lead to a litigant's embarrassment, incrimination, or exposure to further litigation will not,

14   without more, compel the court to seal its records." Id.

15        Google identifies the following portions of its Answer and Counterclaims to the Match

16   Complaint as containing information designated as confidential by another party:

17
18

| Portion Containing Designated Information | Designating Party |
|---|---|
| Introduction to Answer | Match |
| Counterclaim ¶ 31 | Match |
| Counterclaim ¶ 33 | Match |
| Counterclaim ¶ 34 | Match |
| Counterclaim ¶ 38 | Match |

24
25   Google takes no position on whether the materials identified in this table are privileged,

26   protectable as a trade secret, or otherwise entitled to protection under the law.

27

28

1 | Respectfully submitted,

2

3 | Dated: December 1, 2022     By:    /s/ Brian Rocca
                                       Brian C. Rocca

4

5 |                                    Brian C. Rocca, S.B #221576
                                       brian.rocca@morganlewis.com

6 |                                    Sujal J. Shah, S.B #215230
                                       sujal.shah@morganlewis.com

7 |                                    Michelle Park Chiu, S.B #248421
                                       michelle.chiu@morganlewis.com

8 |                                    Minna Lo Naranjo, S.B #259005
                                       minna.naranjo@morganlewis.com

9 |                                    Rishi P. Satia, S.B #301958
                                       rishi.satia@morganlewis.com

10 |                                   **MORGAN, LEWIS & BOCKIUS LLP**
                                       One Market, Spear Street Tower

11 |                                   San Francisco, CA 94105
                                       Telephone: (415) 442-1000

12 |                                   Facsimile: (415) 422-1001

13

14 |                                   Richard S. Taffet, *pro hac vice*
                                       richard.taffet@morganlewis.com

15 |                                   **MORGAN, LEWIS & BOCKIUS LLP**
                                       101 Park Avenue

16 |                                   New York, NY 10178
                                       Telephone: (212) 309-6000

17 |                                   Facsimile: (212) 309-6001

18

19 |                             By:    /s/ Glenn Pomerantz

20 |                                   Glenn D. Pomerantz
                                       Glenn D. Pomerantz, Bar No. 112503

21 |                                   glenn.pomerantz@mto.com
                                       Kuruvilla Olasa, Bar No. 281509

22 |                                   kuruvilla.olasa@mto.com
                                       **MUNGER, TOLLES & OLSON LLP**

23 |                                   350 South Grand Avenue, 50th Floor
                                       Los Angeles, CA 90071-3426

24 |                                   Telephone: (213) 683-9100

25 |                                   Kyle W. Mach, Bar No. 282090

26 |                                   kyle.mach@mto.com
                                       Justin P. Raphael, Bar No. 292380

27 |                                   justin.raphael@mto.com
                                       Emily C. Curran-Huberty, Bar No. 293065

28

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

emily.curran-huberty@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
Jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, DC 20001
Telephone: (202) 220-1130

*Attorneys for Defendants Google LLC, et al.*

1

## ECF ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each
of the other signatories hereto.

Dated: December 1, 2022

By: */s/ Glenn Pomerantz*
Glenn Pomerantz

DEFS' MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:22-cv-02746-JD; 3:21-md-02981-JD