Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Rishi P. Satia, Bar No. 301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile:   (415) 442-1001

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY  10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Counsel for Defendants*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, Bar No. 281509
kuruvilla.olasa@mto.com
Nicholas R. Sidney
nick.sidney@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, Bar No. 282090
kyle.mach@mto.com
Justin P. Raphael, Bar No. 292380
justin.raphael@mto.com
Emily C. Curran-Huberty, Bar No. 293065
emily.curran-huberty@mto.com
Dane P. Shikman, Bar No. 313656
dane.shikman@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Fl.
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Ste 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>This Document Relates To:<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Judge:   Hon. James Donato |

In this unopposed motion, Defendants ("Google") hereby move to remove the following documents from ECF, submitted electronically on December 1, 2022:

    1. No. 3:21-md-02981-JD ("MDL Dkt."), Dkt. No. 385

    2. No. 3:22-cv-02746-JD ("Match Dkt."), Dkt. No. 99

These docket entries represent a single document, captioned "Google's Answer, Defenses, and Counterclaims to Match's First Amended Complaint," filed on the dockets for both the MDL action and the member case listed above. This document contains references that the Match Group plaintiffs designated under the applicable protective orders and/or that were filed provisionally under seal (*see* MDL Dkt. Nos. 282, 291, and Match Dkt. Nos. 44, 57), but the document was inadvertently filed publicly, rather than under seal. Outside counsel for Google contacted the ECF helpdesk immediately after the inadvertent filing, and the ECF helpdesk promptly locked the document in question on both dockets. The ECF helpdesk is awaiting the Court's order to remove this document from the record on both dockets.

Google has already filed a corrected, redacted version of this document on both dockets, with a companion Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. *See* No. 3:21-md-02981-JD, Dkt. Nos. 387, 388; No. 3:22-cv-02746-JD, Dkt. Nos. 100, 101.

For the foregoing reasons, Google respectfully requests that the Court grant this motion and remove the above-listed document from each listed docket. Google has conferred with the Match Group plaintiffs, who do not oppose this motion.

1 DATED:  December 6, 2022                Respectfully submitted,

2                                         MUNGER, TOLLES & OLSON LLP

3

4                                              /s/ *Dane P. Shikman*
                                             Dane P. Shikman, S.B. #313656
5                                            dane.shikman@mto.com
                                             Kyle W. Mach, S.B. #282090
6                                            kyle.mach@mto.com
                                             Emily C. Curran-Huberty, S.B. #293065
7                                            emily.curran-huberty@mto.com
                                             Justin P. Raphael, S.B. #292380
8                                            justin.raphael@mto.com
9                                            **MUNGER TOLLES & OLSON LLP**

10                                           560 Mission St., Suite 2700
                                             San Francisco, CA 94105
11                                           Telephone: (415) 512-4000
                                             Facsimile: (415) 512-4077
12

13                                           Glenn D. Pomerantz, S.B. #112503
                                             glenn.pomerantz@mto.com
14                                           Kuruvilla Olasa, S.B. #281509
                                             kuruvilla.olasa@mto.com
15                                           Nicholas R. Sidney, S.B. #308080
                                             nick.sidney@mto.com
16                                           **MUNGER, TOLLES & OLSON LLP**
17
                                             350 South Grand Avenue, Fiftieth Floor
18                                           Los Angeles, California 90071
                                             Telephone: (213) 683-9100
19

20

21

22

23

24

25

26

27

28

1

2

3

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**

4

5

601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

6

7

8

9

10

11

12

Brian C. Rocca, S.B #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**

13

14

15

One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 422-1001

16

17

18

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**

19

20

101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

21

22

23

*Counsel for Defendants Google LLC et al.*

24

25

26

27

28

-3-

1

**E-FILING ATTESTATION**

2

I, Dane P. Shikman, am the ECF User whose ID and password are being used to file this

3

document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that counsel for

4

Defendants have concurred in this filing.

5

6

*/s/ Dane P. Shikman*
Dane P. Shikman

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

2

I am a citizen of the United States and employed in Los Angeles, California.  I am over

3

the age of eighteen years and not a party to the within-entitled action.  My business address is

4

Munger, Tolles & Olson LLP, San Francisco, CA 94105.

