# EXHIBIT C
## TO POMERANTZ DECLARATION

1       UNITED STATES DISTRICT COURT
2     FOR THE NORTHERN DISTRICT OF CALIFORNIA
3            SAN FRANCISCO DIVISION
4   ------------------------------------------x
5   IN RE GOOGLE PLAY STORE        Case No.
    ANTITRUST LITIGATION           3:21-md-02981-JD
6
7   THIS DOCUMENT RELATES TO:
8   Epic Games Inc. v. Google LLC, et al.,
    Case No: 3:20-cv-05671-JD
9
    In re Google Play Consumer
10  Antitrust Litigation,
    Case No: 3:20-cv-05761-JD
11
    In re Google Play Developer
12  Litigation,
    Case No: 3:20-cv-05792-JD
13
14  State of Utah, et al.,
    v. Google LLC, et al.,
15  Case No: 3:21-cv-05227-JD
16  ------------------------------------------x
17    *HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER*
18
19    REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
20                 MICHAEL MARCHAK
21            Thursday, January 13, 2022
22              Volume 2 (Pages 359-528)
23
24  Reported By: Lynne Ledanois, CSR 6811
25

Page 382

1          A     Or a propensity or something
2     like that.  But I look at it all
3     developers have the capability to go
4     it alone on Android.
5          Q     But these were, as you say,
6     some propensity to actually go through
7     with it?
8               MS. CHIU:  Object to form.
9               THE WITNESS:  Something like
10         that where they've invested
11         already or had some
12         characteristics that aligned with
13         that.
14    BY MR. EVEN:
15         Q     Do you recall that some of
16    these developers in fact suggested
17    that they would go it alone and open
18    their own distribution channel?
19         A     I recall that one of the
20    developers on that -- that was on the
21    left highlighted had considered that.
22         Q     And which developer is that?
23         A     I believe it was -- my
24    recollection is Riot Games.
25         Q     Do you remember that

HIGHLY CONFIDENTIAL

Page 383

1  Activision Blizzard suggested that it
2  may open its own store to distribute
3  its own games?
4     A    I don't recall the details
5  on that.  I recall more details on
6  Riot.
7     Q    We'll get there.
8          By the way, do you recall
9  who this presentation was presented
10 to?
11    A    I don't.
12    Q    Do you understand this
13 presentation was intended to include a
14 proposal about the contents of GVP 2.0
15 that would go to the business counsel?
16         MS. CHIU:  Object to form.
17         THE WITNESS:  I don't.  I'm
18    not sure.  I haven't gotten to the
19    slides on any of the V2 stuff, so
20    I don't recall.
21 BY MR. EVEN:
22    Q    Was GVP 2.0 presented to the
23 business counsel?
24    A    Yes.
25    Q    Was GVP 2.0 approved by the

Page 384

```
 1    business counsel?
 2         A     Yes.
 3         Q     Would you go to the page
 4    ending in 6701?
 5         A     Okay.
 6         Q     And do you see there on the
 7    left-hand side, a blue rubric saying
 8    "Pre-GVP:  Considered own distribution
 9    and/or payment platforms"?
10         A     I do.
11         Q     And do you see that based on
12    this slide, not only Riot but also
13    Tencent and Activision Blizzard King
14    pre-GVP considered their own
15    distribution and/or payment platforms?
16               MS. CHIU:  Object to form.
17               THE WITNESS:  That seems to
18         be what the slide indicates.
19    BY MR. EVEN:
20         Q     Do you have any reason to
21    doubt that Mr. -- what Mr. Gambhir is
22    presenting here?
23         A     I don't.
24         Q     If you go to 6705.
25               Do you see that here the
```