

Example of "1:1 Chat"