Brian C. Rocca, S.B. #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B. #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B. #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B. #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B. #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000

*Counsel for Defendants Google LLC et al*

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
Nicholas R. Sidney, S.B. #308080
nick.sidney@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
Dane P. Shikman, S.B. #313656
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA,**

**SAN FRANCISCO DIVISION**

**IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**

This Document Relates To:

*Epic Games, Inc. v. Google LLC et al., Case No. 3:20-cv-05671-JD*

*In re Google Play Consumer Antitrust Litigation, Case No. 3:20-cv-05761-JD*

*State of Utah et al. v. Google LLC et al., Case No. 3:21-cv-05227-JD*

*Match Group, LLC et al. v. Google LLC et al.,* Case No. 3:22-cv-02746-JD

Case No. 3:21-md-02981-JD

**DECLARATION OF DEVIN CHEN IN SUPPORT OF DEFENDANTS' BRIEF IN RESPONSE TO THE COURT'S QUESTIONS REGARDING PRESERVATION OF CHAT MESSAGES**

Judge: Hon. James Donato

# DECLARATION OF DEVIN CHEN

I, Devin Chen (Zhi Chen), declare as follows:

1. I am a backend engineer on the Chat Backend team at Google. I make this declaration based on personal knowledge and per discussion with the Chat Admin team. If called as a witness, I could testify to the best of my knowledge to the facts stated herein.

2. The function of my team at Google is to develop and improve the Google Chat product. My responsibilities include feature development for the Chat backend.

3. I understand that the Court has asked Google to respond to the following question:

- *How many recipients of the litigation hold notice in this case personally elected to turn the history to "on" for any of their Google Chats?*
    - *On what dates did the hold notice recipients do so?*
    - *If they later turned the chat history back to "off," when did they do that?*

4. Google does not ordinarily maintain the information to answer this question for any meaningful time period. Google does maintain a system-wide backend log spanning certain Google products, with restricted security access for a rolling period of 55 days only. This log is designed to assist in addressing bugs in Google Chat from the backend and includes limited data about changes to Google Chat history settings. The data in that log, however, would not show whether or when an employee changed his or her chat history settings for a particular conversation before the rolling 55-day window—*i.e.*, if an employee had toggled the "history on" setting prior to the 55-day window, the log would not show that activity.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 24th day of January, 2023, in Sunnyvale, California.

DocuSigned by:
Devin Chen
FA34FCA29B4B453...

Devin Chen