1  Karma M. Giulianelli (SBN 184175)
   karma.giulianelli@bartlitbeck.com
2  **BARTLIT BECK LLP**
3  1801 Wewatta St., Suite 1200
   Denver, Colorado 80202
4  Telephone: (303) 592-3100

5  Hae Sung Nam (*pro hac vice*)
   hnam@kaplanfox.com
6  **KAPLAN FOX & KILSHEIMER LLP**
7  850 Third Avenue
   New York, NY 10022
8  Telephone: (212) 687-1980

9  *Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*
10

11  Paul J. Riehle (SBN 115199)
    paul.riehle@faegredrinker.com
12  **FAEGRE DRINKER BIDDLE & REATH LLP**
13  Four Embarcadero Center, 27th Floor
14  San Francisco, CA 94111
15  Telephone: (415) 591-7500

16  Christine A. Varney (*pro hac vice*)
    cvarney@cravath.com
17  **CRAVATH, SWAINE & MOORE LLP**
18  825 Eighth Avenue
    New York, New York 10019
19  Telephone: (212) 474-1000

20  *Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*
21

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for the Plaintiff States*

Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF MICHAEL J. ZAKEN IN SUPPORT OF PLAINTIFFS' RESPONSE TO GOOGLE'S BRIEF IN RESPONSE TO THE COURT'S MINUTE ORDER QUESTIONS REGARDING PRESERVATION OF CHAT MESSAGES**<br><br>Date:  January 31, 2023 at 1:30 p.m.<br>Courtroom:  11, 19th Floor<br>Judge:  Hon. James Donato |

I, Michael J. Zaken, declare as follows:

1. I am a Partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

2. I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Google's Responses and Objections to Plaintiffs Document Preservation Interrogatories, dated January 14, 2022.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a Civil Investigative Demand issued by the United States Department of Justice to Alphabet, Inc. dated October 7, 2019.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY4-007020192-206.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the document produced by Google in this litigation bearing Bates number GOOG-PLAY-010028199.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY-011126651-652.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY-006355148-149.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY-005428116-117.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY-007213451-458.

11. Attached hereto as **Exhibit 9** is a true and correct copy of an excerpt from the transcript of the May 12, 2022 deposition of Paul Bankhead in this matter.

12. Attached hereto as **Exhibit 10** is a true and correct copy of an excerpt from the transcript of the August 31, 2022 deposition of Purnima Kochikar in this matter.

13. Attached hereto as **Exhibit 11** is a true and correct copy of an excerpt from the transcript of the February 3, 2022 deposition of James Kolotouros in this matter.

1 | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and
2 | correct and that I executed this declaration on January 27, 2023 in New York, NY.

*/s/ Michael J. Zaken*
Michael J. Zaken