UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation,* Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.,* Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.,* Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Date:  January 31, 2023 at 1:30 p.m.<br>Courtroom:  11, 19th Floor<br>Judge:  Hon. James Donato |

Upon consideration of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, IT IS HEREBY ORDERED that the Clerk shall seal the following materials filed in connection with the Response to Google's Brief in Response to the Court's Minute Order Questions Regarding Preservation of Chat Messages ("Plaintiffs' Response"), and the Declaration of Michael J. Zaken ("Zaken Declaration"), until the resolution of any declaration submitted pursuant to Civil Local Rule 79-5(f) and any response thereto:

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Plaintiffs' Response | Page 9, lines 17-19, between "among other things," and "(GOOG-PLAY3-000012530.)" |
| Plaintiffs' Response | Page 9, footnote 7, between "Jim Kolotouros testified that" and "(Zaken Decl." |
| Plaintiffs' Response | Page 12, line 7, between "whether" and "was going" |
| Plaintiffs' Response | Page 12, lines 8-9, between "long made efforts to" and "(Zaken Decl." |
| Plaintiffs' Response | Page 12, line 9, between "likely that these" and "discussions contained" |
| Plaintiffs' Response | Page 12, line 10, between "competitors like" and "Ms. Kochikar" |
| Plaintiffs' Response | Page 12, lines 11-13, between "on, emailed" and "(Zaken Decl." |
| Plaintiffs' Response | Page 12, line 14-15, between "As another example" and "(Zaken Decl." |
| Zaken Decl. Ex. 6 | Document in its entirety. |
| Zaken Decl. Ex. 7 | Document in its entirety. |
| Zaken Decl. Ex. 8 | Document in its entirety. |
| Zaken Decl. Ex. 9 | Document in its entirety. |
| Zaken Decl. Ex. 10 | Document in its entirety. |
| Zaken Decl. Ex. 11 | Document in its entirety. |

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

2

1  Pursuant to Civil Local Rule 79-5(f)(3), no later than February 3, 2023, Defendant
2  Google, the Designating Party, shall submit a declaration in compliance with Rule 79-5
3  establishing that the exhibits should remain under seal.

**IT IS SO ORDERED.**

DATED: _____     _____
　　　　　　　　　　　　　　　　　　　　　　　　　HON. JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

3