Brian C. Rocca, S.B. #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B. #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B. #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B. #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B. #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000

*Counsel for Defendants Google LLC et al.*

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
Nicholas R. Sidney, S.B. #308080
nick.sidney@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
Dane P. Shikman, S.B. #313656
dane.shikman@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA,

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>This Document Relates To:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**DEFENDANT GOOGLE'S SUPPLEMENTAL STATEMENT REGARDING FEBRUARY 1, 2023 MINUTE ORDER**<br><br>Judge:   Hon. James Donato |

Google submits this further response to the Court's February 1, 2023, Minute Entry, MDL Dkt. No. 440 ("February 1 Order"). The February 1 Order states: "The parties will meet and confer about which of the relevant custodians still have their history setting turned to 'off' for any of their chats, and whether Google should now change those default history settings to 'on' for the core set of relevant custodians as the parties agree."

In Google's February 6, 2023, response to the Court's order, Google noted that "Plaintiffs have asked Google to turn history on for all 383 employees who have received legal hold instructions in this case," and that the Court's reference to a "'core set of relevant custodians' falls short of encompassing every one of the 383 employees who received a hold notice in this matter." Nonetheless, Google indicated that it would report back this week on Plaintiffs' request.

Google provides the following update on this issue: Google will turn the history setting to "on" for Google Chat, on an interim basis, for all 383 employees who have received a legal hold in this case. Those employees will not have the ability to change history to "off." Google will meet and confer with Plaintiffs regarding which of these 383 legal hold recipients are the "core set of relevant custodians" for which this setting should remain and then report back to the Court.

The parties have scheduled a meet and confer for tomorrow to attempt to resolve additional issues raised by the Court's February 1 Order. The parties will report back to the Court later this week.

DATED: February 7, 2023                    Respectfully submitted,

                                           By:    /s/ Glenn D. Pomerantz
                                                  Glenn D. Pomerantz

                                           Glenn D. Pomerantz, S.B. #112503
                                           glenn.pomerantz@mto.com
                                           Kuruvilla Olasa, S.B. #281509
                                           kuruvilla.olasa@mto.com
                                           Nicholas R. Sidney, S.B. #308080
                                           nick.sidney@mto.com
                                           **MUNGER, TOLLES & OLSON LLP**
                                           350 South Grand Avenue, Fiftieth Floor
                                           Los Angeles, California 90071
                                           Telephone: (213) 683-9100

|   |   |
|---|---|
| 1 | Kyle W. Mach, S.B. #282090 |
| 2 | kyle.mach@mto.com |
|   | Justin P. Raphael, S.B. #292380 |
| 3 | justin.raphael@mto.com |
|   | Emily C. Curran-Huberty, S.B. #293065 |
| 4 | emily.curran-huberty@mto.com |
|   | Dane P. Shikman, S.B. #313656 |
| 5 | dane.shikman@mto.com |
| 6 | **MUNGER TOLLES & OLSON LLP** |
|   | 560 Mission St., Suite 2700 |
| 7 | San Francisco, CA 94105 |
|   | Telephone: (415) 512-4000 |
| 8 | Facsimile: (415) 512-4077 |

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

Brian C. Rocca, S.B #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 422-1001

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Counsel for Defendants Google LLC et al.*