# EXHIBIT 1

# Important Google Internal Projects After Commencement of Litigation Used to Generate Search Terms for Updated Productions

