# EXHIBIT 10

Sent: Wed 7/14/2021 10:40:11 PM (UTC)
From: gamaria@google.com
To: gamaria@google.com, jeanies@google.com
Subject: j6jN_AAAAAE-MBI-FLAT:2021-07-14T03:40:10.315999

Case 3:22-cv-02746-JD   Document 147-12   Filed 03/15/23   Page 2 of 4

gamaria@google.com 2021-07-14T22:40:10.315Z

Seems promising that SFO might become our home office

gamaria@google.com 2021-07-14T22:40:13.864Z

Fingers crossed!!!!

jeanies@google.com 2021-07-14T22:40:22.216Z

What happened

gamaria@google.com 2021-07-14T22:40:35.031Z

Was on the Kristine going away GVC

gamaria@google.com 2021-07-14T22:40:44.268Z

Hosted by Steve Arthur

gamaria@google.com 2021-07-14T22:41:37.130Z

I didn't turn history on btw

gamaria@google.com 2021-07-14T22:41:44.711Z

I think it is the setting I have

jeanies@google.com 2021-07-14T22:41:51.567Z

so weird

gamaria@google.com 2021-07-14T22:41:54.552Z

One sec

gamaria@google.com 2021-07-14T22:42:09.158Z

Argh

gamaria@google.com 2021-07-14T22:42:10.561Z

Hold on

gamaria@google.com 2021-07-14T22:43:46.564Z

OMG, driving me bonkers

gamaria@google.com 2021-07-14T22:43:48.302Z

Anyhoo

gamaria@google.com 2021-07-14T22:43:58.965Z

Steve pointed out that Pete will be the lead for the new SFO location

**gamaria@google.com** 2021-07-14T22:44:02.313Z

On the call

**gamaria@google.com** 2021-07-14T22:44:19.042Z

And then Pete and Amy both said fingers crossed

**gamaria@google.com** 2021-07-14T22:44:42.464Z

And Pete said he will connect with our ABP on floor plan as the next step if approved

**gamaria@google.com** 2021-07-14T22:44:53.028Z



**gamaria@google.com** 2021-07-14T22:45:07.741Z

Sounds like it is in motion!!!!

**jeanies@google.com** 2021-07-14T22:46:19.894Z

can you change the status

**jeanies@google.com** 2021-07-14T22:46:24.155Z

from your end

**jeanies@google.com** 2021-07-14T22:46:28.505Z

go to the 3 dot menu 😬

**gamaria@google.com** 2021-07-14T22:46:53.755Z

No I did that

**gamaria@google.com** 2021-07-14T22:47:03.703Z

But overriding from an extension I added a few weeks ago

**gamaria@google.com** 2021-07-14T22:47:05.426Z

Just removed

**gamaria@google.com** 2021-07-14T22:47:16.065Z

OMG

**gamaria@google.com** 2021-07-14T22:47:23.442Z

Don't know why it is auto turning back on

**jeanies@google.com** 2021-07-14T22:47:30.485Z

are you on laptop

**gamaria@google.com** 2021-07-14T22:47:34.555Z

yes

**jeanies@google.com** 2021-07-14T22:49:26.536Z

haha

**jeanies@google.com** 2021-07-14T22:49:31.644Z

maybe restart?

**gamaria@google.com** 2021-07-14T22:52:03.938Z

Yeah gimme a sec, I'll jump on mobile

**gamaria@google.com** 2021-07-14T22:56:59.353Z

Ok on mobile. You want to try turning off?

**gamaria@google.com** 2021-07-14T22:57:12.238Z

Don't think I can do it via mobile.

**gamaria@google.com** 2021-07-14T22:57:24.590Z

Only 2 options if I hit the 3 dots.