# Exhibit 3

| | |
|---|---|
| Sent: | Wed 7/14/2021 9:07:00 PM (UTC) |
| From: | samitolvanen@google.com |
| To: | samitolvanen@google.com, wfrichar@google.com, jgalenson@google.com, brarcher@google.com, mmaurer@google.com |
| Subject: | AAAAo8V_rtM-MBI-THREADED:zT08xHC1VLA%%%2021-07-14T02:06:59.068927 |

image.png
image.png
image.png
image.png

**samitolvanen@google.com** 2021-07-14T21:06:59.068Z

@Nathan Huckleberry Welcome also to the Platform Chat!
I'm sure there's a perfectly good explanation for the name of the chat room, but as you can see, this one has history on.

**Deleted on**2023-01-05T21:06:59.068Z

@Nathan Huckleberry Welcome also to the Platform Chat!
I'm sure there's a perfectly good explanation for the name of the chat room, but as you can see, this one has history on.

**wfrichar@google.com** 2021-07-14T21:07:53.545Z

The people in ZUR were missing out on Friday conversations.

**Deleted on**2023-01-05T21:07:53.545Z

The people in ZUR were missing out on Friday conversations.

**wfrichar@google.com** 2021-07-14T21:07:58.334Z

so we turned history on.

**Deleted on**2023-01-05T21:07:58.334Z

so we turned history on.

**wfrichar@google.com** 2021-07-14T21:08:24.753Z

Historically (ha) we have history off so that we can speak (more) freely.

**Deleted on**2023-01-05T21:08:24.753Z

Historically (ha) we have history off so that we can speak (more) freely.

**jgalenson@google.com** 2021-07-14T21:09:16.820Z

Huh, room names have a pretty short word limit.

**Deleted on**2023-01-05T21:09:16.820Z

Huh, room names have a pretty short word limit.

**wfrichar@google.com** 2021-07-14T21:10:46.382Z

old good hangouts > new bad chat

**Deleted on**2023-01-05T21:10:46.382Z

old good hangouts > new bad chat

**wfrichar@google.com** 2021-07-14T21:11:10.258Z

although new bad chat has some nice features.

**Deleted on**2023-01-05T21:11:10.258Z

although new bad chat has some nice features.

**wfrichar@google.com** 2021-07-14T21:11:15.965Z

threads, for example

**Deleted on**2023-01-05T21:11:15.965Z

threads, for example

**wfrichar@google.com** 2021-07-14T21:11:21.659Z

but lacks easter eggs.

**Deleted on**2023-01-05T21:11:21.659Z

but lacks easter eggs.

**brarcher@google.com** 2021-07-14T21:16:20.240Z

you say "nice features" then mention threads as an example...

**Deleted on**2023-01-05T21:16:20.240Z

you say "nice features" then mention threads as an example...

**jgalenson@google.com** 2021-07-14T21:17:47.662Z

Linear non-nested threads...

**Deleted on**2023-01-05T21:17:47.662Z

Linear non-nested threads...

**wfrichar@google.com** 2021-07-14T21:17:49.093Z

You don't like them?

**Deleted on**2023-01-05T21:17:49.093Z

You don't like them?

**wfrichar@google.com** 2021-07-14T21:18:00.191Z

Yeah, okay.

**Deleted on**2023-01-05T21:18:00.191Z

Yeah, okay.

**wfrichar@google.com** 2021-07-14T21:18:14.714Z

"topics, more or less" would be a better description.

**Deleted on**2023-01-05T21:18:14.714Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                      GOOG-PLAY5-000436390

"topics, more or less" would be a better description

**wfrichar@google.com** 2021-07-14T21:18:35.870Z

even the new google groups (g/) took away threading

**Deleted on**2023-01-05T21:18:35.870Z

even the new google groups (g/) took away threading

**jgalenson@google.com** 2021-07-14T21:18:40.173Z

But disorganized because you have to keep randomly scrolling up through conversations to see older ones.

**Deleted on**2023-01-05T21:18:40.173Z

But disorganized because you have to keep randomly scrolling up through conversations to see older ones.

**brarcher@google.com** 2021-07-14T21:18:54.672Z

^^^ This, so much this

**Deleted on**2023-01-05T21:18:54.672Z

^^^ This, so much this

**wfrichar@google.com** 2021-07-14T21:19:25.282Z

yes, but if I ask a question (in a more work-oriented room), I can see the more relevant replies in one chunk.

**Deleted on**2023-01-05T21:19:25.282Z

yes, but if I ask a question (in a more work-oriented room), I can see the more relevant replies in one chunk.

**wfrichar@google.com** 2021-07-14T21:19:37.087Z

not interspersed with all the other questions.

**Deleted on**2023-01-05T21:19:37.087Z

not interspersed with all the other questions.

