# Exhibit 13



11:41

Purnima Kochikar

Out of office

Purnima Kochikar 5 mins

Sorry for the delay

You are right to call out the Windows Store

We should explore that

What I took away yesterday was that we would ask for 15 days extension to iron out the details of windows support

Is that still the case?

Emily Putze 3 mins

Yes so we could try to iron out then

Purnima Kochikar 3 mins

+1

Perhaps add some language to say...sim ship across non mobile platform to be discussed during the extension

Emily Putze 1 min

Ok thanks P- I'll share w Tamar and see what she thinks is possible

Purnima Kochikar Now

Thanks for the diligence and vigilance

Emily Putze Now

History is off

99+