# Exhibit 14



11:44

Purnima Kochikar

Out of office

Purnima Kochikar 2 mins

Not mentioning GVP could be a good thing

It's easier not to have to explain the exceptions

Emily Putze 1 min

It's mentioned in precedeing sentence

Let me see

Purnima Kochikar 1 min

We could say this is a bespoke enterprise deal because ABK is large and has extraordinary negotiating powers

Please ask Tamar and Kate if it's better not to mention

Emily Putze Now

ABK will enter into an amendment to the existing Google Play Games Velocity Program Addendum to the DDA (the "Addendum") where, over a 3 year term, and subject to the terms of the Addendum, ABK agrees to launch all new mobile video game applications, except for mobile video game applications used for development and testing, on Google Play on the same date or prior to the date that ABK launches such mobile video game application Jump to bottom t Google Play users will not be disadvantaged in terms of

History is off