# Exhibit 16

**Sent:** Wed 12/28/2022 3:36:22 PM (UTC)
**From:** putze@google.com
**To:** tamarf@google.com, putze@google.com
**Subject:** itmXkgAAAAE-MBI-FLAT:2022-12-27T20:36:21.292175
Screenshot_20221230-114131.png
Screenshot_20221230-114413.png

**putze@google.com** 2022-12-28T15:36:21.292Z

hi yt

**tamarf@google.com** 2022-12-29T00:04:41.668Z

Hi Emily.

**tamarf@google.com** 2022-12-29T00:05:06.562Z

Thank you for doing that write up for Purnima, Greg..etc.

**tamarf@google.com** 2022-12-29T00:05:17.537Z

We are waiting for a redline from ABK

**putze@google.com** 2022-12-29T00:16:21.280Z

No problem-- just wanted everyone to be ready

**putze@google.com** 2022-12-29T00:19:32.053Z

i added sameer just to be prudent, in case any one escalates to him without warning

**tamarf@google.com** 2022-12-29T00:22:24.570Z

I feel like they are stalling now..we have been waiting for a redline but its getting hard to see how this signs by end of year at this point

**putze@google.com** 2022-12-29T00:43:05.568Z

yeah i agree

**putze@google.com** 2022-12-29T00:43:16.935Z

i think its going to be a stall + a demand for exec call

**putze@google.com** 2022-12-29T02:52:19.332Z

has this ruined your vacay

**putze@google.com** 2022-12-29T02:52:24.729Z

where are you now

**putze@google.com** 2022-12-29T02:52:27.441Z

i hope not

**tamarf@google.com** 2022-12-29T02:53:11.448Z

I am in singapore

**tamarf@google.com** 2022-12-29T02:53:50.717Z

Ruined is too strong but close

**putze@google.com** 2022-12-29T03:02:01.643Z

im so sorry

**tamarf@google.com** 2022-12-29T03:02:27.966Z

We just got a new redline

**putze@google.com** 2022-12-29T03:02:35.308Z

how bad

**tamarf@google.com** 2022-12-29T03:03:02.783Z

I am out right now but as soon as I can get back to my computer I will share with you

**putze@google.com** 2022-12-29T03:03:26.191Z

ok thx

**putze@google.com** 2022-12-29T03:13:26.266Z

when are you getting on this call?

**putze@google.com** 2022-12-29T03:13:48.082Z

im happy to join but its getting late so just trying to gauge timing

**tamarf@google.com** 2022-12-29T03:31:53.961Z

Hey. I am heading back to my hotel and will share the doc. Right now I asked Karen to set up a call with us in a time convenient for her. my fear is that she will just push it through

**putze@google.com** 2022-12-29T03:39:29.454Z

i can join but karan cant until later

**putze@google.com** 2022-12-29T03:39:39.201Z

i have the doc and have a POV

**putze@google.com** 2022-12-29T04:05:15.201Z

lmk when back

**putze@google.com** 2022-12-29T04:44:58.570Z

saw the copy

**putze@google.com** 2022-12-29T04:45:02.866Z

can leave comments

**putze@google.com** 2022-12-29T04:45:06.776Z

when are you and karen connecting

**tamarf@google.com** 2022-12-29T04:46:08.195Z

hey. we were chatting with Karan (you are on the thread) about meeting at 9am pacific tomorrow

**tamarf@google.com** 2022-12-29T04:46:20.467Z

or today I am not sure what time it is where you are 🙂

**putze@google.com** 2022-12-29T04:46:27.111Z

1045 pm

**tamarf@google.com** 2022-12-29T04:46:30.306Z

are you in Chicago or west coast?

**putze@google.com** 2022-12-29T04:46:36.365Z

isnt that CRAZY late for you?

