| | |
|---|---|
| Brian C. Rocca, S.B. #221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, S.B. #215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, S.B. #248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, S.B. #259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, S.B. #301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br><br>Richard S. Taffet, *pro hac vice*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br><br><br>*Counsel for Defendants Google LLC, et al.* | Glenn D. Pomerantz, S.B. #112503<br>glenn.pomerantz@mto.com<br>Kuruvilla Olasa, S.B. #281509<br>kuruvilla.olasa@mto.com<br>Nicholas R. Sidney, S.B. #308080<br>nick.sidney@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>Kyle W. Mach, S.B. #282090<br>kyle.mach@mto.com<br>Justin P. Raphael, S.B. #292380<br>justin.raphael@mto.com<br>Emily C. Curran-Huberty, S.B. #293065<br>emily.curran-huberty@mto.com<br>Dane P. Shikman, S.B. #313656<br>dane.shikman@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty Seventh Floor<br>San Francisco, California 94105<br>Telephone: (415) 512-4000<br><br>Jonathan I. Kravis, *pro hac vice*<br>jonathan.kravis@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>601 Massachusetts Avenue NW, Suite 500E<br>Washington, D.C. 20001<br>Telephone: (202) 220-1100<br><br>Neal Kumar Katyal, *pro hac vice*<br>neal.katyal@hoganlovells.com<br>Jessica L. Ellsworth, *pro hac vice*<br>jessica.ellsworth@hoganlovells.com<br>**HOGAN LOVELLS US LLP**<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>Telephone: (202) 637-5600 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>This Document Relates To:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF GLENN POMERANTZ IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:    Hon. James Donato |

I, Glenn Pomerantz, declare as follows:

1. I am an attorney duly admitted to practice law in the State of California and before this Court. I am a Partner at Munger, Tolles & Olson LLP, and represent the Defendants in this action. I submit this Declaration in support of Defendants' Motion for Partial Summary Judgment. The contents of this declaration are based on my personal knowledge, including my personal knowledge of the documents cited herein. The facts set forth herein are within my personal knowledge and, if called as a witness, I could and would competently testify to them.

2. **Exhibit 1** is a true and correct copy of the Merits Report of Hal J. Singer, Ph.D. ("Singer Merits Rep."), dated October 19, 2022.

3. **Exhibit 2** is a true and correct copy of the Expert Report of Dr. Marc Rysman ("Rysman Merits Rep."), dated October 3, 2022.

4. **Exhibit 3** is an excerpt of a true and correct copy of the deposition transcript of Jamie Rosenberg taken in this litigation on February 10, 2022.

5. **Exhibit 4** is a true and correct copy of the document produced by Google in this litigation bearing the Bates range GOOG-PLAY-008166885 to GOOG-PLAY-008166886.

6. **Exhibit 5** is a true and correct copy of the document produced by Google in this litigation bearing the Bates range GOOG-PLAY-000057598 to GOOG-PLAY-000057599.

7. **Exhibit 6** is a true and correct copy of the document produced by Google in this litigation bearing the Bates range GOOG-PLAY-000057609 to GOOG-PLAY-000057612.

8. **Exhibit 7** is a true and correct copy of a blog post by Sameer Samat entitled, *Listening to Developer Feedback to Improve Google Play*, Android Blog (Sept. 28. 2020) and marked as deposition exhibit PX713 at the deposition of Sameer Samat taken on February 3, 2023.

9. **Exhibit 8** is a true and correct copy of the document produced by Google in this litigation bearing the Bates range GOOG-PLAY-000621470 to GOOG-PLAY-000621471.

10. **Exhibit 9** is a true and correct copy of the document produced by Google in this litigation bearing the Bates range GOOG-PLAY-005031379 to GOOG-PLAY-005031384

11. **Exhibit 10** is a true and correct copy of the document produced by Google in this litigation bearing the Bates range GOOG-PLAY-007273439 to GOOG-PLAY-007273444.

12. **Exhibit 11** is a true and correct copy of the document produced by Google in this litigation bearing the Bates range GOOG-PLAY-000929031 to GOOG-PLAY-000929041.

13. **Exhibit 12** is a true and correct copy of Epic Games, Inc.'s Responses and Objections to Defendants' Amended Fifth Set of Interrogatories, dated January 19, 2023.

14. **Exhibit 13** is a true and correct copy of Plaintiffs Match Group, LLC's et al.'s Responses and Objections to Defendants' Contention Interrogatories, dated January 19, 2023.

15. **Exhibit 14** is an excerpt of a true and correct copy of the deposition transcript of Douglas Bernheim taken in this litigation on April 6, 2023.

16. **Exhibit 15** is an excerpt of a true and correct copy of the deposition transcript of Marc S. Rysman, Ph.D. taken in this litigation on March 10, 2023.

17. **Exhibit 16** is an excerpt of a true and correct copy of the deposition transcript of Hal J. Singer, Ph.D. taken in this litigation on April 4, 2023 ("Singer Merits. Dep.").

18. **Exhibit 17** is a true and correct copy of the document produced by Google in this litigation bearing the Bates range GOOG-PLAY4-006402390 to GOOG-PLAY4-006402402.

19. **Exhibit 18** is a true and correct copy of an article by Amir Efrati, *Verizon Preps Challenge to Google's App Store,* The Information (Aug. 20, 2014), https://www.theinformation.com/articles/verizon-preps-challenge-to-google-s-app-store.

20. **Exhibit 19** is an excerpt of a true and correct copy of the deposition transcript of Hal J. Singer, Ph.D. taken in this litigation on May 12, 2022 ("Singer Class Cert. Dep.").

21. **Exhibit 20** is an excerpt of a true and correct copy of the deposition transcript of Steven Schwartz, Ph.D. taken in this litigation on March 28, 2023.

| | |
|---|---|
| DATED: April 20, 2023 | Respectfully submitted, |

By:  /s/ *Glenn D. Pomerantz*
Glenn D. Pomerantz

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
Nicholas R. Sidney, S.B. #308080
nick.sidney@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
Dane P. Shikman, S.B. #313656
dane.shikman@mto.com
**MUNGER TOLLES & OLSON LLP**
560 Mission St., Suite 2700
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

-3-

POMERANTZ DECLARATION IN SUPPORT OF DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

| | |
|---|---|
| 1 | Brian C. Rocca, S.B #221576 |
| | brian.rocca@morganlewis.com |
| 2 | Sujal J. Shah, S.B #215230 |
| | sujal.shah@morganlewis.com |
| 3 | Michelle Park Chiu, S.B #248421 |
| | michelle.chiu@morganlewis.com |
| 4 | Minna Lo Naranjo, S.B #259005 |
| | minna.naranjo@morganlewis.com |
| 5 | Rishi P. Satia, S.B #301958 |
| | rishi.satia@morganlewis.com |
| 6 | **MORGAN, LEWIS & BOCKIUS LLP** |

One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 422-1001

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Jessica L. Ellsworth, *pro hac vice*
jessica.ellsworth@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Counsel for Defendants Google LLC, et al.*

-4-

POMERANTZ DECLARATION IN SUPPORT OF DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

**E-FILING ATTESTATION**

I, Glenn D. Pomerantz, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that counsel for Defendants have concurred in this filing.

*/s/ Glenn D. Pomerantz*
Glenn D. Pomerantz