# EXHIBIT 5

developers

Platform        Android Studio        Google Play        Jetpack        Kotlin        Docs        News

🔍 Search        LANGUAGE ▼        SIGN IN

Google Play

OVERVIEW        PLAY CONSOLE        PLAY STORE        PLAY BILLING        PLAY POLICIES        PLAY SERVICES        GAMES        GUIDES        RESOURCES        STORIES

**Google Play's billing system**
Overview
Terminology
Getting ready
Integrate the library
Sell subscriptions
Offer a promotion
Test your integration
Library release notes
Contact us

**Additional guides**
Fight fraud and abuse
Migrate from AIDL
Developer payload
Use the Billing Library with Unity

**Resources**
Play Billing Library reference
Google Play Developer API
Additional resources
Real-time developer notifications reference

**Deprecated content**
AIDL reference
Rewarded products

**Reminder:** Starting on August 2, 2021, all new apps must use Billing Library version 3 or newer. By November 1, 2021, all updates to existing apps must use Billing Library version 3 or newer. Learn more.

Google Play's billing system  ›  Google Play  ›  Play Billing

☆ ☆ ☆ ☆ ☆

# Google Play's billing system overview

**Table of contents**
Getting started
More information

Google Play's billing system is a service that enables you to sell digital products and content in your Android app.

You can use Google Play's billing system to sell the following types of digital content:

- One-time products: A *one-time product* is content that users can purchase with a single, non-recurring charge to the user's form of payment.

  One-time products can be either *consumable* or *non-consumable*:

  - A consumable product is one that a user consumes to receive in-app content, such as in-game currency. When a user consumes the product, your app dispenses the associated content, and the user can then purchase the item again.

  - A non-consumable product is a product that is purchased only once to provide a permanent benefit. Examples include premium upgrades and level packs.

- Subscriptions: A *subscription* is a product that provides access to content on a recurring basis. Subscriptions renew automatically until they're canceled. Examples of subscriptions include access to online magazines and music streaming services.

  The Google Play Console offers a lot of flexibility when creating subscription products. As examples, you can set the billing period, offer a free trial, offer an introductory price, provide grace periods when payment fails, and allow users to pause their subscriptions as an alternative to canceling. For more information and a complete list of subscription features, see Implement subscription-specific features.

## Getting started

To start integrating Google Play's billing system with your app, see Getting ready.

## More information

For more information about integrating Google Play's billing system into your app, see the following topics:

- Integrate the Google Play Billing Library into your app
- Fight fraud and abuse
- Migrate from AIDL
- Developer payload
- Use Google Play's billing system with Unity

**Was this page helpful?**

☆ ☆ ☆ ☆ ☆

Content and code samples on this page are subject to the licenses described in the Content License. Java is a registered trademark of Oracle and/or its affiliates.

Last updated 2020-10-06 UTC.



**Twitter**
Follow @AndroidDev on Twitter

**YouTube**
Check out Android Developers on YouTube

**More Android**
Android
Enterprise

**Support**
Report platform bug
Report documentation bug

**Documentation**
Developer guides
Design guides

Security

Source

Google Play support

Join research studies

API reference

Samples

Android Studio

**Go g e Developers**

Android      Chrome      Firebase      Google Cloud Platform      All products

Privacy  |  License  |  Brand guidelines

Get news and tips by email      SUBSCRIBE      LANGUAGE ▾

GOOG-PLAY-000057599