# EXHIBIT 21

| | |
|---|---|
| **Date:** | Friday, August 13 2021 10:00 AM |
| **Subject:** | Re: Google IAP Policy Extension |
| **From:** | Brandon Barras <bbarras@google.com> |
| **To:** | Peter Foster <Peter@matchmediagroup.com>; |
| **CC:** | Ian Purves <Ian.Purves@match.com>; |

Hi Peter,

I can understand your perspective, but please note this process is built to support a scaled ecosystem and individual submissions are required from an operations and review standpoint to ensure each app is tracked properly. Given you'll be utilizing the same reasoning per app, hoping it should only take a few minutes per submission given the short nature of the form.

I'm also awaiting feedback on the account grouping question from our last exchange and will be sure to follow up with guidance to ensure everything is set up properly once I hear back.

Cheers,
Brandon


On Thu, Aug 12, 2021 at 2:45 PM Peter Foster <Peter@matchmediagroup.com> wrote:
> Thanks for getting back to me, Brandon.  Honestly I am curious why there's a need to submit separate submissions for each app.  It feels like it's going to create considerable administrative burden on our end given that Google already has the list of our relevant apps and our reasoning for an extension will be the same for each of them (since the form only allows for 280 characters, the equivalent of a Tweet).
> Appreciate your thoughts.
>
> Best
>
> Peter
>
>
>
> Peter Foster
> GM, Advertising and Brand Solutions
>
> (415) 225-5378
>
>
>
>> On Aug 10, 2021, at 11:08 AM, Brandon Barras <bbarras@google.com> wrote:
>>
>> Hi Peter,
>>
>> In terms of the extension, unfortunately there is no way to do a single submission - each app & package name will need to be submitted separately.
>>
>> Let me circle back on your second question and gain more clarity internally to ensure the account is grouped accurately for enrollment.

**Exhibit PX 1603**

Thanks,
Brandon

On Mon, Aug 9, 2021 at 5:15 PM Peter Foster <Peter@matchmediagroup.com> wrote:

+ Ian as I should have been including him on this thread

Brandon,

Actually, on a related subject, can you provide similar guidance with respect to this program as well?

https://support.google.com/googleplay/android-developer/answer/10632485?hl=en#zippy=%2Con-what-calendar-basis-will-the-annual-m-usd-of-developer-earnings-be-determined%2Cwhen-will-developers-receive-the-service-fee

Thank you,

Peter

Peter Foster

GM, Advertising and Brand Solutions

(415) 225-5378

**From:** Peter Foster <Peter@matchmediagroup.com>
**Date:** Monday, August 9, 2021 at 8:42 AM
**To:** Brandon Barras <bbarras@google.com>
**Subject:** Re: Google IAP Policy Extension

Confidential
MATCHGOOGLE00096744

Brandon,

Just to be clear, there is no way for us to submit one application on behalf of all of our developer accounts?

Thanks,

Peter

Peter Foster

GM, Advertising and Brand Solutions

(415) 225-5378

---

**From:** Brandon Barras <bbarras@google.com>
**Date:** Thursday, August 5, 2021 at 4:25 PM
**To:** Peter Foster <Peter@matchmediagroup.com>
**Subject:** Re: Google IAP Policy Extension

Hi Peter,

In terms of the extension, Match can appeal for an extension here by filling out this form. You'll be asked for contact information, Play Console log in, app package name, and a brief (280 character) description of why you need more time. Please note, that you can only submit one package name at a time so will require submissions per app, but the form is fairly short, so should be a relatively light lift - You should expect a response within a few business days on status.

Cheers,

Brandon

On Thu, Aug 5, 2021 at 8:45 AM Peter Foster <Peter@matchmediagroup.com> wrote:

> Brandon
>
> I am reaching out regarding Google's announcement that it is granting extensions to its September 30, 2021 deadline for apps to use Google Play's billing system exclusively. In light of this extension, Match will continue to use its bespoke payment system to process payments.
>
> Please acknowledge or comment as necessary.
>
> Thanks,
>
> Peter
>
> Peter Foster
>
> GM, Advertising and Brand Solutions
>
> (415) 225-5378
>
> --

Brandon Barras | Google Play Partnerships | bbarras@google.com | 212-565-7477

--

Brandon Barras | Google Play Partnerships | bbarras@google.com | 212-565-7477

--

Brandon Barras | Google Play Partnerships | bbarras@google.com | 212-565-7477

Confidential                                                                                                                              MATCHGOOGLE00096747