UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Match Group, LLC, et al. v. Google LLC, et al.,* Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING THE MATCH PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON GOOGLE'S COUNTERCLAIMS**<br><br>Judge:      Honorable James Donato<br>Courtroom: 11, 19th Floor<br>Date:        TBD<br>Time:        TBD |

[PROPOSED] ORDER GRANTING MATCH PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Case Nos. 3:21-md-02981-JD: 3:22-cv-02746-JD

6398061

Having considered Plaintiffs and Counterclaim-Defendants Match Group, LLC's; Humor Rainbow, Inc.'s; PlentyofFish Media ULC's; and People Media, Inc.'s (collectively, the "Match Plaintiffs'") Motion for Partial Summary Judgment on Defendants and Counterclaim-Plaintiffs Google LLC et al.'s (collectively, "Google's") Counterclaims, the Declaration of Joseph A. Reiter and supporting documents, the argument of counsel, and any other materials submitted in support or in opposition thereto, pursuant to Local Rule 7-2:

**IT IS HEREBY ORDERED:**

1. The Match Plaintiffs' Motion for Partial Summary Judgment is **GRANTED** in its entirety.

Dated: _____, 2023

Honorable James Donato
United States District Court
Northern District of California

- 2 -
[PROPOSED] ORDER GRANTING MATCH PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Case Nos. 3:21-md-02981-JD; 3:22-cv-02746-JD

6398061