Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260
*Counsel for the Plaintiff States*

Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640
*Counsel for Plaintiffs Match Group, LLC, et al.*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al*

[Additional counsel appear on signature page]

JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
3:21-cv-05227-JD, 3:22-cv-02746-JD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **STIPULATED [PROPOSED] ORDER MODIFYING SEALING PROCEDURES RELATING TO DISPOSITIVE AND *DAUBERT* MOTIONS** |
| *Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Judge:  Hon. James Donato |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | |
| *Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | |

JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
3:21-cv-05227-JD, 3:22-cv-02746-JD

WHEREAS, Plaintiff Epic Games, Inc. ("Epic"), Plaintiffs Match Group LLC, et al. ("Match"), Consumer Plaintiffs, State Attorneys General Plaintiffs, and Defendants Google LLC et al. ("Google," and collectively, the "Parties"), by and through their undersigned counsel, respectfully move this Court for a modification to the sealing procedures applicable to any dispositive and *Daubert* motions filed in these matters and subsequent briefing on any such motions, on the grounds set forth herein.

WHEREAS, under the Third Amended Scheduling Order entered by the Court, dispositive and *Daubert* motions are due on April 20, 2023; responses are due May 18, 2023; and replies are due on June 8, 2023 (ECF No. 447).

WHEREAS, the Parties informed the Court in their January 31, 2023 Joint Proposed Schedule: "With respect to dispositive and Daubert motions, the Parties will submit a stipulation for approval that states that they will file redacted versions of these briefs and supporting documents on April 20, May 18, and June 8, without accompanying motions to seal." (ECF No. 434 at 2 n.2.)

WHEREAS, the Parties have conferred and agree on a protocol and dates for submitting an Omnibus Sealing Motion following the completion of briefing of dispositive and *Daubert* motions.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED SUBJECT TO THE COURT'S APPROVAL:

- The Parties shall file redacted versions of any dispositive and *Daubert* motions, as well as any responses and replies to such motions, and any associated supporting documents, as separate entries on the ECF docket; and

1

JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
3:21-cv-05227-JD, 3:22-cv-02746-JD

- The Parties shall also contemporaneously file unredacted copies of all documents on the ECF docket provisionally under seal, along with a 1-page interim sealing motion which may indicate that the reasons for sealing will be discussed in a forthcoming omnibus sealing motion; and

- Within twenty-one days of filing any dispositive or *Daubert* motion, as well as any response to such motions, and within fourteen days of filing any reply to a dispositive or *Daubert* motion, that include information filed provisionally under seal, the Parties shall provide each other their purported basis for keeping the redacted information under seal; and

- The Parties and any non-parties shall jointly file Omnibus Sealing Motions on July 13, 2023 (i.e., five weeks after the completion of dispositive and *Daubert* motion briefing), or any date that this Court chooses following the completion of dispositive and *Daubert* motion briefing.

JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
3:21-cv-05227-JD, 3:22-cv-02746-JD

Dated:  April 17, 2023

CRAVATH, SWAINE & MOORE LLP
Christine Varney (pro hac vice)
Gary A. Bornstein (pro hac vice)
Timothy G. Cameron (pro hac vice)
Yonatan Even (pro hac vice)
Lauren A. Moskowitz (pro hac vice)
Justin C. Clarke (pro hac vice)
Michael J. Zaken (pro hac vice)
M. Brent Byars (pro hac vice)


FAEGRE DRINKER BIDDLE & REATH LLP
Paul J. Riehle (SBN 115199)


Respectfully submitted,
By:   /s/  *Lauren A. Moskowitz*
Lauren A. Moskowitz

*Counsel for Plaintiff Epic Games, Inc.*


Dated:  April 17, 2023

BARTLIT BECK LLP
Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
Hae Sung Nam

Respectfully submitted,

By:   /s/  *Karma M. Giulianelli*
Karma M. Giulianelli

*Co-Lead Counsel for the Class in In re
Google Play Consumer Antitrust Litigation*

3

JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
3:21-cv-05227-JD, 3:22-cv-02746-JD

Dated:  April 17, 2023

PRITZKER LEVINE LLP
Elizabeth C. Pritzker

Respectfully submitted,

By:     /s/ *Elizabeth C. Pritzker*
        Elizabeth C. Pritzker

        *Liaison Counsel for the Class in In re Google
        Play Consumer Antitrust Litigation*

Dated:  April 17, 2023

OFFICE OF THE UTAH ATTORNEY
GENERAL

Brendan P. Glackin
Lauren Weinstein

Respectfully submitted,

By:     /s/ *Brendan P. Glackin*
        Brendan P. Glackin

        *Counsel for Plaintiff States*

Dated:  April 17, 2023

HUESTON HENNIGAN LLP
Douglas J. Dixon
Christine Woodin
Joseph A. Reiter

Respectfully submitted,

By:     /s/ *Douglas J. Dixon*
        Douglas J. Dixon

        *Counsel for Plaintiffs Match Group, LLC
        et al.*

4

JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
3:21-cv-05227-JD, 3:22-cv-02746-JD

1

Dated:  April 17, 2023                              MORGAN, LEWIS & BOCKIUS LLP
2                                                              Brian C. Rocca
                                                                Sujal J. Shah
3                                                              Minna L. Naranjo
                                                                Rishi P. Satia
4                                                              Michelle Park Chiu

5                                                              Respectfully submitted,

6                                                              By:    /s/ *Brian C. Rocca*
                                                                        Brian C. Rocca
7
                                                                *Counsel for Defendants Google LLC et al.*
8


9

Dated:  April 17, 2023                              MUNGER, TOLLES & OLSON LLP
10                                                            Glenn D. Pomerantz
                                                                Kyle W. Mach
11                                                            Kuruvilla Olasa
                                                                Justin P. Raphael
12                                                            Emily C. Curran-Huberty
                                                                Jonathan I. Kravis
13
14                                                            Respectfully submitted,

15                                                            By:    /s/ *Glenn D. Pomerantz*
                                                                        Glenn D. Pomerantz
16
                                                                *Counsel for Defendants Google LLC et al.*
17

18     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19

Dated:   April 21, 2023                             _____
20                                                            HON. JAMES DONATO
                                                                United States District Judge
21

22

23                                                            5

24     JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
                        Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
25                                        3:21-cv-05227-JD, 3:22-cv-02746-JD

**<u>E-FILING ATTESTATION</u>**

      I, Minna L. Naranjo, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.


                                      */s/  Minna L. Naranjo*

                                       Minna L. Naranjo

JOINT STIPULATION ON MODIFICATION FOR SEALING FOR DISPOSITIVE & DAUBERT MOTIONS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD
3:21-cv-05227-JD, 3:22-cv-02746-JD