| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewatta St., Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 592-3100 | Glenn D. Pomerantz (SBN 112503)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100 |
| Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 687-1980 | Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000 |
| *Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation* | *Counsel for Defendants Google LLC et al.* |

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
Lauren Weinstein
lweinstein@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for the Plaintiff States*

Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et al.*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT NOTICE OF RESOLUTION OF APPLICATION FOR FEES AND COSTS IN BRINGING RULE 37 MOTION**<br><br>Judge: Hon. James Donato |

Pursuant to the Court's March 28, 2023 Findings of Fact and Conclusion of Law (MDL Dkt. No. 469), Google, Consumer Plaintiffs, States, and Match Plaintiffs report that they have reached agreement on the fees and costs to be paid by Google and that there are no disputes requiring resolution by the Court.

Dated:  May 12, 2023     BARTLIT BECK LLP
        Karma M. Giulianelli

        KAPLAN FOX & KILSHEIMER LLP
        Hae Sung Nam

        Respectfully submitted,

        By: /s/ Karma M. Giulianelli
        Karma M. Giulianelli

        *Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

| | | |
|---|---|---|
| 1 | Dated: May 12, 2023 | PRITZKER LEVINE LLP |
| 2 | |     Elizabeth C. Pritzker |

Dated: May 12, 2023    PRITZKER LEVINE LLP
　　　　　　　　　　　　Elizabeth C. Pritzker

Respectfully submitted,

By: /s/ Elizabeth C. Pritzker
　　Elizabeth C. Pritzker

*Liaison Counsel for the Class in In re Google Play Consumer Antitrust Litigation*


Dated: May 12, 2023    OFFICE OF THE UTAH ATTORNEY GENERAL
　　　　　　　　　　　　Brendan P. Glackin
　　　　　　　　　　　　Lauren M. Weinstein

Respectfully submitted,

By: /s/ Lauren M. Weinstein
　　Lauren M. Weinstein

*Counsel for the Plaintiff States*


Dated: May 12, 2023    HUESTON HENNIGAN LLP
　　　　　　　　　　　　Douglas J. Dixon
　　　　　　　　　　　　Christine Woodin
　　　　　　　　　　　　Joseph A. Reiter

Respectfully submitted,

By: /s/ Douglas J. Dixon
　　Douglas J. Dixon

*Counsel for Plaintiffs Match Group, LLC et al.*

Dated:  May 12, 2023						MORGAN, LEWIS & BOCKIUS LLP
                  Brian C. Rocca
                  Sujal J. Shah
                  Michelle Park Chiu
                  Minna L. Naranjo
                  Rishi P. Satia

Respectfully submitted,

By: */s/ Brian C. Rocca*
  Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated:  May 12, 2023						MUNGER, TOLLES & OLSON LLP
                  Glenn D. Pomerantz
                  Kyle W. Mach
                  Kuruvilla Olasa
                  Justin P. Raphael
                  Emily C. Curran-Huberty
                  Jonathan I. Kravis

Respectfully submitted,

By: */s/ Glenn D. Pomerantz*
  Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

**E-FILING ATTESTATION**

I, Douglas J. Dixon, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Douglas J. Dixon*
Douglas J. Dixon