# EXHIBIT 9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1                  UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                     SAN FRANCISCO DIVISION

4   ---------------------------------------------------x

5   IN RE GOOGLE PLAY STORE              Case No.

    ANTITRUST LITIGATION                 3:21-md-02981-JD

6

    THIS DOCUMENT RELATES TO:

7

    Epic Games Inc. v. Google LLC,

8   et al.,

    Case No. 3:20-cv-05671-JD

9

10  ---------------------------------------------------x

11

12       *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*

13

14     REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF

15                     DOUGLAS BERNHEIM

16                  Thursday, April 6, 2023

17

18

19

20

21

22

23

24  Reported By: Lynne Ledanois, CSR 6811

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 12

1                    Thursday, April 6, 2023

2                         9:05 a.m.

3      -------------------------------------------------------

4              THE VIDEOGRAPHER:  Good morning.  We're

5      going on the record at 9:05 a.m.  And audio and

6      video recording will continue to take place unless

7      all parties agree to go off the record.

8              This is Media Unit 1 of the video-recorded

9      deposition of Douglas Bernheim taken by counsel for

10     the defendant in the matter of In Re Google Play

11     Store Antitrust Litigation filed in the United

12     States District Court for the Northern District of

13     California, San Francisco Division.  Case number is

14     3:21-md-02981-JD.

15             My name is Jeffree Anderson representing

16     Veritext and I'm the videographer.  The court

17     reporter is Lynne Ledanois from the firm Veritext.

18             All parties are recorded on the record and

19     you may swear in the witness.  Thank you.

20

21                  DOUGLAS BERNHEIM, Ph.D.,

22        having been duly sworn, testified as follows:

23                       EXAMINATION

24     BY MR. MACH:

25         Q    Good morning, Dr. Bernheim.

```
                                                 Page 23

 1    advance of the deposition starting today, one

 2    labeled Exhibit 1117 and one labeled 1118.

 3              (Whereupon, Exhibits 1117 and 1118 were

 4    marked for identification.)

 5    BY MR. MACH:

 6         Q    Do you see that, sir?

 7         A    I don't.  Hang on a minute.

 8              So I'm looking at exclamation,

 9    exclamation, marked exhibits.  It's in bold here.

10              Over on the right-hand side, I've got that

11    showing and then it says folder is empty.

12         Q    If you click on the marked exhibits link

13    again where it has the two exclamation points and

14    we'll see if it refreshes.

15         A    It shows that in two different place, but it

16    doesn't refresh regardless of which one I click.

17              MR. MACH:  Let's go off the record,

18    please.

19              THE VIDEOGRAPHER:  Going off the record.

20    The time is 9:22 a.m.

21              (Recess taken.)

22              THE VIDEOGRAPHER:  We're back on the

23    record.  The time is 9:24 a.m.

24    BY MR. MACH:

25         Q    Welcome back, Dr. Bernheim.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 24

1           Are you seeing now in the marked exhibits

2      folder what's been marked as Exhibit 1117 and

3      Exhibit 1118?

4           A     I am, yes.

5           Q     If you would please click on Exhibit 1117.

6      I should probably refer to it as DX1117.

7           Do you recognize this document as the

8      opening expert report you prepared in connection

9      with this litigation?

10          A     Well, that's certainly the title page.  I

11     don't know whether you want me to flip through it to

12     verify.  But it certainly looks like my opening

13     report.

14          Q     Well, we will naturally be referring to

15     this on a number of occasions today.  If at any time

16     there's anything in this document that appears off

17     to you, I hope you'll let me know.

18          But I will represent to you that we made

19     our best efforts to upload the report as it was

20     served to us with the addition of the exhibit

21     sticker.

22          A     Sure.

23          Q     Would you please turn with me to

24     Exhibit -- Exhibit DX1118?

25          A     Yes.

 1       Q    And do you recognize this as the reply
 2  expert report that you prepared in connection with
 3  this case?
 4       A    Yes, with the same qualification, it looks
 5  like my report.
 6       Q    Okay.  And are these the same documents,
 7  as far as you can tell, that you have in paper copy
 8  with you today?
 9       A    They are.
10       Q    Okay.  And just for your own convenience,
11  if you prefer to refer to the paper copy, will you
12  understand those paper copies to be matches with the
13  electronic versions of the documents that we have in
14  front of us today?  I'm just trying to make this as
15  easy as possible for you.
16       A    Yes, I assume based on how these procedures
17  work that it's the same document.  If it turns out
18  that for some reason we have a mismatch, we'll sort it
19  out and I'll look at the document that you have.
20       Q    That makes sense.  Thank you very much,
21  Dr. Bernheim.
22            If you would turn with me, please, to
23  Paragraph 10 of your opening report, which is
24  Exhibit DX1117.
25       A    Hold on one second, it takes a few seconds

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 310

1        I, LYNNE M. LEDANOIS, a Certified

2   Shorthand Reporter of the State of California, do

3   hereby certify:

4        That the foregoing proceedings were taken

5   before me at the time and place herein set forth;

6   that a record of the proceedings was made by me

7   using machine shorthand which was thereafter

8   transcribed under my direction; that the foregoing

9   transcript is a true record of the testimony given.

10       Further, that if the foregoing pertains to

11   the original transcript of a deposition in a Federal

12   Case, before completion of the proceedings, review

13   of the transcript [] was [x] wasn't requested.

14       I further certify I am neither financially

15   interested in the action nor a relative or employee

16   of any attorney or party to this action.

17       IN WITNESS WHEREOF, I have this date

18   subscribed my name.

19   Dated: April 7, 2023

20

21

22

23

24       _____

        LYNNE MARIE LEDANOIS

25      CSR No. 6811

Veritext Legal Solutions
www.veritext.com
212-279-9424       212-490-3430