# EXHIBIT 28

 developers

# Android Developers Blog

The latest Android and Google Play news for app and game developers.

---

## In-app Billing Launched on Android Market
29 March 2011

*[This post is by Eric Chu, Android Developer Ecosystem. —Dirk Dougherty]*

Today, we're pleased to announce the launch of Android Market In-app Billing to developers and users. As an Android developer, you will now be able to publish apps that use In-app Billing and your users can make purchases from within your apps.

In-app Billing gives you more ways to monetize your apps with try-and-buy, virtual goods, upgrades, and other billing models. If you aren't yet familiar with In-app Billing, we encourage you to learn more about it.

Several apps launching today are already using the service, including Tap Tap Revenge by Disney Mobile; Comics by ComiXology; Gun Bros, Deer Hunter Challenge HD, and WSOP3 by Glu Mobile; and Dungeon Defenders: FW Deluxe by Trendy Entertainment.



To try In-app Billing in your apps, start with the detailed documentation and complete sample app provided, which show how to implement the service in your app, set up in-app product lists in Android Market, and test your implementation. Also, it's *absolutely essential* that you review the security guidelines to make sure your billing implementation is secure.



  

Labels: Android Market

Global Google developer blogs

Google Developers Blog

Programa con Google (Spanish LATAM)

Codigo (Portuguese LATAM)

Developers Italia

Google Developers Indonesia Blog

Google Developers Korea

Google Developers Japan

Privacy  |  License  |  Brand guidelines

Get news and tips by email