# EXHIBIT 32

# Enrolling in the user choice billing pilot

This pilot is designed to test offering an alternative billing option next to Google Play's billing system and to help us explore offering this choice to users. We are looking to gain feedback in different countries and ensure we can maintain a positive user experience. Please see our blog post   for more information.

Developers who meet the below eligibility and requirements may join the pilot.

## Pilot eligibility

In order to be eligible for this pilot:

- Your app must be a non-gaming mobile or tablet app
- Developer must be a registered business

## Requirements for offering user choice billing

Developers participating in this pilot must comply with the following requirements:

- Only offer user choice billing to mobile and/or tablet users in announced pilot countries, currently:
  - • European Economic Area (EEA) countries
    • Australia
    • Brazil
    • Indonesia
    • Japan
    • South Africa
    • United States
- Only offer alternative billing systems within the app.
- Comply with the Payment Card Industry Data Security Standard (PCI-DSS) (if handling credit and debit card data).
- Provide customer support for users of the alternative billing system (including any products sold using the alternative billing system), and the alternative billing system must provide a process to dispute unauthorized transactions.
- Follow our user experience guidelines to maintain a consistent user experience and help users make an informed decision.
- Notify us in advance of intended changes to your app enrollment preferences, such as disabling or enabling user choice billing in a particular app or country. Changes will be effective the first of the following month (visit the Frequently asked questions section below for more details on submitting changes).

For participants in this pilot, service fees, which support our investments in Play and Android, will continue to apply. Developers must pay Google the applicable service fees. When a consumer chooses to use an alternative billing system, the standard service fee the developer pays will be reduced by 4%.

Please note that eligibility and requirements are subject to change and we expect the pilot details to continue to evolve as we learn more and receive additional feedback. Developers will also be required to switch to our automated APIs once they become available.

## Getting started

Developers need to take the following steps to get started:

1. Review the requirements on this page to determine if your app(s) meets the eligibility criteria.
2. Complete the billing declaration form and accept the Terms of Service.
3. Identify the apps and countries in which you will be offering user choice billing using the enrollment form that will be emailed to you after you complete the billing declaration form.
4. Follow the requirements as described on this page.
5. Account for and report to Google Play the amount of all paid transactions from the alternative billing system for invoicing. Instructions for monthly reporting will be provided to

developers who complete the declaration form and complete their onboarding for the pilot.

If you have any additional questions, you can contact our support team here.

Open declaration form

## Frequently asked questions

Why is Google Play's billing system required alongside the alternative billing system for this pilot?

Why are you still requiring a service fee?

Why are game developers ineligible for this program?

Which countries make up the European Economic Area (EEA)?

For which types of products can I offer user choice billing?

Can I offer Google Play's billing system in some markets, while offering user choice billing in other markets?

Can I participate in the user choice billing pilot and the alternative billing without user choice billing program announced in compliance with the recently passed Digital Markets Act (DMA) for users in the EEA?

I've already enrolled in the EEA program for alternative billing without user choice. Do I need to sign up again to participate in the user choice billing pilot?

How do I submit transactions made through an alternative billing system?

When do transactions made through an alternative billing system need to be reported?

I've submitted the app package enrollment form to identify for which countries I will be using user choice billing for my app. How can I notify Google of any changes to my app package enrollment selections?

Does this program allow links for digital content purchases for users?

Am I required to offer user choice billing?

Is alternate billing still available in South Korea?

If I am planning to offer an alternative billing system, or have already done so, by when do I need to meet the user experience requirements outlined on this page?

Is alternative billing still available in India?

My app is enrolled in the user choice billing pilot for Indian users. Do I need to sign up again to participate in the India program for alternative billing?

### Need more help?
Try these next steps:

Case 3:22-cv-02746-JD   Document 168-33   Filed 05/18/23   Page 4 of 4

| Ask the Help Community | Contact us |
|---|---|
| Get answers from community experts | Tell us more and we'll help you get there |