1  HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
2  jhueston@hueston.com
Douglas J. Dixon, State Bar No. 275389
3  ddixon@hueston.com
620 Newport Center Drive, Suite 1300
4  Newport Beach, CA 92660
Telephone:    (949) 229-8640
5
HUESTON HENNIGAN LLP
6  Joseph A. Reiter, State Bar No. 294976
jreiter@hueston.com
7  Christine Woodin, State Bar No. 295023
cwoodin@hueston.com
8  523 West 6th Street, Suite 400
Los Angeles, CA 90014
9  Telephone:    (213) 788-4340

10  Attorneys for Plaintiffs Match Group, LLC;
Humor Rainbow, Inc.; PlentyofFish Media ULC;
11  and People Media, Inc.

12

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15  IN RE GOOGLE PLAY STORE ANTITRUST      Case No. 3:21-md-02981-JD
    LITLIGATION
16                                          **MATCH PLAINTIFFS' INTERIM**
    THIS DOCUMENT RELATES TO:              **ADMINISTRATIVE MOTION TO FILE**
17                                          **UNDER SEAL REPLY IN SUPPORT OF**
    *Match Group, LLC, et al., v. Google LLC, et*  **MOTION FOR PARTIAL SUMMARY**
18  *al.*, Case No. 3:22-cv-02746-JD        **JUDGMENT**

19                                          Judge:   Hon. James Donato

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's April 24, 2023 Order granting

2 the parties' stipulation modifying sealing procedures, Case No. 3:21-md-02981-JD, MDL Dkt. 501,

3 Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media,

4 Inc. (collectively, the "Match Plaintiffs") submit this interim administrative motion to file under

5 seal the unredacted version of the Match Plaintiffs' Reply in Support of Their Motion for Partial

6 Summary Judgment on Google's Counterclaims, Case No. 3:22-CV-02746, Dkt. 173. As set forth

7 in the stipulation approved by the Court, MDL Dkt. 501, the reasons for sealing will be discussed

8 in a forthcoming omnibus sealing motion filed jointly by the parties on July 13, 2023. The Match

9 Plaintiffs anticipate additional review of the materials to ensure that any requests are narrowly

10 tailored. Redacted copies of the documents sought to be sealed have been publicly filed in the

11 docket.

12

13   Dated:  June 8, 2023            HUESTON HENNIGAN LLP
                                      John C. Hueston
14                                    Douglas J. Dixon
                                      Joseph A. Reiter
15                                    Christine Woodin
                                      Michael K. Acquah
16                                    William M. Larsen
                                      Julia L. Haines
17                                    Karen L. Ding
                                      Tate E. Harshbarger
18
                                      Respectfully submitted,
19

20                                By:  */s/ Douglas J. Dixon*
                                      Douglas J. Dixon
21                                    *Attorneys for Plaintiffs Match Group, LLC;*
                                      *Humor Rainbow, Inc.; PlentyofFish Media*
22                                    *ULC; and People Media, Inc.*

23

24

25

26

27

28