5

On December 6, 2022, I served the foregoing document titled:

6

**DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**

7

**[PROPOSED] ORDER RE: DEFENDANTS' MOTION TO REMOVE**

8

**INCORRECTLY FILED DOCUMENTS**

9

by transmitting via electronic mail the document listed above to each of the parties set forth

10

below using the parties' designated electronic service lists epic-mobileapps@cravath.com;

11

StatesGooglePlayLeads@agutah.gov; googleappconsumercounsel@bartlitbeck.com;

12

DevelopersvGoogle@hausfeld.com; ~PLAY_MTO@mto.com;

13

PlayLitigation@morganlewis.com; GoogleEpic@omm.com, matchgoogle@hueston.com:

| | |
|---|---|
| Christine A. Varney (*pro hac vice*) | Eamon P. Kelly |
| Katherine B. Forrest (*pro hac vice*) | Alberto Rodriguez |
| Gary A. Bornstein (*pro hac vice*) | Martin Amaro |
| Yonatan Even (*pro hac vice*) Lauren | **SPERLING & SLATER, P.C.** |
| A. Moskowitz (pro hac vice) | 55 W. Monroe Street, Suite 3200 |
| M. Brent Byars (*pro hac vice*) | Chicago, IL 60603 |
| Eric Zepp (*pro hac vice*) | ekelly@sperling-law.com |
| **CRAVATH, SWAINE & MOORE LLP** | arodriguez@sperling-law.com |
| Worldwide Plaza | mamaro@sperling-law.com |
| 825 Eighth Avenue | |
| New York, NY 10019 | Steve W. Berman |
| epic-mobileapps@cravath.com | Robert F. Lopez |
| cvarney@cravath.com | Ted Wojcik |
| kforrest@cravath.com | 1301 Second Ave., Suite 2000 |
| gbornstein@cravath.com | Seattle, WA 98101 |
| yeven@cravath.com | **HAGENS BERMAN SOBOL SHAPIRO** |
| lmoskowitz@cravath.com | **LLP** |
| mbyars@cravath.com | steve@hbsslaw.com robl@hbsslaw.com |
| ezepp@cravath.com | tedw@hbsslaw.com |
| | |
| Paul J. Riehle (SBN 115199) | Benjamin J. Siegel |
| **FAGRE DRINKER BIDDLE & REATH LLP** | **HAGENS BERMAN SOBOL SHAPIRO** |
| Four Embarcadero Center | **LLP** |
| San Francisco, California 94111 | 715 Hearst Avenue, Suite 202 |
| paul.riehle@faegredrinker.com | Berkeley, CA 94710 |
| | bens@hbsslaw.com |
| *Counsel for Plaintiff in Epic Games,* | |
| *Inc. v. Google LLC, et al.* | *Counsel for Plaintiff Pure Sweat Basketball,* |
| | *Inc. and the Proposed Class in Pure Sweat* |
| | *Basketball, Inc. v. Google LLC, et al.* |

| | | |
|---|---|---|
| 1 | Hae Sung Nam<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>hnam@kaplanfox.com | Elizabeth Pritzker<br>**PRITZKER LEVINE LLP**<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>ecp@pritzkerlevine.com |

1  Hae Sung Nam
   **KAPLAN FOX & KILSHEIMER LLP**
2  850 Third Avenue, 14th Floor
   New York, NY 10022
3  hnam@kaplanfox.com

4  Karma M. Giulianelli
   **BARTLIT BECK LLP**
5  1801 Wewetta St., Suite 1200
   Denver, CO 80202
6  karma.giulianelli@bartlitbeck.com

7  *Interim Co-Lead Class Counsel for Plaintiffs
   and the Proposed Class in In re Google Play*
8  *Consumer Antitrust Litigation*

9  Peggy J. Wedgworth
   **MILBERG PHILLIPS GROSSMAN LLP**
10 One Penn Plaza, Suite 1920
   New York, New York 10119
11 pwedgworth@milberg.com