**brarcher@google.com** 2021-07-14T21:19:57.726Z

`even the new google groups (g/) took away threading`

image.png
**Deleted on**2023-01-05T21:19:57.726Z

`even the new google groups (g/) took away threading`

image.png
**jgalenson@google.com** 2021-07-14T21:20:01.607Z

Yeah, it's just hard to go back for older things (or follow two threads at once).

**Deleted on**2023-01-05T21:20:01.607Z

Yeah, it's just hard to go back for older things (or follow two threads at once).

brarcher@google.com 2021-07-14T21:20:12.565Z

Also on mobile I've no idea what is going on

**Deleted on**2023-01-05T21:20:12.565Z

Also on mobile I've no idea what is going on

jgalenson@google.com 2021-07-14T21:20:28.492Z

That's true for me generally on mobile.

**Deleted on**2023-01-05T21:20:28.492Z

That's true for me generally on mobile.

wfrichar@google.com 2021-07-14T21:20:37.907Z

same

**Deleted on**2023-01-05T21:20:37.907Z

same

wfrichar@google.com 2021-07-14T21:21:18.361Z

Does this guy work at Google now?

image.png
**Deleted on**2023-01-05T21:21:18.361Z

Does this guy work at Google now?

image.png
mmaurer@google.com 2021-07-14T21:22:33.205Z

My biggest annoyance with threaded chat is that it contracts the history, and if you click the expander button for context, it expands only *part* of the thread, and chooses the most recent part.

**Deleted on**2023-01-05T21:22:33.205Z

My biggest annoyance with threaded chat is that it contracts the history, and if you click the expander button for context, it expands only *part* of the thread, and chooses the most recent part.

mmaurer@google.com 2021-07-14T21:22:50.044Z

99% of the time when I press that button it is "I have missed this thread and want to read it from the beginning to understand what's goin gon"

**Deleted on**2023-01-05T21:22:50.044Z

99% of the time when I press that button it is "I have missed this thread and want to read it from the beginning to understand what's goin gon"

jgalenson@google.com 2021-07-14T21:23:12.903Z

Sometimes it seems to expand the most recent part and sometimes the oldest part? I don't quite understand it...

**Deleted on**2023-01-05T21:23:12.903Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                        GOOG-PLAY5-000436392

Sometimes it seems to expand the most recent part and sometimes the oldest part? I don't quite understand it...

**jgalenson@google.com** 2021-07-14T21:30:21.736Z

Also whenever I scroll through to read a conversation the mouse keeps accidentally hovering over a name and popping up the little dialog about that person, which is very distracting.

**Deleted on**2023-01-05T21:30:21.736Z

Also whenever I scroll through to read a conversation the mouse keeps accidentally hovering over a name and popping up the little dialog about that person, which is very distracting.

**brarcher@google.com** 2021-07-14T21:31:45.327Z

Oh. I rather like the feature about hovering over a name and seeing info.

**Deleted on**2023-01-05T21:31:45.327Z

Oh. I rather like the feature about hovering over a name and seeing info.

**jgalenson@google.com** 2021-07-14T21:32:06.720Z

Yes, that's convenient, but not when it pops up all the time when you're trying to read through lots of text.

**Deleted on**2023-01-05T21:32:06.720Z

Yes, that's convenient, but not when it pops up all the time when you're trying to read through lots of text.

**wfrichar@google.com** 2021-07-14T21:33:05.920Z

It's never done that for me. Must be you.

**Deleted on**2023-01-05T21:33:05.920Z

It's never done that for me. Must be you.

**wfrichar@google.com** 2021-07-14T21:33:10.496Z

"you're holding it wrong"

**Deleted on**2023-01-05T21:33:10.496Z

"you're holding it wrong"

**wfrichar@google.com** 2021-07-14T21:33:21.274Z



**Deleted on**2023-01-05T21:33:21.274Z



**jgalenson@google.com** 2021-07-14T21:34:17.003Z

I'd believe that.

**Deleted on**2023-01-05T21:34:17.003Z

I'd believe that.

**wfrichar@google.com** 2021-07-14T21:34:46.610Z

Are you left-handed?

**Deleted on**2023-01-05T21:34:46.610Z

Are you left-handed?

**wfrichar@google.com** 2021-07-14T21:34:56.389Z

I keep the mouse on the RHS of the window when scrolling.

**Deleted on**2023-01-05T21:34:56.389Z

I keep the mouse on the RHS of the window when scrolling.

**wfrichar@google.com** 2021-07-14T21:35:33.828Z

I also use the mouse wheel, not the scrollbar.

**Deleted on**2023-01-05T21:35:33.828Z

I also use the mouse wheel, not the scrollbar.

**jgalenson@google.com** 2021-07-14T21:41:05.593Z

Yeah, I try to keep the mouse in a harmless place like the edge of the window...

**Deleted on**2023-01-05T21:41:05.593Z

Yeah, I try to keep the mouse in a harmless place like the edge of the window...