**tamarf@google.com** 2022-12-29T04:46:54.928Z

yea but at least my family will be asleep so I can still do stuff with them

**tamarf@google.com** 2022-12-29T04:46:58.827Z

before

**putze@google.com** 2022-12-29T04:47:29.595Z

ugh tamar, im so sorry-- ive played this game 1M times

**putze@google.com** 2022-12-29T04:47:39.547Z

working when others are asleep and trying to make it all work

**tamarf@google.com** 2022-12-29T04:48:04.308Z

I know. I feel for you with your little ones.

**tamarf@google.com** 2022-12-29T04:48:15.586Z

but it all feels bad when this deal is so terrible

**putze@google.com** 2022-12-29T04:48:20.162Z

100%

**tamarf@google.com** 2022-12-29T04:48:28.602Z

I told Karen honestly I felt like we were giving gives and not getting anything in return

**putze@google.com** 2022-12-29T04:48:35.887Z

did she acknowledge?

**putze@google.com** 2022-12-29T04:48:42.666Z

i couldnt agree more FWIW

**tamarf@google.com** 2022-12-29T04:48:44.525Z

she said -- well if the gives don't matter to us and we get closer then why not?

**putze@google.com** 2022-12-29T04:48:51.376Z

jesus

**putze@google.com** 2022-12-29T04:48:58.705Z

problem is, everything thats left matters

**tamarf@google.com** 2022-12-29T04:49:07.492Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-29T04:49:13.527Z

100%

**putze@google.com** 2022-12-29T04:49:18.780Z

they think everything is a bluff

**putze@google.com** 2022-12-29T04:49:26.748Z

they think everything is debatable

**putze@google.com** 2022-12-29T04:49:29.565Z

we lose our footing

**putze@google.com** 2022-12-29T04:50:24.145Z

on the issues left, I think Play execs will say 1) hold line on B* penalties (their response of the $5M extra in marketing once they launch B* is ridiculous and negated if they dont deliver on b*)

**tamarf@google.com** 2022-12-29T04:50:36.779Z

REDACTED - PRIVILEGE

**tamarf@google.com** 2022-12-29T04:50:50.067Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-29T04:51:06.154Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-29T04:51:14.264Z

REDACTED - PRIVILEGE

**tamarf@google.com** 2022-12-29T04:51:23.476Z

yea.

**putze@google.com** 2022-12-29T04:51:28.441Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-29T04:51:32.287Z

REDACTED - PRIVILEGE

**tamarf@google.com** 2022-12-29T04:51:33.168Z

I know

**tamarf@google.com** 2022-12-29T04:51:50.958Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-29T04:51:52.016Z

they are throwing issues on table that arent real issues to look like they are giving

**putze@google.com** 2022-12-29T04:52:00.884Z

but the real issues are left

**tamarf@google.com** 2022-12-29T04:52:15.958Z

yea.

**putze@google.com** 2022-12-29T04:52:21.204Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-29T04:52:31.792Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-29T04:52:36.285Z

REDACTED - PRIVILEGE

**tamarf@google.com** 2022-12-29T04:52:52.009Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-29T04:52:57.951Z

(btw i didnt share that email w karen )

**tamarf@google.com** 2022-12-29T04:52:58.574Z

I am worried about introducing that

**putze@google.com** 2022-12-29T04:53:00.764Z

(not yet)

**putze@google.com** 2022-12-29T04:53:20.428Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-29T04:53:24.606Z

**putze@google.com** 2022-12-29T04:53:52.512Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-29T04:54:48.865Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-29T04:55:29.737Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-29T04:55:45.079Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-29T04:55:48.709Z

its BS

**tamarf@google.com** 2022-12-29T04:56:49.256Z

REDACTED - PRIVILEGE

**tamarf@google.com** 2022-12-29T04:57:06.890Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-29T04:57:09.761Z

REDACTED - PRIVILEGE

**tamarf@google.com** 2022-12-29T04:57:15.321Z

i know

**putze@google.com** 2022-12-29T04:57:15.927Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-29T04:57:24.900Z

i see

**putze@google.com** 2022-12-29T04:57:54.321Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-29T04:58:42.624Z

REDACTED - PRIVILEGE

**tamarf@google.com** 2022-12-29T05:00:33.285Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-29T05:01:12.624Z

ok thanks

**putze@google.com** 2022-12-29T05:01:41.508Z

more in a bit-- please keep backchanneling if you see things you dont agree with or think are suboptimal

**putze@google.com** 2022-12-29T05:01:54.993Z

we can double down when we jump on call

**putze@google.com** 2022-12-29T05:02:01.842Z

want me to see if karan can jump on an hour earlier?