12 George A. Zelcs
   **KOREIN TILLERY, LLC**
13 205 North Michigan, Suite 1950
   Chicago, IL 60601
14 gzelcs@koreintillery.com

15 Nanci Eiko Nishimura
   **COTCHETT PITRE & MCCARTHY LLP**
16 840 Malcolm Road, Suite 200
   Burlingame, CA 94010
17 nnishimura@cpmlegal.com

18 *Interim Steering Committee Members for
   Plaintiffs and the Proposed Class in In re*
19 *Google Play Consumer Antitrust Litigation*

Elizabeth Pritzker
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
ecp@pritzkerlevine.com

*Interim Liaison Counsel for Plaintiffs and the
Proposed Class in In re Google Play
Consumer Antitrust Litigation*

Bonny E. Sweeney (SBN 176174)
Samantha J. Stein (SBN 302034)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
DevelopersvGoogle@hausfeld.com
bsweeney@hausfeld.com
sstein@hausfeld.com

Melinda R. Coolidge (*pro hac vice*)
1700 K Street, NW, Suite 650
Washington, DC 20006
mcoolidge@hausfeld.com

Katie R. Beran (*pro hac vice*)
325 Chestnut Street, Suite 900
Philadelphia, PA 19106 kberan@hausfeld.com

Scott A. Martin (*pro hac vice*)
Irving Scher (*pro hac vice*)
33 Whitehall Street, 14th Floor New York, NY
10004 smartin@hausfeld.com

*Counsel for Plaintiff Peekya App Services, Inc.
and the Proposed Class in Pure Sweat
Basketball, Inc. v. Google LLC, et al.*

20 Brendan P. Glackin, Bar No. 199643
   bglackin@agutah.gov
21 Fred Norton (SBN 224735)
   fnorton@agutah.gov
22 David N. Sonnenreich (*pro hac vice*)
   dsonnenreich@agutah.gov
23 Scott R. Ryther (*pro hac vice*)
   sryther@agutah.gov
24 **UTAH OFFICE OF THE ATTORNEY
   GENERAL**
25 160 East 300 South, 5th Floor
   P.O. Box 140872
26 Salt Lake City, UT 84114-0872

27 *Counsel for the State of Utah*

28

Sarah G. Boyce (*pro hac vice*)
sboyce@ncdoj.gov
Jonathan Marx (*pro hac vice*)
jmarx@ncdoj.gov
Jessica V. Sutton (*pro hac vice*)
Jsutton2@ncdoj.gov
**NORTH CAROLINA DEPARTMENT OF
JUSTICE**
P.O. Box 628 Raleigh, NC 27602

*Counsel for the State of North Carolina*

| | |
|---|---|
| 1 | John C. Hueston, Bar No. 164921 |
| | jhueston@hueston.com |
| 2 | Douglas J. Dixon, Bar No. 275389 |
| | ddixon@hueston.com |
| 3 | **HUESTON HENNIGAN LLP** |
| | 620 Newport Center Drive, Suite 1300 |
| 4 | Newport Beach, CA 92660 |
| | Telephone: (949) 229-8640 |
| 5 | |
| | Joseph A. Reiter, Bar No. 294976 |
| 6 | jreiter@hueston.com |
| | Michael K. Acquah, Bar No. 313955 |
| 7 | macquah@hueston.com |
| | William M. Larsen, Bar No. 314091 |
| 8 | wlarsen@hueston.com |
| | Julia L. Haines, Bar No. 321607 |
| 9 | jhaines@hueston.com |
| | **HUESTON HENNIGAN LLP** |
| 10 | 523 West 6th Street, Suite 400 |
| | Los Angeles, CA 90014 |
| 11 | Telephone: (213) 788-4340 |
| 12 | *Counsel for Plaintiffs Match Group,* |
| | *LLC, Humor Rainbow, Inc.,* |
| 13 | *PlentyofFish Media ULC, People* |
| | *Media, Inc.* |

14

15        I declare under penalty of perjury under the laws of the United States that the above is true

16  and correct.

17        Executed on December 6, 2022, San Francisco, California.

18

19                                    */s/ Dane P. Shikman*
                                    Dane P. Shikman

20

21

22

23

24

25

26

27

28