**tamarf@google.com** 2022-12-29T05:04:08.102Z

REDACTED - PRIVILEGE I am sure you guys know that ultimately we have to (not only negotiate the definitive agreements which will not be fun) but also live with the partnership for another 3 years(!)

**putze@google.com** 2022-12-29T05:07:48.916Z

ugh will all be brutal

**putze@google.com** 2022-12-29T16:14:02.938Z

tamar-- we see the deal team trying to close up shop

**putze@google.com** 2022-12-29T16:15:04.758Z

we'll join call w karen in 15 mion

**putze@google.com** 2022-12-29T16:15:08.586Z

but we're going to push back

**putze@google.com** 2022-12-29T16:15:20.387Z

and ask that samer / don / p talk asap about holding the line on cirtical play issues

**putze@google.com** 2022-12-29T16:53:44.892Z

we're on with purnima

**putze@google.com** 2022-12-29T16:53:53.336Z

will go to group shortly

**tamarf@google.com** 2022-12-29T17:00:32.657Z

Okay!

**tamarf@google.com** 2022-12-29T17:04:43.992Z

Help

**putze@google.com** 2022-12-29T19:10:09.755Z

**tamarf@google.com** 2022-12-29T20:12:16.033Z

Emily, I am confused about what Greg sent..

**tamarf@google.com** 2022-12-29T20:19:05.161Z

that is outdated wording..

**tamarf@google.com** 2022-12-29T20:19:09.484Z

ah well

**putze@google.com** 2022-12-29T23:58:44.316Z

the chromebooks marketing person is ooo

**putze@google.com** 2022-12-29T23:58:51.510Z

so i dont think theres anything for us to do there

**putze@google.com** 2022-12-29T23:58:56.145Z

with the time we have left

**putze@google.com** 2022-12-30T00:02:06.997Z

so is his boss

**tamarf@google.com** 2022-12-30T00:02:55.148Z

Ok. Thanks for checking

**tamarf@google.com** 2022-12-30T00:05:53.411Z

REDACTED - PRIVILEGE

**tamarf@google.com** 2022-12-30T00:06:05.933Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-30T00:24:57.707Z

thanks for telling me

**tamarf@google.com** 2022-12-30T00:28:55.121Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-30T00:29:06.237Z

i cant understand where she's at right now

**putze@google.com** 2022-12-30T00:29:12.205Z

and don is right beside her it seems

**putze@google.com** 2022-12-30T15:32:01.341Z

hey qq

**putze@google.com** 2022-12-30T15:32:05.389Z

saw your email

**putze@google.com** 2022-12-30T15:32:19.716Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-30T15:32:25.174Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-30T15:32:29.184Z

REDACTED - PRIVILEGE

**tamarf@google.com** 2022-12-30T15:33:24.749Z

REDACTED - PRIVILEGE

**tamarf@google.com** 2022-12-30T15:33:57.222Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-30T15:37:50.830Z

yeah

**putze@google.com** 2022-12-30T15:37:56.596Z

this is a unique case

**putze@google.com** 2022-12-30T15:38:07.049Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-30T15:38:19.065Z

REDACTED - PRIVILEGE

**tamarf@google.com** 2022-12-30T15:38:26.760Z

Yes

**tamarf@google.com** 2022-12-30T15:39:15.680Z

REDACTED - PRIVILEGE

**tamarf@google.com** 2022-12-30T15:39:36.657Z

REDACTED - PRIVILEGE

**tamarf@google.com** 2022-12-30T15:40:49.676Z

But let me know..might have to loop in karen

**putze@google.com** 2022-12-30T15:43:51.698Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-30T15:44:27.398Z

REDACTED - PRIVILEGE

**tamarf@google.com** 2022-12-30T15:47:18.528Z

REDACTED - PRIVILEGE

**tamarf@google.com** 2022-12-30T15:47:51.003Z

REDACTED - PRIVILEGE

**tamarf@google.com** 2022-12-30T15:49:00.034Z

REDACTED - PRIVILEGE

**tamarf@google.com** 2022-12-30T16:02:27.613Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-30T16:15:19.703Z

Asking Purnima

**putze@google.com** 2022-12-30T16:15:27.964Z

If she cares we should push

**tamarf@google.com** 2022-12-30T16:20:18.186Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-30T16:23:42.482Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-30T16:23:45.397Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-30T16:24:21.544Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-30T16:24:27.854Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-30T16:24:47.451Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-30T16:24:57.512Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-30T16:25:01.696Z

In*

**putze@google.com** 2022-12-30T16:25:51.952Z

The Wall Street Journal
Xbox Boss Phil Spencer Wants to Sever Apple-Google ...
Oct 26, 2022

**putze@google.com** 2022-12-30T16:26:13.837Z

https://www.google.com/url?sa=t&source=web&rct=j&url=https://www.wsj.com/articles/xbox-boss-phil-spencer-wants-to-sever-apple-google-duopoly-in-mobile-games-11666817626&ved=2ahUKEwictoHk4KH8AhVKIUQIHVzoA3kQxfQBKAB6BAgHEAI&usg=AOvVaw05zH8qb1skwoyzSMdq68-I

https://www.google.com/url?sa=t&source=web&rct=j&url=https://www.wsj.com/articles/xbox-boss-phil-spencer-wants-to-sever-apple-google-duopoly-in-mobile-games-11666817626&ved=2ahUKEwictoHk4KH8AhVKIUQIHVzoA3kQxfQBKAB6BAgHEAI&usg=AOvVaw05zH8qb1skwoyzSMdq68-I

**putze@google.com** 2022-12-30T16:36:00.594Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-30T16:36:07.219Z

REDACTED - PRIVILEGE

**tamarf@google.com** 2022-12-30T16:37:00.839Z

REDACTED - PRIVILEGE

**tamarf@google.com** 2022-12-30T16:37:35.145Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-30T16:44:16.930Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-30T17:38:50.811Z

Purnima said

**putze@google.com** 2022-12-30T17:41:40.138Z

Screenshot_20221230-114131.png

**putze@google.com** 2022-12-30T17:41:48.627Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-30T17:43:13.743Z

**putze@google.com** 2022-12-30T17:44:21.032Z

Screenshot_20221230-114413.png
**tamarf@google.com** 2022-12-30T20:11:27.678Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-30T20:13:50.939Z

I can't I'm driving now

**putze@google.com** 2022-12-30T20:14:32.880Z

Purnima wanted me to check w you and kate

**putze@google.com** 2022-12-30T20:41:00.280Z

REDACTED - PRIVILEGE

**tamarf@google.com** 2022-12-30T20:42:37.585Z

I did

**putze@google.com** 2022-12-30T20:43:07.053Z

Did we want to try to do anything there

**putze@google.com** 2022-12-30T20:43:20.950Z

Per Purnima ping

**tamarf@google.com** 2022-12-30T20:43:33.451Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-30T20:44:51.242Z

Ok great

**tamarf@google.com** 2022-12-30T21:14:46.123Z

REDACTED - PRIVILEGE

**tamarf@google.com** 2022-12-30T21:31:13.643Z

REDACTED - PRIVILEGE

**putze@google.com** 2022-12-30T21:31:25.004Z

Ok sorry I'm in car

**putze@google.com** 2022-12-30T21:31:33.535Z

I sent Karan all Purnima pings too

**putze@google.com** 2022-12-30T21:31:40.240Z

Is he available to help?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY																						GOOG-PLAY5-000389041