# Exhibit A1
# Public Redacted Version

1   HUESTON HENNIGAN LLP
    John C. Hueston, State Bar No. 164921
2   jhueston@hueston.com
    Douglas J. Dixon, State Bar No. 275389
3   ddixon@hueston.com
    620 Newport Center Drive, Suite 1300
4   Newport Beach, CA 92660
    Telephone:    (949) 229-8640
5
    HUESTON HENNIGAN LLP
6   Joseph A. Reiter, State Bar No. 294976
    jreiter@hueston.com
7   Christine Woodin, State Bar No. 295023
    cwoodin@hueston.com
8   523 West 6th Street, Suite 400
    Los Angeles, CA 90014
9   Telephone:    (213) 788-4340

10  Attorneys for Plaintiffs Match Group, LLC;
    Humor Rainbow, Inc.; PlentyofFish Media ULC;
11  and People Media, Inc.

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14

15

16  **IN RE GOOGLE PLAY STORE**            Case No. 3:21-md-02981-JD
    **ANTITRUST LITIGATION**
17                                          **DECLARATION OF JOSEPH A. REITER IN**
                                            **SUPPORT OF THE MATCH PLAINTIFFS'**
18  THIS DOCUMENT RELATES TO:               **MOTION FOR PARTIAL SUMMARY**
                                            **JUDGMENT ON GOOGLE'S**
19  *Match Group, LLC, et al. v. Google LLC,*  **COUNTERCLAIMS**
    *et al.,* Case No. 3:22-cv-02746-JD
20                                          Judge:        Honorable James Donato
                                            Courtroom:    11, 19th Floor
21                                          Date:         TBD (Per MDL Dkt. 447)

22

23

24

25

26

27

28

1

**<u>DECLARATION OF JOSEPH A. REITER</u>**

2

I, Joseph A. Reiter, declare as follows:

3

  1.  I am an attorney at law duly licensed to practice before this Court. I am a partner with

4

the law firm of Hueston Hennigan LLP and counsel of record for Match Group, LLC; Humor

5

Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc. (collectively, the "Match

6

Plaintiffs")[1] in the above-captioned case.

7

  2.  I submit this declaration in support of the Match Plaintiffs' Motion for Partial

8

Summary Judgment on Defendants and Counterclaim-Plaintiffs Google LLC et al.'s (collectively,

9

"Google's") Counterclaims. I have personal knowledge of the facts set forth in this Declaration and,

10

if called as a witness, could and would testify competently to such facts under oath.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] The term "Match Plaintiffs" includes only the operating companies named as Plaintiffs, which are part of the Match Group, Inc., portfolio of companies. For the purposes of this case, the term "Match Plaintiffs' Apps" includes Tinder, OkCupid, Match, PlentyofFish, and OurTime.

3.     Attached hereto as **Exhibit 1** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY-011457123–125 (which was introduced and marked as Plaintiffs' Deposition Exhibit 1996), which includes Match's request and Google's response to Match's submission of the form "Requesting Additional Time to Comply with Google Play's Payments Policy," dated August 19, 2021 and August 21, 2021,[2] at pages ending -123–124, stating[3]:



---

[2] Titles and dates of the exhibits described herein are obtained from review of the face of the document or the accompanying metadata produced in connection therewith.

[3] All yellow highlighting has been added for emphasis for the purposes of this declaration. Gray highlighting signals materials filed under seal.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

From: googleplay-developer-support@google.com                    Sat, Aug 21, 2021, 12:32 AM

To:     casey.daniell@gmail.com

Re: Your message about Google Play [8-8294000031717]

Hi Casey,

Thanks for submitting a request for additional time to integrate Google Play Billing for your app, com.match.android.matchmobile.

We've reviewed the information in your application form and determined your app is eligible for an extension until **March 31, 2022** to come into compliance with Google Play's Payments policy. No further action is required at this time.

Thanks for your continued support of Google Play.

Regards,
Danmar
The Google Play Team

---

Case Nos. 3:22-cv-02746-JD; 3:21-md-02981-JD
REITER DECLARATION ISO MATCH PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
6356429

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY-011457077–078, which includes Tinder's request and Google's response to Tinder's submission of the form "Requesting Additional Time to Comply with Google Play's Payments Policy," dated August 16, 2021 and August 17, 2021, at pages ending -077–078, stating:



Mon, Aug 16, 2021, 4:38 PM

**Contact Us Form**

First name
Micah

Last name
Bloom

Contact email
██████████ m ████████

Google Play developer account name
Tinder

Play Console login email
████████████ m

Application package name
██████████

Only apps published before January 20, 2021 are eligible for this extension. Was this app first published before January 20, 2021?
Yes

This extension is intended to aid developers that need more time to comply with Google Play's Payments policy. Do you need more time to comply with Google Play's Payments policy?
Yes

Please explain why you need additional time to comply with Google Play's Payments policy.
Our bespoke payment system is critical to our user experience. Due to significant feature gaps (payment/subs/discounts), Google's system is not a suitable substitute and exclusive use of Google's systems will meaningfully harm our users (inflate prices) & undermine our business

From: googleplay-developer-support@google.com       Tue, Aug 17, 2021, 2:05 AM
To:    joe.dao@gotinder.com

Re: Payment Extension Form Application - Auto Response [3-6263000031703]

Hi Micah,

Thanks for submitting a request for additional time to integrate Google Play Billing for your app, com.tinder.

We've reviewed the information in your application form and determined your app is eligible for an extension until March 31, 2022 to come into compliance with Google Play's Payments policy. No further action is required at this time.

Thanks for your continued support of Google Play.

Regards,
Judith
The Google Play Team

- 5 -

Case Nos. 3:22-cv-02746-JD; 3:21-md-02981-JD
REITER DECLARATION ISO MATCH PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
6356429

1        5.       Attached hereto as **Exhibit 3** is a true and correct copy of Google's Developer

2   Distribution   Agreement,   available   at   https://play.google.com/about/developer-distribution-

3   agreement.html, captured via PageVault on May 9, 2022, at § 16.1, stating:

4
    **16. General Legal Terms**

5   16.1 This Agreement, including any addenda You may have agreed to separately, constitutes the entire legal agreement between You and Google and governs Your use of Google Play and completely replaces any prior agreements between You and Google in relation to Google Play. The English language version of this Agreement will control and translations, if any, are non-binding and for reference only.

6        6.       Attached hereto as **Exhibit 4** is a true and correct copy of the document produced by

7   Google in this litigation bearing Bates range GOOG-PLAY-000064254–255 (which was introduced

8   and marked as Plaintiffs' Exhibit 1436), titled "Payments," at the page ending -254, stating:

9
10  # Payments

11
    **Changes are coming to this policy!**

12  See updated payments policy here. Any existing app that is currently using an alternative billing system
    will need to remove it to comply with this update. For those apps, we are offering an extended grace

13  period until September 30, 2021 to make any required changes. New apps submitted after January 20,
    2021 will need to be in compliance. To view additional information about this update, please visit our Help

14  Center.

15  • Developers offering products within another category of app downloaded on Google Play must use Google Play

16    In-app Billing as the method of payment, except for the following cases:

        • Payment is solely for physical products
17
        • Payment is for digital content that may be consumed outside of the app itself (e.g. songs that can be played

18        on other music players).

19

20

21

22

23

24

25

26

27

28

7.     Attached hereto as **Exhibit 5** is an excerpt of a true and correct copy of Defendants' Responses and Objections to the Match Plaintiffs' First Set of Interrogatories, served by Google in this litigation on July 27, 2022, at Interrogatory Response Nos. 3, 5, and 13, stating:

> **INTERROGATORY NO. 3:**
>
> Identify all requirements, criteria, factors, or conditions Google has implemented, implements, or has considered implementing in determining whether an App on Google Play offers "digital goods or services," "physical goods" or "physical services" under Google's Developer Distribution Agreement and any associated policies regarding payments, including any changes to these requirements, criteria, factors, or conditions over time.

| | | |
|---|---|---|
| | | Policies - Play Console Help. |
| September 28, 2020 | Google clarified the language in its Payments policy to make it more explicit that all developers selling digital goods in their apps are required to use GPB. | This change is described at Summaries - Play Console Help.[8] Google also made additional information available to developers.[9] |

> **INTERROGATORY NO. 5:**
>
> Describe all reasons why, prior to March 31, 2022 (and at any and all times before that date), Google permitted Match Group and Match Apps to offer In-App Purchases without requiring the exclusive use of Google Play Billing.

7    The digital content exception, introduced in 2011, provided that developers did not have

8    to use Google Play's billing system *"for digital content that may be consumed outside of the app*

9    *itself (e.g. songs that can be played on other music players)".*  It was intended to address a narrow

10   user case: to allow users of downloaded digital content (such as mp3s) to transfer that content

11   between devices.  While Google estimates that more than 99% of developers globally that sold

12   digital goods on Google Play were in compliance with Google's policy, a small number were not

13   due to, ostensibly, a misapprehension that, if a web version of their app also existed, the use of

14   Google Play's billing system was not required for in-app purchases.

15   To reduce potential disruption for the relatively small number of affected developers, and

16   to allow them to complete the integration of Google Play's billing system as required under the

17   Payments Policy, Google initially provided a one year notice period (until September 30, 2021) to

18   comply with Google's Payments Policy.[15]  On July 16, 2021, Google announced that it would

19   allow developers to apply for an additional 6 months (until March 31, 2022) to complete the

20   technical work to come into compliance, in part in response to the effects of the global

21   pandemic.[16]  Match Group confirmed that they were already working on coming into compliance

22   but requested an extension of the September 30, 2021 compliance deadline for each Match App.

23   Google granted Match Group's request for additional time to integrate Google Play Billing into

24   its apps.  Google's intent has always been to ensure that it treats all developers that monetize

25   through Google Play consistently and to enforce the longstanding obligation to pay the legitimate

26   service fees that Google collects through Google Play's billing system.

3    **INTERROGATORY NO. 13:**

4    Identify all features and functionality that Match Group's alternative payment solutions

5    have that Google Play Billing does not offer, and vice versa, including detailing Google's plans,

6    intent, goals, and strategies to address, accommodate, repair, fix, or close any feature gaps

7    between Google Play Billing and Match Group's alternative In-App payment solutions.

1  Of the features that Match Group requested to be added to Google Play Billing, all have

2  been completely addressed and resolved except:

3  **Additional Forms of Payment:**  Match Group requested that various payment methods

4  be available on Google Play.  The only forms of payments requested that are not currently

5  available on Google Play Billing are:  SEPA Direct Debit, Boleto, and instant bank

6  transfers (Pix) for OTP.  Google is targeting launching SEPA Direct Debit and Boleto in

7  the second half of 2022, and instant bank transfers (Pix) in the third quarter of 2022.

8  **Large Value SKUs:**  Match Group requested that the maximum SKU value limit be

9  increased so that its apps could go over the default price range[17] on Google Play for some

10  of its apps' digital products.  Since that request, Google Play increased the SKU value

11  limit to $5K USD.  Google Play is currently pending confirmation that this $5K USD

12  limit is sufficient for their request.

13  **Subscription Bundles:**  Match Group requested that Google Play allow several

14  subscription products to be sold in one bundle in the same transaction.  Google built this

15  functionality for possible integration as early as September 2021, and delivered developer

16  documentation to Match in June 2021.  Google Play's Commerce Engineering team

17  completed the planned work to enable this feature by August 2021 and opened access to

18  the APIs for Match.com; however, Match has never reengaged with Google on the

19  technical conversations around this feature.  Google currently has a solution for this

20  feature request and plans to launch this feature imminently.

21  **Installment Payments:**  Match Group requested that Google Play allow users to buy a

22  subscription for a particular period of time and pay for the subscription in several

23  installments of a fixed amount of money in regularly scheduled payments during the

24  subscription period.  Testing for this feature is underway.

1    8.    Attached hereto as **Exhibit 6** is a true and correct copy of the document produced by

2  Google in this litigation bearing Bates range GOOG-PLAY-011114937–953, titled "Play Payment

3  Policy Overview," dated March 2020, containing the following slides at the pages ending -940 and

4  -945:

5

6



16

17

18

19

20

21

22

23

24

25

26

27

28

REITER DECLARATION ISO MATCH PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
6356429

**Impact Partners:** Only <u>non-compliant apps</u> selling <u>digital</u> goods are impacted by policy change

<u>**NOT**</u> Impacted by Play Policy Change

| GAMES | ███████████████████████ |
| APPS selling **physical** goods<br>*(e.g. retail, transport)* | ███████████████████████ |
| APPS selling **digital goods --**<br>**Already Compliant** | ███████████████████████ |

**IMPACTED** by Play Policy Change

| APPS selling **digital goods --**<br>**Non-Compliant** | ███████████████████████ |

1    9.    Attached hereto as **Exhibit 7** is a true and correct copy of the document produced by

2  Google in this litigation bearing Bates range GOOG-PLAY-000261993.R–020.R, titled "Landing

3  Play Payment Policy," dated August 2020, containing the following slide at the page ending -994.R:

10.     Attached hereto as **Exhibit 8** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY-007325722–751, titled "Revenue Acceleration, Play Apps 2015 Developers Initiative Strategy," dated 2015, at the page ending -731, stating:



11.     Attached hereto as **Exhibit 9** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY-000838161–168 (which was introduced and marked as Plaintiffs' Deposition Exhibit 1437), which includes an email from Kirsten Rasanen (Google's former Director of Play Partnerships), dated January 12, 2017, at the page ending -161, stating:

On Thu, Jan 12, 2017 at 10:06 AM, Kirsten Rasanen <krasanen@google.com> wrote:

2.     The larger (most profitable) services like Match, ███████████ began as web businesses (10 - 20 years ago) and are actually quite sophisticated in terms of churn-reduction, reengagement and buyer conversion. In some ways our billing platform is not as good as theirs currently are. These three are primarily US-based. Services like Tinder and Plenty of Fish do have global ambitions which makes GPB more attractive, though for legacy businesses (like POF), they tell us 30% rev share is still prohibitive for exclusive adoption.

- 13 -

Case Nos. 3:22-cv-02746-JD; 3:21-md-02981-JD
REITER DECLARATION ISO MATCH PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
6356429

12.     Attached hereto as **Exhibit 10** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY-001289301–304, which includes an email from Sarah Karam (Google's Director of App Partnerships), to Purnima Kochikar (Google's Vice President of Play Partnerships), Brandon Barras (Google's Strategic Partner Development Manager), and others, dated October 3, 2019 with subject line "Re: IAC Executive Summit – 11/6," at the page ending -301, stating:

| | |
|---|---|
| From: | Sarah Karam [skaram@google.com] |
| Sent: | 10/3/2019 9:58:49 PM |
| To: | Purnima Kochikar [kochikar@google.com]; Brandon Barras [bbarras@google.com]; Marc Theermann [theermann@google.com]; Hannah Rosa [hannahrosa@google.com] |
| CC: | Karen Aviram Beatty [kaviram@google.com]; Tia Arzu [tiaa@google.com] |
| Subject: | Re: IAC Executive Summit - 11/6 |

+Brandon Barras (BD lead for Match)

Hi Karen,

The meeting was constructive and there were some AIs around keeping the Match group abreast of developments and engaging on some trust & safety workstreams. While we did communicate our disappointment with their lack of proactive engagement on their billing strategy, even though they knew how important this was to us, we were not (and are still not) in a position to mandate they use Google Play Billing across their full portfolio. However, when and if we get to that position, we will need to have a more difficult conversation with them.

13.     Attached hereto as **Exhibit 11** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY-000838125–132 (which was introduced and marked as Deposition Exhibit 2682), which includes an email from Brandon Barras (Google's Strategic Partner Development Manager), dated December 16, 2016, at the page ending -130, stating:

On Fri, Dec 16, 2016 at 4:55 PM, Brandon Barras <bbarras@google.com> wrote:
*PRIVILEGED AND CONFIDENTIAL*

• Match Group's remaining major brands (Match.com, PlentyOfFish and Meetic) have resisted adoption of GPB due to a robust existing payment infrastructure and then the lack of desire to pay the 30% rev share

1    14.    Attached hereto as **Exhibit 12** is a true and correct copy of the document produced

2    by Google in this litigation bearing Bates range GOOG-PLAY-011170240–242, which includes an

3    internal document titled "Match Group | Play – GPB Briefing Doc," dated October 2017, at the page

4    ending -241, stating:

| Match Feature Request | Play Feedback (provided by PM and DevRel) | Additional Match Feedback | Supported on iO | |
|---|---|---|---|---|
| Support 2,4 and 8 month packages | Not Supported | | N | Commented [8]: +bbarras@google.com may be worth adding a column for "Supported on iOS?" because then we can argue back that they've gotten comfortable with this on iOS so it's not a must-have but a nice-to-have |
| | | | | Commented [9]: good feedback! Just added |
| Ability to support installment payments. E.g., Meetic currently offers a 6 month package that is payable in 3 installments | Not Supported. Requested % of Meetic users currently utilizing installment payments | In terms of installments, we have offer various payment plans including 6-month products where they pay for the 6 month subscription over the first 3 months. We also have offers where we the introductory offer may be 3 or 6 months but then renew monthly after that (most Nordic countries legally enforce) | ? | Commented [10]: +daniellestein@google.com who would be best to confirm if these features are or not supported by Apple? |
| | | | | Commented [11]: I was hoping they had mentioned it in your conversations with them. Let me poke around too |
| Ability for a user to take special offers (discounted initial payment) that renew at full price AND the ability to take this type of special offer multiple times (not just once) | Supported by Intro Pricing, though IP can only be offered once per user per SKU. Match would have to handle this by creating multiple SKUs. | | | |
| Ability to purchase add ons | Developers can currently implement this by creating a separate SKU with the "add-on." You can also utilize the plan upgrade/downgrade feature | Regarding add-ons, utilizing an upgrade/downgrade is not ideal since we'd have to charge the user again for both the subscription and add-on. Currently we pro-rate the add-on based on the remaining time and so it's clear to the user that they are purchasing just the add-on and not needing to re-purchase everything again (even if their subscription pricing is pro-rated). | ? | |
| Are Boletos and Debito supported in Brazil | Not supported – Apple just launched | | Y | Commented [13]: Asking, stay tuned |
| Do you support 3D-Secure and if so, in which markets? (incl. those outside the EU) | Not supported. This is due to a systematic integration failure with the required 3Dsecure verification service. This also affects a subset of Indian credit cards. | | ? | Commented [12]: +daniellestein@google.com Request from Match that we currently do not support, but was recently rolled out by Apple. Do you know if this is on our roadmap? |
| Is Cartes Bancaire supported in France? | Yes we do for all FR based purchases. | | ? | |
| Do you support SEPA Direct Debit in Europe and if so, in which markets? | Yes we support SEPA Direct Debit in Europe. I'm currently still in search for the complete list, as | | ? | |

6356429

1    15.    Attached hereto as **Exhibit 13** is a true and correct copy of the document produced

2  by Google in this litigation bearing Bates range GOOG-PLAY-011268914–918 (which was

3  introduced and marked as Plaintiffs' Deposition Exhibit 1596), which includes an internal briefing

4  document titled "Match | Google – AVP Topic Review," dated March 2021, at pages ending -915–

5  917, stating:

6
[Meeting took place on 3/12/21]

7  Sarah / Peter Foster [Match GM] - AVP Discussion                                    March 2021

CONFIDENTIAL: Internal Briefing Document

8  MEETING INFORMATION

9    • **Partner:** Match Group
     • **Date and Time:** 3/12/21

10

11   • **Attendees:** Sarah Karam & Peter Foster [Match GM]
     • **Objective of the Meeting:** Better understanding of concerns, reset the tone of relationship, discuss next steps

12

13   ○   **Feature gaps**
       ■   Concern:

14          •   Match has a number of features which would require workarounds or have no planned solutions at
                this point - ie, installment payments. We are awaiting a comprehensive list from Match on gaps &

15              priority to allow our team to assess. We have provided a number of alternative solutions to their
                perceived gaps in the integration docs and will continue to partner closely to address

16          •   Installment payments is their biggest sticking point and is not prioritized by Commerce/Payments in
                the next 1-2 yrs at this time

17     ■   Talking Point:
          •   We understand there are a handful of feature gaps and our teams have worked to provide near

18             term solutions where applicable and are working on more seamless solutions in the near future as
               discussed.

19          •   I know Diana and team are actively engaged with the brands on integration plans and once you
               share your comprehensive list of FRs, we'll continue to engage on solutions and prioritization

20          •   We understand installment payments is a big area of concern and would like to coordinate time to
               have you meet with our Sr. Payments and Commerce stakeholders to discuss. Unfortunately there
               is quite a bit of complication with supporting this feature as we've noted, but we're hoping we can

21             partner closely with you to help drive and inform you how to best support.

22

23

24

25

26

27

28

16.     Attached hereto as **Exhibit 14** is a true and correct copy of the document produced by Match Plaintiffs in this litigation bearing Bates range MATCHGOOGLE00118492–500, which includes an email from Adrian Ong, dated October 9, 2018, and an email from Brandon Barras(Google's Strategic Partner Development Manager) to Adrian Ong and Ian Purves of the Match Plaintiffs, dated October 10, 2018, at the page ending -492, stating:

---

**Date:**     Wednesday, October 10 2018 09:12 AM
**Subject:**  Re: Match App - Rejection
**From:**     Brandon Barras <bbarras@google.com>
**To:**       Adrian Ong <Adrian.Ong@match.com>;
**CC:**       Ian Purves <Ian.Purves@match.com>;

---

Can you or POF share the analysis of the test markets & impact? As of now, we haven't seen any data that would allow us to help try and solve the issues mentioned. The feedback Kim provided this summer was around lower renewal rate vs. iTunes, but she didn't provide any detail on GPB vs. their current platform.

There has been no update on timing since you and Purnima last connected.

Thanks,
Brandon

On Tue, Oct 9, 2018 at 3:17 PM Adrian Ong <Adrian.Ong@match.com> wrote:

Not sure about performance in MX (Ian – can you please find out and let me know?) but I know they ran a test in many of their other existing markets and saw a negative impact. I just never heard back from Google on how we would solve for these issues (I believe renewal rates were lower and there was also a package mix shift to shorter packages).

---

17.     Attached hereto as **Exhibit 15** is a true and correct copy of the document produced by Match Plaintiffs in this litigation bearing Bates range MATCHGOOGLE00081886–888 (which was introduced and marked as Defendant's Deposition Exhibit 923), which includes an email from Adrian Ong to Gary Swidler, dated October 26, 2017, at the pages ending -886–887, stating:

---

**From:** Adrian Ong
**Sent:** Friday, October 20, 2017 9:24 PM
**To:** Alexandre Lubot <alexandre.lubot@eu.match.com>; Amarnath Thombre <Amarnath.Thombre@match.com>; Hesam Hosseini <hhosseini@pof.com>
**Cc:** Mandy Ginsberg <Mandy@match.com>; Sharmistha Dubey <Sharmistha.Dubey@match.com>; Gary Swidler <Gary.Swidler@match.com>; Elie Seidman <Elie@okcupid.com>
**Subject:** RE: Any update on Google IAB?

---

- Next steps
  - Work with Google on identifying how we can salvage the acquisition concern via optimization and other potential marketing favors (they want to understand these numbers better).  My team will work with the various brands to better understand these numbers and commence working sessions between Google and our teams.  This is going to be key to determine how much traffic may disappear and how we intend to hedge against this.
  - GPB Testing
    - Continue OKC test of GPB vs Credit Card / PayPal and share detailed learnings

---

18.     Attached hereto as **Exhibit 16** is a true and correct copy of the document produced

by Google in this litigation bearing Bates range GOOG-PLAY-011540352–361, which includes an

email from Purnima Kochikar (Google's Vice President of Play Partnerships), to Sameer Samat,

Donald Harrison (Google's President of Global Partnerships), and others, dated August 14, 2019,

and an email from Brandon Barras (Google's Strategic Partner Development Manager) to Donald

Harrison and others, dated August 26, 2019, at pages ending -352, -353–354, stating:

---------- Forwarded message ---------
From: **Brandon Barras** <bbarras@google.com>
Date: Mon, Aug 26, 2019 at 11:45 AM
Subject: Re: A/C Privileged: Update on Tinder / GPB
To: Donald Harrison <harrison@google.com>
CC: Sameer Samat <ssamat@google.com>, Purnima Kochikar <kochikar@google.com>, Sarah Karam
<skaram@google.com>, Mike Hochberg <mmh@google.com>, Tian Lim <tianlim@google.com>, Tia Arzu
<tiaa@google.com>, Tristan Ostrowski <tostrowski@google.com>, Wilson White <wilsonw@google.com>,
Danielle Stein <daniellestein@google.com>, Paul Feng 馮友樣 <pfeng@google.com>


Thanks Don and appreciate folks joining on Friday. Please find the key takeaways and next steps
below (full notes in briefing doc).

**Key takeaways:**
•     **Match has the desire and resources to own the payment experience**
○          Would rather invest in dev cycles to build new features/functionalities GPB offers vs.
paying 30%. The economics are still net positive for them with this approach.
•     Match has 20+ yrs of payment and infrastructure experience dating back to
Match.com's launch
▪          *"A few man hours a month is fine vs. 30%"*
○          Initial results show their billing platform outperforming in mature countries with high CC
penetration (US), but poor conversion in countries with low CC penetration (IN, BR)
○          Feel user psychology is also a driving factor to pay Tinder directly vs. via Play
▪          *"We feel users want to 'reward' Tinder by directly transacting with us"*
•     **Feel the economic model is fundamentally broken**
○          Apps like FB utilize all the same resources as Tinder (Store page listing,
acquisition channels, dedicated resources), but only developers who monetize pay 30%
•     **Highly focused on trust and safety and have a desire to partner with Google on the topic**
○          Investing resources to ensure users are having a safe experience both inside and
outside of the app

1   On Wed, Aug 14, 2019 at 6:19 PM Purnima Kochikar <kochikar@google.com> wrote:
2   Privileged

3   Quick update on my conversation with Shar Dubey, President of Match Group.  I recommend cancelling
    the meeting with them next week, and reengaging only when we have an update to our policy.

4   Sameer, Don, please let me know if you agree.  Details below.

5   The conversation went as predicted during our prep meeting this morning. I pushed back on their
6   commitment to our partnership and asked Shar what they would like to accomplish from the exec meeting
    and she stayed very much along their earnings call messaging - they believe in user choice, are happy that
7   Android enables choice, and viewed the steps they took with Tinder as an option developers have within
    our ecosystem - "we have other properties who have done it, our competitors have done it, and prominent
8   apps in other verticals have done it".

9   Interestingly, they seem to be emboldened by the early results of the deintegration (and potentially by the
    media attention) and are coming to the meeting solely to address any questions we may have about the
10  drivers and results of their "experiment" - previously we had heard that they were expecting to negotiate
    with us at the meeting.
11
    She shared a few headlines of the types of things they planned to share during the meeting -
12  - they invested in a payments processing platform 12 -18 months ago when they built a web app for Tinder
    and were pleased with the results and decided to extend payments to mobile
13

14  - they are seeing both gross and net revenue increase, they had only expected net to change, which
    convinces them that user choice matters
15  - they are willing to share insights on the type of users who seem to want choice and other directional
    insights, but not any specific "charts or numbers"
16

17

18

19

20

21

22

23

24

25

26

27

28

6356429

19.     Attached hereto as **Exhibit 17** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY-004330869–871, an Android Developers Blog post titled "Listening to Developer Feedback to Improve Google Play", dated September 28, 2020, at pages ending -869–870, stating:

## Listening to Developer Feedback to Improve Google Play

28 September 2020

*Posted by Sameer Samat, Vice President, Product Management*

But we have heard feedback that our policy language could be more clear regarding which types of transactions require the use of Google Play's billing system, and that the current language was causing confusion. We want to be sure our policies are clear and up to date so they can be applied consistently and fairly to all developers, and so we have clarified the

language in our Payments Policy to be more explicit that all developers selling digital goods in their apps are required to use Google Play's billing system.

Again, this isn't new. This has always been the intention of this long standing policy and this clarification will not affect the vast majority of developers with apps on Google Play. Less than 3% of developers with apps on Play sold digital goods over the last 12 months, and of this 3%, the vast majority (nearly 97%) already use Google Play's billing. But for those who already have an app on Google Play that requires technical work to integrate our billing system, we do not want to unduly disrupt their roadmaps and are giving a year (until September 30, 2021) to complete any needed updates. And of course we will require Google's apps that do not already use Google Play's billing system to make the necessary updates as well.

1        20.    Attached hereto as **Exhibit 18** is a true and correct copy of an online post from

2    Google's Android Developer Support website, titled "Understanding Google Play's Payments

3    Policy," available at https://support.google.com/googleplay/android-developer/answer/10281818

4    (last visited May 6, 2022) (which was introduced and marked as Plaintiffs' Deposition Exhibit 2640),

5    at the pages 1 and 4, stating:

# Understanding Google Play's Payments policy

Unless otherwise permitted by the Payments policy,  purchases that require use of Google Play's billing system include:

- Digital items (such as virtual currencies, extra lives, additional playtime, add-on items, characters, or avatars);
- Subscription services (such as fitness, game, dating, education, music, video, or other content subscription services);

## Payments policy clarification

In 2020, we clarified the language in our Payments policy ⧉ to be more explicit that all developers selling digital goods and services in their apps are required to use Google Play's billing system. Apps using an alternative in-app billing system will need to remove it in order to comply with the Payments policy.

We always strive to work with our developer community to help keep their apps on Play while they make any needed changes. While most developers have already complied with this long-standing policy, we gave a one year grace period for any that needed to make changes to their apps. Based on developer feedback, we gave eligible developers the option to request an additional six months ⧉ , giving them a total of 18 months to bring their apps into compliance. We continue to work with developer partners to meet the evolving needs of our ecosystem.

Developers that are not compliant with the Payments policy will not be able to submit app updates until they bring their app into compliance unless an app update is needed to fix a critical security issue. Starting June 1, 2022, any app that is still not compliant will be removed from Google Play.

Developers in India have until October 31, 2022 to comply due to unique circumstances with the payments landscape in the country. Please visit our FAQ for more details.

Developers with users in South Korea now have the option to integrate an alternative in-app billing system. Please visit our FAQ for more details.

1

2

3

4

5

6

7

8

9

10

11

12

13

> I was approved for the extension for an additional 6 months to comply with Play's Payments policy. What happens if my app is still not compliant by the March 31, 2022 deadline?
>
> We always strive to work with our developer community to help keep their apps on Play while they make any needed changes. In 2020, we clarified the language of our Payments policy to make it more clear that all apps must use Play's billing system for the purchase of in-app digital goods and services. While most developers already complied with this long-standing policy, we gave a one year grace period for any that needed to make changes to their apps. Based on developer feedback, in 2021 we gave developers the option to request an additional 6 months, giving them a total of 18 months to bring their apps into compliance.
>
> All apps are required to comply with Play's Payments policy after March 31, 2022. We enforce ⧉ our developer policies through different means including, but not limited to, app removals. If you were previously approved for an extension ⧉ but your app is not compliant by the March 31, 2022 deadline, you will not be able to submit updates to that app until it is policy-compliant. If your app is non-compliant but you need to submit an update to fix a critical security issue, you can let us know by filing an appeal ⧉ to the enforcement. We believe that this is the least disruptive option and allows developers to continue offering their apps while they make any final changes needed.
>
> Starting on June 1, 2022, any apps that are still not compliant will be removed from Google Play.
>
> Developers based in India have until October 31, 2022 to comply due to unique circumstances with the payments landscape in the country. Please visit our FAQ ⧉ for more details.
>
> Developers with users in South Korea have the option to integrate an alternative in-app billing system due to recent legislation. Please visit our FAQ ⧉ for more details.

14       21.     Attached hereto as **Exhibit 19** is a true and correct copy of the document produced

15 by Google in this litigation bearing Bates number GOOG-PLAY-002004801, which includes an

16 email from Paul Feng (via Google Docs) with the subject line "Play Subscription / Payments Policy

17 Change Talking Points – Invitation to edit," dated September 19, 2017, at the page ending -801,

18 stating:

19

20

21

| From: | Paul Feng (via Google Docs) [drive-shares-noreply@google.com] |
|---|---|
| Sent: | 9/19/2017 7:44:42 PM |
| To: | kevinwa@google.com |
| CC: | clairehart@google.com; tiaa@google.com; dfaye@google.com; ssamat@google.com; ssayigh@google.com; krasanen@google.com; sergek@google.com; lryang@google.com |
| Subject: | Play Subscription / Payments Policy Change Talking Points - Invitation to edit |

22

23

24

25

26

Paul Feng has invited you to **edit** the following document:

Play Subscription / Payments Policy Change Talking Points

Team,

Hiroshi is going to give a briefing to Sundar tomorrow at his 1:1 about the policy change. The goal is to get a read on Sundar's level of concern.

27

28

22.     Attached hereto as **Exhibit 20** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY-001165245–249, which includes an email from Jamie Rosenberg to Kirsten Rasanen (Google's former Director of Play Partnerships) and others, with the subject line "Re: [For your review] Policy Update Open Questions," dated September 18, 2017, at the page ending -245, stating:

| | |
|---|---|
| **From:** | Jamie Rosenberg [jamiero@google.com] |
| **Sent:** | 9/18/2017 5:35:51 AM |
| **To:** | Kirsten Rasanen [krasanen@google.com] |
| **CC:** | Sameer Samat [ssamat@google.com]; Tia Arzu [tiaa@google.com]; Kevin Wang [kevinwa@google.com]; pfeng@google.com; Claire Hart [clairehart@google.com]; David Faye [dfaye@google.com]; Purnima Kochikar [kochikar@google.com] |
| **Subject:** | Re: [For your review] Policy Update Open Questions |

Hi all,

Sharing a few thoughts (some of which are reflected in separate exchanges I've had with some of you):

* Partner Comms -- I'm still a bit unclear on whether we are "asking" or "telling" when we make this communication to partners. Being definitive on the policy change (and timeline) is the best way motivate partners to action. If we say "we're thinking about changing the policy," then many partners will likely wait and see if we actually do anything [we've been through this on the Android side with both unlicensed devices and the security transparency report].

23.     Attached hereto as **Exhibit 21** is a true and correct copy of the document produced by the Match Plaintiffs in this litigation bearing Bates range MATCHGOOGLE00096743–747 (which was introduced and marked Plaintiffs' Deposition Exhibit 1603), which includes an email from Peter Foster, dated August 13, 2021, at the page ending -746, stating:

On Thu, Aug 5, 2021 at 8:45 AM Peter Foster <Peter@matchmediagroup.com> wrote:

Brandon

I am reaching out regarding Google's announcement that it is granting extensions to its September 30, 2021 deadline for apps to use Google Play's billing system exclusively. In light of this extension, Match will continue to use its bespoke payment system to process payments.

Please acknowledge or comment as necessary.

Thanks,

Peter

1    24.    Attached hereto as **Exhibit 22** is a true and correct copy of the document produced

2  by Google in this litigation bearing Bates range GOOG-PLAY-011456519–554, titled "Google /

3  Match Group AVP Notes Doc [Internal]," with last entry dated September 30, 2021, at pages ending

4  -521–523, -531, stating:

5  ● **Other**

6      ○  Peter raised concerns over a recent subs renewal bug that canceled 658 subs. Match
         has asked for additional detail beyond approved comms. Syncing internally on
7         additional comms and possible make goods
8         ■  From Peter: *If those subs average $25/mo and were active for another 4 years,
             that's almost $750K in revenue, not to mention the poor experience those users*
9             *have, presumably, had when trying to log in to their accounts.*
10     ○  Requested clarification around GPB and matrimony apps [Pairs Engage JP] - provided
         feedback based on latest guidance from Christina Schaengoldhere which Match
11        noted helped bring clarity
12     ○  Provided update on latest FR status to Match below

13 ●  Google IAP feature timeline – Would love an update on when some of the additional
   features we've discussed might be available – intallments, alternate payment methods,
14   etc.
15     ○  A (Sent to Match on 5/21):

16

17     ■  Installments: Our teams are now working on delivering installment
         payment capabilities in Brazil and Mexico by end of Q2 2022. The rest of
18        the installment payment roadmap is currently being developed.
   ┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄ Redacted - Privilege ┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄
19     ■  2,4,8 month subscription packages: We will be able to support these
20        recurrences; timing of delivery is still being nailed down.
       ■  Payment methods: All of the following are on the roadmap for non-
21        renewing purchases: Boleto (Q3 2021), iDEAL (Already launched; NL
         only), PicPay (H2 2021); SEPA Direct Debit for subscriptions is on the
22        roadmap for H2 2021
23     ■  Add-ons / flexible offers: We will be able to support this with new features
         that are launching at the end of June. We know these capabilities are
24        very important to Match & Meetic. To allow these teams to integrate
         directly with these new features, **we have adjusted the GPB**
25        **compliance deadline for these properties to August 31st without any**
26        **effect on deal value.**

27

28

- 24 -

Case Nos. 3:22-cv-02746-JD; 3:21-md-02981-JD
REITER DECLARATION ISO MATCH PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
6356429

1

2

3

4

5

- ■ Product Requirements
  - ● Installment payments by App takes longer to implement
  - ● We're moving properties as quickly as possible
  - ● PF: asking for more time on apps starting from scratch, let's make sure we have feature parity before we switch and lets grow together
- ■ Annual Total & Allocation Calculations
- ■ Applicability

6    25.    Attached hereto as **Exhibit 23** is a true and correct copy of the document produced

7 by Google in this litigation bearing Bates range GOOG-PLAY-011665304–317, titled "Project

8 Everest – Policy Enforcement Update," dated May 31, 2022, containing the following slide at the

9 page ending -309:



6356429

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

26.    Attached hereto as **Exhibit 24** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY-011375856–929, which includes an internal document titled "Meeting Notes: Play payments policy working group," dated April 1, 2022, at the pages ending -880–881, stating:

---

Jul 2, 2021

Grace  Aligned senior leadership plan - final decision by Wed

**Plan** - Proactive comms about giving additional grace to developers who face hardship in complying  - BD can nominate
- Nuance:
  - We do not want to say that we are extending the grace period to everyone or changing the deadline
  - If they need additional time to comply because they've faced hardship during the past year-ish, we want to accommodate up to March 31, 2022
- For all apps

Why: hardship reasons, 6 months additional
When:
- Initial proposal: ~~July 15th~~ As soon as possible
- Alternative: On July 28th because this is when we're sending GAMMA and PDC Inbox Messages for Giza

Target audience:
- All developers because we don't know who isn't in compliance
  - Game developers can be excluded

How: by request
Criteria :
- Not garbage , is an existing app, not a game.
- Does not apply if you are already compliant
- Dev in good standing

AI: James Black to work with for form like this
AI: Priyanka to manage the List of comms Internal and external

---

Jul 7, 2021

Grace  Aligned senior leadership plan - final decision

6 month grace for those who ask
- Still working out in what format devs can ask for the extension

---

27.     Attached hereto as **Exhibit 25** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY-011183850–851, which includes an email from Danielle Stein to Danielle Martinak and Brandon Barras (Google's Strategic Partner Development Manager), dated July 9, 2021, at the page ending -850, stating:

| | |
|---|---|
| **From:** | Danielle Stein [daniellestein@google.com] |
| **Sent:** | 7/9/2021 5:01:13 PM |
| **To:** | Danielle Martinak [dmartinak@google.com] |
| **CC:** | Brandon Barras [bbarras@google.com] |
| **Subject:** | Re: FYI - Match |

In practice, criteria will be sparse and lax.

On Fri, Jul 9, 2021 at 9:58 AM Danielle Martinak <dmartinak@google.com> wrote:
*Purnima to bcc to spare her inbox*

Danielle, can you share the latest thinking on the approval criteria for granting an extension? I think that would help us best evaluate whether they come close to qualifying in the first place and subsequently -- how to communicate this and whether it should affect their AVP deal.

28.     Attached hereto as **Exhibit 26** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY-011363671–672 (which was introduced and marked as Plaintiffs' Deposition Exhibit 1505), which includes an email from Gohar Galyan to Donald Harrison (Google's President of Global Partnerships) and others, with subject line "Re: A/C Privileged & Confidential: Match update," dated January 13, 2022, at the page ending -671, stating:

| | |
|---|---|
| **From:** | Gohar Galyan [ggalyan@google.com] |
| **Sent:** | 1/13/2022 7:22:05 PM |
| **To:** | Donald Harrison [harrison@google.com] |
| **CC:** | Sarah Karam [skaram@google.com]; Peter Fitzgerald [peterf@google.com]; Kate Lee [katelee@google.com]; Tamar Fruchtman [tamarf@google.com]; Sarah Carberry [carberry@google.com]; Purnima Kochikar [kochikar@google.com]; Tia Arzu [tiaa@google.com]; Kareem Ghanem [kghanem@google.com]; Olivia Salva [osalva@google.com] |
| **Subject:** | Re: A/C Privileged & Confidential: Match update |

We asked them about their plans for compliance in March and received a high level response that didn't signal commitment one way or another; they did note that GPB is missing important functionality, such as installments.

29.     Attached hereto as **Exhibit 27** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY-011270137–142 (which was introduced and marked as Plaintiffs' Deposition Exhibit 2686), which includes an email from Shar Dubey, dated March 25, 2022, at pages ending -139–140, and an email from Sameer Samat to Shar Dubey, dated March 31, 2022, at the page ending -137, stating:

On Fri, Mar 25, 2022 at 12:13 PM Shar Dubey <sharmistha.dubey@match.com> wrote:
Thanks Sameer for getting back to me - although I have to say I am disappointed that we haven't been able to resolve this yet. Esp given the discussion we've had about all the user pain and financial impacts we are going to be hit with if you push forward with your exclusive mandatory IAB for a select set of developers while simultaneously acknowledging the value of "user choice" with your partnership with Spotify that you just announced.

With the passage of DMA yesterday, it is now clear that this new model (mandatory exclusive IAB at 15% and 30% tax) you are forcing us into is outlawed/soon to be outlawed in almost half the world. It is already illegal in S. Korea and Netherlands (we don't yet have clarity from you on how to meet the Mar 31 deadline while still being compliant per those countries' laws) and is soon to be illegal in India and the EU.

And while your team has closed some of the feature gaps Google Billing has had for years relative to more mature subscription services like ours, there are still gaps which are going to hurt user experience and revenue.

And with this additional tax, almost all of our marketing spend on Google UAC becomes unprofitable. As I had mentioned to you, paid marketing is the only source of growth in the US on Android for us. We will be forced to raise price for customers at a time when inflation is already hurting much of the user base most impacted by this.

| From: | Sameer Samat [ssamat@google.com] |
|---|---|
| Sent: | 3/31/2022 5:13:09 PM |
| To: | Shar Dubey [Sharmistha.Dubey@match.com] |
| CC: | Peter Foster [Peter@matchmediagroup.com]; Donald Harrison [harrison@google.com]; Gary Swidler [gary.swidler@match.com] |
| Subject: | Re: Following up |

**Exhibit
2686**

Shar,

Thanks for your note.

Thanks for your feedback on User Choice Billing.  While we do not agree that Play Billing would disrupt the user experience we are glad to hear your feedback on the pilot.  The pilot is at a very early stage and we have not determined if we can expand it yet, but we understand your interest and continue to be open to discussion.

1      30.    Attached hereto as **Exhibit 28** is a true and correct copy of the document produced

2   by Google in this litigation bearing Bates range GOOG-PLAY-011220642–644, which includes an

3   email from Donald Harrison (Google's President of Global Partnerships), dated April 29, 2020, at

4   the pages ending -643–644 and -642, stating:

5   On Fri, Apr 29, 2022 at 6:40 PM Donald Harrison <harrison@google.com> wrote:

6

7       •    At this early stage in the inception of the user choice billing pilot, we cannot commit to extending this to you. The
           pilot is intentionally structured, with specific requirements e.g., regarding UX, API usage, and trust & safety requirements,
           and we're not ready to expand to more partners just yet. We are working hard to include more participants, and we hope

8          to engage on next steps in the near term, but that will be, at least, a few more weeks out.

9   ---------- Forwarded message ---------
    From: **Gary Swidler** <gary.swidler@match.com>
10  Date: Mon, May 2, 2022 at 10:54 AM
    Subject: Re: Quick call
11  To: Donald Harrison <harrison@google.com>

12  Don:

13  While I appreciate your response, it's disappointing, inaccurate, and even a bit misleading.

14  Google's so-called user choice billing offers nothing new for developers or users. As you know, many Match
15  Group brands have long offered users the choice between our own payment solution and Google's. In some
    cases, users prefer our solution over Google's by a 3-1 margin, even though the price is the same (as Google
16  requires). But Google doesn't get to extract its 15-30% tax on users who choose our solution, and that's why
    Google is now taking that choice away from users. Indeed, a more appropriate name would be "Google Choice
17  Billing," because all it means is that Google gets to pick which apps can offer users alternative payment solutions
    and which ones can't, with the criteria for selection shrouded in secrecy. Google is simply leveraging its control
18  over the Play Store to fully insert itself between developers and their (not Google's) users.

19  When Google asked Match Group brands to enable in-app purchases long ago, Google knew that we and our
    users preferred our payment solution and assured us that we could continue to use it.  As we have explained to

20  Google many times now, breaking that promise will result in incalculable harm to our users and Match Group
21  brands. Among other things, it will strip away the choice of billing platforms that our users have long enjoyed
    and relied upon when it comes to Match Group brand apps, causing confusion and frustration—which will be
22  directed at us, not Google, and negatively affect our reputation.  It will also prevent us from providing customer
    service for in-app purchases, inhibit our ability to obtain information about users in our effort to provide a safe
23  platform, and divert our attention from other user-requested features while we are forced to spend time
    limiting our user's choice to only Google's payment platform. And "incentives" in the form of marketing and
24  Cloud credits do not compensate for this harm.

25  Our companies have enjoyed a long, productive relationship. I remain hopeful that we can resolve our dispute.
    Please let me know by close of business today if Google will reconsider its decision to require Match Group
26  brand apps to use Google Play Billing, or at minimum its refusal to grant an extension for Match Group brand
    apps.  If it won't, or I do not hear from you by then, we will proceed accordingly.

27  Gary

28

1

| From: | Shar Dubey [sharmistha.dubey@match.com] |
|---|---|
| Sent: | 5/2/2022 7:12:38 PM |
| To: | Sameer Samat [ssamat@google.com] |
| CC: | sundar@google.com |
| Subject: | Fwd: Quick call |

2

3

4

Hi Sameer

5    Jumping back into this. I'm really disappointed by where we are. It feels like we've reverted back from being
     able to offer users the choice of how to pay and all the features they are used to that GBP doesn't support yet.

6    This is very harmful and disruptive to our users' and their experience. I really believe these kinds of things are
     better solved by working together. That said, while I don't want to litigate this matter in the courts, this policy

7    change will massively and irreversibly harm our consumers and our business and if you push forward, we will
     have no choice. It also makes little sense to force us to do this change now while you figure out your user

8    choice model and make us revert again in a few months. I really hope we do the right thing for the consumer
     here - extend the timeline until you have clarity on your end and we can sort this out.

     Thanks

9    Shar

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6356429

1        31.        Attached hereto as **Exhibit 29** is a true and correct copy of an email sent from Minna

2    Lo Naranjo of Morgan, Lewis & Bockius LLP, counsel of record for Google, to Tate Harshbarger

3    of Hueston Hennigan LLP, counsel of record for Match Plaintiffs, dated April 12, 2023, stating:

4
| From: | Naranjo, Minna Lo |
| To: | Tate Harshbarger; Play Litigation; ~PLAY_MTO |
| Cc: | Match.com/Google [INT] |
| Subject: | RE: In re Google Play Store Antitrust Litigation 3:21-md-02981-JD (N.D. Cal.) |
| Date: | Wednesday, April 12, 2023 2:22:13 PM |

Counsel,

Your inquiry should appropriately have been raised in an interrogatory.  That said, in the interest of efficiency, and with the expectation that Plaintiffs will respond to any similar requests that Google may have, Google responds as follows:  With respect to Google's counterclaims against Match, Google stands by the allegations in its counterclaim.  However, consistent with the expert report of Dr. Leonard, and without waiver, Google presently does not intend to seek damages for Match's breach of contract for any period before October 1, 2021.  To be clear, this damages limitation does not extend to any other Google counterclaim against Match, including its Breach of Implied Covenant of Good Faith and Fair Dealing and False Promise claims.

Thanks,

Minna

1   32.   Attached hereto as **Exhibit 30** is an excerpt of a true and correct copy of the opening

2   expert report of Dr. Gregory K. Leonard, served by Google in this litigation on October 3, 2022,

3   which includes paragraph 37, stating:

4   37.   I have been asked to assume that Match Group obtained the extension from

5   October 1, 2021 to March 31, 2022 under false promises and was in breach of the DDA at least

6   from the beginning of the extension, i.e., October 1, 2021 ("original compliance date").  (I have

7   not been asked to calculate damages for any breach by Match Group prior to that date.)  On these

8   assumptions, Google has been deprived of service fees starting from at least October 1, 2021 on

9

10   subscriptions and non-subscription in-app purchases ("in-app purchases") processed by non-

11   Google Play billing systems ("alternative billing systems") for Match Group's apps distributed

12   by the Google Play Store.  These lost service fees represent Google's compensatory damages

13   from Match Group's alleged unlawful conduct.  Since Match Group was unjustly enriched by not

14   paying these service fees to Google, the lost service fees also represent restitution for Match

15   Group's unjust enrichment.[44]

33.     Attached hereto as **Exhibit 31** is a true and correct copy of the document produced by Google in this litigation bearing Bates number GOOG-PLAY-003312948 (which was introduced and marked as Plaintiffs' Deposition Exhibit 1599), which includes an email from Purnima Kochikar (Google's Vice President of Play Partnerships), to Adrian Ong (of the Match Plaintiffs), dated June 27, 2018, at the page ending -948, stating:

On Wed, Jun 27, 2018 at 5:00 PM Purnima Kochikar <kochikar@google.com> wrote:
Hi Adrian,

Thank you for the call today. As discussed, here are the next steps:

- Meetic and POF teams to work with Google to dig into the results of the pilots to identify issues and fixes.  Brandon will lead this effort.

- Continue ongoing engagement with Tinder on building their subs business on Play.

- Pause any further GPB integrations with other brands in your portfolio until early Fall.

We understand that you need sufficient notice for any changes we will make to our billing policy, and we will ensure that you are notified in advance.

Best,
P

34.     Attached hereto as **Exhibit 32** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY-007346897–917 (which was introduced and marked as Plaintiffs' Deposition Exhibit 1510), titled "Tinder/Match Executive Meeting Prep – GPB discussion", dated July 2019, containing the following slide at the page ending -902:

REITER DECLARATION ISO MATCH PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
6356429

1    35.    Attached hereto as **Exhibit 33** is a true and correct copy of the document produced

2  by Google in this litigation bearing Bates range GOOG-PLAY-011666963–7062, titled "Bumble

3  Executive Summit" on the page ending at-964, dated October 12, 2022, containing the following

4  slide at the page ending -000:

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

36.     Attached hereto as **Exhibit 34** is a true and correct copy of the document produced by Google in this litigation bearing Bates range GOOG-PLAY-011700993–1000, titled "Policy timeline and everest," with metadata dated September 23, 2022, containing the following slide at the page ending -995:



37.     Attached hereto as **Exhibit 35** is a true and correct copy of the Declaration of Peter Foster in Support of Plaintiffs Match Group, LLC's Humor Rainbow, Inc.'s Plentyoffish Media ULC's and People Media, Inc.'s Motion for Temporary Restraining Order, filed in the case captioned *Match Group, LLC, et al. v. Google LLC, et al.,* Case No. 3:22-cv-02746-JD (N.D. Cal.) at Dkt. 12-2, dated May 10, 2022.

38.     Attached hereto as **Exhibit 36** is a true and correct copy of Exhibit 7 to the Declaration of Peter Foster in Support of Plaintiffs Match Group, LLC's Humor Rainbow, Inc.'s Plentyoffish Media ULC's and People Media, Inc.'s Motion for Temporary Restraining Order, filed

in the case captioned *Match Group, LLC, et al. v. Google LLC, et al.,* Case No. 3:22-cv-02746-JD (N.D. Cal.) at Dkt. 12-9, which is a PageVault captured on May 10, 2022 of the Android Developers Blog webpage, titled "Allowing developers to apply for more time to comply with Play Payments Policy," dated July 16, 2021, available at https://android-developers.googleblog.com/2021/07/apply-more-time-play-paymentspolicy.html, stating:



39.    Attached hereto as **Exhibit 37** is an excerpt of a true and correct copy of the deposition transcript of Google's employee, Brandon Barras, in this litigation, dated September 13, 2022.

40.    Attached hereto as **Exhibit 38** is an excerpt of a true and correct copy of the deposition transcript of Google's employee, Diana Garcia Rios, in this litigation, dated December 13, 2022.

41.    Attached hereto as **Exhibit 39** is an excerpt of a true and correct copy of the deposition transcript of Google's employee, Donald Harrison, in this litigation, dated August 23, 2022.

42.    Attached hereto as **Exhibit 40** is an excerpt of a true and correct copy of the deposition transcript of Google's employee, Donald Harrison, in this litigation, dated August 24, 2022.

43.    Attached hereto as **Exhibit 41** is an excerpt of a true and correct copy of the deposition transcript of Google's employee, Sarah Karam, in this litigation, dated September 28, 2022.

1   44.   Attached hereto as **Exhibit 42** is an excerpt of a true and correct copy of the

2   deposition transcript of Google's employee, Purnima Kochikar, in this litigation, dated August 31,

3   2022.

4   45.   Attached hereto as **Exhibit 43** is an excerpt of a true and correct copy of the

5   deposition transcript of Google's employee, Kirsten Rasanen, in this litigation, dated August 17,

6   2022.

7   46.   Attached hereto as **Exhibit 44** is an excerpt of a true and correct copy of the

8   deposition transcript of Google's employee, Danielle Stein, in this litigation, dated October 28, 2022.

9

10   I declare under penalty of perjury that the foregoing is true and correct. Executed on this

11   20th day of April, 2023, at Los Angeles, California.

12

13                                           */s/ Joseph A. Reiter*

14                                           Joseph A. Reiter

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **E-FILING ATTESTATION**

I, Douglas J. Dixon, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.


*/s/ Douglas J. Dixon*
Douglas J. Dixon

Case Nos. 3:22-cv-02746-JD; 3:21-md-02981-JD
REITER DECLARATION ISO MATCH PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
6356429

# Exhibit A2
# Public Redacted Version

# EXHIBIT 6



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CONTENTS

Policy Context & Rationale (5 mins)

Impacted Partners (10 mins)

UAC Analysis (5 mins)

Rollout Prep & Next Steps (10 mins)

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011114938





Many top **app** (non-game) developers don't use Google Play's billing system for in-app payments, due to Play policy ambiguity

**Google Play In-App Payment Policy**
*[for digital goods / services that can be consumed in-app]*

Games: Must use Play billing

Ambiguous app exemption apps causes confusion

Apps: Must use Play billing, except if selling digital content that may be consumed outside of the app (e.g. songs the can be played on other music players)

Many top app developers exploit ambiguity to forego Play Billing integration & associated Play rev share

Match

Play hasn't enforced to date due to policy ambiguity and developer agitation risk re: value

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





## Implication #1: user trust and safety concerns on Android

**Play Billing matters to a trusted user experience →**
we provide **control** and **transparency**

"Google Play now makes it easier to manage your subscriptions"
June 20, 2018

***Control:*** *User can easily manage / cancel existing subscriptions*

***Transparency:*** *Users easily understand terms*

**Lack of Play Billing integration negatively impacts user experience**

- App subscriptions were Play's #1 user contact driver in 2018 (347,000)
- Refund rate for subscriptions doubled since 2017
- Complaints have attracted regulatory attention in TW, KR, US

*Poor user reviews post Tinder de-integration*

**Implication #2:** risk of regulatory / legal action impacting Play's business model

# Redacted - Privilege

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Among impacted partners, we have programs to mitigate agitation risk, including the 'App Accelerators' proposal

| | Category | Program |
|---|---|---|
| **Apps selling digital goods -- Non-Compliant** | Music | Existing Program ("LRAP") |
| | Video | Existing Program ("ADAP") |
| | News | Existing Program ("Subscribe w/ Google") |
| | Dating | **New Program: 'App Accelerators'** |
| | Lifestyle & Fitness | |
| | Productivity | |
| | Comms, Social | |
| | Books, Comics | |

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-PLAY-011114946



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Among top 20 UAC partners (██ of tot UAC), only a few are impacted

| Parent Name | Type | 2019 UAC Spend | % of Total 2019 UAC | Policy Impact? | Comment |
|---|---|---|---|---|---|
| | App | | | No | Already compliant; inquired about policy |
| | App | | | No | |
| | App | | | No | |
| | Game | | | No | |
| | Game | | | | Checking specific apps |
| | Game | | | No | |
| | Game | | | No | |
| | App | | | Partial | Shopping app not impacted / Video + Music + Audible impacted |
| | App | | | No | |
| | Game | | | No | Shengqu Games |
| | | | | | Checking specific apps |
| | | | | | Checking specific apps |
| | Game | | | No | Garena |
| | Game | | | No | |
| | App | | | No | |
| | App | | | Yes | Match impacted. Included in App Accelerators |
| | App | | | | Checking specific apps |
| | | | | | Checking specific apps |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Roll−out planning: Key Audiences & Google Teams Involved

# Redacted - Privilege

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL

| Id | Date | Text |
|----|------|------|

# Redacted - Privilege

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**High Level Planned Messaging** [WIP; will share more detailed talking points]

# Redacted - Privilege

| Id | Date | Text |
|----|------|------|



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-PLAY-011114953

# Exhibit A3
# Public Redacted Version

# EXHIBIT 7



GOOG-PLAY-000261993.R



- P2B - revisiting why this is or is not a factor - acknowledge that this is still something that's important to do...ting why this is or is not a factor - acknowledge that this is still something that's important to do...

GOOG-PLAY-000261994.R



Owner: Paul / Tia / Wilson

GOOG-PLAY-000261995.R



Play Payments Policy - Assumptions

- ████████████████████████████████████
  ████████████████████████████████████
- Impact will be upto end of year 2021, additional policy work may surface or run past enforcement deadline

CONFIDENTIAL



1P  PBL
Partial refunds for Compliance.
Data Pulls by BA →

CONFIDENTIAL

## Risks & Assumptions

| | | |
|---|---|---|
| ▉▉▉▉ and YT are long poles | **High** | ● As alignment continues to eat into execution window, 100% GPB for these before Sept 2021 is untenable |
| Other P0 efforts taking up resources | **High** | ● Console bandwidth engaged with Loyalty launch in console by end of Oct → same time when we want to be ready with Sling |
| Discover new additional " Whale" work | **Med** | ● [Small] A gap in eng estimates or key Developers ask for new features or accomodations.<br>● Mitigation:<br>○ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| Eng bandwidth impact | **Med** | ● COVID -19 landscape is unpredictable.<br>● Mitigation: ▉▉▉▉▉ |
| PR/Legal landscape changes | **Med-High** | ● Mitigation: ▉▉▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉ |
| Constrained PCounsel, UX bandwidth | **Med-High** | ▶ ▉▉▉▉▉▉▉▉▉▉ |

GOOG-PLAY-000261999.R

## Workstreams for Policy work

| Workstream | Where we are today | Open | Eng (Quarter) | UX | Console | Other dependencies Payments, Emailer, Legal etc |
|---|---|---|---|---|---|---|
| Key Developers (LRAP++ etc) | Eng execution + Partner alignment | | TBD | Large | Yes - in progress | Emailer |
| ▉ | Eng execution | | 4.75 | Medium | Yes - in progress | Emailer, Analytics |
| Nest | Eng execution | | 0.5 | Medium | Yes | Payments, Emailer |
| ▉ | Partner alignment | | TBD | Large | No | Payments, Emailer, Analytics |
| YT | Partner alignment | | TBD | Large | XL | Payments, Emailer, Analytics |
| Accelerators | Product design | Urgency | TBD | Medium | Yes- later | |
| Enforcement tools | Product design | Urgency & Ownership | TBD | No | Yes - later | |
| FOP | Product design | | TBD | Large | No? | Payments |
| Other (eg. Variable tax for Books/News) | Product design | | TBD | | | |

1. Gather information for what deals are in the works
2. Console: paul and andrew follow-up on Priority ▉▉▉▉▉▉
3. Pfeng: Flag in EPU leads level discussion , townhall for Policy
4. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
5. Investigate the enforcement deadline: hareesh an paul feng

6. Roadshow :
7. M&P Review
8. Tian's leads meeting plug :
9. Next week : hareesh and mrinalini mon/Tuesday for Subs variant (Console policy impact )
10. Hareesh email to shalini  for ATV as Sling is landing on TV as well.

11. Subs Variant
12. Entitlement and offer de-couplings
13. E2E Design from LyingJu

CONFIDENTIAL

| Id | Date | Text |
|----|------|------|
| 1 | 08/18/2020 15:31:38 | @prsinghal@google.com  to flag what we need for nest or make it a no |

CONFIDENTIAL

GOOG-PLAY-000262001.R



Roadshow :
M&P Review
Tian's leads meeting plug :
Next week : hareesh and mrinalini mon/Tuesday for Subs variant (Console  policy impact )
Hareesh email to shalini  for ATV as Sling is landing on TV as well.


Subs Variant
Entitlement and offer de-couplings
E2E Design from LyingJu

**Partner Scorecard -**this sheet
**Eng source of truth tracker:** https://docs.google.com/spreadsheets/d/1-
Spf_B5O7QbhlC7HaKMSHlKpU0_FC59pTtcGiUEyh20/edit#gid=1537214450

Roadshow :
M&P Review
Tian's leads meeting plug :
Next week : hareesh and mrinalini mon/Tuesday for Subs variant (Console  policy
impact )
Hareesh email to shalini  for ATV as Sling is landing on TV as well.


Subs Variant
Entitlement and offer de-couplings
E2E Design from LyingJu

GOOG-PLAY-000262003.R

## Appendix

**Console meeting notes(Kobi/Mrinalini/Hareesh)**
**Feature list - critical for console (Daniel, Steve, Angela)**
**Dates**
Loop in Eng and PM→ verify that PRDs for console are there
→ ██████████████████████████████████████
→ Subs variants sequencing
AI:
   1.   2 weeks from now next meeting
Phase 1 details
   1.   Comms to Alex + Pfeng with
   2.   Feature list
   3.   Ask for headcount gaps
Bump the biweekly to weekly

3. Kickoff - Team wide 60 min, cover every project in detail.

CONFIDENTIAL



GOOG-PLAY-000262005.R

| Id | Date | Text |
|----|------|------|
| 1 | 07/23/2020 22:15:50 | There are optimization efforts that will be needed for policy too as devs start shifting to the new flow. e.g. the ABC conversion comparisons. |

CONFIDENTIAL



GOOG-PLAY-000262007.R

| Id | Date | Text |
|----|------|------|
| 2 | 07/23/2020 19:20:49 | How about adding eng funding here here as well?  I do not have numbers |
| 1 | 07/23/2020 20:05:54 | @prsinghal@google.com  @raghareesh@google.com put a slide here with an initial stab at things.  basically this will all depend on how much eng we get. |
| 2 | 07/23/2020 20:05:54 | SGTM! |

CONFIDENTIAL

## Links

Billing tiers for developers
https://docs.google.com/presentation/d/1sficrnY-84WJp2nmLmzXlVD4iEdbx7HX6oD3vSildUU/edit#slide=id.g892f13ef0d_0_217

CONFIDENTIAL

GOOG-PLAY-000262009.R



1P  PBL
Partial refunds for Compliance.
Data Pulls by BA →

## YT: Principles to invest (Eng/legal)

| Principle | Start What | Examples |
|---|---|---|
| Clear alignment with our roadmap | Product & Eng execution | • Subs trial Abuse<br>• Subs variants - entitlement relationship, multipline, runtime pricing<br>• Non recurring<br>• Proration, Price change |
| Clear user Privacy, trust, legal aspects | Legal/Product follow ups | • Data sharing(FoP, user device, location) |
| Clear Business Impact to YT | | |

CONFIDENTIAL

GOOG-PLAY-000262011.R

Proprietary + Confidential

## Go to Market plan summary

External Comms: Blog post on day of announce followed by an Email notice to all Play developers regardless of billing status.

- Transparent with enforcement timelines (3 months for new, Sept 2021 for existing)

Whitelisting:

All existing managed partner apps being whitelisted for the duration of the grace period.

Internal readiness

1. BD and all partner facing team trainings complete, internal comms finalized
2. Enforcement team agent and escalation paths' readiness checked.
3. GAPP/Partner/PR prebriefing complete

Google

GOOG-PLAY-000262012.R



## PO: Subs Variants Platform

What:

Why: ██████████████████████████████████████████████████
██████████ will also require similar flexibility once final agreements are in place.

When: ██████████████████████████████████████████████
██████████ This needs to be built in Q3/ early Q4 to give partners time to integrate.

CONFIDENTIAL

| Id | Date | Text |
|----|------|------|
| 3 | 07/17/2020 17:19:08 | @stevehartford@google.com |
| 3 | 07/22/2020 17:35:28 | Should these headers match the workstreams called out in slide 5? They can then include sub-projects like this. |

CONFIDENTIAL



GOOG-PLAY-000262015.R



CONFIDENTIAL

GOOG-PLAY-000262016.R

## Prepaid subs

Angela + lyingju@ - 1 pager

GOOG-PLAY-000262017.R

What are we building ?

GOOG-PLAY-000262018.R

## Principles

██████████ Light the Path

- **Relieve pressure on enforcement deadlines** by folding in critical partners ASAP.
- **Mitigate Landscape risk** of last minute unknowns causing additional delays.

**Get our house in order**

- ████████████████████████████
- Re examine FOP roadmap.

**Plan for a series of sprints not a marathon.**

- ████████████████
- Leads "Office hours" for fast decision making.
- ████████████████████████████
  ████

GOOG-PLAY-000262019.R



## Assumptions

███████████████████████████████████████████████████████████
█████████████
███████████████████████████████████████████████████████████
███████████████████████████

Eng work could run upto end of year 2021, additional policy work may surface or run past enforcement deadline

GOOG-PLAY-000262020.R

# Exhibit A4
# Public Redacted Version

# EXHIBIT 13

PRIVILEGED AND CONFIDENTIAL

**Match | Google - AVP Topic Review**                                March 2021
CONFIDENTIAL: Internal Briefing Document

## MEETING INFORMATION

- **Partner:** Match Group
- **Date and Time:** 3/30/21
- **Attendees:**
  - **Google**
    - Sarah Karam
    - Brandon Barras
    - Danielle M
    - Karan G
    - Tamar F
  - **Match**
    - Peter Foster [GM]
    - Ian Purves [Director, Partnerships]
    - Lisa Detig [Vice President & Associate General Counsel]
    - Casey Burton [Director & Senior Counsel]
    - Ghaith Mahmood, partner, Latham & Watkins [Outside Counsel]

- **Objective of the Meeting:** Review Match's main areas of concern, better understand their desired outcomes & leave with alignment on priority

---

## DISCUSSION OVERVIEW

# Redacted - Privilege

## AREAS OF DISCUSSION [Provided by Match]

- **Term & Termination**
  - **Expected Match Feedback**
    - Match has continually expressed concerns in the 3 yrs deal length and what that means for P&L once the deal has expire
    - They've asked to include assurances in the contract around continued support after 3 yrs, but have yet to provide alternative solutions to consider beyond extending the overall program term
  - **Proposed Google Talking Point / POV**
    - *We've know this has been your main area and concern and as discussed, we want to ensure it is providing value for both sides with this initial 3 yr term*
    - *We can reassure you that our top goal is to ensure a strong long term partnership*
    - *If AVP is providing that mutual value, there is no reason we would not continue to explore this program*
    - *What term length would Match be interested in?*

- **Implementation Timing**
  - **Expected Match Feedback**
    - Match has a number of smaller brands & they've highlighted some of these brands might not be able to hit the July 1 launch date due to small dev teams
    - Expectations is they ask for a carve out for smaller brands to have extended grace period to launch
    - Full list of brands here
  - **Proposed Google Talking Point / POV**
    - *We were clear about this requirement originally and have already pushed back the deadline by 6 months*

1

Commented [1]: @tamarf@google.com
@skaram@google.com @dmartinak@google.com
@daniellestein@google.com @kgkaran@google.com
For review
_Assigned to Tamar Fruchtman_

Commented [2]: @dmartinak@google.com can you
add the breakdown of top rev generating Match
apps? ie, "these X apps make up ~90% of projected
revenue." My feeling is if we can gain commitment to
have them launch their top apps by EOQ2, we might be
willing to allow a grace period for some of the smaller
brands until Sept

Also any specifics to how we handled for LinkedIn as
background for the discussion to keep in mind?
_Assigned to Danielle Martinak_

https://docs.google.com/spreadsheets/d/1et-
iY1izBlwgtT-
01CSoquKeb1u7EwVCXYsMmdnq7Ok/edit?resourcek
ey=0-X5iu_dIBMjqf5n_nbCHumg#gid=252241230

FYI 92% of iOS spend comes from:
com.tinder
jp.eure.android.pairs
com.pof.android
co.hinge.app

Adding com.match.android.matchmobile gets it to 96%

Commented [5]: Yes! Thanks Karan :) also to clarify,
our play revenue isn't inaccurate but it doesn't yet
account for future spend on GPB

**Exhibit
PX 1596**

PRIVILEGED AND CONFIDENTIAL

- *We'll have to take this back and see if a grace period would be possible*
- FYI 92% of iOS spend comes from: com.tinder, jp.eure.android.pairs, com.pof.android, co.hinge.app
- FYI 96% of iOS spend comes from: the above + com.match.android.matchmobile
  - **Resource:** 2020 Installs/Revenue

- <u>Product Requirements</u>
  - **Expected Match Feedback**
    - Match has pushed back on additional feature requirements such as tablets, bubbles, share sheet, etc and supporting these for EQ2 launch
    - They are concerned with being "forced" to implement products that are not priority for their app or user experiences
  - **Proposed Google Talking Point / POV**
    - *As discussed, these integrations are included to ensure we can point to Match as an exemplar example in the Android ecosystem. These generally require lighter dev work & are baseline features expected by Android users.*
    - *From our initial discussions, we also know a number of brands already support these features and we're happy to be flexible on requirements where the feature may not be applicable for the app*
    - *In terms of timing, please note these features are not required for the EQ2 launch, and you will have an additional 6 months post launch to integrate where needed*

- <u>Feature Parity</u>
  - **Expected Match Feedback**
    - ■
  - **Proposed Google Talking Point / POV**
    - ■

- <u>Annual Total & Allocation Calculations</u>
  - **Expected Match Feedback**
    - TBD
  - **Proposed Google Talking Point / POV**
    - *These have not changed since our agreed upon terms in December as blessed by Don and it would be unproductive to revisit changes **unless you have new information***
    - You can see the concessions we've made from the original proposal below:

| | Ads Credits | Marketing Funds | Subs Promos | Play Points | Google Cloud |
|---|---|---|---|---|---|
| CURRENT | | | | | |
| ORIGINAL | | | | | |

- <u>Applicability</u>
  - **Expected Match Feedback**
    - TBD
  - **Proposed Google Talking Point / POV**

**Commented [6]:** @dmartinak@google.com can you own this section?
_Assigned to Danielle Martinak_

**Commented [7]:** yep, LMK if you have any insights into what their expected feedback will be (or are we waiting for their email?)

**Commented [8]:** Per our ping: This is as much information as they're willing to give at this time and plan to walk us through these topics in more detail during the meeting - i dont think we need to have talking points for all topics, but more so be prepared for Match to ask questions or dig into areas like "Annual Total & Allocation"
if we dont have an inclination on specifics, we can just use the time to listen

**Commented [9]:** I think we should hold the line on not reopening allocations, I added "unless they have new information"

---

**[Meeting took place on 3/12/21]**
Sarah / Peter Foster [Match GM] - AVP Discussion                            March 2021
CONFIDENTIAL: Internal Briefing Document

**MEETING INFORMATION**

- **Partner:** Match Group
- **Date and Time:** 3/12/21

2

PRIVILEGED AND CONFIDENTIAL

- **Attendees:** Sarah Karam & Peter Foster [Match GM]
- **Objective of the Meeting:** Better understanding of concerns, reset the tone of relationship, discuss next steps

---

DISCUSSION OVERVIEW

- Match continues to express frustration that Play has not offered a more aggressive solution beyond AVP though continue to progress on integrations across their portfolio for EOQ2 launch
- They are "aware of Spotify & Amazon deals," and feel as though they & the coalition are making progress in AZ/ND, etc.
- Peter has consistently taken the approach to "escalate & agitate" via his Google POCs throughout the process, even while continuing to deeply engage on AVP. Play should expect this is the relationship we can continue to expect until deal is signed, and likely throughout the life cycle of AVP
- Match CEO plans to call Sundar to discuss [timing TBD] and this conversation with Peter is to gain a better understanding of concerns, reset the tone of relationship, discuss next steps

CURRENT AVP STATUS, AREAS OF CONCERN, TALKING POINTS

- **Contracts**
  - Match currently has all contracts and we are awaiting redlines - Cloud was significantly delayed, but is the most straightforward of all contracts
    - Per our Cloud POC, we expect Match will ask for increased funds moved to Cloud after their recent acquisition of Hyperconnect and additional opportunity assessment. We suspect they'll look to shift from Play Points in the redlines, but this would be another large concession to Match. Ideally we would prefer to have these funds shifted from co-marketing given the low ROI of co-marketing activities to Google, and large amount of funds already allocated
  - Brandon/Danielle M met with Peter to review contracts, how to prioritize and next steps. Peter expressed his appreciation for the discussion and felt we were aligned in terms of where to focus for redlines

- **Integration Status:**
  - Deeply engaged with Match Group brands on billing integrations including weekly discussions around integrations, feature gaps & proposed solutions - tracking doc
  - Priority discussions have been with Match.com and Meetic who were not integrated with GPB in any capacity. Created custom, in-depth integration plans for Match.com / Meetic, and crafting for POF. These docs directly outline the integrations process, and provide brand level solutions to support current setup with GPB.
    - Match.com has submitted UI mocks for feedback [in progress] & have setup PBL in alpha
    - Meetic is actively reviewing integration doc and have been appreciative of the engagements, solutions and support
    - Kicking off discussions with POF and OKC in the next week, both who are partially integrated
    - Actively tracking and answering questions from all global brands here

- **Main Areas of Concern / Proposed Taking Points** *Please note, I've omitted deal term length, operational concerns and general disagreement with AVP as a solution as I don't feel we need/have additional talking points to add beyond what we have consistently shared throughout this process *

  - **"Better Deals"**
    - Concern: Match is "aware" of better deals going to Spotify and Amazon and is frustrated they have note received a more aggressive offer from Google
    - Talking Point:

      > # Redacted - Privilege

  - **Contract Complexity**
    - Concern:
      - AVP requires execution of 6 contracts and Match has expressed frustration with the contracting process
    - Talking Point:

Commented [10]: Are we willing to make any comments on "other deals" beyond our generally response, and/or our appetite to push Peter to share more details on what he has heard? Is Amazon getting something custom, or is this LRAP?

Commented [11]: @skaram@google.com @daniellestein@google.com

Commented [12]: nope. added a suggested response. @rsilberberg@google.com to comment as well

3

PRIVILEGED AND CONFIDENTIAL

- *Note: Peter has responded well when we've made this out to be BAU from a Legal perspective, where he responded "Match does the same thing when we have done deals with others especially once the lawyers get involved… ".*
- *There are 6 contracts:*
  - *1. **Main AVP Addendum** -- governs the deal at a high level (most custom in nature) including Google's and Developer's requirements, term length, etc.*
  - *2. **Developer Incentives** (5 contracts = 5 Google Gives)*
    - *Most of these contracts contain the mechanics of the programs which might seem tedious but is standard language*
- *I heard the follow up meetings you had with Brandon and Danielle M were helpful to clarify language terms and understand intent. We are happy to continue those conversations and are open to any redlines you may have*

- **Feature gaps**
  - Concern:
    - Match has a number of features which would require workarounds or have no planned solutions at this point - ie, installment payments. We are awaiting a comprehensive list from Match on gaps & priority to allow our team to assess. We have provided a number of alternative solutions to their perceived gaps in the integration docs and will continue to partner closely to address
    - Installment payments is their biggest sticking point and is not prioritized by Commerce/Payments in the next 1-2 yrs at this time
  - Talking Point:
    - *We understand there are a handful of feature gaps and our teams have worked to provide near term solutions where applicable and are working on more seamless solutions in the near future as discussed*
    - *I know Diana and team are actively engaged with the brands on integration plans and once you share your comprehensive list of FRs, we'll continue to engage on solutions and prioritization*
    - *We understand installment payments is a big area of concern and would like to coordinate time to have you meeti with our Sr. Payments and Commerce stakeholders to discuss. Unfortunately there is quite a bit of complication with supporting this feature as we've noted, but we're hoping we can partner closely with you to help drive and inform you how to best support.*

  - **Additional Product Requirements**
    - Concern:
      - Match has pushed back on additional feature requirements such as tablets, bubbles, share sheet, etc and supporting these for EQ2 launch
    - Talking Point:
      - *As discussed, these integrations are included to ensure we can point to Match as an exemplar example in the Android ecosystem. These generally require lighter dev work & are baseline features expected by Android users.*
      - *From our initial discussions, we also know a number of brands already support these features and we're happy to be flexible on requirements where the feature may not be applicable for the app*
      - *In terms of timing, please note these features are not required for the EQ2 launch, and you will have an additional 6 months post launch to integrate where needed*

  - **Next Steps/Open Items for Peter**
    - Match to provide redlines - ETA?
    - Match to provide comprehensive FR and priority list across all brands
    - Setup meeting with Promos/Points team and Match to create high level support plan

**EXTERNAL LOBBYING STATUS**

- 

**AVP SUCCESS METRICS & DEAL TERMS**
- Final Deal Terms [Slide 4]
- Success Metrics
  - GPB compliance across the Match portfolio by ███████████████████████

4

PRIVILEGED AND CONFIDENTIAL

- ○ Positive developer sentiment & deepened partnership across Play/Google
- ○ Feature and product adoption to showcase Match an an exemplar Android developer across Play and Google (Ads, Cloud)

----------------------------------------------------------------------------------------------------------------------------------------

S

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011268918

# Exhibit A5
# Public Redacted Version

# EXHIBIT 16

Message
_____

**From:**      Danielle Stein [daniellestein@google.com]
**Sent:**      8/27/2019 4:15:09 PM
**To:**        Sarah Karam [skaram@google.com]
**Subject:**   Fwd: A/C Privileged: Update on Tinder / GPB


How'd it go? Sounds good as can be below

---------- Forwarded message ---------
From: **Brandon Barras** <bbarras@google.com>
Date: Mon, Aug 26, 2019 at 11:45 AM
Subject: Re: A/C Privileged: Update on Tinder / GPB
To: Donald Harrison <harrison@google.com>
CC: Sameer Samat <ssamat@google.com>, Purnima Kochikar <kochikar@google.com>, Sarah Karam
<skaram@google.com>, Mike Hochberg <mmh@google.com>, Tian Lim <tianlim@google.com>, Tia Arzu
<tiaa@google.com>, Tristan Ostrowski <tostrowski@google.com>, Wilson White <wilsonw@google.com>,
Danielle Stein <daniellestein@google.com>, Paul Feng 馮友樸 <pfeng@google.com>


Thanks Don and appreciate folks joining on Friday. Please find the key takeaways and next steps
below (full notes in briefing doc).

**Key takeaways:**
- **Match has the desire and resources to own the payment experience**
  o       Would rather invest in dev cycles to build new features/functionalities GPB offers vs.
paying 30%. The economics are still net positive for them with this approach.
  ▪       Match has 20+ yrs of payment and infrastructure experience dating back to
Match.com's launch
  ▪       *"A few man hours a month is fine vs. 30%"*
  o       Initial results show their billing platform outperforming in mature countries with high CC
penetration (US), but poor conversion in countries with low CC penetration (IN, BR)
  o       Feel user psychology is also a driving factor to pay Tinder directly vs. via Play
  ▪       *"We feel users want to 'reward' Tinder by directly transacting with us"*
- **Feel the economic model is fundamentally broken**
  o       **Apps like FB utilize all the same resources as Tinder (Store page listing,
acquisition channels, dedicated resources), but only developers who monetize pay 30%**
- **Highly focused on trust and safety and have a desire to partner with Google on the topic**
  o       Investing resources to ensure users are having a safe experience both inside and
outside of the app

**Next Steps**
- Re-engage Match leadership once we have an update on policy and/or potential business
model changes
- Explore areas to partner with Tinder on trust and safety

Match was very appreciative of the discussion and apologetic over their lack of communication with
the Tinder billing rollout.

Let know if there are any additional questions I can help clarify as well.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY                    GOOG-PLAY-011540352

Thanks,
Brandon


On Mon, Aug 26, 2019 at 1:17 PM Donald Harrison <harrison@google.com> wrote:
Thanks for the briefings - good meeting!

On Tue, Aug 20, 2019 at 4:26 PM Brandon Barras <bbarras@google.com> wrote:
Broader group: We had a chance to connect yesterday and confirmed we'd like to move forward with the meeting Friday.

Don, Sameer, Tian -

Per the conversation, I've pulled together an internal briefing doc for your review and a short deck highlighting past partnership highlights I can walk the Match execs through who will most likely be less familiar with these past initiatives.

Please feel free to add comments or let me know if there is anything I can help clarify.

Thanks,
Brandon

On Sun, Aug 18, 2019 at 9:51 PM Sameer Samat <ssamat@google.com> wrote:
Can we discuss before we cancel?

On Sun, Aug 18, 2019, 6:38 PM Donald Harrison <harrison@google.com> wrote:
I'm fine cancelling but will try to find time to discuss tomorrow (even one on one).  Want to recap where we are.

On Wed, Aug 14, 2019 at 6:19 PM Purnima Kochikar <kochikar@google.com> wrote:
Privileged

Quick update on my conversation with Shar Dubey, President of Match Group.  I recommend cancelling the meeting with them next week, and reengaging only when we have an update to our policy.

Sameer, Don, please let me know if you agree.  Details below.

The conversation went as predicted during our prep meeting this morning. I pushed back on their commitment to our partnership and asked Shar what they would like to accomplish from the exec meeting and she stayed very much along their earnings call messaging - they believe in user choice, are happy that Android enables choice, and viewed the steps they took with Tinder as an option developers have within our ecosystem - "we have other properties who have done it, our competitors have done it, and prominent apps in other verticals have done it".

Interestingly, they seem to be emboldened by the early results of the deintegration (and potentially by the media attention) and are coming to the meeting solely to address any questions we may have about the drivers and results of their "experiment" - previously we had heard that they were expecting to negotiate with us at the meeting.

She shared a few headlines of the types of things they planned to share during the meeting -
- they invested in a payments processing platform 12 -18 months ago when they built a web app for Tinder and were pleased with the results and decided to extend payments to mobile

- they are seeing both gross and net revenue increase, they had only expected net to change, which convinces them that user choice matters
- they are willing to share insights on the type of users who seem to want choice and other directional insights, but not any specific "charts or numbers"

When I pushed for ways to make the meeting more productive, she told me that they are not expecting anything from Google, and are coming to the meeting at our behest to address any questions we may have!

I did not cancel the meeting right away, but indicated that we may choose to cancel if we cannot find more constructive ways to engage.

P

On Thu, Aug 15, 2019 at 3:05 AM Sarah Karam <skaram@google.com> wrote:
  Thanks, Don. We'll get something scheduled.

On Wed, Aug 14, 2019 at 10:23 AM Donald Harrison <harrison@google.com> wrote:
  I'm happy to meet on this next week before Friday.

On Wed, Aug 14, 2019, 2:11 AM Brandon Barras <bbarras@google.com> wrote:
*A/C privileged*
*Seeking legal counsel*

Hi Don, Sameer, Mike, and Tian,

Wanted to circle back following our last sync and share our suggested agenda for the 8/23 Match/Tinder meeting. It might be useful to have a quick meeting before Friday to ensure we're aligned on what (if anything) we want to message around the current policy work:

**Context for the proposed agenda**
- We investigated a Hug like package, but concluded that financial incentives alone **will not** shift Match/Tinder back to GPB:
  o **Match has publicly anchored on "user choice":**
    ▪ In addition to quotes in the <u>Bloomberg article</u>, Match Group continued to highlight "user choice" and Google's history as an "open platform" vs. Apple, in their Q2 <u>earnings call</u>.
  o **IAC is exploring spinning off Match Group**
    ▪ <u>**IAC shared**</u> **they are exploring a possible distribution of interests in Match Group and ANGI Homeservices to shareholders. The company expects to reach a conclusion "in the coming months." This will further increase their pressure to maximize Tinder's revenues.**
  o **"Hug like" package will not yield enough incentive to make a case to switch back to exclusive GPB**
  ▪ ████████████████████████████████████
  ██████████████████████████████████
  ████████████████████████

- **X-PA Google stakeholders agree that these incentives would most likely not move Match based on insight from their current relationships.**

**Proposed agenda:**
- Gain Tinder/Match's perspective on the value exchange with the Play platform/partnership and the economics involved
- Discuss how to best partner over the next few years, including where Match perceives the most value across Google
- Review Tinder's results or findings from their current billing test: conversion, FOP gaps, country performance, etc

**Desired outcomes:**
- Tinder commits to sharing billing testing results to help improve our platform (similar to ▮▮▮▮▮ )
- Better understanding for Google on how to position value for the ecosystem moving forward based on Tinder/Match feedback

# Redacted - Privilege

**Alternative agenda #2 (risk = will not be compelling and will likely leak to other devs)**
- Present Hug incentives for Match's feedback
- Allow them a chance to respond with what incentives would be compelling (if any)

Let us know if there are any questions we can help clarify and if you agree that a 30 min sync would be useful next week before we meet with Tinder/Match on 8/23. You can also reference the prep deck which outlines the above in more detail.

Thanks,

Brandon


On Fri, Aug 9, 2019 at 2:00 PM Brandon Barras <bbarras@google.com> wrote:
Resending to our most recent thread (apologies for folks who have received this twice)

**tl;dr -** Match was asked about Tinder's recent payment flow change during their earnings call. They referenced user choice as a main driver and is something they already do with their other brands. When asked if they would take this approach with Apple, they reference Google historically has been a "more open platform" vs. Apple where they currently adhere to policy. This is consistent with the feedback Match/Tinder have provided during our ongoing conversations - Full Earnings Call Transcript

-------------------------------------------------------------------------------------------------------------------
------------------------------------------------

**Question:** ...around March, we noticed a change in the payment flow on your Android apps on everything under the Tinder Gold. We then saw on a third-party data set that tracks Google Play Store revenue that your revenue on Google Play Store collapse, which obviously didn't happen. Given how well you did in the quarter. The obvious conclusion here is that you're skipping the place or you're getting payments directly. But that didn't seem to show up in your cost of goods, is there something we're missing here?

**Gary Swidler (CFO)** ----*You're right that in April, we introduced an option on Tinder on Android to offer -- use a choice whether to use Google Pay or credit cards. As Mandy mentioned in her remarks, it's something that we've been planning for. It's something that we have on many of our other brands and so it's not particularly new, but it was new to Tinder, we did do some work to get there and we accomplish that and then we're able to roll it out. You know, this is really something that is for new transactions and so the benefits of this will sort of build over time...*

**Question:** Would you expect to see this happen on iOS as well? And what do you think the response will be from Google and Apple?

**Gary Swidler (CFO)** -- *So if you look historically, Google has been a more open platform. And as I said, we've been offering this option on many of our brands. So, I'm going back a fairly long time. So this is not new from a Google perspective.*

*Apple has tended to be more restrictive. And so we'll see what happens with Apple, we love to offer the same kind of choice on Apple as we do with Google, but it's not clear to us if or when that's actually going to be able to happen.*

----------

Let me know if you have any additional questions as well.

Thanks,

Brandon


On Mon, Jul 22, 2019 at 9:20 PM Brandon Barras <bbarras@google.com> wrote:
 Hi All,

We're currently scheduled to have Match join us in MTV on 8/23 to discuss the future of the partnership. I wanted to share the Tinder/Match exec meeting prep **deck** for review. This includes:

- Background & projected revenue impact

- Match/Tinder's X-Google relationship updates

- Suggested approaches on how we bring Tinder back to the platform and strengthen the overall Match relationship

We're working to schedule time this week to review in more depth with folks in this group and ensure we're aligned on our approach leading up to the meeting with Match.

Let me know if you have any questions in the meantime.

Thanks,

Brandon

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011540356

On Wed, Jun 19, 2019 at 12:55 PM Paul Feng 馮友樸 <pfeng@google.com> wrote:
Attorney client privileged

Thanks Brandon.

The analysis does a nice job quantifying Tinder's "people mostly come to Play looking for Tinder" argument. As part of the Magical Bridge AND Payment Policy efforts, we're looking at ways to tier pricing - we can potentially use this. Consider a pricing tier based for apps / brands that bring an inordinate number of users / FOPs / NPUs to the store....

-P

On Wed, Jun 19, 2019 at 9:35 AM Brandon Barras <bbarras@google.com> wrote:
**A/C privileged**
**Seeking legal counsel**

Hi All,

Wanted to circle back and give an update on the latest with Tinder/Match.

- Coordinating in-person with Match leadership and Play / GP leadership for early August
  - Match attendees: Shar Dubey (President, Match Group), Elie Seidman (Tinder, CEO), & Adrian Ong (SVP/Advisor, Match Group)
  - Planning doc/agenda here - full briefing doc in progress
- Separately, engaging with Tinder to better understand how their billing experiment is being run, what is being tested for and if there are any immediate product/FOP gaps that we can work together to solve before the in-person. Tinder has noted that Match is wary of sharing data and feels Google may "use shared data against them" in future considerations.

Our team has also created a model to compare the value Play delivers against the revenue share paid by a developer on their consumer spend [full details here]. Two key points that we believe may underlie Tinder's decision-making:



Note that the model does not yet incorporate the value of publishing tools, EAPs, fraud detection, custom co-marketing partnerships, re-engagement etc. that Tinder has told us they value and care about. These are difficult to put a $ value on, but the team is looking at how to incorporate so we can paint a more complete picture.

**Next Steps:**

GOOG-PLAY-011540357

- Secure date in August with Match for an in-person
- Continue to engage with Tinder in order to drive data sharing around their current experiment over the next few weeks

Thanks,
Brandon

On Wed, May 29, 2019 at 8:20 PM Sarah Karam <skaram@google.com> wrote:
*A/C privileged*
*Seeking legal counsel*

+Donald Harrison

Hi all,

Wanted to circle back with an update post our call with the Tinder CEO, Elie, and their team earlier today. The TL;DR is that Tinder deferred us to Match leadership to get full details on their goals and rationale for the change. Full notes are here and key takeaways are as follows:

- **This decision was driven by Match Group leadership and fuelled by performance insights from other players.** They highlighted OKC (Match Brand) and competitors like Bumble (where Eli used to work) used as examples, where multiple payment options are available for users on Android.
- **They highlighted "providing user choice" and "economics" as reasons why they made this change.** When we pressed on what user research they had done on preferences for multiple billing experience options, they had no data and shared this pilot *is* the test. When we pressed on how they perceived the economic value (or lack thereof), they asked to have a Match conversaion.
- They mentioned that they are a large player and as they've gotten bigger the past 2 years, **they are more focused on a 5-10 year horizon and want to discuss the change / partnership with that lens.**
- We asked several questions about what value they perceive to be getting out of the platform and the partnership and what was missing. They didn't want to get into this and pushed to have that conversation with Match leadership. **It was apparent that they were given talking points and they wanted us to engage Match leadership for a deeper conversation.**

**Next steps:**
- Setup meeting with Match leadership
- Align on agenda / what (if anything) we want to propose to the Match team
- Conduct internal analysis to:
  o Model the value exchange between Play / Google <-> Tinder / Match
  o Investigate the potential of DNP for policy-violating apps, even if some versions of the apk are compliant with policy (e.g. Tinder in Brazil is still defaulting to GPB)

@Donald Harrison - we will share a briefing doc for the meeting and will plan align with the group on talking points / agenda beforehand.

Thanks,
Sarah

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

On Tue, May 28, 2019 at 9:07 AM Purnima Kochikar <kochikar@google.com> wrote:
 Privileged

Hi Sameer,

Yes, I am joining the call with their execs.

P

On Tue, May 28, 2019, 8:46 AM Sameer Samat <ssamat@google.com> wrote:
 *** Attorney client privileged ***
 *** seeks advice of counsel ***

Thank you for the update.  This is certainly disappointing (not in the least the way they handled it).

Will look for your update once that leadership call is done.  Purnima are you joining that call ?

sameer

On Fri, May 24, 2019 at 12:31 PM Sarah Karam <skaram@google.com> wrote:
 *A/C privileged*
 *Seeking legal counsel*

Hi all,

Wanted to share an update with the broader group that Brandon, Tinder BD, connected with the working team lead at Tinder yesterday. Their feedback:

•  They didn't share the update that they would start defaulting to their native billing as they anticipated it would lead to conflict

•  Decision was made by senior leadership

•  To his knowledge, the decision was purely financial. They've asked if margins are negotiable.

Our response (we didn't discuss the policy, per guidance):

•  Very disappointing decision to not inform us in advance; sour-ed partnership entirely

•  All the perks we provide them (merchandising support, carrier co-marketing opportunities, EAPs, dedicated BD / DA etc.) are not available if they are not invested in our partnership; this is a 2 way street

•  Given Tinder is planning to ship Tinder Lite in July defaulting to their current billing, we won't be supporting with any merchandizing. They were genuinely surprised by this.

•  We need to discuss with the CEO ASAP

We are working on setting up a call with Tinder leadership early next week (CEO and VP of Finance are OOO today) to better understand their position and plans.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-011540359

Once we have more information (hopefully by Tues/Wed), would be useful to align internally on next steps and how we want to position to Match leadership.

Thanks,
Sarah

--

| Sarah Karam | Global Head, Play & Android Apps BD |
|---|---|
| skaram@google.com | (650) 283-9028 |

--

| Sarah Karam | Global Head, Play & Android Apps BD | skaram@google.com | (650) 283-9028 |
|---|---|---|---|

--

| Brandon Barras | Google Play Partnerships | bbarras@google.com | 212-565-7477 |
|---|---|---|---|

--

| Brandon Barras | Google Play Partnerships | bbarras@google.com | 212-565-7477 |
|---|---|---|---|

--

| Brandon Barras | Google Play Partnerships | bbarras@google.com | 212-565-7477 |
|---|---|---|---|

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

--

| Brandon Barras | Google Play Partnerships | bbarras@google.com | 212-565-7477 |

--

| Sarah Karam | Global Head, Play & Android Apps BD | skaram@google.com | (650) 283-9028 |

--

Purnima Kochikar
Google Play, Apps & Games
kochikar@google.com
+17813548147

--

| Brandon Barras | Google Play Partnerships | bbarras@google.com | 212-565-7477 |

--

| Brandon Barras | Google Play Partnerships | bbarras@google.com | 212-565-7477 |

--

| Danielle Stein | Product Specialist - Commerce | daniellestein@google.com |

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

# Exhibit A6
# Public Redacted Version

# EXHIBIT 20

Message
_____
**From:**        Jamie Rosenberg [jamiero@google.com]
**Sent:**        9/18/2017 5:35:51 AM
**To:**          Kirsten Rasanen [krasanen@google.com]
**CC:**          Sameer Samat [ssamat@google.com]; Tia Arzu [tiaa@google.com]; Kevin Wang [kevinwa@google.com];
                 pfeng@google.com; Claire Hart [clairehart@google.com]; David Faye [dfaye@google.com]; Purnima Kochikar
                 [kochikar@google.com]
**Subject:**     Re: [For your review] Policy Update Open Questions


Privileged & Confidential

Hi all,

Sharing a few thoughts (some of which are reflected in separate exchanges I've had with some of you):

* Partner Comms -- I'm still a bit unclear on whether we are "asking" or "telling" when we make this communication to partners. Being definitive on the policy change (and timeline) is the best way motivate partners to action. If we say "we're thinking about changing the policy," then many partners will likely wait and see if we actually do anything [we've been through this on the Android side with both unlicensed devices and the security transparency report].

* I'm not clear on what form a partner's agreement not to agitate needs to take to get us comfortable with a policy announcement on the proposed timeframe. Is it signing up to LRAP, ADAP or the MDF, in the form of contracts? What about the partners for whom those programs won't be offered? If we are giving partners multi-month grace periods to implement, what will motivate them to sign these contracts within 30 days?

* Have you guys thought about flipping the model, where we do a private "announcement" now to the 30 or so devs we are worried about, and tell them that the policy will go into effect and be announced publicly in 6-9 months? We would pick a definitive date and at the same time present them with whatever incentives we need for them to be compliant by the time of policy launch. This delays the announced policy update (though we could make enforcement changes before then)... but seems to be the only way to truly ensure partners are on board (and ideally even integrated) before the policy rollout happens.

* For LRAP++/ ADAP++, I'm a bit uncomfortable with the spend threshold concept, both because it's prospective (i.e., what happens if they don't actually hit it?) and because it seems to have contagion risk with game developers. It also doesn't give us enough flexibility to offer these terms to a "strategic" dev we might need to have on our side. In a separate note to Kirsten I suggested thinking about this as a "Platform Development Partner" designation, where we invite a few select partners to help us refine our subscriptions platform, in exchange for investing more of the rev share back into their businesses. This could entail sharing data with us on churn, participating in experiments or new user acquisition programs (i.e., Play Guide or Google Assistant). Basically, these "PDPs" would be our core partners in evolving the platform and we would ask them to spend time with us to make the subscriptions platform better for the ecosystem. ████████████████████████████
████

* I think we should spend some time thinking about carriers as a separate cohort. They have their own 1p services and their own billing systems -- and they are partners with us on billing. My thoughts aren't fully formed here, but I've always felt it was awkward to apply our billing policies to carriers in the same way we do to 3p devs. There might be a win-win here where we get carriers more invested on directing users to Play for the provision of services.

* On the open policy questions, I've requested comment access to the doc so I can add comment on the recommendations. We should be able to get to a final POV on those this week.

I have some time in the late afternoon on Monday if it would be best for all of us to get in a room and discuss.

Jamie

On Fri, Sep 15, 2017 at 9:24 PM, Kirsten Rasanen <krasanen@google.com> wrote:
*Privileged and Confidential*

Thanks for the feedback, Sameer. Additional comments inline, in blue.

On Fri, Sep 15, 2017 at 8:07 PM, Sameer Samat <ssamat@google.com> wrote:
Feedback inline below.

On Sep 15, 2017 3:40 AM, "Kirsten Rasanen" <krasanen@google.com> wrote:
*Privileged and Confidential*

Jamie and Sameer,

Subsequent to the meeting with Hiroshi last week regarding the payment policy updates, we've prepared some additional information to help us move the Policy Update planning forward. Here's a deck, but listed below are a few key questions we'd love to get your feedback on **THIS WEEK** if possible.

1.      **We propose talking to a few key subscriptions developers now.** In order to gather information from key developers per Hiroshi's request, we'd like to reach out to Deezer, Match, LinkedIn, Skype, DirecTV, Spotify, Netflix, strategic devs representing a variety of categories who are not currently using GPB. We will let them know that a policy clarification and subsequent enforcement is coming. We can avoid discussing specific timing or policy language, but this will enable us to get honest feedback and a quick early read on dev reaction

SS>>  How high up in these orgs will we go and what will the messaging here be exactly?  For example, with Netflix would we plan to discuss ▇▇▇▇▇▇▇▇▇▇ in the same discussion or just the policy changes?  Also how will describe the motivation for the change?

KR >

We have various comms path suggestions ranging from exec to BDM outreach.

*Messaging:*
•       Let partners know that we are working on policy updates that will clarify the requirement to use GPB. (Though they will be unhappy, this should not be a huge surprise to any of these developers)
•       We will share our messaging around better user experience and coming in line with market standards for rev share and requirement.
•       They will have plenty of time to implement, but we want to give them a heads up as a trusted partner.
•       **For LRAP/ADAP eligible partners** - that is still on the table for them [standard terms for ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇

GOOG-PLAY-001165246

- **For non-video/audio partners** - Ideally we can tee up that we are working on a <u>marketing fund</u> to help defray switching cost for developers who commit to implementing prior to the required deadline. This allows us to offer a bit of a non-specific carrot to gauge reaction and see if that would move them.

█████ recommendation is Jamie > Bill conversation.

*Messaging:*

- █████ - we value their partnership and recognize the economic constraints they have so are willing to work with them on █████████████ deal to get us to █████████ (additional product requirements are those that they already are engaged in)

- **Policy** - We <u>are</u> planning policy change but believe its a better user experience if we can work together to ensure an easy subs process via the app hence █████. We don't want to see them go consumption-only.

█████ Similar approach (see below)

Spotify would be my only concern here because I feel like there is some chance they would leak this given their external stance on this with the EC ... any concerns here?

KR > Yes, we share those concerns. There is likelihood that no matter how we approach this, they may still complain. Better to try to partner first rather than blind-side them.

High-level comms plan <u>here</u>. Comms should be at a senior exec level, if possible. Let's discuss who at Google should reach out.

*Messaging:*

- 1.) **Assistant:** Assistant billing integration is coming, you're our first, most important partner from product perspective;

- 2.) **Policy:** Policy update is coming; we don't want you to go consumption only b/c it's bad for users so

- █████ we are prepared to offer █████████ [NOTE: They may ask for lower, we should decide if we are willing and how much]

1. will be. **Can we move ahead with this before exec approvals?**
2. ████████████ (**details**) Can we move forward with this new tier?
   a. ███████████
   b. Available to Video/Music devs with ████████████████████████████████
   c. Requires a few other key integrations including Chromebook support, Assistant on Home, Primetime, etc.



1. ████████████ If ██████████ is approved for a limited partner set, we would like to bring the proposal to ███████████ soon (asap). This alleviates allocation issue for █████ so *if* we are going ahead with █████ let's offer it now. For █████ this gives us an opportunity to tell them about policy along with a business offer to see if this will move them. This discussion should probably be at the exec level for both partners.

SS>> When you say it alleviates the allocation issue you mean the current concerns about continuing to test with us? ███████████████████████████████████████████

KR > Yes, ███████████ may keep ██████ engaged and prevent them from reducing current allocation (they'd need to go to ████ to qualify for ██████

████████████████████████████████████████████████████████
████████████████████████████████████████████████

1.  **Open Policy issues**: There are a handful of <u>open policy questions</u> that we'd like your comment on so we can move ahead with drafting language and assessing impacted developers and their reaction. [If reasonable, while these policy questions are being resolved, we would like to start with 1 and 2 to discuss the update more broadly with key partners.]

SS>> I can't access the doc on the plane here but will review asap when I land and come back to you.

KR > Thanks. Holler if you have questions

1.  **What will help you move this ahead?** What can we prepare for the next set of exec (Hiroshi) reviews to help make the <u>go/no-go</u> decision?

SS>> My suggestion is once we have aligned on all the things in this doc we get together and discuss the dev pipeline specifics and where we think we are -- I think this will be critical for shaping the next discussion with Hiroshi.  My sense is if we started this calling on Monday we would have a sense of where we are by EOW ?  Is that reasonable?

KR > We could certainly start the ball rolling with Netflix/Spotify on Monday/Tuesday, though we need to determine the right exec path for Spotify.

Other initial discussions can also be kicked off next week.

Timing for responses from partners will vary as they will need to escalate internally but we can at least see what shakes out from first discussions.

As well, Sameer requested some <u>additional background</u> on the regulatory concerns driving the need for making our policy clearer and enforcement more consistent.

I gave Hiroshi a download on these issues while we were in Korea together but I will send him this doc and copy claire so he has a better sense of the specifics.

We look forward to your feedback.

K.

GOOG-PLAY-001165248

| | | krasanen@google.com | 646-345-8662 |

--

| Kirsten Rasanen | | Google Play Partnerships | | krasanen@google.com | | 646-345-8662 |

CONFIDENTIAL

GOOG-PLAY-001165249

# Exhibit A7
# Public Redacted Version

# EXHIBIT 22

PRIVILEGED AND CONFIDENTIAL

# Google / Match Group AVP Ongoing Notes Doc [Internal]

### Match Group AVP | Master Status Doc
### Internal Working Doc  Match | Google AVP
### go/match-gpb-plan
*Owner: @bbarras*

## Resources
- Drive folder (internal only) here.
- Partner shared folder here.

**Log of docs I created for Brandon**
- Reconciliation scratch pad
- Note to Match to accompany redlines
- SPDR deck
- [Match Group] CFO/COO Meeting Brief (June '21) PRIVILEGED & CONFIDENTIAL

## Open AIs:

1. Match.com Integrations
   a. Match is asking for access to the multi line code to start work
      i. Match is asking for where this feature will be available
   b. Details on Subs Offers

## Running Meetings/Notes:

**9/30 - Match Next Steps**
- Peter email: current status, next steps & coverage [send 10/5]:

  Hope all is well - I wanted to let you know that I'll be headed out on a combination of paternity & personal leave starting this week through the end of the year. With that in mind, Danielle will be stepping in as your day to day POC.

  While we have not been able to re-engage on a broader partnership recently, this is still top of mind for our team & our leadership. We're hoping to be able to re-engage in the coming weeks and we'll reach back out once we have an update. We've also connected with our cross functional Google counterparts to ensure all stakeholders are aware that we're working on next steps to help with alignment moving forward.

  Apologies for the late notice on my leave, but Danielle will help ensure everything continues to move forward while I'm out.

- Match Deal Options

> **Commented [1]:** @daniellestein@google.com can you review proposed email to send to Peter next week - ideally I can send on 10/5 to ensure a proper transition. My feeling is this doesn't need legal review, but let me know if you think otherwise.
>
> I've also added next steps on the Match Deal Options that will indeed to be pulled together based on today's discussion
> _Assigned to Danielle Stein_

GOOG-PLAY-011456519

- Outline potential Match offer with goal to:
  - 1) Better understand economic impact
  - 2) Circulate with internal stakeholders [mainly Cloud] to
  - 3) Deal sizing for bundled and standalone offers
- Everest w/o Cloud
- Everest w/ Cloud ████████ as example]

**7/29  -- PEX Next Steps**
informing / involving Don & Sundar to:
(1) Get steering on Cloud before BC
(2) Potentially ask Don for help expediting
(3) Brief Sundar as a stakeholder / provide talking notes

Sequence -
Put proposal together
A - expedites - top down, get to gal
B - acknowledge take due process
Kate + Contracts with Cloud
Plan top to top
Pros/Cons
Peter F & P to get on call with Peter/Gary - set up

**7/27**

# Redacted - Privilege

- Address this category, their sub lengths are very different and we're trying to accommodate that, testing it out, our goal is to encourage having more subs -- we're waiting and learning
  - Documents reflect unique elements of this space
- What's the narrative? Will they treat this as an opening for a new round of negotiations?
  - It matters who pitches
  - Let's get their feedback, important constituent for pitching
- Is this Match specific or is there an opportunity?
  - Does that mean things need to change beyond match or not?
- AI:
  - PEX to thursday, Dating
  - Sundar talking points to Sameer
  - Tee up cloud for Sundar/Don
- 1. Divya --- model dating accelerator
- 2. PEX to thursday, Dating - Brandon Barras Done
- 3. Sundar talking points to Sameer - Karan Gambhir
- 4. Tee up cloud for Sundar/Don - Danielle Martinak
- 5. Blurb for dating accelerator - Danielle Stein

GOOG-PLAY-011456520

**7/1/21**
Want to get deal done
But board doesn't think it's worthwhile
Doesn't make us whole
In 2022, would have ████████████████
Want to keep status quo
If you work with us on economics, we can work with you
They're trying to reset the convo -
Not willing to operate another way
% very negative


**6/25 Weekly Progress**
- **Match Leadership**
  - Awaiting feedback from Gary on his discussion with the board following his discussion with Don on 6/15 - followed up with Peter on 6/23 and awaiting response
- **Brand Updates**
  - Match.com
    - Granted access to multi-line code ahead of schedule for review and integration. Match will be utilizing this feature for designing renewable add ons integrations in their app
      - They are the first dev to receive this feature / documentation
    - Match provided initial UI mocks for review and we are asked for ETA on build for review - dev team is highly engaged
  - Match LATAM
    - Reached out to coordinate integration meeting - tentatively scheduled for 6/29 with Carol Soler & Match LATAM
    - Questions focused on FOPs, installments and roadmap [details here]
  - Other brands
    - Enabled 2/4/8 sub durations for POF, a long standing FR
    - Requested integration updates for POF & Meetic - awaiting response
- **Other**
  - Peter raised concerns over a recent subs renewal bug that canceled 658 subs. Match has asked for additional detail beyond approved comms. Syncing internally on additional comms and possible make goods
    - From Peter: *If those subs average $25/mo and were active for another 4 years, that's almost $750K in revenue, not to mention the poor experience those users have, presumably, had when trying to log in to their accounts.*
  - Requested clarification around GPB and matrimony apps [Pairs Engage JP] - provided feedback based on latest guidance from Christina Schaengold here which Match noted helped bring clarity
  - Provided update on latest FR status to Match below

GOOG-PLAY-011456521



- ███████████████████████████████████████
  ██████████████████████████████████
  █████████████████████
  ┌─────────────────────────────────────────┐
  │ Redacted - Privilege │
  └─────────────────────────────────────────┘
- ████████████████████████████████
  ██████████████████████
- Payment methods: ███████████████████████████
  ██████████████████████████████
- Add-ons / flexible offers: We will be able to support this with new features that
  are launching at the end of June. We know these capabilities are very important
  to Match & Meetic. To allow these teams to integrate directly with these new
  features, we have adjusted the GPB compliance deadline for these properties
  to August 31st without any effect on deal value.

**6/17 - Questions from Peter**
- Pairs Engage not utilizing Google IAP – Brandon, you had verbally said this was fine, but
  need to have this confirmed, please.
  - A: To clarify, in-app purchases of matrimony matchmaking subscriptions that are
    digital (e.g., access to member profiles, member-to-member chat or messaging,
    and in-app matching) require the use of Google Play's billing system. However,
    specific offerings featuring a physical relationship manager qualify as primarily
    physical and therefore, Play billing is not required for purchases of those
    offerings.
  - Additionally, any subscription purchases that happen outside of the app -
    whether in a physical store or on a website - do not require Play billing. Users are
    always permitted to access any previously-purchased content or subscriptions in
    any app on Play. If an app is consumption only (meaning, the app does not sell
    digital goods or services in-app), developers can provide users with additional
    information about where to buy the items. For examples, please take a look at
    our guidelines on how to communicate with users about alternative ways to pay
    in our Understanding Google Play's Payments Policy FAQ
- Google Play subs being cancelled – There have been a number of emails on this, but no
  communication about what was affected, what the fix is, etc.  Seems like a deep dive on
  this would be helpful.
  - A: *Waiting for comms sign off*
- Google IAP feature timeline – Would love an update on when some of the additional
  features we've discussed might be available – intallments, alternate payment methods,
  etc.
  - A (Sent to Match on 5/21):

> **Commented [2]:** @katelee@google.com
> @tamarf@google.com for review

> **Commented [3]:** Background doc
> - https://docs.google.com/document/d/1ypnbB-
> rFbajYA0e_Ycda0udfiz9D1wOu2Oi-
> _uFOEXo/edit?ts=60352688

> **Commented [4]:** @cschaengold@google.com has
> confirmed comms

> **Commented [5]:** these LGTM

> **Commented [6]:** LGTM

> **Commented [7]:** Outage detail
> here: https://docs.google.com/document/d/11EkjLS8sR
> PMUXd0wSVAUuIr1OuF3D4L2WC7d1lH6OME/edit?re
> sourcekey=0-TDRt6YT5B3APzbERrFu3Iw#
>
> Reactive Comms
> here: https://docs.google.com/document/d/1n0DQ2hpO
> KKaajWj2G6EeiUMqfmN4DCD8DBtAr70bYEk/edit?res
> ourcekey=0-PFUyPnjLQJH42flyQXN2zw

> **Commented [8]:** This was sent to Match by
> @daniellestein@google.com on 5/21 and will reiterate



Redacted - Privilege

■ Payment methods:

■ Add-ons / flexible offers: We will be able to support this with new features that are launching at the end of June. We know these capabilities are very important to Match & Meetic. To allow these teams to integrate directly with these new features, **we have adjusted the GPB compliance deadline for these properties to August 31st without any effect on deal value.**

**6/16 - Don / Gary Debrief**
- Gary has a board discussion. He's "on the fence". Would get board feedback. May be to set up a good cop / bad cop
- Rest of framing was what they need to see to do a deal.
- No allusions to senate
- 

**Part 2**
- Brought up term length

- Important we do a deal, this deal wasn't worth doing
- ███████████████████████████████████
- Product
- ████████
- Difficult to administer
- Follow up with Peter on board status - depending on outcome follow up to get Gary/Don in a room to hash out

**5/26/21**

Peter: We just had an internal meeting to discuss Google's latest response with Gary.  He expressed his frustration with where we are on the agreement and asked us to put our pencils down and not waste any more time since we're so far apart.  My suggestion would be to have he and Don connect to see if there's anything that can be salvaged at this point.

> **Commented [9]:** What changed since December? The contracts reflect that discussion

**What Gary hopes to get out of the meeting?**



> **Commented [10]:** He didn't explicitly say this -- it seemed to be wrapped up ████████ (but worth noting that the current structure doesn't reward for over performance)
>
> **Commented [11]:** I actually interpret this differently - they are looking for a biz model change or rev share cut - in a private deal if we're not willing to "do it publicly"
>
> **Commented [12]:** Agreed, I thought they were going to take it a different way as it is also true that this method allows them to scale up etc
>
> **Commented [13]:** agree

# Redacted - Privilege

**Casey:** Ideally the term sheet figured out might make sense to do, getting to an agreement before lawyers going back and forth.

**Diana can ask Ian about shared back ends:** Meetic and Match are back ends for a number of the affinity apps. I think they are both at okay places in their journey POF and OKCupid are well off considering their lack of engagement.

Danielle's ask to Match to consolidate App list
- Casey: we're pencils down
- Peter: I will ask Ian to take a look, and let him know Diana will be reaching out about shared back ends. Will send you

**To what extent redlines are inconsistent with previous conversations we've had?**

<u>5/21/21</u>
Closing out issues
- ██████████████████████████████████
  - ████████████
  - ████████████
- 2. Penalty for missing Phase 1 date
  - Remove grace period
- 3. ██████████████████████████████████
  - ████████████████████████
- 4. The date for phase 2
  - August 31st for now can become Sept 15
- 5. Billing library versions
  - ○
- 5. Approach to updating spend targets
- 6. Add Play Points language in

<u>5/19/21</u>
- Approach to phasing language
  - Ask Match for mapping of titles to package names
  - Communicate spirit ████████████████████████████
  - ████████████████████████
  - Is it just GPB for this date or other GPB features?
- OK for Diana to:
  - Communicate about subs variant recommendation
  - Ask for mapping to dependent on Match / Meetic via package names
- If we want to express openness to considering bonus mechanism - how shall we respond to markup of this section?
- GPB features:

GOOG-PLAY-011456525

- ○ How does the group 1 and group 2 phasing get incorporated?
- ○ I'm assuming "GPB certified" means being compliant with these features?
- Narrative — written or talking points? I'm inclined to send as written to avoid misunderstandings

**5/13/21 - SPDR**
Deck

- Make sure we get
  - ○ ██████
    - ■ Start with asking why
    - ■ ████████████████████████████
    - ■ ████████
    - ■ █████████████████████████
  - ○ Billing Timelines
    - ■ OK as long as it's September (Diana to help with milestones, agree be consistent across AVP developers i.e. ████████
    - ■ No surprises - need time to review
    - ■ Play with proration as leverage
  - ○ ███████
    - ■ ████████████████████████████
    - ■ ████████
    - ■ In principle in favor
    - ■ We can hint we're willing to consider
  - ○ Internal stakeholder mgmt
    - ■ Up-level at AVP level



  - ○ Right exec mapping
    - ■ I think Don is the right level, Shar, (me, peter)


**5/3 - Contract Walkthrough**
- **Next steps**
  - ○ 1. Take stock of pushback terms
  - ○ 2. What have we already agreed upon
  - ○ 3. Precedent for / standard consistent response
- Doc
  - ○ Redline: Main addendum
  - ○ Clean: [GOOGLE COPY]_CLEAN - Match Apps Velocity Program Addendum.docx
- Match: Lisa, Casey, Peter
- Notes
  - Redacted - Privilege

- ○
- ○
- ○

# Redacted - Privilege

- ○
- ○ **Features:**
  - ■ Goal: Not put undue work onto their product teams
  - ■ Features fell into two buckets:
    - 1) This will probably not ever make it to the product roadmap. We don't do it on other platforms and wouldn't choose to do it so don't want to do it
    - 2) Happy to hear more about it, but uncomfortable putting timelines against it for the 15 odd companies. Hear about a feature and commit to doing it within the next few days
  - ■ Framing from them: we are making them do this because of policy change
- ○ ██████████████
  - ■ ████████████████████████████████████████████████
    ████████████████████. It's not a state that we're in nor in a state that we could be in. To roll out things that we plan to and that we've seen as successful.
- ○ **Foldables/Tablet Optimization -- Product Features**
  - ■ We really want to install GPB properly
  - ■ On features, I think the notion that having to build to certain formats is a great example, is not something that any of the properties wouldn't want to be until ANY timeframe, that they would have to build ahead of when they would normally prioritize that thing. This causes a lot of concern for Product and Eng teams.
  - ■ If these are great and they're going to move the needle WHEN it makes sense on the roadmap, don't want to do them during an unnatrual

## 4/23 - Match Integration Weekly
- Match
  - ○ Doug Wang (PM)
  - ○ Martin (eng)

- ○ Garland (eng)
- ○ Jon (eng)
- ○ Suresh (eng)
- ○ Ian Purves, Partnerships
- Google
  - ○ Rich, Brandon, Diana
- Notes
  - ○ Multi line review EAP doc
    - ■ Diana - triple confirm that we will user multi-line for subscriptions
      - Doug: yes will be using them for renewable add ons
      - Jessica: what we're trying to do is allow users to purchase a second SKU while they also have a second SKY with us. A little different with the first line
        - ○ Diana - yes you can add and remove a SKU or buy both at the same time.
        - ○ Jessica - the initial use case is you've already purchased and we want you to add a second third or fourth to the original first SKY
      - Ian - we want the new SKUs to tie back to the base subs. The add ons should line up with the base SKU
        - ○ Diana - this will do that automatically for you as ling as you select the correct proration mode for you
    - ■ Jessica - how can we get confirmation of what country it will be available in.
      - AI confirm that this solution will be global
  - ○ Jessica - larger question about refunds - if someone calls in can we offer a refund to additional SKUs and the base SKU
    - ■ Diana - yes you can do that through the API - if it's done through the console you can do a partial refund
      - Ian - we need to build it through CSA
  - ○ Jessica - can we have an intro price on one SKU but not another
    - ■ Diana - Yes
  - ○ Doug - this will be ready by June 1st?
    - ■ Diana - not sure yet but this is a pre-read
      - Doug - can we get is before June or do we need to wait
        - ○ Jessica - what wil be have access to for building or will we not have access until june
          - ■ Diana - we might be able to get you something for testing - we will check - will continue to update the doc with the latest information
  - ○ Jessica - the key is to understand what countries will be available and when other will come on line or where it won't be available - same code base but the other teams will need to know what is on their way. Might have more questions on the backend . it will solve what we're trying to do and will solve what we need.
    - ■ Martin: I agree I think it will work, but we need to know where we might need to build another solution
  - ○ Jessica - can talk about pricing in the next meeting
    - ■ Ian - do you mean SKU management?
      - Diana - subscription offers will come a little later

> **Commented [14]:** @dianagr@google.com @bbarras@google.com
> I think it is global, but will double check again.
> _Assigned to Diana Garcia Rios_

> **Commented [15]:** Looks like Sam still thinks it's limited, but my last convo with Bec said there was no scale issue. Working with Sam to find the disconnect.

> **Commented [16]:** I didn't think the issue was scale, I thought it was Legal review/due dilligence

> **Commented [17]:** Sorry, I meant the ability to scale (expand) the feature outside the US to other geos.

GOOG-PLAY-011456528

**4/15 - Match Integration Weekly**
- Match
  - Doug, Jess, Garland (eng POC) & Jon (eng), Suresh
- Google
  - Rich, Brandon, Diana
- Notes
  - Multi line
    - Requesting doc for multiline EAP
    - Don't want to start building if multi line is avail asap
    - Moving forward on subs, back end, QA plan, but blocked on this
    - Legal clarification on countries & first glance at docs for next week with any insiital questions
  - Pricing
    - Outlining whats a must need vs. can wait - top priority for Match to deliver
  - Jess is transitioning
  - Suresh taking over for monetization


**4/13 - DMF Contract Review**
- Match
  - Margret, Ayesha, Peter, Ian
- Google
  - Albert, Jess, Brandon

Notes:
- Android Targeting
  - Operationally - concerned committing to Android targeting - might be more than 50% might be less, but want some wiggle room
  - Jess: Not forced at annual level but looking at end of program at least half have co-branded opps
  - Ayesha:
    - We dont plan and buy campaigns by OS, so there is complexity added by committing to 50% Android co-branded
    - What does that look like? What format
  - Peter: Spending how we are spending will we hit ███████████ Unknowable
  - Albert: Are we in the ballpark?
    - A: We ever look by OS, we know 3 yrs out how much we will spend on OS - And much is OS targetable
- Language Preference - Comfortable saying anything we can buy and co-brand we will and submit
- We will spend as much ROI possible
- Albert: We understand it is more work, but the reason we ask for this is to increase ad sped but increase play attribution - lets figure out a way to make it less onerous but need to figure out a way to promote both Play and Match
- AI: Share branding - Jess
- Branding/Reimbursement: Just need proof of sped, but can relax language and cadence - We can be more flexible with submission - conceptual art being shared up front
- Assets by brand - one time submission
- Peter adding redlines for submissions and allocation

GOOG-PLAY-011456529

- ■ - will be very different than DMF - capped out on what we can do in DMF - chance for us to showcase Match brads with our partnership
  - ○ Could we get reporting - downloads, activations, regs, subs, etc?

**4/13 - POF / GPB Integration Kick Off [integration doc review]**
- Cleo - PM for Payments
- Sri - Eng Payments
- James Potter - Head of Finance
- David Vella - Developer Payments
- Roman - Android

Notes
- Intro
  - ○ POF uses GPB in regions, but not in US yet
  - ○ Interested in hearing more about what we support today and what is coming
  - ○ Looking to validate what we have vs. what we need to build
- Doc Review
  - ○ Interested in how they set up testing
    - ■ SKUs - testing vs. production
      - • No sandbox but can set certain permissions to test app
      - • Working to rethink our testing environment and would welcome feedback
  - ○ Pricing
    - ■ I need a new price per SKU correct?
      - • Yes
    - ■ POF don't offer free trial or intro pricing
      - • Any discount is recurring
    - ■ In the future can explore but not needed now
    - ■ Have sensitivity around how they showcase the price w/tax - Don't want to show certain prices for markets where taxes might hurt conversion  ie, $19.99 -> $21.89
    - ■ Do Google API returns tax? Just seem to return the amount, not including tax
      - • Deep dive with Gloria on tax questions
        - ○ Will the report show both revenue and taxes?
        - ○ Can we get the tax information in the API from the purchase item? |                            | Commented [18]: AI |
          - ■ Same questions on commissions.
    - ■

**4/6 - Brandon/DM - Sync on Match Feedback**
- Feedback and proposed responses captured in internal doc
- Meeting with Tamar 4/8
- Topics
  - ○ Ads
    - ■ Setup time with Katerine, Connie, ?
    - ■ DVIP / AIP Analysis
  - ○ DMF
  - ○ Leadership Feedback

GOOG-PLAY-011456530

- - - Term Length
  - ○

**3/30 - Match AVP Feedback w/ Legal**
- Prep Doc
- Attendees:
  - ○ **Google**
    - ■ Sarah Karam
    - ■ Brandon Barras
    - ■ Danielle M
    - ■ Karan G
    - ■ Tamar F
  - ○ **Match**
    - ■ Peter Foster [GM]
    - ■ Ian Purves [Director, Partnerships]
    - ■ Lisa Detig [Vice President & Associate General Counsel]
    - ■ Casey Burton [Director & Senior Counsel]
    - ■ Ghaith Mahmood, partner, Latham & Watkins [Outside Counsel]
- Notes
  - ○ Topics
    - ■ Term & Termination



    - ■ Product Requirements
      - Installment payments by App takes longer to implement
      - We're moving properties as quickly as possible
      - PF: asking for more time on apps starting from scratch, let's make sure we have feature parity before we switch and lets grow together
    - ■ Annual Total & Allocation Calculations
    - ■ Applicability

CONFIDENTIAL

# Redacted - Privilege

- o

**3/12 - Sarah / Peter Discussion**
- Prep doc and status
- AIs:
  - o Coordinate meeting with GC & Match to review areas of concern

**2/25 - Peter Contract Review**
- Promos/Points specific to Android
- Sign up for Verizon get Tinder gold (free trials)?
- Tinder hard time hiring Android Engineers whereas Hinge launches first
- Parity seeing performance differences
- Concerns about reporting: These metric attachments aren't for TV
  - o Based on metrics we get from the vendor, don't know how many conversations

GOOG-PLAY-011456532

<u>2/23</u>
<u>**Meetic GPB Kick Off**</u>
**Google Presentation**
- Skipped overview per Peter's request
- Deep dive into Non-Recurring Subs
  - <u>Brandon Barras</u>**AI:** Add them to April EAP now?
  -
- Auto Top Off
  - All our renewals deal with time
  - Meetic has a feature where they use the last item of their pack, they can auto-renew
- Installment Payments
  - 6 month pass at reduced pricing vs. one month increase conversion and retention
  - **AI: Schedule follow up with our commerce team - how do you handle it**
    - Meetic to provide metrics of usage, conversion and LTV
- Subs with different lengths
  - Pay once for 6 months and then can only auto- renew at monthly, at same price / day
  - **AI: Meetic to provide which markets as they said its required in certain markets**
- Retention Features
  - **AI: Swoop AVP for Meetic**
- Flexible SKU offers
  - Meetic - This is a big one for us - The fact that a user can only buy (a free trial or intro price) once, it is a limitation
    - Meetic - Want the ability to offer very steep discounts to some users. They don't look at abuse they see everything as incremental
    - Meetic - Wants the ability to reset eligibility for users to receive discounts more frequently
  - Use cases:
    - Initial purchase: when trying to upgrade free users to paid subscriptions, Meetic changes intro price based on user usage-to-date
    - Winback: same based on usage
    - Winback: user eligible only if cancelled > x days ago
- Special Offers
  - Meetic - Can we make SKUs for men and women and specific groups?
    - Answer: was yet when the new platform launches
- Country per country pricing
  - Can update pricing by API and change any recommendations
  - Meetic - can you modify the pricing?
    - Answer: Yes, you can update via API
  - Meetic - Same for SKU and non-consuming?
    - Answer: Yes
- Promotional Codes
  - Meetic - We would like to use e.g. "Summer 2021" for 15% off not just for intro pricing
- Partial Refunds
  - Google - some payment methods do not support partial refunds, how do you manage it?
    - **AI Meetic** - Explain how they handle partial refunds on FOPs that do not allow it

GOOG-PLAY-011456533

- Google Preso Complete

**Outstanding Topics**
- Payment methods
  - German payment methods, **AI: Meetic** to provide list of FoPs they think we don't support
- Tokenization
- PSD2
  - What is the experience for those who fail out?
  - Do each bank get their own UX?
  - Will Google have it's own delegated authentication program?
  - **AI** <u>Steve Hartford</u> follow-up with <u>Joseph Mills</u> / payments team


<u>2/18</u>
**Peter Contract Review / Feedback**
- ██████████████████████████████████
  - We didn't even want Play Points
- ███████████████████████████████
- █████████████████████████████████████
- July 1st is causing challenges for our smaller properties
  - Redline would get returned with maybe Hinge and Tinder and Pairs in compliance but not Match Affinity will need extra time
  - More work for companies from scratch, or smaller teams
- Did you move policy launch to November 1st?
- To be in compliance -- billing stuff makes sense, other stuff if we feel like it
  - E.g. tablets we've never developed for on any platform, foldables much smaller
  - **Concern about parity and simultaneous releases but could do within x amount of time**
  - Typically takes Android engineers longer. This isn't we think you're second fiddle.
- Mandatory best efforts for 4 star
  - Not allow people banned from our platform and billing issues we would be happy to agree to maintain really high ratings
  - ASK not as much info when users enter your store, we can't do RSO checks (to keep our users safe)
  - ASK makes use harder for us to see if minors are on the platform


<u>2.3</u>
**Match.com Reconnect GPB**
- Doug - Monetization PM
- Match to provide test credentials
- Might need <u>variants/offers</u> for some properties. We need to analyze offering for each to decide who needs them.


CONFIDENTIAL

- Layered Subs API EAP - want to launch with new API - if they can launch they will need to revisit when they launch
  - Working on integration guide
  - Partners already integrating - some features only available via Google Play Developer API, vs. Console for SKU definition.
  - We can share these screenshots for now.
- Create drive and share integration docs for Match
  - Drive folder (internal only) here.
  - Partner shared folder here. For now, I gave write access to:
    - adrian.ong@match.com
    - andrew.gilligan@peoplemedia.com
    - brian.lusk@peoplemedia.com
    - clint.rhodes@match.com
    - doug.wang@match.com
    - dushyant.saraph@match.com
    - garland.frye@match.com
    - ian.purves@match.com
    - jessica.johnson@match.com
    - jonathan.caine@match.com
    - martin.andersson@match.com
    - peter@matchmediagroup.com
    - rachel.dagostino@gotinder.com
    - tom.jacques@gotinder.com

**1/29**
**Match.com & People Media GPB & Product Deep dives**
- **Participants**
  - Match
    - Jess - Monetization, Match
    - Owasi Siqddiqu - Product, Match
    - John Kane - Web & billing Backend, Match
    - Dushyant - Product & Design, Match
    - Andrew - Product, Affinity [BLK, Chipsa, etc]
    - Clint Rhondes - Eng Affinity Swipe Brands
    - Martin Anderson - Product Match
    - Garland Frye, Mobile Match
  - Google
    - Brandon
    - Diana
    - Joel
    - Rich
  - **Google Deck Presentation**
    - Notes

- Jess - some of the default features we don't support and we will need to identify what we can support - will be completely new so we will need to look into this
- Dushyant:
  - a few things we do to day and would want to keep - discounting would be one
    - Layered subs - ability to be on base with Match and purchase recurring sub and then do an add on [two separate subs]
      - Bundles - how do you handle that?
    - Retry and renewal capabilities
      - Maybe allow into the In-app Messaging EAP
  - Can you share bundles savings? AI - circle back with Tinder internally and end over case studies

**1/22**
**Match Product Integrations & GPB Requirements Deep Dive**
- **Participants**
  - Match
    - Rachel D'Agostino - Sr Tech Manager - Tinder
    - Ian Purves - Sr Biz Dev - Google Apple relationships
    - Peter Foster - Match relationship manager for app store
    - Tom Jacques - Tinder CTO
  - Google
    - Brandon
    - Diana
    - Steve
    - Raj
    - Rich
- **Google Deck Presentation**
  - AI Match: Tom: "we need to take inventory of the gaps and will share the gaps with Google"
    - Brandon: Google can then help to prioritize requests
  - AI Match: Peter: Meetic and Match need the most catch-up and would like to have deep dive meetings
    - Brandon: Happy to help and get all the right people in the room
  - Peter: Switch in App Bundle asking Tom and Rachel about the amount of work.
    - Tom: we were already investing into reducing app size and of the ways to get savings. This was one of the easiest ways, but not trivial, not a no lift, but not the most taxing.
  - Tom: Trying to understand, accorass the requirements, what's the gap between what Tinder is doing today and what do we need to get there
    - Raj: Quality design reviews will likely address this, Audits and have the discussion on what would get us to be exemplars - pivot to app compat - shifted back to app quality
  - Tom: Is Appcompat an API that can see inside the app
    - Raj: it allows us to run the app internal and check breaking changes
    - Rachel: we use it on the Tinder side and we like it

- Peter: Android Quality Program is not an ENg requirement correct?
  - Brandon: Correct it's a perk and a partnership
- Rachel: We already use bubbles and share sheets. Is this also a requirement? Haven't heard anything negative about it but need to know what's required.
  - Raj: no it's not a requirement and we're happy to hear you're using it. The audit will know us know where to use it. If it doesn't make sense we won't use it. But we should look to see where it might be used.
  - Peter: the question for any who is not using these two - what metrics improved if any. I want to make sure we're not forcing API integration for nice to have. I'll follow up with Rachel and Tom to find use cases.
    - Raj: frame this under a quality rubric. We want you to implement to make the app an exemplar and frame on quality what the users expect
    - Rachel: Would like to ID the core metrics and if this falls within them then we would all be happy to include
    - Brandon: Not trying to force fit features. Users are expecting features and we don't want to fall short. Not an add on if it's expected.
- Rachel: question about billing. Is it available in all major markets?
  - Steve: Generally yes
  - AI Google: Brandon agreed to follow up
- Peter: When will the audit take place and how long will it take
  - Brandon: Won't take long
  - Raj: we're still building the team and it may be a few weeks to a month before we get the report to you
- Peter: PSD2 compliance, what is it?
  - Ian: there are a few iterations and we would like some examples of the UI
  - AI Google: Steve: Auto renewing subs can be a challenge and we can share examples
- Ian: questions about showing offers aren't subbed in awhile and we need to re engage, but the logic isn't available in Google logic. Want to see the conversion and retention metrics.
  - Steve: we've made progress and we think you'll be happy
- Ian: Installment payments
  - AI Google: Steve: some capabilities now but more to come in the future. Need to provide more details about installment payments
- AI Google: Brandon: will have the contracts over to you by end of next week and follow up on the audit information and timeline soon

**AIs**

**Match**
- Inventory gaps
- Arrange deep dive meetings with Meetic and Match

**Google**
- Provide billing audit for the following apps for week of 1/25
  - Tinder - com.tinder
  - OKCupid - com.okcupid.okcupid
  - PlentyofFish - com.pof.android
  - Match.com - com.match.android.m
  - Meetic - net.ilius.android.meetic
  - Pairs - jp.eure.android.pairs

> **Commented [19]:** @bbarras@google.com _Assigned to Brandon Barras_
>
> **Commented [20]:** Thx you sir! Appreciate it

GOOG-PLAY-011456537

- Hinge - co.hinge.app
- Ship - com.connectllc.ship
- Define the major markets where GPB is available
- Deep dive on auto-renewing subs
- Installment payments
- Send over contracts
- Share a timeline for the app audits
-

> **Commented [21]:** https://support.google.com/googleplay/answer/2651410?co=GENIE.CountryCode%3DUnited+States&hl=en

> **Commented [22]:** @bbarras@google.com _Assigned to Brandon Barras_

> **Commented [23]:** Thx you sir! Appreciate it

**1/19/21- Internal GPB working group [go/match-gpb-plan]**

- Initial goals
  - Define the technical workstream (what do the different Match apps need to implement?)
  - Partner questions:
    - What limitations we have based on what we currently do and Google IAP functionality, and how to address
    - What features you're asking us to adopt that simply aren't going to be useful to us and we wouldn't want to commit to
- How do we organize ourselves to support partners on this sort of project?
  - Try to **scale**, generate checklists, docs etc. to be able to give other partners without 1:1 support needs for everyone.
  - Priyanka might be able to help us organize - stevehartford@ to reach out.
- AIs - audit of the Match apps
  - Dianagr to pull version of PBL they are using - go/play-billing-library-adoption-dash
  - Check AH, RTDN etc. usage/compliance if we can.
  - stevehartford@ to reach out to the Commerce PgM team (Priyanka or new hire) to help us define a workflow and make the process repeatable).

**1/6/21**
**Email from Peter & Responses**

- UAC



GOOG-PLAY-011456538



- Promotions

- Marketing spend

**10/13**
- **Peter:** It was less about the right numbers and more about Tinder and by extension Match's willingness to run Discount promotions on a larger frequency. Essentially they've done enough degradation -- Match digging themselves a hole to be cautious on that.
    - 1. Numbers were probably aggressive
    - The volume was the issue
- Peter: Match has done 0 free trials this year, not in plans for next year. He did say if it was funded we would be leaning into this even more. 
- Ian: LTV? For Swoop
    - Danielle: the program has proven improved LTV
    - Could you tell us what the LTV is?
- Dhruv:
    - Peter: Actually let me check with Joe :)
- Different definition of Subs
- ████████████████████████ -- they come in and take advantage of it.

PLAY POINTS
-
-
-
- Less interested in installs -- low value users tend to be // have to play percentages here

GOOG-PLAY-011456539

Brandon -- Trial 1 year then re-evaluate?
- Peter -- yes, "if you want to bring that to us as an option we'll consider in the larger deal -- I know you're working on other things etc"

Peter -- would be helpful to get the spreadsheet

███████████████████

████████████████████████████

Promos = ████
Play Points = █████████

Cloud
- ████████████████████████████████████
  ███████████████████████████████████
  ███████████████████████████████████
  ███████████████████████████████
  ███████████████████████████████████
- █ ████████████████████████████████████
  ██████████████████

<u>10/13/20</u>
<u>Topic</u>: Promos/Points [Joe/Peter/Ian -- Brandon/Danielle S/Danielle M/Karan G/Dhruv/Renato]
<u>Notes</u>
- Peter -- Suggest start thinking about this on a per year basis ( … I can convert for today). We talked with Don and would expect the term to be significantly longer.
- Joe -- What do you mean by Subs/year?
  - Dhruv -- ███████████████████████████████████
    ████████████████████████████████████
  - Joe -- Across all Android platforms?
- Peter -- Discounting on Tinder is fairly clean. 100% whole on list price of those features. Similar math for other brands. That was a swag based on how many new users we're going to get
- Dhruv -- assumptions: what your subs used to be (on GBP) and then projected it forward.
- Joe -- I get the left hand side. I'm unclear about this diagram.
  - Dhruv walks through Promos - estimating value slide
  - Joe -- if you've assumed all users that redeemed would have signed up fully then it's not accretive in value because we would have gotten those anyways. 100% of value is accretive to the user and not Match or Tinder.
  - ████████████ █
    █ ████████████████████████████████
    ████████████████████████████████████
    ██████████████████████████████
    █ ███████████████████████████████
    █ █████████████████████████████████
    ████████████████████████████

GOOG-PLAY-011456540



- ■ Joe -- I understand the mechanics now
  - ○ Danielle - how did you think about it?

- **SWOOP**
  - ○ Joe -- this is the most robust test to date with Tinder. We have used this in our portfolio historically maximize duration and LTV. but limitations on platforms and majority. Through this test you're enabling us to get the best data today.
  - ○ **AI -- Google to share SWOOP data, last time we shared that version 2 was in process. Sub retention we will attack for years to come etc.**



Summary:

- ▆▆▆▆▆▆▆▆▆▆▆
- We could see SWOOP based on additional data you provide
- Fair amount of questions around play credits
- Joe AI -- what's the net increase (net new... where does that break even lie), we have some proxies to conversion rates -- we can do some math here



- ▆▆▆▆
- **Joe, INSTALLS** I'm curious what it would be for dating. Tinder I would imagine is most open to this. People go into Match, they better have intent otherwise why are they there. Tinder users are most casual, lightest intent but most penetrated. Likely proactively decided not to join. I'm curious about that (we don't have that data)
- Converting to Paid -- seems reasonable. Would love to understand where you see that gain for somewhat comparable.
- Renewal -- I'm skeptical but would love if it was true. We have done nothing in our history to match this. This comes off as very aggressive to me. But again we don't have any actual data. In the past, when trying to attack this we've been running uphill constantly. This would be a gigantic win from a renewal standpoint.
  - Renato -- with the trial we can get that data and more accurately model. We have the ability to shift around between 3 tactics/proposals.

Peter --
- Aysha's double counting question answered?
- Still haven't seen anything on Cloud

> Commented [24]: @bbarras@google.com


**9/28/20**
Topic: Match Feedback on AVP [Peter/SK/Brandon]
Notes
- **Internal AIs**
  - [StratOps/Brandon] Create POV for Sameer, Don & P on where we can get creative with AVP
    - Bounties
    - Front or back loading the deal
    - Extended terms
  - [StratOps] Run high level analysis for cost to offer a dating category to offer rev-share program [ADAP/LRAP]
  - [Brandon] Scheduling internal meeting with Don/P/Sameer this week to give update and walk through options on approach for Don/P meeting with CFO
    - ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
    - ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
    - ▆▆▆▆▆▆▆▆▆▆▆▆▆▆



- **High Level Feedback from Peter:**
  - 
    - We will give up this whole deal for a lower rev-share
      - Would lower rev-share and commit to spending $X to promote Android
    - "Don't take the payoff if you fundamentally disagree with the policy"
    - We've repeatedly made it known we want to partner publicly but think this is a fairer way to do this

- **Program Spend Summary [estimated spend]**

> **Commented [25]:** @dhruvpilania@google.com more detail on their estimates as well
> _Assigned to Dhruv Pilania_



Commented [26]: @dmartinak@google.com

**9/03/20**
Topic: Cloud + Match AVP Kick Off
Overall Deck | Cloud Deck
Goals:
- Overview of AVP & Cloud Opportunities
- Review Cloud + Match relationship to date
- ████████████████████████████████████
- Gain buy-in from CTO & Match to explore deeping Cloud partnerships in AVP context

Attendees:
- Match Group
  - **Peter Foster,** GM, Advertising and Brand Solutions @ Match Group
  - **Clark Rothrock**, CTO @ Match group
  - **Adrian Ong**, SVP, Operations @ Match Group
  - **Ian Purves,** Sr. PM @ Match Group
  - Ayesha Gilarde, CMO @ Match
  - Joe Ciesla, SVP, Finance & Analytics @ Tinder
- Google
  - Brandon Barras, Strategic Business Development Lead [Google Play]
  - Danielle Stein, Head of Subscriptions Partnerships [Google Play]
  - Karan Gambhir, Head Strategy & Operations North America [Google Play]
  - Olivia Salva, [Google Play]
  - Danielle Martinak, Strategy & Operations [Google Play]
  - Kristin O'Donoghue, Head of Sales [Google Cloud]
  - David Stoner, Sales [Google Cloud]
  - Kendre Rodriguez, Sales [Google Cloud]

GOOG-PLAY-011456544

Notes

- Clark-" you mentioned education, where does that come from?"  PSF funding and driven by the TAM.  Kristin mentioned it again on exec slide.
- Peter: Want to make sure Clark has ability to assess program in isolation from sales process
  - ▇▇▇▇▇▇▇ Clark needs to know if they realize that if spend current 5yr, grow, how does it come back

Commented [27]: @kendre@google.com @davestoner@google.com @kristinod@google.com _Assigned to Kendre Rodriguez_

- Clark: there's a lot here - question on last slide: roundtables
  - Match Group level
  - Brand level after the higher level
  - Trust & safety, data, international
  - Ship > GCP already in roadmap (small but don't want it to get lost)
  - NS seem right
  - We are working on what central footprint looks like so Martin's examples are exactly right - not only sharing to corporate but between brands (security, privacy and nuances that come with that -- comes at a good time to understand if Google is the right partner)
  - Credits help test our way into that
  - Discounts previously in IAC >> Ian working on that
  - Brand CTO pulse / interest -- where could this be helpful
  - Match Group level as a brand - data analysis, trust & safety, security & Privacy
  - Good timing for us but work to do
  - Partnership
  - Will have more questions but great
- Ian: follow up with team to walk through examples of use of credits > meeting tomorrow
  - Scenario planning
  - Timing is important - training, when credits start
    - On-prem → Cloud rocks world internally (Early training is important - don't want to waste credits redoing something that we
    - Timing / workback plan
  - Customized, role based - one size doesn't fit all so very key
  - Learning Assessment ASAP
  - Foundations****
  - Personalized, targeted
  - Wanted to train LOB / non-tech so time/budget constraints
    - Goal to train non-technical people -- dont tell data analysts we're calling them that
  - Cost control and spinning up in the cloud isn't free - would like to do it and don't have strategy today
- Clark deferred to Peter on mechanics but tech side: data analysis (i.e. self-serve cubes, dashboarding/alerting - as much information on whatever dimension they need ASAP)
  - Realtime notifications back to marketing team > self service
  - Democratization of the data
  - Data visualization is a big thing - not Excel (Looker evaluation)
- Content Classification is a struggle in general - not just from Google but independent
  - Peter: Definitely of interest
- Ian NEXT STEPS
  - Internal sync
  - Match Group briefing, deep dives with brands
  - Program planning

<u>8/25/20</u>
<u>Topic</u>: Gift Cards, Marketing, Guardrails
<u>Goals</u>:
- Recap marketing
- Overview of GCs
- Discuss guardrails

<u>Attendees</u>:
- Match Group
  - Peter Foster, GM, Advertising and Brand Solutions @ Match Group
  - Adrian Ong, SVP, Operations @ Match Group
  - Ian Purves, Sr. PM @ Match Group
  - Ayesha Gilarde, CMO @ Match
  - Joe Ciesla, SVP, Finance & Analytics @ Tinder
- Google
  - Brandon Barras, Strategic Business Development Lead [Google Play]
  - Danielle Stein, Head of Subscriptions Partnerships [Google Play]
  - Danielle Martinak, Strategy & Operations [Google Play]
  - Jeanie Santoso, PMM [Gift Cards]
  - Vivian Tsai, Global Head of Retail & Payments [Gift Cards]
  - Jess Yuan, Product Marketing Manager
  - Albert Cheng, Director, Google Play Product Marketing


<u>Notes</u>
**DMF**

*Ayesha said yes ███████████████████ I think this points to the fact that adding funds to this offering would be valuable to Match

Performance media channel -- primarily acquisition (facebook, twitter, Google O&O like UAC) primary objective drive acquisition and/or specific revenue.

**Would browser search also qualify? How can we navigate if we cannot target Play.**
Jess -- let us know these exceptions in advance. More so, if we have the ability to target we would like you to.

Marketing just Google Play portion (not having Apple represented would create a problem)

**ASK** Clarity around cobranding for text and upper funnel targeting

**GC**

- IAP has been the lionshare of the usage. Very meaningful portion of our business (not necessarily Tinder). Working on growing the potential. Didn't realize the retail, 75M impression portion so these examples are helpful.
- Can we customize the GC artwork to be release specific? YES
- GC skew more cash fwd economies, those are geographies where tinder brand and product is least well known. Not known in the most positive light. I would imagine we could encounter some hesitation. Curious about opportunity, what happens in those situations?
- Pseudo credit just for our brands right? YES, yes could also be exclusive to all our brand.

GOOG-PLAY-011456546

<u>8/13/20</u>
<u>Topic</u>: Growth Fund Deep Dive
<u>Goals</u>:
- Hear from Match on how they utilize and think about promos/discounts today
- Share our capabilities around how we think we can help in their efforts
- Walk away with a better understanding of areas where we can lean in or adjust tactics to partner

<u>Attendees</u>:
- Match Group
  - Peter Foster, GM, Advertising and Brand Solutions @ Match Group
  - Adrian Ong, SVP, Operations @ Match Group
  - Ian Purves, Sr. PM @ Match Group
  - Ayesha Gilarde, CMO @ Match
  - Joe Ciesla, SVP, Finance & Analytics @ Tinder

- Google
  - Brandon Barras, Strategic Business Development Lead [Google Play]
  - Danielle Stein, Head of Subscriptions Partnerships [Google Play]
  - Danielle Martinak, Strategy & Operations [Google Play]
  - Brett Bouchard, Global Head of Apps [Play Merchandising]
  - Grace Kvamme, Global Head of M&E [Play Merchandising]
  - Judith Hoffmann, Head of Dating Apps [Play Merchandising]
  - Elizabeth Madero, Store Campaign Manager Lead [Play Merchandising]
  - Mrinalini Loew, Group PM, [Play Commerce]
  - Angela Ying, PM [Play Commerce]
  - Steven Hartford, PM [Play Commerce]
  - Jeanie Santoso, PMM [Gift Cards]

- Agenda [11am -1pm PTS]
  - **11am - 11:15am** Intro & Feedback from Match [Brandon]
  - **11:15am - 11:35am**: Promotions Funding [Steve, Grace]
  - **11:35am - 12:00pm**: Winback Buyer Retention Program [Angela]
  - **1200pm - 12:20pm**: Incremental featuring support [Elizabeth, Judith, Brett]
  - **12:20-12:40**: Gift Card (Cash user) payment promotions [Jeanie]
  - **12:40 - 1pm** Discussion & Brainstorming [All]

<u>Notes</u>
- Joe:
  - Can you send the deck afterwards?
  - Adrian and Ian add great perspective from other brands outside of just Tinder
- Joe: One time code functionality exists within Google Play? Is it GP only?
  - Steve: these codes are GP codes.
  - Joe: from a tech perspective can we utilize immediately? Out of the box? Yes for custom codes and 1 time codes
  - Mrinalani: Need to be on latest billing library and you can be part of EAP
  - Joe: Global?
    - ■ Yes
- Joe: Can you help us quantify value add of featured subscriptions? Especially since a lot of our users have started free; little utility minute 1.

> **Commented [28]:** @bbouchard@google.com @judithhoffmann
> @jeanies@google.com @stevehartford@google.com
> @kvamme@google.com @mloew@google.com
> @angelaying@google.com
> @elizmadero@google.com
>
> Hi All,
>
> Please find the agenda and attendees joining above from Match - Our main goal is to hear from Match on how they utilize and think about ▮▮▮▮▮▮ share our capabilities around how we think we can help in their efforts and walk away with a better understanding of areas where we can lean in or adjust tactics to partner on. There is quite a bit of content, so I'll keep everyone on track if we start to go over in certain areas, but fine to prolong sections if Match is engaged for specific topics.
>
> Really appreciate everyone's collaboration and effort to bring this together in a fairly shot period of time.
>
> @dmartinak@google.com
> @daniellestein@google.com @kgkaran@google.com
> FYI

GOOG-PLAY-011456547

- Is the featured subscription available today?
  - EAP
- Need a payment instrument to complete?
  - Yes; can add in flow
- Can we target some users on store listing? E.g. country segmentation
  - We are building out country targeting to allow you to target SKUs to diff countries or not do anything in a particular country; happy to hear requests for fine grained targeting.
- We have a discount code pgm on a web acquisition program.
- Brazil is a pain point for FOPs, excited to accept preferred payment (either long tail or preferred). Specifically subs trans in IN (that carry restrictions), underlying payment methods they are using would be interested.
  - We've started to look at installments in Brazil or APAC, good and bad on Tinder majority subs are 1M durations so not solving for long term. But most confusion, 6M sub up front they're not expecting that.
  - This is defn a pain point
- THOUGHT STARTERS
  - Super high level, mobile web experience, doing promo codes for a variety of discounts, prices, offers either for any of our subs products or ala cart products and for various durations. We have been able to heavily discount subs that are not 1 or multi month subs. On our lifecycle campaigns, we've been able to focus on getting users into the paid experience. That's been successful for the price sensitive customers those that show and demonstrate engagement but price limited. Most ideal way to serve, if smarter pricing up front. Rather than doing via discount, we are just maximizing discount upfront to all our users. However, this is more complex compared to standard list price and then discounting. We are focused here.
  - Done some work (not on Tinder), how to extend users' duration. How do we keep them as paying subs? Either retention discount offers e.g. don't churn, here's a discount and/or timely discount for winback. This is still nascent for us.
  - We've been risk averse to be leading with discounts because we want to maintain the perceived value which is why we're leaning more on figuring out the best price for that given user and rather than heres a discount and worst case scenario training users who we do see having in and out / frequent paid to free paid to free. We are targeting younger demo and their needs for our services do fluctuate. They come in and out of being single. Hesitant to train user and erode the value.
  - The more interesting thing was case study, how we can leverage a promo offer to drive growth of all of our users to the platform rather than just growth in a one time monetization / subs impact. Using that as a platform or amplification to get more users into the app experience that makes the math that much more attractive. IDK if it's ongoing versus one off or seasonal but something where (via Tinder) come use Tinder Gold, get it for 3M for the price of one. Not only are we converting users on platform but hesitant to purchase but we're also getting new users onto the platform. That's a compelling sell.
  - For other brands (non Match), during peak season we're not pushing discounts. ONe of the problems we have on Tinder, this subs value does not persist sufficiently into a multi month promise. We do see users buy one month subs and cancel very quickly because they're getting so much of the value up front. We need to work to extend the value of the subs feature. People engage with it very quickly (see who likes them) and then cancel. We don't have them "hooked for life" like Netflix.

GOOG-PLAY-011456548

- ○ Joe Confirming understanding: 
- ○ Joe & team need to understand parameters or strings attached to promos - is it a max discount? Limits per quarter?
- ○ Adrian: On cancel flow- for dating, would be nice to have a success reason.
- ○ SWOOP results:
  - ■ 2 saved periods was positively surprising to Joe
  - ■ Excited by results of SWOOP v1 and v2
  - ■ **Most interested in this renewal offering rather than upfront discount (bc you really need to experience the app)**
- ○ Looking forward to flexibility but what's you're worse case scenario. Helping us understand, spreading out evenly over period of time over certain programs etc. Want to make sure there aren't gotcha's

**8/10/20**
Topic: Tinder Platinum Launch
Attendees:
- Tinder /Brandon

Tinder Platinum & Tinder Country Markets:
- On Platinum, our big markets will be today's high rev markets. US, CA, UK, DE, FR, AU JP
- Growth markets still exist in MX, RU, ID, IN, CH, PO, etc

**8/5/20**
Topic: First Play Points, Marketing, Ads Deep Dive - externally shared agenda
Goals:
- Hear from Match on how they utilize and think about promos/discounts today,
- Share our capabilities around how we think we can help in their efforts and
- Walk away with a better understanding of areas where we can lean in or adjust tactics to partner on
Attendees:
- Match Group
  - ○ Peter Foster, GM, Advertising and Brand Solutions @ Match Group
  - ○ Adrian Ong, SVP, Operations @ Match Group
  - ○ Ian Purves, Sr. PM @ Match Group
  - ○ Ayesha Gilarde, CMO @ Match
  - ○ Joe Ciesla, SVP, Finance & Analytics @ Tinder

- Google
  - ○ Brandon Barras, Strategic Business Development Lead [Google Play]
  - ○ Danielle Stein, Head of Subscriptions Partnerships [Google Play]
  - ○ Karan Gambhir, Head Strategy & Operations North America [Google Play]

- ○ Danielle Martinak, Strategy & Operations [Google Play]
- ○ Rayburn Chan, Global Head of Business Innovation Programs [Play Points]
- ○ Renato Elui, PMM, Google Play Business Innovation [Play Points]
- ○ Jackie Lau, Product Marketing Manager, Google Play / Android [Marketing Fund]
- ○ Anant Mehrotra, Global Product Lead, Mobile App Ads [Ads]
- ○ Katherine Westgate, Head of Industry [Ads]
- ○ John Senyard, Account Executive [Ads]

<u>Notes</u>
- Framing
  - ○ Big deal Google has brought to us and we want to understand the value to Match overall
  - ○ Joe's goal: As much as possible understand the deal terms and economics
- Play Points
  - ○ Joe: What's the breakdown with coverage among apps, games, books, movies; I can see this being particularly attractive for gamers. We have a different audience and wondering what overlap will be
    - ■ Ray: It's true that games is core to our biz; we are starting to apps to APAC markets and are piloting dating apps in Korea. Starting to extend beyond gaming category; users are earnings points for all the spends on movies and books
    - ■ Karan: Gaming has a halo around it, but it's a program for users that pay.
    - ■ Joe: Akin to credit card rewards program - cash back
  - ○ What do you deem as a high value user?
  - ○ Markets:
    - ■ Hits the big economic markets; from a user perspective, India & Brazil but lower on value perspective
  - ○ Joe: On user retention today, is it live today? How does it work?
    - ■ New; developed now.
    - ■ Joe: is it being designed that as part of the original conversion, you'll get 10 points for every renewal; or is it as part of auto-renew cancel it's part of messaging to prevent cancel?
      - • Ray: first one you mentioned; it's lump sum drop at renewal points
      - • Joe: If we're already giving 2% back on every dollar spent, presumably that would apply to all renewal transactions too. Is this in addition?
        - ○ How much ability do you have to tell Joe which Tinder users aren't paying yet but are high PP users? That targeting would identify users who would be more incentivized by others
      - • In forecasting, only taking into account the first 10 markets
  - ○ Joe: You mean free usage to paid, not free trial, right? We don't need to offer a free trial, right?
    - ■ No
  - ○ Joe: Do you have case studies around impacts you saw for existing partners?
    - ■ On average, for apps, we were able to drive 5x incremental installs vs normal average
  - ○ Joe: Is curious to see if PP is more effective than traditional marketing, which would make it a more exciting channel
  - ○ Joe: How does the 22% compare to other verticals. How do I benchmark it?
    - ■ This # tends to increase when partner joins program
  - ○ Joe: Are men & women participating equally in the program?
    - ■ Skew male on our install base

- Age also skews young
  - To boost incremental spend, we ask for special content. How can we fund these with the funds we have
  - Can also adjust after 6 months
  - Joe: How do I think about assigning economic value to this? If I'm a user and I'm spending $100, get 2% off, and only spending $98. Is the partner getting $100?
    - If dev has $2 exclusive item; if user redeems for that $1, we pay rev share off of $1
  - Adrian: If we're offering an exclusive item, how should I think about incremental spend - was it driven by points or promotional offer?
    - Incremental 10-20% of spend is from Play's spend bonus
  - Adrian: How does the $25M translate to points
    - Install promotions, for instance, that is investment from us;
    - Point : $ conversation 1:.01
    - 5-10 points to drive an install.so we're "burning" $0.05
  - Match doesn't HAVE to offer exclusive content; and we could co fund it. But it gives user something to spend on to return credit back into app
- Marketing
  - Does the entire media plan have to target Android users or the 33%
    - Entire plan
    - Where targeting is possible
  - Let's say Tinder will spend $75; if 33% is targeted and digital, then we'd cover $25. But if $75 is only $5M targeted in that way - so $5M is only part that would qualify?
  - Does the media plan include Google inventory or not?
    - No requirements on that
  - Is this template for the 33% funded portion or for the total marketing spend?
    - 33%
  - So we have a campaign that's at least $75M for a year; Google funds 33%. Has to be on a performance trackable channel. Has to have Google branded.
- Ads Credits
  - Is the 10% growth on spend or revenue?
    - Spend
  - Can only go against UAC campaigns?
    - 


Next Steps/ AIs

- PlayPoints
  - Breakdown of PP user base
    - Summary details
    - Out of whole PP ecosystem, % have Match properties installed
  - Case studies for PP - incremental value a PP partner received
    - Joe: Is curious to see if PP is more effective than traditional marketing, which would make it a more exciting channel
  - Share slides for PP
- DMF
  - Send FAQs

GOOG-PLAY-011456551

**Follow Up Note Sent to Match on 8/7**
Hi Match Team,

As discussed, I wanted to provide the deck, as well as additional follow ups discussed. Please note the following:

- Play Points:
  - Additional case study added to the deck [slide 19]
  - Included slides in the section appendix which showcase methodology for the incremental spend/uplift for review [slides 31-32]
  - **Next Steps**:
    - Once you've had a chance to digest, the PPs team would love to reconnect and gain a better understanding of Match's priorities/goals to continue optimizing the program. As noted, there is flexibility around how and where these funds can be used based on your feedback.
    - PP's team is also gathering data around % of Match users that are GPP members which can be reviewed during the next PPs discussion
- Marketing:
  - We've added a clarifying slide [35] to the deck on the marketing aspect and how the program applies to Match specifically as we realize this was not clear during the initial call from our side
  - We're updating our FAQ doc with the upper funnel considerations given this has specifically been unlocked for Match based on your feedback and the team needs to document on our end
  - Updating the branding guidelines to be app specific vs. games for reference
  - **Next Steps:** FAQ to be shared early next week and updated brand guidelines shortly after
- Ads:
  - I know we jumped right into the Ads conversation, but I wanted to clarify how we were able to increase earning beyond the original numbers provided. Since we heard this is one of the most interesting areas for your business, the Ads team built out a dynamic model that incentivizes increased spend. This enables you the opportunity to earn 4x what was originally allocated.
  - We've added a link to the calculator and an overview of the methodology to the shared working doc here
  - **Next Steps:** Review the calculator and let us know if you have any questions

In terms of our conversation next week, we'd like to ensure we can tailor the discussion specifically towards Match's business goals and objectives. With that in mind, would you be able to fill out this tab in our working doc? Fine to keep it high level, but appreciate any detail or insight you can provide to ensure we can optimize the discussion.

I've also added a tab to capture any open questions the team might have throughout the process, so feel free to add there as well and we'll ensure we track all open items. Please note, given the sensitive nature of the doc, it is currently restricted to this working group only. If you need any additional users added, let us know and we'll need to manually add on our end.

Let us know if you have any immediate questions we can help address and look forward to connecting next week. Hope everyone has a great weekend.

GOOG-PLAY-011456552

Cheers,


**Ongoing Notes**
**3/10**
Google: Sarah
Match: Peter Foster

- Overall, positive tone from the call - <u>Peter</u> appreciated connecting and mentioned he's been tasked with being a "Google-Match" liaison (tag teaming with Adrian...unclear if he's eventually replacing Adrian)
- Peter mentioned that they are close to finalizing the spin out of Match from IAC. He mentioned this shouldn't significantly change the day-to-day operations but will free up Shar and Gary's time to focus more on Match
- He asked what was top of mind for us and the Google Play partnership. I talked about the productive partnership we had with Tinder prior to the integration and the de-integration blind sighting us and limiting our ability to invest in deep alignment, localization and strategic user growth & engagement. He acknowledged that there is awareness about this internally.
- **He mentioned several times that "it's all about cost". That Match is a** ▮▮▮▮▮▮▮▮ **business with app store rev share included. And that non-exclusive GPB on Play has had a significant positive impact on P&L.**
- I noted that in our meeting with Shar, Gary, Don, Sameer etc. a few months ago, Eli & Shar mentioned that it's more than cost and that user choice / testing ability was a big reason to offer GPB. I asked if he had heard that POV internally as well? He mentioned that while he can't comment on that, Shar and Gary are extremely focused on P&L so wouldn't build products *just* to improve that but that was the key driver. He mentioned they were having conversations with "the other App Store" on this too.
- I inquired about the idea of a deeper partnership to improve economics full stack (i.e. consider the CAC, engagement value, payments value etc. as a full picture to optimize together) - he was very interested in that and suggested we get into specifics.
- He mentioned that the Match CFO, Gary met with Katherine Westgate yesterday who noted that she will be the "One Google" POC for Match and key liaison on an App Store partnership. - would be great if you could connect with Craig and Brandon (if you haven't already). That framing seemed to confuse Peter as he didn't know how to tie all the Google POCs together. Would be great if we could align internally and keep things simple for Match. Happy to help.


**Feb 20202 Updates - bbarras:**
- Recently engaged with <u>Match Group's CMO</u> **& Adrian** around their concerns with a decline in organic traffic to Match.com. This is due to the ratings refresh which dropped them to a 2.6 (now at 3.6) and have communicated they should focus on improving the quality of the app. They felt we might have made "other changes" that would be causing the decrease [hinted towards being punished for not using GPB], but have focused the conversation on app quality
- **OKC** launched heavy investment in India and were also concerned about low ratings in India due to the dating culture. They've also seen a slight drop in organic traffic since the refresh and we're engaged with their CTO on the topic

- **Tinder** continues to be highly focused on international growth - recent Tinder Lite rollout and are investing in dynamic features for H1
- **Hinge** has seen strong revenue growth and is still 100% on GPB. Engaging with their Android team this week to discuss 2020 opportunities

CONFIDENTIAL

# Exhibit A8
# Public Redacted Version

# EXHIBIT 23

Privileged + Confidential

**Privileged & Confidential**



STRICTLY CONFIDENTIAL: DO NOT SHARE

# Project Everest – Policy Enforcement Update

May 31, 2022

**(WIP – Seeks advice of counsel; Reflects OC advice including EUOC)**

AC Privileged/Contains OC advice for pending litigation



Critical to have YT in compliance by 3/31

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GAPP/Legal Market Updates (Pre 6/1)

# Redacted - Privilege

Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Privileged & Confidential

## Payments Policy Compliance Status (as at 5/25):
█████ of apps (████ total) that requested a grace exemption submitted app updates since 3/31; of which █████ of app updates are now compliant

| Apps | Total Apps | Total app updates submitted | Compliant | Not Compliant |
|------|-----------|----------------------------|-----------|---------------|
| Managed | ██ | █████ | █████ | █████ |
| Ecosystem & Unmanaged | ██ | █████ | █████ | █████ |
| Total | ████ | █████ | █████ | █████ |

Note 1: Excludes UCB app ████ API apps ████ and ████ apps removed from enclave ████
Note 2: Includes Match apps: 8 Match apps are compliant and 9 Match apps are non compliant
Source: Enclave compliance status (spreadsheet) as of May 25th

Google

GOOG-PLAY-011665307







HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Privileged + Confidential

## Enforcement Process Readiness: Plan for phased sweeps; phase 1 ready to go

| | Status | Summary | Top Risks |
|---|---|---|---|
| **Phase -1 June** | 🟢 | 6/1 Enforcement for Prioritized "Head" apps<br>• Ready to start sweeps on 6/1<br>• Prioritized tranches, XFN reviews bi-weekly<br>• 14-day (standard) warnings include BDMs for managed apps.<br>• Login Credentials approach (14 day)<br>• Internal escalation path for apps needing review | • Limited/no auto-detection<br>• Limited review-artifact support (screenshots) hampers review quality<br>• Staffing risks (e.g. limited KR reviewers, appeals agents) + Covid-induced risks |
| **Phase -2 July-Aug** | 🟢 | Expand to additional cohorts (e.g. AppAnnie List), prioritized based on Risk-Score Model | • Same risks as above, 5x scale |
| **Phase -3 Q3-2023** | 🔴 | Full-Scale sweeps across the store for long-tail apps. Pre-pub detection and review. | • Need to build classifier detection, and review-flow automation before this phase |

Google Play

GOOG-PLAY-011665311

Privileged + Confidential

## Enforcement Process Readiness: App Review List by Cohort

| Priority | Cohort | # of Apps | ETA to Review |
|---|---|---|---|
| 1a | Apps in Enclave - Last review in violation of policy | ▮ | June 3rd |
| 1b | Apps in Enclave - No updates reviewed since 4/15 | ▮ | June 10th |
| 1d | Apps in Enclave - Last update compliant | ▮ | June 17th |
| 1e | Grace Period apps - Removed from Enclave for API extension | ▮ | June 24th |
| - | 1P sweep - Confirm 1P compliance | ▮ | June 24th |
| 2 | Policy Risk Score > 50* | ▮ | July 1st |
| 3 | Policy Risk Score > 35* | ▮ | July 29th |
| 4 | Policy Risk Score > 25* | ▮ | Aug 31st |

*Exact numbers may change slightly as we have 1 last planned update the the risk score model

**1. Apps in Enclave**

Apps that had filed for a grace period extension
+ manually escalated apps for perceived violations (including escalations post 6/1)

*Will be ordered by installs*

**2. Policy Risk Score**

A combined score based on 2 primary signals:

1) App Annie consumer spend / install ratio between iOS & Play

2) Usage of payment SDKs (excluding categories primarily utilized for physical goods)

*Will be ordered by risk score*

Google Play

Within each cohort (1, 2, 3, 4, we will have different tranches that we prioritize based on risk parameters, escalations, etc.)

GOOG-PLAY-011665312

Privileged + Confidential

## 6/1 Comm Plan

- PR:
  - ○ Don't introduce anything "new" around 6/1 and downplay the moment with press.
  - ○ Reactively point to existing comms from the past 20 months and note that nearly all devs already comply.
- Minor update to Help Center
- Reactive BD comms/FAQs ready today
- Other proactive internal comms - Not recommended

Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





| Id | Date | Text |
|---|---|---|
| 1 | 05/30/2022 03:38:14 | @blazar@google.com @vwchan@google.com please review and revise as appropriate. Thanks. <br><br> @yukohh@google.com for viz |
| 4 | 05/30/2022 03:38:51 | **Redacted - Privilege** <br><br> @yukohh@google.com for viz |
| 1 | 05/30/2022 03:40:05 | @pfeng@google.com <br> @tiaa@google.com <br> @katelee@google.com |
| 3 | 05/30/2022 03:40:05 | |
| 2 | 06/08/2022 14:31:35 | **Redacted - Privilege** |
| 1 | 06/08/2022 14:31:35 | |
| 5 | 06/08/2022 14:32:35 | |
| 2 | 06/08/2022 14:32:35 | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Exhibit A9
# Public Redacted Version

# EXHIBIT 24

# Meeting Notes: Play payments policy working group

**Attorney client privileged and confidential - Discussion to collect advise**

## Apr 01, 2022

- 3/31 GPB Update
    - CRs
        - If finalized today, can be localized by end of day monday
    - Managed partners- partner desk route [to be finalized]
        - Will then finalize when we begin enforcing

- [Alissa] Exemption requests for non security bugs (war, pandemic like events)
    - ops doesn't have a playbook/rulebook.
    - Instead requests are typically considered one by one.
    - **[Ask]** Can Payments Policy leads approve or not therefore these requests (can PCounsel provide feedback on a broader principal level on the escalation path & the scenarios that are defined as Ok for extension?)
        - E.g. Non Ukraine dev having eng team in Ukraine
        - E.g. Dev in HK w covid spikes
    - Historically, been addressed on a case by case basis
    - Can we use the suzzane path?
    - **AI: Alissa** follow up with Suszanne on the current process flow, determine if we utilize this existing process and  provide context etc with a recommendation presented to her- Alissa to put together a proposal.

> **Commented [1]:** @ascher@google.com
>
> AI from the policy meeting earlier today.
> _Assigned to Alissa Scherchen_

- Features
    - Flexible Pricing: on track, launch ETA is April 20, BD communicating date to Apple

## Mar 25, 2022

Review the recommendation for outstanding 7 cases on extension request till 03/31 and requesting further extension

| Deny | Requesting addtl time w no clear reason | LGTM |
|------|------------------------------------------|------|
| Deny | Not solid enough knowledge | LGTM |

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375856

| Approve | Eng Team sits in Ukraine | LGTM |
|---------|--------------------------|------|
| Approve | Epidemic in HongKong | LGTM |
| Deny | Dev bug reported not an issue for billing - handled by Dev Ops | LGTM |
| Deny | Requesting addtl time stating very small team | LGTM |
| Deny | Mongolian bank cannot add GPB and just flagging this now (granted extension back in Jan 2022) NB: Mongolia doesn't have default Play FOP - HC) | ML, PF to confirm |

- **AI: Alissa-** to follow up with Sanjay/Bryan in Policy to see if a pattern exists (we have historically done this?) Temp exemptions based on hardships.
- Define and document who qualifies for this specific temporary grace (Covid and/or war).

Escalation Flow for Developers [Deck]
- [Confirmed] Level 2 can cover (extreme circumstances)
  - 1) Pandemics, 2) wars,
  - 2) **[To Confirm]** What timeline would this fall under? Proposal, can we give ~2 months?
  - Internally, can approve thru 10/31. Past 10/31 what is our guideline?
- **[confirmed]** Is Mrinalini OK being on Tier 2 - Yes
- **[confirmed]** Pauls' confirmation on Tier 3 - Yes
- **[To Confirm]** Level 2 or 3? Applications that cannot implement GPB due to a bug in another part of Google's infrastructure (google analytics, admob, etc)
  - Example of known bug/issue:
    - https://screenshot.googleplex.com/G5EzGLWV3ZcYUFf
    - https://screenshot.googleplex.com/A8A5Cj6v5nuTLZp
    - https://screenshot.googleplex.com/5WYv8wsnpJ32jei


Mar 18, 2022


- 3/31 comms updates
  - Feb 28th 2nd newsletter goes out

- India
  - Request from Shashank Malhotra
    - Managed Apps (info available from Partners)
    - Unmanaged Apps (is there a way to get reliable/readable data on monetizing, compliant, partially compliant etc?)
    - Only 30 apps in the managed tracker - very limited visibility
    - True owner for reporting - billing policy status
      - Combination of policy ops/ (Wont have revenue data though)
      - Can provide compliance status

Created with Quicknote: v0.8.0 (go/quicknote)

- Definition of suspension
    - Same suspension we would apply for any other Policy compliance violation, which will prevent in-app purchases and subscription renewals during the period the app is suspended. Renewals will have 10 days before the subscription is canceled.
    - An app may have multiple versions, only the version that is being updated will be reviewed. But this will be different for 6/1 when apps undergo sweep as that will affect all version of the app
    - Come 6/1, when an app is suspended, purchases that go through GPB will fail. However, any purchases that go through 3P will not be affected.

> **Commented [2]:** @awshoemaker@google.com can you pls review if this statement is accurate?

- NewsCorp
    - Can review appeal
    - DevOps process –how to triage bugs from BDs
    - Escalation path to console
    - Olivia will reach out to BD mgr to deep dive + cc Paul feng on thread

## Mar 4, 2022
- 3/31 comms updates
    - Help Center and email out - likely Tues/Wed next week
    - Fast follow to BD and XFN internal teams, including heads up to unmanaged app that are managed by Cloud or Ads rep
- Enforcement plan
    - FTE escalation path?  James -> pm and partnerships rep
        - Play BD - Carol Soler
        - Product - TBD Paul/Mrinalini
    - Specific decisions for groups of apps
        - Carrier clarification, patreon/policy related
        - Api devs, Ukraine apps
    - On 6/1- no sweeps planned as of yet
- Product related updates - dashboard
- IN apps

> **Commented [3]:** @patriciasiek@google.com to incorporate this proposal in playbook

## Feb 11, 2022
- Richard Baldassari working with Ash Pradhan on the Dev ops support plan
    - Scaled support for 3/31 readiness questions for Policy/billing etc
    - AI: Rich will bring back a plan with dev ops
- 3/31 updates:
    - Dev Comms plans near final, awaiting legal approval.

Created with Quicknote: v0.8.0 (go/quicknote)

- ■ Internal Comms  - email to all google leadership, GAPP, LEGAL, BD equivalent stakeholders, ANDROID, M&E, TV and auto
- ■ Auto: Android-Auto-Partnerships@google.com
- ■ M&E: jz-team-fte@google.com
- ■ Android Carrier BD: app-global@google.com
- ■ TV BD: atv-core-bd@google.com
- ○ Bd talking points under approval - go/331-bd-guide Carol Soler
- ○ Urgent : appeals path finalize, clarity for how much extra time for those who will not make it.
- ○ Ops
  - ■ 3/31 readiness:  No additional.  Just the appeals path
  - ■ Sweep plan: awaiting requirements working with Patricia Siek
    - ● Next week: 1st of June to start
- ● Appeals
  - ○ What is the criteria should be documented and aligned ahead of time Carol Soler
- ● Data on application
  - ○ Devs already asking  for extension
- ● Tech difficulty to give "give money back to users" as settlement for Gift cards
  - ○ Play credits
  - ○ Raymond To Joseph Mills
- ● Amazon
  - ○ Sarah karam: Reconnect with Richard and Bec broad statement for SKU data access and usage
    - ■ Grab a smaller set of people sarah will set up
- ● Kobo
  - ○ Options for presale compliance till presale feature is ready
  - ○ Try to keep within the current policy guidelines
- ● Ownership email

# Feb 4, 2022

- ● YT
  - ○ Multiplatform
    - ■ YT can integrate on the Web
    - ■ 3P Developer - Check integration and communication
    - ■ AI: confirm developer facing  documentation and comms are clear in 1 way, dropping API requirement.  LRAP team
    - ■ AI: update the multiplatform enforcement  is aligned with this change  - Austin
  - ○ AI:Austin and Bec will align  YT integration with finance.
  - ○ IN
    - ■ Raghareesh will raise that to YT and align - not  possible as IN date is only for Dev In India.
- ● 3/31 Plan AI:  **present an end to end plan for leadership on wed**  - Khatija AftabCarol SolerOlivia SalvaAlissa Scherchen
  - ○ PR, GAPP plan
  - ○ Proactive comms

| Commented [4]: +rich will bridge this with LRAP |
| Commented [5]: @rbaldassari@google.com |
| Commented [6]: Email sent |

CONFIDENTIAL

- ○ Appeals path
- ○ Post 3/31 strategy
- Comms  link
  - ○ Comms Plan - Alissa
  - ○ Comms draft -Ranjodh
  - ○  Exclude IN to avoid confusion
- **Resourcing: appeals path**  details
  - ○ Principles - Khatija and Olivia working on this
    - ■ Share in doc  with Legal - Discuss in meetings and work out with Nico.
  - ○ Ops process and resourcing  - Alissa
  - ○ Next steps:  We have a review later today and will present to Purnima
- **Post update block strategy takedown readiness**: Has to happen on all fronts in parallel -
  - ■ Signal 1 Prod readiness from Devs - Olivia
  - ■ Signal 2: Ops Ability  - Alissa
- Match
  - ○ Gohar is working on a Match update with VP
- Apple
  - ○ Flexible Pricing - Country Pricing Override b/199519898
- 

## Jan 27, 2022

1. Policy programs revshare
2.
3. Grace Exemption 3/31 follow up
   a. Keep 3/31 support ,
      i.   Blocking updates _ right direction
      ii.  Next steps close 1) KR , 2) Next level of details
   b. Gohar is working on a Match update with VP
   c. KR  and  3/31
      i.   KR 1.0
   d. Open items
      i.   **Resourcing: Safety Valve "appeals"**  details need to be figured out
         1. Principles - Khatija and Olivia working on this
         2. Ops process and resourcing  - Alissa
         3. Has to happen on all fronts in parallel: post update block strategy takedown readiness
            ○ Signal 1 Prod readiness from Devs - Olivia
            ○ Signal 2: Ops Ability  - Alissa
            ○ Working session - prsinghal to put in place
      ii.  Comms Plan - Alissa  and Olivia Salva will put together
         1. Paul Feng to get get a steer - Monday meeting to get the decisions done
         2.
      iii. Next week review comms plan in this meeting
   e. Stop exceptions when ?  Very few 2/day

Created with Quicknote: v0.8.0 (go/quicknote)

f.   Bugs for clarity - 2/Month

## Jan 21st

- YT Support : utilizing Refund rules rather than API
  - Talk offline
- India
  - IN intent based flows  – potential launch delay to April
  - IN Preview for prepaid plans being canceled - Pfeng okay with  the change.
- Apple
  - Scott : blocker for Apple.
- Grace Exemption 3/31 follow up
  - Keep 3/31 support ,
    - Blocking updates _ right direction
    - Next steps close 1) KR , 2) Next level of details
  - Gohar is working on a Match update with VP
  - KR : supportive of 3/31
  - Open items
    - Resourcing: Safety Valve "appeals"  details need to be figured out
    - Comms Plan - Alissa  and Olivia Salva will put together
    - Next week review comms plan in this meeting
  - Stop exceptions when ?  Very few 2/day
  - Bugs for clarity - 2/Month

## Jan 14th

- Policy tracks
  - Single Point purchase team questions - API implementation (Tax POV, Credits etc ) - Rebecca Silberberg is helping, Product steer: Pfeng
  - Creator economy - Pateron etc , Next steps:  Shana is leading.
  - Hybrid bundles (Yandex etc) - May need a simplification.
  - Ramp up sanjay on IAP programs and carrier exemptions
- Plan for 3/31
  - **Grace exemption 3/31: [ascher] what is the cut off date by when we no longer process requests**? I.e. should ops still approve requests on 29th March or instead we decide to stop approving new requests from when we start reminding existing developers with the exemption?
    - E.g. https://buganizer.corp.google.com/issues/214128574
  - 

## Jan 7

- Match
  - Next week's meeting provides a debrief
    - Listening session
    - Brief to pfeng  for Monday

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375861

- ■ Austin-mrinalini: product question brief and what they need from us and when.
  - ● Multiline
  - ■ INDIA date moving forward: Deadline is communicated, no other new info.
- March 31st
  - ○ Add an option for Takedown
    - ■ What cost what duration
    - ■ Estimate subs impact
    - ■ Estimate non managed partner impact
    - ■

# Jan 6

- Patreon Creator economy
  - ○ Pateron Conversation later today - Sanjay Bhasin
- Match
  - ○ Tomorrow
- Spotify
  - ○ Product updates
- Trust and safety
  - ○ Discussion with Product and eng before holidays
  - ○ Finalized product plan - ping neethi
    - ■ next steps is to flesh out the parental controls
    - ■ we just reviewed a couple of options with the unicorn team
    - ■ and meeting with doug to make the mocks
    - ■ should have an early version to review next week
  - ○
- Subs Policy for service fee
  - ○ Change went live
  - ○ Enforceable on 18th
- March 31st

# Dec 10th

- **Subs Price change for service fee (30%->15%)** goes live on 1st Jan
  - ○ `- Policy update is 12/15 + gamma`
  - ○ `- Enforcement 1/18 (no sweep)`
  - ○ Link to tracker to audit articles that might need to update

**Readiness for March/**Grace exemption ends - Jan 14th report to Sameer
Next steps : Olivia putting together a structure

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375862

1. **Enforcement:** Comms and plan review - Jan end  from Alissa Scherchen
   a. AI: sync with Olivia SalvaPatricia SiekStephanie Drews
2. 100's of apps for comms
3. Purnima's callout for what is happening  in March for managed
4. Gaps
   a. Large catalog - KOBO, Nook, Litrus
5. 1p Dev status update



6. Open: KR date  based on this conversation
7. BCAP-Naver good progress.

**Large catalog deep dive**
1. Threshold for allowlisting without needing large catalog        | Commented [7]: @awshoemaker@google.com |
2.

**Policy clarification for creator apps**
1. Have we clarified policy for creator apps
   a. Patreon - paygate forums; paygate podcasts, API for file downloads; non compliant on apple
   b. All others - timing on official policy stance that we can share with cameo, bandcamp, regional creator apps

[Privileged] Play Pricing Change Announcement October 2021

# Dec 3rd

**Readiness for March**/Grace exemption ends  - Jan 15th report to Sameer
8. **Enforcement:** Comms and plan review - Jan end  from Alissa Scherchen
   a. AI: sync with Olivia SalvaPatricia SiekStephanie Drews
9. 100's of apps for comms
10. Purnima's callout for what is happening  in March for managed
11. Feature gaps
    a. Large catalog - KOBO, Nook, Litrus
12. 1p Dev status update



13. Open: KR date  based on this conversation
14. BCAP-Naver good progress.

**Games - Subs policy** Bryan WoodwardAlissa Scherchen
1. Planning on pushing out on Dec 14th
   a. Policy help center update
   b. Gamma

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375863

      c.   Actual date of enforcement: 1/18 (coincide with halla 0.5)
2.   Monday meeting to ensure we have completed all the steps of a policy /service fee update announcement

**IN date - Open Pfeng sameer followup, have all data**
1.   New date for enforcement of both new and paid apps is Oct 31st , being announced next week
      a.   Ensure we update <u>Play Console Help</u>
2.   This is for 'Dev based in IN' same criteria as what we used previously
3.   Comms gamma
4.   <u>Alissa Scherchen</u> to put together an audit of all comms that may have the March 31st date
5.   No blog
6.   AI: priyanka add   for the IN gamma

**Prepaid**
1.   pushing preview date to 2/15

**Everest & AGBP**
1.   decision:  overlap is okay, Everest Devs are not automatically excluded from AGBP
2.   Next step: Build a "criteria" per AGBP feature
3.

**AGPB** external Branding  for PBL nomenclature
- Aligned marketing + BD  external branding  <u>doc with options</u>
- current proposal "private"  check with dev marketing

**Programs**
- Media Experience Program - ▇▇▇

**Dec 2nd**
1.   Subs : <u>OTP</u> Service fee
      a.   AI : Talking points for prepaid launch  to include service fee share nuance

**Commented [8]:** @osalva@google.com  can this be closed ?
_Assigned to Olivia Salva_

**Commented [9]:** it can be closed an we can take it offline. Where/what is the best way to get updates on this to make sure we are on track?

**Commented [10]:** @samtolomei@google.com @vickym@google.com
fyi  @rsilberberg@google.com  will start an email on this

# Nov 18
**Enforcement**
15.  "do not enforce for TPP" type flag in the app's file. - alissa is following up
16.  Partner going in and out of compliance
17.  Decision : If they got the grace they have the grace
18.  Danielle is OOO, Olivia is the POC

**Games - Subs policy**
3.   Please get the BD REACTIVE feedback collected for "Subs service fee tier" related questions
4.   <u>Richard Baldassari</u> will send to Games BD @olbed games  dir (purnima)

**TikTok**
Created with Quicknote: v0.8.0 (<u>go/quicknote</u>)

GOOG-PLAY-011375864

1. Compliant , but need the solution  for the multiple bank account issue.

**IN date - Open Pfeng sameer followup, have all data**
7. We have all the information we need
8. IDF: alissa reaching out to IN helpdesk team Felix Hu

**AGPB** - need a aligned marketing + BD   external branding
1. Do we want to refer to these features externally as part of "Advanced Google Play Billing"?
    a. This is the first time where we GA features in PBL not available to all developers
    b. Developers may only have access to a subset of AGPB features. How important is it to compartmentalize awareness? For example I have access to per-transaction but not opt-out price increases—how problematic is it to see a feature I'm not eligible to use?
    c. Tentative proposal if we have one library: name the "limited" or something generic
    d. Austin to follow up with Eng on cost to support multiple libraries for AGPB feature subsets
2. Branding
    a. Dev marketing  POV
    b. BD (Kerry) : ▮▮▮ like it
        i. What visibility of features will exist
        ii.
Media Experience Program - ▮▮▮ ETA - Ask raygto in email

# Nov 11
1. TikTok
    a. Have a solution in hand that helps both Tiktok and Apple Music
    b. Hacky will not have attribution back into top charts etc for the new merchant account
    c. Next steps 1-pager
2. 1 year plan for creator communities  - Large catalog creator metadata

# Nov 5

1. Grace exemption
    a. Ops  AI: are we able to continue  exempting grace period APK if dev does partial or full launch and then ramps down.
    b.
2. IN: Date conversation
    a. 6 month extension - alignment with BD
        i. E Wallets - Blocked only on RBI
        ii. UPI - Landing in Q2, if we have till Q3- much higher confidence

> **Commented [11]:** @prsinghal@google.com @daniellestein@google.com @mloew@google.com did we have a decision on this in the end or we need to wait further guidance? Just checking as there is an internal open thread with BD for this as well. thanks
>
> **Commented [12]:** I think the next step was for you to understand how Ops works through this today

Created with Quicknote: v0.8.0 (go/quicknote)

1. India BD: AI: follow up with Aditya Swamy  - Paul Feng
2. ALL other BD: Next Purnima meeting is tuesday BUGS - Danielle SteinOlivia Salva will bring back feedback - tangible outcomes
3. Enforcement Ops: no concern but would like to know the comms piece
   b. Options in order of timeline
      i. Delay - today's conversation
      ii. IDF - in planning Felix Hu may not land in April
      iii. Everest
3. KR  - announcement complete, details  still confidential
   a. Everest announcement and GBP policy intersection
   b. TBD extension to align dev with one API rather then 2 steps
4.

5. Gaps for 3P Developers - options for  pressure release for March - Prsinghal@ (Too bad, time, gives, sticks)
   a. Large  Catalog Subs
      i. b/182791812 - Not in scope for March
      ii. YT, ███████████████
         1. BDMs looking  at these as absolute blockers
         2. Richard Baldassariwill run this to ground if this is a risk
   b. Large catalog IAB
      i. b/204360963
      ii. Kobo
   c. Separate Payment Pipelines  - not in scope
      i. b/198515285 (Joe, Gloria ,Mrinalini)
         1. Maybe able to land by Q1
         2. Year long plan to support  better - BD will engage on this for creator platforms
            a. Update to policy
            b. Update to product (May also solve Product large catalog for subs where there are not a large number of subs but a large number of creators)and biz model
            c. AI: Mloew will provide POC
      ii. TikTok
6. Application for extension
   a. Leave it up till march -  James BlackStephanie Drewsfollowup by Alissa

> Commented [13]: @ascher@google.com

7. KR  - announcement complete, details  still confidential
   a. Everest announcement and GBP policy intersection
8. TBD extension to align dev with one API rather then 2 steps Enforcement
   a. Data on ongoing enforcement provided to Purnima
      i. Monthly frequency  deep dive , trends
      ii. Social listing ongoing - No escalations
      iii. Double check the country on rejected apps.
   b. ████  -  followup today.
9. When do we stop taking grace exemption applications
   a. Do not take it down for now, revisit in Feb

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375866

      b.  Start planning reminder comms

## Oct 29

10.     **Enforcement**
    a. Data on ongoing enforcement provided to Purnima
        i. Monthly frequency  deep dive , trends
        ii. Social listing ongoing - No escalations
        iii. Double check the country on rejected apps.
    b. ▮▮▮▮ - followup today.
11. When do we stop taking grace exemption applications
    a. Do not take it down for now, revisit in Feb
    b. Start planning reminder comms
12. KR
    a. Everest announcement and GBP policy intersection
    b. TBD extension to align dev with one API rather then 2 steps
    c. IN: there is a conversation due to UPI  etc features.
    d. AI: get all the dates and timelines for all the critical IN features, payments leadership
    e. Options in order of timeline
        i. Delay - in planning
        ii. IDF - in planning Felix Hu has all the info launch TBD
13.

## Oct 28

1. Get a leadership update on India overall
2. Discuss the India Development fund plan (eligibility, effort, dates, next steps )

## Oct 21

1. Check-in on Policy Language
    a. Drafted Korean SxS
    b. NEEDED:
        i. Link and name to Invoicing API documentation/agreement
        ii. Whether to include non-disparagement language (apps… ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮)

## Oct 15

1. Update on enforcement so far  - No updates will send an update next week
2. Games that might have a violation  - Danielle Stein Scott Gordon draft and send it to PCounsel.

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375867

a. Need BD talking points response for developers who should have been enforced on
b. Find existing talking points from other policies "Google works hard to make sure that the Google Play policies provide a great experience for users, advertisers, and developers. We've developed techniques that can identify non-compliant apps before anyone installs them, but some still make it on to the store. Once it became clear that <<app name>> did not comply with our policies, we notified them and gave them an opportunity to remedy the violations."
c. Age to learning
    i. Follow Up on how we think about "kids Edu apps that look like games"
3. JFTC : instructions at go/play-external-data-requests and submit ask via Play Legal Data Request form.
4. Spotify

Oct 08 2021
- Alissa will be the Pgm from Enforcement side
  ○ We are good to go for the 11th
    ■ Updates are same as before
    ■ AT&T ? Jadson can share the pkg id if needed to check if needed
  ○ CR for enforcement
    ■ Alissa will send a thread offline to align Olivia Salvaon that thread
    ■ When is this going live - Confirm that.
- Exception process glitch (App escalation team - Adam Hughes)
  ○ Alissa will follow up to get a Ops manager on Spotify
  ○ Tamison - BDM - Spotify request for extension came in via bug
- Lower fees for ADAP/BCAP
  ○ Reviewed with Leads and eng , committed for q1 2022
  ○ AI's being followed up by Olivia (Naming etc)
- Podcast - what is the policy, Impact to Google podcasts _ AI Bryan Woodward add to the policy council backlog
  ○ Bryan Woodwardis working on pateron/ donations etc
  ○ Bryan WoodwardAddress Google podcast linkouts Mrinalini Loewwill share screenshots that ask for linkouts.
  ○ Mike Fyall Comms
- Apple Music
  ○ Launched in some countries, Other countries, we are working on enabling eta TBDJoseph Mills
- Games that might have a violation - Danielle SteinScott Gordon draft and send to Pcounsel.
    ■ Need BD talking points response for developers who should have been enforced on
  ○ Find existing talking points from other policies "Google works hard to make sure that the Google Play policies provide a great experience for users, advertisers, and developers. We've developed techniques that can identify non-compliant apps before anyone installs them, but some still make it on to the store. Once it became clear that <<app name>> did not comply with our policies, we notified them and gave them an opportunity to remedy the violations."
- Follow Up on how we think about "kids Edu apps that look like games"

Oct 1 2021
- Lower fees for ADAP/BCAP
- Podcast - what is the policy, Impact to Google podcasts
  ○ Bryan Woodwardis working on pateron/ donations etc

Created with Quicknote: v0.8.0 (go/quicknote)

CONFIDENTIAL

GOOG-PLAY-011375868

- ○ <u>Bryan Woodward</u>Address Google podcast linkouts <u>Mrinalini Loew</u>will share screenshots that ask for linkouts.
- ○ <u>Mike Fyall</u> Comms
- Enforcement
  - ○ Takedown should not be caused by Billing policy.
- Happy Oct 1st
  - ○ Enforcement day is Oct 11th
  - ○ Pfeng will get us some champagne :-)


Sept 30 2021
- In
  - ○ India Card CY - Not much work on Play, mostly payments PRD is still in progress
    - ■ Mrinalaini planning VP update
  - ○ India E Mandate CY- Mostly comms and Ops. M9 is a list of fast follow items
  - ○ GAPP consultant followup with Mrinalini
- Policy enforcement
  - ○ Enforcement Comms
    - ■ PDC message planned for 10/11 - conflict with KR comms
  - ○ What is the message to ROW Non compliant devs after Everest announced?
  - ○ Krish/Khwaja and Ron got HC
- BCAP- large catalog for future
  - ○ Absolutely prioritize rakuten
- Apple music
  - ○ Price locally in every market - After Sept 30 (we have buyer support but not currency support)
  - ○ Ask for a grace period for markets where we are not available till March
    - ■ Can we lean on everest for the time being
  - ○ AI: Prsinghal Check if we can prioritize this for landing by MARCH - closed
    - ■ we are going to move forward with the apple request
    - ■ its final now and Aditya will work on it

- Mrinalini collecting reasons/platform gaps why 3P billing "several use cases that make dev prefer side by side"
  - ○ Gaps - AI Mloew
    - ■ FOP availability
    - ■ Local pricing
    - ■ Tax issues
  - ○ Another big thing "Price differentiation is allowed" which might lead to abuse
    - ■ Explore Abuse prevention options - AI Pfeng

- Tik Tok Shoutouts
  - ○ Product decision: Not for 2022
- Lower fees for ADAP/BCAP (osalva@)




Created with Quicknote: v0.8.0 (<u>go/quicknote</u>)

GOOG-PLAY-011375869

## Sep 21, 2021

1. **India update - UPI  for subs not landing in March**
   a. Leadership is discussion options
2. **Large Catalog "extending KOBO solution to others"**
   a. ████ publishing integration needs to be complete by Oct–Nov to leave sufficient time
   b. Console can extend ██████████████ integration successful
   c. Litres: needs solution per large catalog tracker (10–100K SKUs), no commitment yet
      i. Keep in mind that Console large catalog solution disables other Console functionality
      ii. Need input from Console: could they support Litres in addition to Rakuten TV contingent on Kobo integration success
3. **Sept 30 Enforcement** moved to  Oct 11th
   a. "**Make the exception process as available as possible**"
   b. EOD requirements for enforcement going from James to  actual enforcement team
   c. No Gamma: PDC message Only
      i. LGTM today
   d. Risks doc shared offline
   e. Appeal form up for proactive till Oct end after
      i. Could we change the appeal CR to highlight the grace option?  AI: James Black Alissa Scherchen
4. Meeting cadence : revisit in OCT end

## Sept 17

**Enforcement**
**Readiness for Sept 30 deadline**

**Carrier Policy**
- Process reviewed by stephanie
- Apps are being reviewed for carrier clarification
- Follow - usual appeals  process

**Longevity of Grace Period Form** (Alissa Scherchen)
- From ops side, would prefer deprecating form after enforcement date and instead bake it into appeals process
- Next steps: Alissa ScherchenDanielle Stein Stephanie Drews James Black come to a recommendation and share in next XFN update

**Sweeps Discussion -- need a decision / plan** (Alissa ScherchenNicholas Plassaras)
- Meet with alissa, nico, Mrinalini LoewStephanie Drews James Black to come up with plan, pro's / con's for a decision in next week's meeting

CR
- Standard CRs are a bit handwavey, we might need to be a bit more explicit
-

India
**Product is working on next steps to be shared later**

**IN FOPs** <u>Mrinalini Loew</u>
- Back up plan for PayTM/UPI
- Do we need to move the date for IN

**Sku categorization in Play Console**
- Documentation doc % jeremy
- BD training and comms
- Few partners to test (Books)

# Sept 10

**Molotov**
We are planning to say that the Dev can ask for an extension if they need, we are not able to complete the tax work for movies in time.
- The partner will apply for an extension. This has been communicated to the BDMs and they are following up with the partner

| | |
|---|---|
| **Commented [14]:** The partner will apply for an extension. This has been communicated to the BDMs and they are following up with the partner. | |
| **Commented [15]:** awesome thanks | |

**Match**
- No discussion ongoing, letting everest play out
- Eng is deprioritizing in light of other urgent items
  - Subs Installments - More to come Monday
  - Multiline (beyond What is done for SLING)  As match is predefined price partner, they need additional work
  - Large value SKUs is not really an Eng item but  PM work needs to be done on legal/compliance POV
    - Coursera and Udemy: we are doing per country
    - Adobe: the value is manageable with current shelf
    - Regional value is blocking developers in some countries - Solution for the currency exchange rate changes.

**Commented [16]:** Working with @nicksharma@google.com to scope options

**Commented [17]:** Feature has been delayed to next year @samtolomei@google.com

**Commented [18]:** agreed, this is correct. Though, if there are devs who need multiline, please do highlight to me. We are unaware of any devs who critically need it at this tiem

**Commented [19]:** We only have input from ▮▮▮▮ so far. ▮▮▮▮ is outstanding. Match is currently blocked due to other conversations. ▮▮▮▮ is a WIP as Erica is OOO and a new BD rotator has taken over the account recently.Detailed feedback: https://docs.google.com/spreadsheets/d/1i0e5413TdIX4cVaGRpv2BzXwghwvB0Oc0inb0dueyUY/edit#gid=0

**GPB Performance Narrative** (<u>Angela YingDafna GalNick SharmaRichard Baldassari</u>)
- Categorized the issues into churn related (<u>Nick Sharma</u>will take the lead) and purchase flow related (<u>Neethi Thomas</u>will take the lead)
- Started working with BD (<u>Richard Baldassari</u>) on the external guide for developers with best practices and common issues (<u>draft</u>)

Created with Quicknote: v0.8.0 (<u>go/quicknote</u>)

- Developers next steps
    - 
    -
- Working doc and AIs
- Timelines
    - First pass next week , couple reviews after - internal
    - Disney meeting is a few weeks out
    - Rich will try to slow down Badoo
- No Analysis work planned (no planned  deep dives into the data/ analysis unless Rich comes back).

**Enforcement**
**Readiness for Sept 30 deadline**

**Longevity of Grace Period Form (**Alissa Scherchen**)**
- From ops side, would prefer deprecating form after enforcement date and instead bake it into appeals process
- Next steps: Alissa ScherchenDanielle Stein Stephanie Drews James Black come to a recommendation and share in next XFN update

**Sweeps Discussion -- need a decision / plan (**Alissa ScherchenNicholas Plassaras**)**
- Meet with alissa, nico, Mrinalini LoewStephanie Drews James Black to come up with plan, pro's / con's for a decision in next week's meeting

CR
- Standard CRs are a bit handwavey, we might need to be a bit more explicit
-

**India**

**Product is working on next steps to be shared later**

**IN FOPs** Mrinalini Loew
- Back up plan for PayTM/UPI
- Do we need to move the date for IN

**Sku categorization in Play Console**
- Documentation doc % jeremy
- BD training and comms
- Few partners to test (Books)

Created with Quicknote: v0.8.0 (go/quicknote)

**Nest and YT**
BD manager for 1P
## Aug 27

**Policy Escalations for Top Partners - Mrinalini**
- How to guard against policy holds like what happened with MoonActive
- Merchant a/c hold Payments hold/sanctions hold escalations for hold
    - Postmortem in progress

**Offline convo on Everest and policy impact**
- Danielle SteinPriyanka Singhal

**Match**
- Revisit in few weeks

**Longevity of Grace Period Form (Alissa Scherchen)**
- From ops side, would prefer deprecating form after enforcement date and instead bake it into appeals process
- Next steps: Alissa ScherchenDanielle Stein Stephanie Drews James Black come to a recommendation and share in next XFN update

RBI
- Turned on Subs for non impacted  Fops on monday

**BCAP-TVOD large catalog partner (Austin ShoemakerRichard Baldassari)**
- Closed for ███ we are making progress
- TV is still open - we do have a plan to support the TV apps ██████

**aGPB / Multiplatform (Angela YingRichard Baldassari)**
- Any implication of everest ?
    - Not related as multiplat is about existing subs from web

**GPB Performance Narrative (Angela YingDafna GalNick SharmaRichard Baldassari)**
- Have a draft outlined by next week and recommendation on process (working doc and AIs)
- Carved out some details /buckets

**Sweeps Discussion -- need a decision / plan (Alissa ScherchenNicholas Plassaras)**
- Meet with alissa, nico, Mrinalini LoewStephanie Drews James Black to come up with plan, pro's / con's for a decision in next week's meeting
-

**IN FOPs Mrinalini Loew**
- Back up plan for PayTM

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375873

**Sku categorization in Play Console**
-   Documentation doc % jeremy
-   BD training and comms
-   Few partners to test (Books)

**Nest and YT**
BD manager for 1P


# Aug 20, 2021

**Longevity of Grace Period Form (**Alissa Scherchen**)**
-   From ops side, would prefer deprecating form after enforcement date and instead bake it into appeals process
-   Next steps: Alissa ScherchenDanielle Stein Stephanie Drews James Black come to a recommendation and share in next XFN update

**30th September Comms for Devs Decision (**Alissa Scherchen**)**
-   Unclear if we need to send out reminder to devs or not for 30th September as it was announced on Giza Bundle (28th July)
-   Paul Feng to provide update next week on what is needed

**RBI Update (**Joseph MillsDafna GalRichard Baldassari**)**
-   Email on monday re: Code Yellow, comms went to BDMs yesterday
-   Can start run some recurring subs in IN (supported FOPs, not cards yet)

**BCAP-TVOD large catalog partner (**Austin ShoemakerRichard Baldassari**)**
-   Sending a summary email to Purnima with Austin Shoemaker
-   Need a decision by Aug 31 in order to make product timelines work

**aGPB / Multiplatform (**Angela YingRichard Baldassari**)**
-   Sync with pfeng & larger team in 2 weeks, finalizing work with ATV
-   Some asks for FOP filtering for non-recurring SKUs

**GPB Performance Narrative (**Angela YingDafna GalNick SharmaRichard Baldassari**)**
-   Have a draft outlined by next week and recommendation on process

**Sweeps Discussion -- need a decision / plan (**Alissa ScherchenNicholas Plassaras**)**
-   Meet with alissa, nico, Mrinalini LoewStephanie Drews James Black to come up with plan, pro's / con's for a decision in next week's meeting

**IN FOPs** Mrinalini Loew
-   Back up plan for PayTM

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375874

Aug 13, 2021

**Multiplatform**

Angela Ying is driving

multiplatform will be incorporated as part of the LRAP deal process, and could be offered to anyone with a custom LRAP deal and who meets the use case.

Since today, we require PEX approval for every multiplatform request, someone (I think Mrinalini) had mentioned that we should get approval from key stakeholders on PEX to make sure they are comfortable bypassing PEX and widening the eligibility criteria.

**Application for extension**
- Communications on decisions
  - Examples: ███████████ applied and are asking BD if they have been approved
- Stan rejection

**Dev Questions (eg. Performance of billing system related)**
- Dafna : User difference/fop difference etc working on a narrative
  - Investigate 1-2 to come up with a guideline /playbook
  - Miranda Yang has finished some investigations
  - AI: Dafna Gal/Richard Baldassari is working to get this communication to playbook back to devrel
- Badoo/bumble deep dive (w/ Deniz and Boris)

**Carrier enforcement**

 IN

- E Wallets are Red :RBI approval process has to been started with the agency
- UPI for Subs : Not In Q3, Maybe Q4 might Land in Q1

**Large catalog**

- No Other partner in the running except ██████
- Rakutan eng cannot proceed with current commit without an integration partner. Hence we are Looking for a deal to be finalized by End of Aug. If that does not happen, there is not enough runway for March. Hence eng will move resources off of this solution and will not guarantee March.

Aug 6, 2021 - Policy XFN

Created with Quicknote: v0.8.0 (go/quicknote)

CONFIDENTIAL

GOOG-PLAY-011375875

1. Grace update and ratifying direction - Total: 300 requests , 85 granted, 18 rejected and rest backlogged

   > **Commented [20]:** @prsinghal@google.com @ascher@google.com
   > Can you share the source of this data? Is it the Payments Policy Allowlist dashboard (and what filters should I use to replicate?)

   a. Decision: Grant if we cannot load/signin/verify previous compliance. we will assume that if you requested you are not compliant. This will take care of 90% of the backlog.
   b. Decision: If app is compliant due to not selling anything then grant - james will change the step by step process
   c. escalate to play play-policy-core: We  can grant for the grey area apps -  as they are asking for it, or escalate to play play-policy-core track in trix. What are the grey areas 1. Hybrid bundles like ring  or some versions on in app messaging
2. Definition of Primarily Physical - Ops limitations; how it's translated externally (e.g., ▮▮▮▮ ▮▮)

   > **Commented [21]:** @anniewands@google.com - FYI
   > **Commented [22]:** Thanks!

   a. Challenge for BD  to explain the Physical/digital nuance
   b. ▮▮▮▮ negotiations are stuck
   c. Trix of such escalations will be helpful
   d. AI: Nicholas PlassarasChristina Schaengold confirmed that this talking point is externally shareable
3. **BCAP-TVOD large catalog partner**
   a. We need a Partner commit by end of aug and integration start by Start of Q4 to make March
4. Dev Questions (eg.  Performance of billing system related)
   a. SWAT team Dafna GalDaf Richard Baldassari Austin Shoemaker and  Weijia Wang(working doc)
      i. Dafna Gal and Austin Shoemakerwill work on Subs Invol churn
      ii. Dashboards for scale What info can be shared guidelines
      iii. Doug Hamman ran a pilot workshop on 3p UI - subs
5. Carrier enforcement
   a. Alissa Scherchen carrier policy testing which is more nuanced than the usual process.

      > **Commented [23]:** @jadsont@google.com is this the dashboard bug? Am not sure I have something for "testing" itself so am unclear on this update.
      > **Commented [24]:** @prsinghal@google.com added this note.  I'd be interested in knowing if there is a testing phase as well

      i. Christina SchaengoldAlissa ScherchenStephanie Drewswalked through a workflow
      ii. AI Alissa Scherchenfollowup on the timeline for requesting login credentials
      iii. Generally the steps are good to go, best effort,Block: logins may not be available in time. If we do not get a login in x days then that is also a policy violation
6. JP
   a. Nicholas Plassarasworking on questions from JFTC - closed

# Aug 5 2021 - Policy Eng sync

- Testing strategy for new features we are giving to YT - do we need to "EAP" everything first?
  - Manual validation and ramp but no EAP
- A/B testing for YT?
  - Data lagging and  we are looking at different lenses
  - PM are aligned to create a list of metrics and data to want to you for impact

Created with Quicknote: v0.8.0 (go/quicknote)

- [FYI] Service fees language for prepaid plans - proposal upcoming to clarify only auto-renewing billing periods count toward the 12 paid months
  - Bring it back for policy language
- Halla
  - User trust
    - Bec meeting today
    - MSFT policy on PCI compliance Other SDk
  - Enforcement POC on Krish team + @mrinalini will nudge on HC
- A

Jul 30, 2021
1. ███████ escalation - location
   a. Danielle Stein will help close the loop on escalation path to policy adds/cuts Android BD and Play BD.

2. BCAP/TVAP update from SPDR break glass include sarah
   a. No change to the program so far
   b. Richard Baldassari will help  get the partners and timeline lined up JP Rikako Katayama LJ Lee KR is still TBD.
   c. TVAP
   d. ████████████ continues on Rikako KatayamaEvan Kojima
      i. Issue for deal that resources moving off due to ambiguity
   e. Large catalog grace could be on the table
3. Grace extension
   a. process audit for rejections and approvalsc
   b. Plan for on hold items
   c. Additional CRs
4. Dev Questions (eg. Performance of billing system related)
   a. SWAT team Richard Baldassari Austin Shoemaker and  Weijia Wang(working doc)
      i. Dafna Gal and Austin Shoemakerwill work on Subs Invol churn
      ii. Dashboards for scale What info can be shared guidelines
      iii. Doug Hamman ran a pilot workshop on 3p UI - subs
5. Carrier
   a. Alissa Scherchen has a bug tracking carrier policy testing which is more nuanced than the usual process.
   b. broader plan for carriers should include changes
6. JP
   a. Nicholas Plassarasworking on questions from JFTC
   b. Christina Schaengoldneed talking points, Share with Danielle Steinfor BD guide
7. Halla
   a. Likely to pass in Aug
   b. Ops workstream kickoff - yes we will plan that out

> **Commented [25]:** @jadsont@google.com is this the dashboard bug? Am not sure I have something for "testing" itself so am unclear on this update.
>
> **Commented [26]:** @prsinghal@google.com added this note.  I'd be interested in knowing if there is a testing phase as well

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375877

## Jul 29, 2021
YT
1. FOP performance data for Nov launch
   a. QBR style - we will need to align on definitions w/ their team
AGPB
2. Per transaction pricing for subs GA opinion

## Jul 27, 2021
3. Halla
   a.
4. YT
   a. AGBP - review features with YT - Priyanka check in again on what is needed
   b. Priyanka working with YT to nudge launch metrics
   c. Grace applications
5. Large Value SKU
6. Sub dollar pricing

## July 23st - XFN
1. US DCB -- any implications with possible turndown?
   a. Impact (Subs path for turndown of DCB)
   b. Keep BD in the loop
   c. Source Android BD Richard Wheeler
   d. Add
      i. Christina SchaengoldRichard BaldassariJadson Tang
2. Dev Questions (eg. Performance of billing system related)
   a. First round of questions and framework - engagement model
      i. Simple checklist perhaps can provide
      ii. A/B tests - not a capability
      iii. SWAT team Richard Baldassari Austin Shoemaker and Weijia Wang(working doc)
3. Large catalog
   a. Console not able to support the Growing list
   b. Commerce was okay with generic title but the "dynamic title" req broke the camel back
   c. Next steps
      i. Prioritize partners
      ii. Find an early integration (Check ███████████████)
      iii. Danielle Stein will help BD end to set expectations.
4. AVP store banners Danielle Martinak
   a. Match moving away from AVP reduces urgency on AVP
   b. Store promo NOT needed by March - can be Q2
5. Refresh BD prioritization move
6. Grace period
   a. KR any change - no, business as usual

Created with Quicknote: v0.8.0 (go/quicknote)

> **Commented [27]:** @zhouji@google.com @stevehartford@google.com @megandevlin@google.com FYI confirming per @dmartinak@google.com
>
> **Commented [28]:** ack
>
> **Commented [29]:** +iyingyu@google.com as FYI Priyanka, thanks for confirming this.
>
> **Commented [30]:** @rbaldassari@google.com

b. Trainings for TVC done, games in good state
c. BDM : next week goal for tracking dates and  BD guide is updated
    i. Weekly Office hours with BDM - Jadson Tang feel free to have reps present or send questions to Danielle Stein

## July 16th - XFN

**Grace**
1. 20 min before blog, The HC should go live
2. Policy bytes video desc - Mike fyall
3. Social listening: Mike Fyall will follow up

Later
- Form Jul 22, 2021 - James is
- Policy center page
- Email is TBD

**Policy**
Christina Schaengold FAQ on help center  has a few more FAQ link

**Carrier**
Alissa Scherchen has a bug tracking carrier policy testing which is more nuanced than the usual process.
broader plan for carriers should include changes

## July 9th 2020 XFN
Grace
1. External Comms doc
2. Tracker Internal and external rollout
3. 1-pager grace request form
4. Decisions
    a. NO Blog Post, We will do Gamma, PDC notice and Help center
    b. Date July 21st is our line in the sand. Other two options are July 22nd, Aug 4th (Nothing between due to GIZA)
        i. Try to go sooner
    c. Grace will be per pkg not per developer
        i. We will be sharing a form for Dev to "proactively " ask for grace.
    d. Automated response
    e. Translation will not be targeted for 21st

Created with Quicknote: v0.8.0 (go/quicknote)

        i.    Kr might be good to send faster
   f.  Copy Pfeng on all emails to push for early response
5.  Share with Smaeer
   a.  Top level plan
       i.    Email
       ii.   BD talking points
       iii.  Help center
6.  Walking back to announcing grace
   a.  Internal comms - Danielle stein
       i.    Townhall
       ii.   Carrier BD
       iii.  BD Guide
   b.  Ops readiness
       i.    Form
       ii.   Process
   c.  pre briefs external
       i.    Sensitive partner updates
       ii.   GAPP - KR  few hours
       iii.  PR - No only reactive
7.  Timelines
   a.  Keep it small Wave 1
       i.    Mid next week internal BD announcement - email Purnima, sarah, purnima
       ii.   Town Hall -  Next week GAPP and BD - Prioritize the teams that are the most affected
       iii.  BD guide update is published - next week
   b.  Wave 2
       i.    EPU
       ii.   NON BD guide update
8.

## Jul 8, 2021

1.  Check with BD on Dev timelines in light of grace
2.  Generic Large Catalog plan can use some more time
3.  Actual comms
   a.  Positioning
   b.  Form process "asking for grace"

## Jul 7, 2021

Grace  Aligned senior leadership plan - final decision

6 month grace for those who ask
- Still working out in what format devs can ask for the extension

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375880

Next steps:
- Danielle to set up BD townhall to answer why we're doing this, key messages to land
- Danielle to share key messages and talking points
- AI: James Black to work with for form like this
- AI: Priyanka to manage landing
- Next meeting : friday


## Jul 2, 2021


### Grace  Aligned senior leadership plan - final decision by Wed

**Plan** - Proactive comms about giving additional grace to developers who face hardship in complying  - BD can nominate
- Nuance:
    - We do not want to say that we are extending the grace period to everyone or changing the deadline
    - If they need additional time to comply because they've faced hardship during the past year-ish, we want to accommodate up to March 31, 2022
    - For all apps

Why: hardship reasons, 6 months additional

When:
- Initial proposal: ~~July 15th~~ As soon as possible
- Alternative: On July 28th because this is when we're sending GAMMA and PDC Inbox Messages for Giza

Target audience:
- All developers because we don't know who isn't in compliance
    - Game developers can be excluded

How: by request

Criteria :

- Not garbage , is an existing app, not a game

- Does not apply if you are already compliant

- Dev in good standing

AI: James Black to work with for form like this

AI: Priyanka to manage the List of comms Internal and external


Comms:


### External Comms:

- Date : ASAP, lets try for - Theresa Khuu will confirm the date to let this go out. Will not couple with Giza
- WHAT: Gamma, PDC inbox message, (TBD Blog Post  - as this is more for PR), update help center
    - AI: Theresa Khuu to confirm with Mike Fyall and Dan Jackson
    - Pros
        - Link home

Created with Quicknote: v0.8.0 (go/quicknote)

> **Commented [31]:** @daniellestein@google.com Why is this? I can see how it could be clearer to say that we're moving the deadline rather than we're granting a longer grace period for developers who apply.
>
> Is it so that we can position this as granting a longer grace period to developers who faced hardship during this time?
> cc @jacksondan@google.com

> **Commented [32]:** @daniellestein@google.com Is this because all games apps should already comply by now? When was their deadline? Was it a part of the Payments update?

CONFIDENTIAL

- ■ Gets the narrative out
  - ○ Cons
    - ■ PR centric, does not reach all developers
- Strategy: Let developers who currently aren't in compliance with Payment Policy that they can request an extended grace if they've been facing hardship and need more time to comply.
- Message:
  - ○ We work with developers to make Google Play a safer and more trustworthy place for everyone, and to ensure that developers can build sustainable businesses. Last September, we clarified our Payments Policy. Since then, we've heard from developers who have faced additional hardship, making it tougher than usual for them to make updates related to this policy.
  - ○ Developers who need more time due to unusual hardship can submit a request [where/how] for an extended grace period to March 31, 2022. This applies to existing apps as of September 30 2022, and not new apps. If you've requested an extension and don't comply by March 31, 2022, your app will be subject to removal from Google Play.
  - ○ Need to clarify who this doesn't apply to (e.g. Games developers)
- Plan: GAMMA, PDC Inbox Message
  - ○ If included into Giza policy bundle announcements, then included into Giza blog.
  - ○ AI's: Theresa to check into existing blogs to post small Update edit at the top.
  - ○ AI's: Parissa to consider add'l channels, like Policy center and Help Center.
    - ■ Future AI: Audit add'l DevComms that we'll need to update (like CR's)
  - ○ Not recommended: Standalone blog post.
  - ○ FAQ
    - ■ What happens if they didn't request this?
    - ■ When will we start enforcing?
    - ■ Why this policy, and not others? Hardship likely impacted their entire roadmap.
    - ■ How will the developer ask for an extension?
    - ■ Since I didn't need to comply early, can I get a refund for paying the 30% commission? It's not fair that other developers don't have to pay that commission by not complying early, but I do by following Google's recommended practices early.
    - ■ What if we are already compliant.

- GAMMA Bug Request Filed by Alissa Scherchen

Internal Comms : Town hall  for Team (BD, EPU)
1. AVP - should not be any impact
2. What about Dev that are asking the grace question now
   a. Get the comm ready for managed - Debrief on Wed
   b. **After debrief**
      i. Managed dev we have the flexibility start indicating
         1. Crane Games : Asking for Grace beyond sept due to gambling policy being undecided
      ii. Commerce features -  KOBO?
3. Planning for actions leading up to Sept ; tracker
   a. Reminder comms for Sept deadline - On hold
   b. Grace period discussion - On hold
      c. **Plan** - Proactive comms, Reactive Grace  - BD can nominate

Created with Quicknote: v0.8.0 (go/quicknote)

Commented [33]: @daniellestein@google.com Once BD like Tatiana is read into this project, we can add these FAQ's into the BD Guide https://docs.google.com/document/d/15lmEHf6b8a8qOn_pcUGIGYEV12nePCHbSbdqf14kNxI/edit

Commented [34]: @prsinghal@google.com

Commented [35]: @osalva@google.com

Commented [36]: could you help get the dev comms

Commented [37]: Priyanka - do you mean for post-Wed, how do we communicate back to devs?

@daniellestein@google.com

CONFIDENTIAL

    d. **Open**: Console "Self nomination for enforcement"
        i. Needs work from trust and safety <u>Krish Vitaldevara</u> + Console <u>Kobi Glick</u>+ Ops <u>James Black</u>
        ii. Issues
            1. No way to know who should get the survey: mitigate provide link to everyone , no auto prompt in console
            2. Landing time Will be tight for Sept may be done with Borrowed HC while HC is being hired
        iii. HC (to enable SMS call logs / location permission support level work)

> **Commented [38]:** @jamesblack@google.com  is it possible to confirm that with tradeoffs we can   staff this now till HC comes in

> **Commented [39]:** @prsinghal@google.com is the form going to be created by product (e.g. console)? @jamesblack@google.com suggested also this should go through a privacy review

| Team | Role:<br>Description | Funding required: (SMS call logs / location permission support level) |
|------|------|------|
| Enforcement ops | **Launch PgM:**<br>Manages internal/external requirements, communications & escalations with xfn stakeholders | **1.0 FTE (dedicated**, facilitate multi-team meetings/overall process, set up custom alias/war room and handle emerging issues & urgent escalations) |
| Enforcement ops | **Policy & Tools PgM:**<br>Finalize policy & tools requirements | **1.0 FTE (dedicated**, work on PRDs for Console features/declaration form, and review tools customization. Policy PgM handles policy launch management, taking developer/BD feedback/timeline into account) |
| Enforcement ops | **Comms PgM:**<br>Work with BD/DevMarketing to plan the external developer comms & education, create custom CRs and policy guidelines | **1.0 FTE (dedicated**, develop multiple custom CRs and developer education w/ DevMarketing. Work with PR on comm timeline/ proactive & reactive comm content) |
| Enforcement ops | **Enforcement Strategy & Ops management:**<br>Operationalize the policy enforcement | **1.0 FTE (dedicated**, run the experiment, iterate process as product/policy direction changes based on the new requirements/dev feedback, incubate the workflow MVP prior to launch to test the KPIs) |
| Trust and safety | **Build Tooling and cassifer for auto detection of Billing SDK** | 4.0 FTE |

    4. OKR Scoring (P&E Level) - Mrinalini
        a. OKR: Land billing policy (with alignment on YouTube integration) with zero billing policy violations from managed partners by Q3 2021. (Q1 Score = 0.3, Q2 Score = 0.6)
            i. AGBP landed
            ii.
    5. Large catalog
    6. AGBP
        a. Sameer approval  after XFN
    7.

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375883

Jun 25, 2021

- Tia updates
    - Talking point for BD : No change
    - AI: check with KR team on existing talking points
- Runway launched to EAP, wide launch on track for july 1st
    - Looking great with EAP
    - Dev are signing up with no issues with signups.
- YouTube
    - Signal from meeting yesterday- pending decision
- Programs announcement
    - 3 apps have asked, working as intended
    - Ops plan in progress <link>
- Dev updates
    - Wed reporting link
    - No devs flagged as problem for Sept
        - 27 partners engaged
        - Scaled comms from devrel to engage more partners
        - ██ has flagged that they need extra couple months
        - ████ proposal pending
        - Match
    - AI: Alissa to sync with Christina on updated in app comms policy and flag any retraining /testing updates
    - ████ Can we plan to review the pitch with the product?
        - AI: Danielle will request a state of the world with the stakeholders
- Enforcement ops
    - Checking with Console on "dev to opt in for early "
    - Jadson: What is the plan to tell devs about what happens on Oct
    - Jason: help with HC ask
    - Priyanka : push on console path
    - Comms: talk about option to appeal but not what we do
- Everest
    - Announcement likely end of Sept
    - Code yellow

Jun 22, 2021
- YouTube enforcement timeline
- Programs
    - Opening up but criteria not changing announce in 2 days
    - AVP can be the exception on criteria

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375884

- Large catalogPer Transaction IAB
- New user definition [Policy, Carolyn, Nico/Tia]
    - Examples  CM
    - What abt twitch
- █████ Can we review the pitch with product
- LRAP YT
    - Not needed

## Jun 17, 2021

**Happy Juneteenth**

- MGBP not in scope

Any top dev
1. Nothing new
2. Disney Update -  Deal is done – multiplatform not in the deal

YT
1. Paul FengMeeting today with YT on options
2. DCB Next steps Options either update  the contracts or FOP filtering EAP with YT
    a.  Already planning to have another partner HOTSTAR have this for IN and ID
3. Android TV
    a.  In app messaging (as no native billing) : Angela Ying to follow up on the latest and finalize a plan with Christina Schaengold Get screenshots
4. New users definition
    a.  Legacy users will not be migrated
    b.  Multiplatform -  channel memberships
    c.  Perpetually have two systems - Receipts ?

Comms

Internal comms
1. ape-carrier-tam@google.com = Carrier TAM teams
2. mpe-team@google.com = Group for the Mobile Partner Eng team which is within the Android Partner Eng team.
3. mobileoem-bd@google.com = All Android OEM mobile bds
4. app-global@google.com = Richard's Android BD Carrier teams

Enforcement
1.  AVP Impact due to grace

Programs
2. Publicizing accelerator programs Jeremy Priestner
    a.  Next week announce
    b.  Pkg the 3  ADAP/LRAP/BCAP for comms
        i.   After EAP  it should be same as Per transaction for subs for large catalog

> **Commented [40]:** @jpriestner@google.com @raygto@google.com  FYI This might bring in multiple partners to the table

> **Commented [41]:** Meaning making it public might lead to an increase in the # devs in these programs?

> **Commented [42]:** What does "After EAP it should be same as Per transaction for large catalog" mean?
>
> Why does per-transaction relate to these programs?

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375885

6/11/21

YT Opens
1. DCB : YTV general customer signing up via web/mobile will <u>not</u> see VZ DCB as a FOP option when they sign up : Is deal amendment is an option to pursue
   a. Review the DCB contracts and chalk out next steps - AI: <u>Richard Wheeler</u> will follow up
2. Older versions of App
   a. Test and production versions both should have compliance
   b. Older versions that are NOT "live in store" will not be impacted by any enforcement action.

   > **Commented [43]:** @mfyall@google.com  a FAQ?

3. ALC
   a. "A la Cart"  YT offering that allows users to purchase Subs  from other devs without having a YT Sub
      i. What about Play Billing "non compliant" or "consumption only" partners
      ii. AI: <u>Carolyn Kang</u> to check on the dates and partners

Enforcement
4. Recommendations for grace period were presented
   a. Summary: Devs have to ask per current appeals process, have clear criteria, need proactive appeals to be possible
   b. Policy reminders and ecosystem wide Comms (upcoming enforcement deadline)
      i. Valentino: ecosystem
      ii. Policy bundle - July : AI: <u>Mike Fyall</u>will share a roadmap/plan
   c. Detailed Enforcement steps and HC needs for supporting appeals and sweeps etc
   d. PreReview needed for carrier apps ?
      i. Probably not in plan, but you could use go/AskPlay
      ii. Could do warnings
   e. Workback
      i. External Comms ? - June 30
      ii. BD update to close partners  - June 27
      iii. BD/PR/GAPP/carrier operator BD  Internal heads up on plan - June 20
      iv. Decision: what we want to have happen in Oct  **- June 15**
   f. AVP / Accelerators impact
      i. How do the options impact : the current chosen option 1 or 2  do not impact
         1. Open: move the goalpost , grace, prorated? AI: <u>Danielle Stein</u><u>Danielle Martinak</u>to finalize
   g.

Created with Quicknote: v0.8.0 (<u>go/quicknote</u>)

GOOG-PLAY-011375886

6/4/21

- In app comms
  - Slides for Spotify
  - @ What other participants and how do we start EAP
    - Verbal comms and feedback
  - Product details for spotify to review with sameer TBD if we provide UI/guidelines
  - EAP exit criteria
- Plan for Sept : go/payments-policy-countdown - Please add any AI's that we need to track for Readiness towards enforcement
  - YT Options and Costs for Hiroshi meeting finalized today 6/4
    - Connect Play finance with YT Peter is kicking off discussion, Connection expected in 2-3 days.
  - Workback for Comms
    - External Comms- June 30
    - BD update to close partners  - June 27
    - BD/PR/GAPP/carrier operator BD  Internal heads up on plan - June 20
    - Final comms (what we want to have happen in Oct)  - June 15
  - Comms strategy :mfyall
  - 3P Comms plan -  (policy reminders, gamma)
    - Where are we in preparation - are we ready to go when we get a grace period decision?
  - Operationalizing grace period
  - [ AI: Alissa] Enforcement plan alignment - Investigate if we want to shift to takedown
    - Updates blocked vs takedown
    - Users get impacted due to takedown
- Policy Questions - process on how to raise and prioritization ⌐⌐⌐⌐⌐⌐⌐⌐⌐⌐⌐⌐  `Commented [44]: @cschaengold@google.com`
- Feature work  requests - feature freeze was may 2nd
- Digital currency in TVAP/BCAP (if there's time - more as a heads-up for Paul/Mrinalini pre CDR)
  - Why: due to SKU number limit on console
  - Guardrails proposed (summary doc)
  - Paul Feng decision


6/3
Plan for Sept
1.  Discussion with BD, Mike and Dan to start working on Comms strategy - friday review
2.  Are we aligned on the approach
YT
1.  Play Country resolved
Multiplatform
Match requirements


5/21

- India - kicking off deal making engagements soon
  - Phased approach to partners
  - Need UPI, ewallets, data protection comms

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375887

- Multiplatform Carolyn Kang is going to put together a meet to finalize
  - Version 1: LRAP / LRAP++
    - Eligibility plan
      - Original LRAP/LRAP++ with PEX on each partner
        - May add eligibility to clarify (principle and PEX no size constraint originally) Stan: clarify
        - Pcounsel aligned on Stan
  - Version 2: Expansion
  - ○
- Regional update from BD [Danielle's ads]
  - Ask for more communication (policy awareness, integration awareness, runway awareness) for certain markets
    - SEA, LATAM,
  AI: align with marketing and GAPP on Comms
- Seeking GAPP POV on LATAM
  - Teams are feeling a gap on talking points regarding regulatory POV
    - Enforcement options PPt will be used to raise awareness
  - Risk:
    - large catalog generic solution - IAB per transaction  for partners Q3
    - KR IAB books have VAT :  adds time for when they will be integrated
    - AI: Danielle Stein to provide details on the VAT issue
- Follow up on Sameer feedback Timing / enforcement
  - Tuesday Billing Forum
- Telco Tax  - current plan to notify dev by 5/17
  - Working group: solutions investigation  in progress will have a path forward in 2 weeks
  - Stop gap:
    - Do not launch MFL for now till we are able to handle multiple taxes.
    - Can we make devs whole - costly operationally.
  - Payments/ Console
    - Payments is looking at a possible solution but that is not launching yet.
- Data Siloing and protections
  - Followup scheduled  - talking points for BD needed
- Spotify brainstorm options
  - AI's on Mrinalini Loew and Nicholas Plassaras
  - Consumption only vs modular : what is in the middle softer than consumption only.
  - Mrinalini Loew will put together a deck with options for a discussion Monday
- Carriers
  - Confirmed with Play Ops we will review apps as per all other apps come Sept 30th. No special treatment (question from Paul last week)
  - Carrier Wallet Vs DCB -  does that framing impact policy? No requirement for DCB partner just limited to goods and services "
- Netflix In app messaging on TV
  - Product solution :interstitial "are you sure you want to leave "
  - Next steps
    - Finalize the direction for In app messaging interstitial overall

Created with Quicknote: v0.8.0 (go/quicknote)

---

**Commented [45]:** @shengkunyang@google.com @morbenefraim@google.com FYI to make sure we're aligned with BD on the eligibility criteria and process

**Commented [46]:** Sheng, I understand your email context better now. May be good to add Carolyn or Alex Atienze to our meeting. They are the POCs for LRAP/LRAP++ and looks like there is adjustment on eligibility for LRAP for emerging markets, which we currently don't do for ADAP or BCAP

@carokang@google.com for vis

**Commented [47]:** Thanks Olivia. I added Carolyn to our quick sync on Monday.

**Commented [48]:** @awshoemaker@google.com  FYI

**Commented [49]:** Anything I can help with on this?

**Commented [50]:** This is critical for partners and BD is calling out that it might be coming in late for the sept deadline

**Commented [51]:** just flagging  no action needed for now

**Commented [52]:** Austin - is July the earliest ETA for large catalog solution? flagging risk that some books partners may need this sooner in order to make it in time for Sept

**Commented [53]:** Thanks Olivia. Priyanka, let's ask Raymond about per-transaction pricing for IAP at Adds/Tradeoffs Monday?

**Commented [54]:** @prsinghal@google.com i think there are two discussions here:
1. data protection within Google
2. data sharing principles with 3P partners
i thought the monday discussion is going to be about #2 but i may be wrong

**Commented [55]:** @prsinghal@google.com @mloew@google.com can i get a bit more clarity on this point please.

GOOG-PLAY-011375888

- ■ Not callout TV as a different device but interstitial does not apply as they are using the second device.
- Nest timeline
  - ○ Covid impact in India
  - ○ Likely to hit Sept but  may need more time
- Deals center  alignment  with Sarah KaramMike Marchak before any BD outreach.
- Match timeline and request list
  - ○ Sending redlines today
    - ■ Jun: most apps all flagship apps
    - ■ Aug:  match, metic etc those that need multiline
  - ○ Asking for exceptions
  - ○ Installment payments: H1 2022
  - ○ Open not committed: **raising the price limit for SKU**

5/14

- Follow up on Sameer feedback Timing / enforcement
  - ○ Sarah Karam Danielle Stein convo offline
  - ○ These scenarios need more game planning
- Multiplatform proposal
  - ○ Disney
    - ■ May not solve all use cases where bundles were purchased with billing /FOP that is not controlled by dev or by Play
    - ■ Branding?  may have to lean on the factor of "owned and operated"
    - ■ A/C groups? Will **NOT** be a factor
    - ■ Is this AGBP only ? yes
- Pcounsel request data collection
  - ○ Closed offline
- MGBP
  - ○ Review next week -  Design Guidelines and User trust
    - ■ Buyflow first
    - ■ Emails Later
  - ○ Eng TBD
  - ○
- Telco Tax -  Working group



  - ○ Next steps: Commerce leads alignment Commerce/Console/Payments
- YT
  - ○ Engagement
    - ■ Tuesday level setting on what can be shared
      - • conversion/Android -Web slice
  - ○ Data sharing principles (YT+3P)
    - ■ Questions from 1P/3P
      - • 1p current state of affairs ,  Android and Play access policy for 1p
      - • 3P current state of affairs TBD

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375889

- <u>Maintaining Compliance Around data access</u>
  - **Next step**: deep dive on data access Policy from @paulcoop/@Raghareesh
    - Invitees: pfeng/paulC/Hareesh/Austin/Mrinalini/Dafna would be good to get started
- Carrier Apps investigation pre review
  - Enforcement Ops cannot offer pre review
  - Enforcement starts
- Enforcement
  - No requests for NEW app Enforcement
  - 

## 2021/05/13

1. ▮▮▮▮
   a. May process FOPs that they are able to - our language
   b. Stronger "In app policy" change - this week <u>Sarah Karam</u><u>Mrinalini Loew</u>
   c. Workshops  - can week of May 17
      i. Design guidelines - progress
      ii. Need to close legal review
2. Multiplatform - <u>deck</u> Sarah is working on a meeting with Sameer
   a. Open: ▮▮▮▮ - Is bundle upgrade allowed?
   b. <u>Carolyn Kang</u> how does ▮▮▮▮ feel about now
   c. ▮▮▮▮ - Skilled cross platform vector
   d. Add a first party clause - need to define
      i. Brand continuity /and or owned and operated
3. Subs variants -
4. YT

## 2021/05/11

KOBO convo
1. Long term enable us more features
2. Get them in gear
3.

## 2021/5/07

1. Demonstrable progress
   a. ▮▮▮▮ YT have communicated that they are not compliant
   b. Conversation happening
   c. What does it mean to go consumption only
2. Request from ▮▮▮▮▮▮▮▮▮▮
3. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   > Commented [56]: @cschaengold@google.com
   > @pfeng@google.com

4. BCAP was approved last friday
   a. Checklist for Policy billing features
   b. Learnings to shared  - Email to product
5. AVP

Created with Quicknote: v0.8.0 (<u>go/quicknote</u>)

GOOG-PLAY-011375890

     a.  Contractual obligation to launch that is coming up soon
     b.  Work offline to align
         i.  We are not guarantee feature timelines.

5. Enforcement
6. Subs  product
7. ███
     a.  Internal approvals next week , Followed by PEX

## 2021/5/06

1. MOR: stage the work as much as possible but no commit for 2021
2. Can start  the console Post sept convo now

## 2021/4/30

1. Continue discussions of the in-app language we plan to tweak
2. Apple antitrust ruling in the EU
3. Extension timeline status
     a.  No update yet
     b.  Awaiting BD input on partners status as well
4. ███
     a.  No update this week
5. Apple tax questions from last week
     a.  Status update: Google won't be offering this just yet - tbd if total blocker or not. Still ongoing conversation and follow up
6. Policy related questions
     a.  follow up meeting next week with Christina Schaengold
7. Demonstrable progress
     a.  Priyanka Singhal schedule time early next week with Paul Feng + Sarah Karam to move forward
8. Multi-platform
     a.  Disney questions on policies and how it will impact their bundles - would like ETA if possible
     b.  E.g. Web ███ subscriber upgrades to █████████████ app on Play

> **Commented [57]:** @pfeng@google.com @skaram@google.com
> Hi guys, this sounds like it could have a financial impact. What's the best way for us to learn more and possibly quantify?
> @brazinski@google.com
>
> **Commented [58]:** This got kind of shot down today by Sameer, we're regrouping...

## 2021 4/29

Demonstrable progress
Other devs we are worried about

Created with Quicknote: v0.8.0 (go/quicknote)

What is the status of developers for Sept


1. No points integration

Apple
1. Not a priority for now


1. Multiplatform is open

Multiplatform Policy
1. Single sub cannot be used to upgrade a cross app bundle : TBD
2. Multi Platform framework
   a. Add UX and legal guidance to cart -> leverage the MGBP , be prescriptive
   b. Launch review :perfunctory and small number so will be

## 2021 4 23

Tia is back, welcome back Tia!!

**YT**
1. General guidance on date
2. AI: Offline discussion on Demonstrable progress definition
   a. YT
   b. <span>▮▮▮▮</span>

**UCGPB**
AI: Pfeng the plan for UCGPB

**Upcoming scope Freeze readiness**
1. Discuss Match next steps
   a. Multiline : need code snippets etc , global access clarification
2. Apple Conversation
   a. Regional Tax entities, Is the Tax optimization: not  a blocking request for sept as there is a work
      around
      i. Next week  is the ETA to close
      ii. Need a offline deep dive on next steps and do we prioritize for a 2021 ETA for plan
         1. Receipt email
         2. Detail page
         3. Console /payments profile
         4. DDA
         5. Tax calculation for the user /developer
         6. MOR
         7. Runway impact
         8. Becky Lazar
   b. SKU targeting by country for IAB - **may not be a blocker**

Created with Quicknote: v0.8.0 (go/quicknote)

       i.   Richard Baldassari will bring to adds cuts monday

3.   ██████ update - moving forward
   a.  Workstreams kicked off
   b.  Deadline and phasing needs to be resolved.
   c.  UCGPB?

4.   ██████ update
   a.  Shared UCGPB
   b.  Multiplatform
   c.  Next step: go/nogo areas (Physical/digital), may pull in @Pfeng on principles

5.   Are there partners that we are talking to but have not closed yet
   a.  Scorecard has everyone Richard Baldassari
   b.  No new features expected
   c.  Direct carrier deals with 3P dev:
      i.   G1/Playpass have some deals
      ii.  We have language already but needs signoff Christina Schaengold

**KR Fop Promotion**

- Paused co-promotion with kakao, nothing lined up with other partners
- Exit criteria needed? Discuss in next meeting with Stanley Kim on 28th april

**In app messaging**
1. Admin pages do not have to be a deadend
2. External comms? describe the intent and then give examples.
   a.  Enable the good/prevent the bad
   b.  Add some more example for more clarity , Play academy video ?


2021 4 18

Pgm sync

1. Signals for developer progress : Olivia/weijia have Ai to find out the landing date
   a.  Ecosystem Comms
2. KR FOP Promos – guidance from Tia Arzu w/r/t current landscape

2021 4 16

- FOP Curation [Carolyn Kang]
   -  Any remaining open items re: developer FOP curation (DCB in India & Indonesia)
   -  AI: Mrinalini Loew will schedule a follow up with product & pcounsel (by next week)
- Prep for In Apps Comms to Sameer

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375893

- Who owns content of deck: Christina & Danielle (mloew/pfeng can help articulate ecosystem risks & bright lines we want to draw)
  - Include Carrier discussion (eg. Carolyn's proposal)
- Update from Spotify meeting (thanks Nicholas Plassaras)
  - AI: Alissa Scherchen will check into what other Google policies are w/r/t # clicks
- Multi-Line Purchase for devs
  - Match low level country-level approval for feature (Rich will follow up with austin offline)
- Policy Topics (Christina Schaengold)
  - Unsupported Markets (can distribute/no buyer support)
    - Won't
    - Haven't Yet -- AI: Mrinalini Loew work with TTL / Sudheer to see if we can get to long tail quicker.
  - Supported Markets (min = buyer support/intl'l cards): policy enforced
    - but low coverage
    - good enough coverage

> **Commented [59]:** email sent to play ops as well as x clicks and cc'd you Christina

## 2021 4 9

What do we need from Partnerships: Indicator on Spotify on Tuesday to gauge a level of confidence

- ███████
  - Cross sell app attribution  is open but have a plan finalized
  - Other BCAP: generic products solution
    - Integration guide Austin Shoemaker Richard Baldassari
  - July deadline to get EPU readiness
- MGBP
  - Pfeng and Mrinalani, Hareesh meet with Sarah
  - Can be done today Visible progress/ good faith path - Hareesh can help facilitate initial integration, have devrel
  - Contingent Workshops
    - Design and product guidance workshops

  - Todo: are there any tradeoffs for eng
- Shie Lundberg leaving playops
  - Backup ldap James Black for Payments
  - Backup until Shie replacement hired Yen Ming Lai
- FOP & currency coverage
  - No work planned for FOP compass
  - We collect regional feedback Mrinalini Loew can share so we can share with developers
  - Richard Baldassari are the POC  BD should link with Rich's process to streamline.
  - Short term: Prioritize in this forum for any immediate needs
  - User choice is the long term path
- In App communication
  - Danielle Stein will layout the next steps and ask for inputs
  - Real world examples
- AGBP

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375894

- Q2 goals to align the criteria for eligibility , will start as EAP
    - Multiplatform : <u>Austin Shoemaker</u>
        - EAP start dates
            - Deal signing dates
            - Date when they send the materials for review
            - <u>Richard Baldassari</u> will get us the details
    - Opt out price increases: <u>Steve Hartford</u>
    - Per transaction IAB: <u>Jeremy Priestner</u>
    - Per transaction Subs: <u>Austin Shoemaker</u>
    - Fop Curation: <u>Jeremy Priestner</u>
-
-

## 2021 4 6

- ██ update
    - Proposed ██ solution to publish full catalog to Play [agreed this is a solution for ██
    - Console OK as long as we commit to not bringing any new large catalog devs in 2021
    - BD team talking to other developers as part of BCAP, they have large catalogs as well
    - <u>Mrinalini Loew</u> will communicate to Partnerships that we cannot commit to any further large catalog delivery for 2021; other partners could use generic product with per-transaction pricing solution if needed; will revisit long-term solution
- MGPB next steps
    - Trying to wrap up the commercial deal still, no actionable next steps at this time
- User choice billing
    - PF: Move afoot to think about whether we should have an EAP and discuss with some devs
    - ML: Should talk about it in the context of: user choice, support for countries with low FOP penetration
    - By June/July should have more information about whether we should

## 2021 4 2

- You tube
    - Date is likely to move  , no alignment on  what is needed for sept yet.
    - YouTube In-app comms ask: Is YT's proposed step-by-step language acceptable?
        - Fire TV - Current is link out to mobile, they need to add messaging

- [FYI] ██ finalizing detailed integration proposal for ██ to:
    - publish full catalog to their main ██ Books app
    - use cross-sell to sell through 8 additional partner apps (including 1 x-developer)
    - use per-transaction pricing for one-time products to support discounts & frequent price changes
    - Next step:
        - summarize proposed technical integration requirements and discuss with ██
        - Console alignment on the Scale catalog
        - Roadmap

Created with Quicknote: v0.8.0 (<u>go/quicknote</u>)

GOOG-PLAY-011375895

- Rich is working to get a set of Books partners that might need scale
- BD Scott Gordon tracking ███ partners
- Could become impactful if TVOD comes in
- First party Books
  - Align messaging for BCAP
  - Next steps: Align on priority and scope around books/ why deals
- Enforcement Plan for Sept (proposal doc - next step align with leadership on policy )
  - Carrier sync with Jadson/Christina/James/Konosuke yesterday to align on scope
  - No pre review
    - It is not a pain
    - Best efforts tracking : credibility for enforcement
  - Allowlist is new apps that got an exception
  -
- Devrel
  - 2 HC ring fenced from Commerce to devrel - followup with Mike marchak/ [Purnima]
- India
  - Evergreen
  - Gpay : 1% can happen with heads up to payments
  - Ewallets: consolidating POV , will be made available next week
- MGBP/Billing optionality
- POC for Billing policy  BD
  - Danielle Stein will do a biweekly with leads to unblock


## 2021 3 25

- ███
  - Discussed with ███ details of proposal for ███ to publish their full catalog and use per-transaction pricing; they will discuss with their architect and get back to us (6M products, average 60K updates/day with occasional peaks)
  - Commerce intends to lend resources to Console to avoid delaying any other timelines
- YouTube
  - YT PM asked what Play's goals are for YT+GPB MVP (e.g. X% of revenue, which users/countries, which business models)
  - Working through details of how to integrate (catalog, buy flow, sub management, sub events)
  - Lots of legal questions to be reconciled between YT and Play Legal, Cass representing Play, Rita [mzakiyan@] representing YT)
    - PF: Will be an iterative process
      - "Show progress" milestone (by September)
      - "Full compliance" is a lot less negotiable (by September, or maybe March)
    - AZ: They have to drive this project, we shouldn't be telling them
    - PS: What are the pieces of your experience and what is the distribution of all of them?
    - HP: The other thing is the framework. We've said we would do everything for them in July last year.

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375896

- PF: The framework we have that is best is Andrew's spaceship. We're building the spaceship and we can modify doors/size of doors/etc and you have to get all your stuff on the spaceship.
- PF: Be factual with them. If there are issues let me know. We can escalate whenever we need to.
- ███████████
- MGPB
- India

2021 3 19

- Priorities for the week
  - ███ path decision
  - New workstream (?): Approach for markets with zero FOP coverage (e.g. Sub Saharan Africa)
    1. Email to Joe/denny/Mrinalni details -AI Danielle Stein
    2. Payments aggregator launches and roadmap - send this info to BD
    3. What is the enforcement policy for areas with zero coverage
- Billing optionality ?
  1. Runway announced last week ; helped KR , SMB
  2. Choice pillar / Pricing pillar
     a. Solution that is compelling for billing choice is billing optionality
  3. Puts pressure on Modular , perhaps that morphs to billing optionality
  4. User and ecosystem based scoping : providers to approved list based on security/scale/trust
- FOp curation/filtering
  - Hareesh taking offline
- Align BD offline
- Android Auto App Enforcement (mloew added)
  1. Extension for native auto apps since AA device handoff likely won't be ready until Q4?
     a. Ai:mrinalini followup on the path to resolve for Q4 for both the OS and Carplay
  2. Can they be "compliance only" on mobile but not auto?
  3. No impact to LRAP but has ADAP partners
  4. GPS providers do sell something in app
     a. AI:
- AGBP Updates
  - ████ : satisfied by per-transaction pricing + title solution; we proposed pricing by Sep, title by mid-2022; they want support for title by EOY, discussing our response
  - Important for ██████ deal
  - BCAP and TVOD programs in progress that could bring in other developers who need similar needs
  -
- Carrier

CONFIDENTIAL

- Status update to pfeng offline
-
- Runway - not covered in this meeting
- YT
    1. Kickoff with leadership
- Installments
    1. Cannot build this year payments dependency
    2. Framework for commitment outside Play
    3. Is there a non payments solution to Payments
    4.

2021 3 18
    1. YT Deep dive topics
    2. MGBP next steps
    3. India
    4.

## 2021 3 11

- Priorities for the week
- Align BD offline
--> get all dead blocking features
- PM and BD meetings on committed features
    1. [Carolyn Kang] FOP curation: Will turning off DCB as a FOP be available in aGPB by enforcement?
        a. Invol churn exp is not blocking to policy
        b. For the AGBP feature IN is fine, ID needs a bit more work.
    2. **India -Payments integrations are RED**
        i.   Gpay - a go on branding
            1. Bec will check payments legal
        ii.  EWallet: Doc from  Payments legal
            1. RBI blocked/Payments evaluating new regulations
            2. AI: Mor: What is the P0 regionally is India okay?
        iii. **UPI for Subs** : delay
        iv.  **O2 Migration** blocks India cards
        v.   Local entity launch did not improve declines
        b. Next steps
        i.   Work with Sanjay to get result faster - escalate
        ii.  Collate a list of our P0  for payments
        iii. List of things that we think they are doing that are lower priority
        iv.  Utilize GAPP conversations

Created with Quicknote: v0.8.0 (go/quicknote)

       v.   Talk to alberto today

3. **Should we apply our in-app communications leeway to developer donations**?
   a. Ex: Urgent Sensitive Events escalation provides a Paypal username on the 'Support Us' page in-app; no hyperlink; not tax exempt organization. S1
      i. AI: Take offline, Not urgent to enforce

4. **Enforcement plan** : Continue with current manual operation and "Best effort" enforcement.
   a.  In the time leading upto the policy enforcement deadline, we will curate a list of  "likely violators".
   b. Goal is to check and tagged to facilitate Internal progress reporting and external comms.
   c. Additionally, Come policy enforcement deadline, we will be able to enforce on these  apps that are in "Post publish" state.
   d. How will we get a list of 5K apps
      - All Play BD managed apps <<todo link Managed apps List from BD - expect 500>>
      - All Play Ecosystem partners << todo list  - expect 100 -200>>
      - All Carrier Apps <<todo list from Android BD  expected 1k (250 partners listed here) >>
      - Top apps per revenue on other Platforms (2-5 K apps per 2-5 K apps per App Annie Data, also todo check on Ad spend data
      - Known previous violators per mentor annotations (1.5K (List))
   e. Next steps
      i. Align with BD and Carrier
      ii. Get 10 TVC  approval from shie - 6 week onboarding
      iii. Approve plan with leadership
      iv.

1. YT
   a. Clarity of what can be done
   b. Working grp early next week legal + PM
   c.

2. AGBP eligibility
   a. Owner: Mrinalini Loew Mor Ben Efraim
   b. Segments: TBD
   c. Austin Shoemakeris working on Usecases and longer term sol
   d. Finalized: we are doing IAB per transaction for "Large number of SKU"  ███


2021- 3-05

3. Autofill Fop data
   a. Discussion with pcounsel started Tristan Ostrowski
   b. Dev guide:
      i. Apps that use standard views work with the autofill framework without requiring special configuration. However, you can optimize how your app works with the framework. For a guided tutorial, see the Optimize your app for autofill codelab.
   c. Scope: app level possible?  What abt physical
4. Sept Plan - RED
   a. Tabled at least we get more info from YT and ███

Created with Quicknote: v0.8.0 (go/quicknote)

> **Commented [60]:** @prsinghal@google.com what was the other option(s) that was considered?

> **Commented [61]:** best effort here since we have no automation for detection. that's really the gap to ensuring we are capturing and manually reviewing all apps with payments

> **Commented [62]:** @prsinghal@google.com let's still confirm with Konosuke/James this is indeed the number needed - we can discuss more on our Monday sync with them.

    b. No need to make the whole thing Red yet to keep progress as is on rest

    c.

5. Alignment for Compliance- enforcement plan  across all types of Dev across managed, unmanaged, carrier, TV  etc

    a. Pillars: Discovery and monitoring, Comms, Validation and  Action in Sept

    b. Jadson has a meeting next week

        i. Play BDM supported carrier

        ii. Not covered by Play bd  but by Android bd: this is the gap

        iii. Unmanaged

    c. AI: Review with Pfeng next week  + working grp

    d. Resourcing Enforcement for carriers

6. [Carolyn Kang] FOP curation: Will turning off DCB as a FOP be available in aGPB by enforcement?

    a. This is a critical blocking issue ██████████ need to give guidance on if we can commit to this early next week; otherwise they are at risk of not hitting enforcement date

      - ██████ Blocked, Bec needs some time to diligence.

      - If counsel Okay then we are okay to move forward

      - Experiment design: we can work on now, no need to wait, we should not launch till signoff. Jeremy Priestner owner while Neethi Thomas out.

7. Developer programs

    a. Question: Danielle Stein Olivia Salva is there a doc or slide with all the programs laid out

        i. go/dealprograms

8. Carolyn Kang update on ██████████

    a. Alpha launch from ████ in April:  pending Multiplatform which is dependent on trusted tester agreement signing.

        i. We get to look at the integration: Carolyn Kang to share the implementation

    b. ██████: all deals by May on track

    c. ██████████ In version: Is india pp as the merchant country is IN.

    d. Ai Carolyn Kang Contract terms review with Nicholas Plassaras in light of bespoke deals.

9. India -Payments

    a. Gpay

    b. EWallet: Doc from  Payments legal

        i. RBI blocked

        ii. Payments evaluating new regulations

        iii. AI: Bec will check  the  next steps

10. YT

    a. Meetings with Yt on Tech side -> unresolved

11. AGBP eligibility

    a. Owner: Mrinalini Loew

    b. Segments: TBD

    c. Austin Shoemaker is working on Usecases and longer term sol

    d. Multiplatform proliferation :-)

    e. Finalized: we are doing IAB per transaction for "Large number of SKU" ██████

> **Commented [63]:** @carokang@google.com  do you have a date for launch from sling _Assigned to Carolyn Kang_
>
> **Commented [64]:** sorry for the delay in responding. the latest we have is April, but we're checking in with them this week and i'll let you know if they have any updates / or anything more specific

Created with Quicknote: v0.8.0 (go/quicknote)

2021- 2-26

1. [Carolyn Kang] FOP curation: Will turning off DCB as a FOP be available in aGPB by enforcement?
   a. This is a critical blocking issue for ███████████ need to give guidance on if we can commit to this early next week; otherwise they are at risk of not hitting enforcement date
      - ██████ Blocked, Bec needs some time to diligence.
2. [Christina Schaengold/Alissa Scherchen] go/paymentspolicy now deprecated and policy questions handed over to Play Ops Policy Consultation team via go/askplay **> option 5**
3. [Olivia/Danielle] BCAP update - rollout to additional partners including ████████████
4. [Olivia/DanielleM] Are there any docs or guidelines that share what we are asking for from developers to confirm compliance? context of AVP:  deal term starts once the developer is GPB compliant, so trying to understand what signals or certification to look for
   a. E.g. Dev should have no apps that are non compliant live on the Play Store
      i. How/who will check for this?
      ii. AI:  Carolyn KangDanielle Martinakto sync on a certification process.
      iii. Meta question: what is the takedown process for the ecosystem?
         1. Dependent on closing 3 wildcards before addressing
5. [Closed]Devrel resources
   a. Vesna: clarity on allocation now working on assignment. Will have detail  next friday
6. Dev marketing Resources
   a. AI: Deep dive on dev marketing plan with Mike FyallPaul FengMrinalini Loew
   b. Play value stream : next steps talk to Mike Fyall on capacity
   c. Runway conversation in progress
   d. I/O
7. Alignment for Compliance- enforcement plan  across all types of Dev across managed, unmanaged, carrier, TV  etc
   a. Pillars: Discovery and monitoring, Comms, Validation and  Action in Sept
   b. Jason has a meeting next week
   c. AI: Review with Pfeng next week  + working grp
8. India
   a. Gpay
   b. EWallet: Doc from  Payments legal
      i. RBI blocked
      ii. Payments evaluating new regulations
      iii. AI: Bec will check  the  next steps
9. YT
   a. Meetings with Yt on Tech side -> unresolved
10. Sept Plan
    a. Tabled at least we get more info from YT and ██████
11. KR
12. Tiaa@ OOO, Nico covering policy interpretation, Bec, Commerce, tristan for any other  need.
13.

2021- 2-19

1. **Policy Consultation Team absorbs Payments policy questions via go/askplay** - Christina Schaengold

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375901

    a. Officially absorbs Payments policy questions via go/askplay on Monday (2/22); +1 from
       Christina for first 2 weeks, >2weeks = escalate to Christina for grey area/sensitive partners
         i. A/M can directly ping Christina Schaengold - 200
         ii. This is for first line of defence and scaling
    b. AI: Danielle MartinakChristina Schaengold to curate all the Questions/Answers for ensuring
       consistency.
    c. Carriers: Jadson Tang will be cc'd on all queries but then later will need to be scaled up.
    d. Compliance status:  we do not provide formal approval stamp,  but provide feedback
         i. Directional feedback is okay pointing to Policy language, provisions directly
         ii. Do not go into specific details, interpretations etc

2. [Olivia/DanielleM] Are there any docs or guidelines that share what we are asking for from developers
   to confirm compliance? context of AVP:  deal term starts once the developer is GPB compliant, so
   trying to understand what signals or certification to look for
    a. E.g. Dev should have no apps that are non compliant live on the Play Store
         i. How/who will check for this?
         ii. AI:  Carolyn KangDanielle Martinakto sync on a certification process.
         iii. Meta question: what is the takedown process for the ecosystem?
            1. Dependent on closing 3 wildcards before addressing

3. Financial service/products -  Christina Schaengold
    a. Payments policy links to the Google Payments User Policies as a catch all for 'prohibited
       transactions'; however, those transactions are limited to peer-to-peer (too narrow for Play
       billing).
    b. Tia and I had conversations with the Google Payments team this week. Working on short term
       solution; long term solution may be adding language to external Payments policy along with tax
       preparation services.

4. Updated Help Center FAQS - Christina Schaengold
    a. Draft FAQs for (i) financial products/tax services and (ii) cloud service platforms
    b. Paul FengMrinalini LoewTia ArzuDanielle SteinDan Jacksonplease LGTM

5. Devrel resources
    a. AI: stack rank devs for dev rel help
    b. Leads in each region has a Billing policy captain- Next week they will work with local teams to
       stack rak: kickoff next week.
    c.  Deals Pressure
         i. Phase out?
6. Dev marketing Resources
    a. AI: Deep dive on dev marketing plan with Mike FyallPaul FengMrinalini Loew
    b. Play value stream : next steps talk to Mike Fyall on capacity
    c. Runway conversation in progress

7. NGBF what it means for Play  - doc started on rules of engagement when it comes to play/payments
   landscape

Created with Quicknote: v0.8.0 (go/quicknote)

8. BCAP
    a. Ebooks - P0 to have the strategy piece not the implementation.
    b.  Olivia Salva is doing a 1-pager  for Commerce adds/cuts
    c. Rakutan and a few other early developers  it is on the horizon
    d.
9. AI: Danielle Stein sync on  alignment on process and prioritization for new feature requests coming in from partners FYI Richard Baldassari
10. JPN P2B
    1. Need to see how we respond  to developers requests and take feedback  -
        a. What can be done for the whole developer community
        b. AI: Sarah Karam will sync on "Developer Desk"  and Plan for 2021 and gaps
    2. We could add that to the dev marketing strategy Mike Fyall
        a. Great way for dev to give "Play product feedback"

> **Commented [65]:** @mfyall@google.com
> _Assigned to Mike Fyall_

India _ mrinalini will check in with Albert cheng
GPay logo: delayed
EWallet: Issues as  we are Ewallet and  E Wallets cannot be in E Wallets  in India @bec
11. If time permits - gut check on telemedicine apps (digital? physical?) Christina Schaengold
    a.


# 2021- 2-16

1. YT Options vs sales pitch
    a. Get a plan together what to share is good.
    b. Documentation in context of a discussion.
    c. Mrinalini will do a  convo with Will on "What is AGBP"
        i. Status and AGBP what it is : just so you have the latest.
2. Payments
    a. Agreed with Tian
        i. Payments Roadmap: merging with our buyflow look like - prabhakar
        ii. What does NGBF means for Play - how does it integrate,  aligned with policy
            1. Velocity/control
            2. Platformize
            3. YT bespoke features  will have to be platformized
            4. Why it cannot be alternate
3. Policy/Product Q: How should devs deal with error messages when connecting with GPB? Life360 offers their billing as a back-up/Plan B (which technically violates policy). Any product solution?

> **Commented [66]:** @prsinghal@google.com - Hi
> Priyanka, just an FYI that I added the Life360 question
> to the weekly cross-functional agenda. We haven't had
> time to cover it in the policy council meetings, and I
> think this would be a good forum to ask.
>
> **Commented [67]:** ack

# 2021- 2-12

# Welcome Vesna, Nico

1. What are we planning to do for Sept
    a. Pfeng presented a doc to Sameer with date options.

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375903

        i.   Wild cards: Process of getting compliance tracking managed, spotify, YT
        ii.  Announce "demonstrate progress", get grace : TBD
        iii.  Next steps: Finalize the wild cards before we close, perhaps by End of Q1.

2. Installment payments: Product feature sneak peek.
        i.   Different regions of the world need this
3. Reduced Pcounsel bandwidth - Welcome Nick!!
4. Update on scalable "burndown" workstream?
    a. Manual Vs Automated : HC being  worked out between Shie Lundberg, Paul Feng, Raghavendra Hareesh PottamsettyKrish Vitaldevara.
    b. reporting on managed partners path to compliance : are we planning to update bi-weekly
        i.   Dashboard in progress
5. How do we know if a developer is OFFICIALLY eligible for India grace period? I don't want BDMs making any assumptions :  DDA location in mentor is being used list
    a.  We use the dda field as this represents the official TOS signed by the developer when opening the account.
6. Alignment: Accountable owner of communication of related to policy
    a. Owner: T&S Alissa Scherchento coordinate with the Play Comms team (GAMMAs, Policy Center, Console HC, etc) launch.
    b. Mike Fyall has contributed suggestions & Theresa Khuu on his team can execute.
    c. Also Include Josh OConnor
    d. Managed devs get heads up, in discussion.
    e. Ecosystem partners will have the same email

7.  "Carrier policy" Ops
    a. Draft ongoing - Ops very likely only able to support BD known Carriers and not the whole ecosystem. Many complexities to supporting this policy alongside lack of HC resources.
8. Partners
    a. ▇▇▇ : Email testing in progress
        i.   On track, awaiting playbook and testing plan.
        ii.  Global: legal call next week
    b. ▇▇▇
        i.   Ebook devs have this "large number of SKU" issue
    c. ▇▇▇
        i.   No major update
    d. ▇▇▇
        i.   1 days subs and
        ii.  Ai: Mrinalini Loew will reach out to Danielle Stein to share experiences on the numbers.
        iii. Must Vs Nice to have definition : Leverage  the form  that exists.
9. Staffing Devrel and legal for programs and quality of integration  and also role in carriers
10. Policy question "Fallback billing ":  reactive comms for developers who want to fallback to other options when play billing is not available(outages).
    a. NO action needed, just do not have outages
    b. AI: Priyanka SinghalProcess for how do we handle the dev  loss mitigation - Games/Apps
11. AGBP Next steps

Created with Quicknote: v0.8.0 (go/quicknote)

    a.  "Could be used for solving the large number of SKU" by offering per transaction but need to Discuss IAB.

## 2021 - 2-09
- Exception for new app: mind mbody : trix
  - Approved
- HC escalation  next steps
  - Shie Percolating
  - Kwhaja/ Krish : will need to come out of Hareesh -
- Enforcement feedback from sameer
  - Sameer is going to scott
- Next steps YT
- Next steps for the conversation on "updated not distributed"
  - On track Tia feedback  is available
- 1p-3p data Sharing
  - Ewallets :
- Runway - docs
  - Announcement in March
  - Sameer review , supportive
  - We need to move  on this announce in March , application process in July , Payouts  TBD
    - Account associations  will be communicated to us by developers
    - Dev account does not map to company
  - Kickoff with Joe/Ray


## 2021-2-05
- **September Plan**
  - YT implications could impact other devs
  - Still in discussion and TBD for plan:
    - On Sept 30th if dev not in compliance, need to show clear progress + plan towards compliance
      - Published version of app which shows some integration with Play Billing in some circumstances (e.g. some markets/traffic on Google Play Billing + traffic/products)
      - Date required for compliance
    - Considering ~3-6 months grace period post 30th September
      - Enforcement actions will start increasing such as demotions in store and not being able to update app
    - What are we doing with IN as their exemption ends in March 2022?
      - Not clear yet, TBD
    - Which team will check the compliance?
      - TBD

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375905

- ■ What happens if they don't show demonstrable effort?
  - ● The app should be enforced
- ■ Would we add any sort of label on the app detail page saying "This app is not fully compliant with Play's payments policy" or something to that effect?
  - ● Might not be perceived well by devs but users might be trusting our brand and store as a result
- ■ How early will a Dev know that they are not in compliance and therefore how much time do they have to prove demonstrable effort?
  - ● Might need to communicate ahead of time
- ■ What does this do for deals incentivized for early compliance?
  - ● Unclear...
- ○ FYI: Ops planning to perform sweeps starting 1st October (currently ~900 devs are flagged for the sweep)
  - ■ <u>Alissa Scherchen</u>check with Ops if we can provide some analysis before deadline on volume and apps
  - ■ <u>Alissa Scherchen</u>work with Ops POCs to complete September 2021 plan
- ● **Ops Payments Metrics Dashboard Live**
  - ○ <u>Link</u>
  - ○ Displays "Compliance" defined as: compliance rate is currently ▮▮▮▮ meaning that there are ▮▮▮▮ apps didn't comply payments policy as of now. Caveats are:

    > Commented [68]: @prsinghal@google.com FYI

    - ■ 1. This % excludes all other enforcements (= count only TPP enforcements)
    - ■ 2. This % excludes all IN/KR exceptions (= compliance rate would be much lower if we didn't have grace period for IN/KR)
- ● **Carrier Policy Clarification**
  - ○ Policy will go into effect in Sept 30th 2021
  - ○ Process should be available before that
  - ○ Communication already starting with Carriers this week
    - ■ Carriers relying on Google to let them know who is compliant and who isn't
  - ○ <u>Alissa Scherchen</u>sync with Ops (James) early next week on Ops proposal and share with Jadson/Paul
- ● **Partners Update**
  - ○ ▮▮▮▮
    - ■ Working on aligning international pricing updates
  - ○ ▮▮▮▮
    - ■ Meeting yesterday and question raised on SKUs management changing prices constantly, tax implications and compliance, etc
      - ● Who handles tax questions?
        - ○ Tamzin might be a good POC
        - ○ ▮▮▮▮ also should be engaged (Jeremy)
      - ● Who could help with the product questions?
        - ○ Austin
  - ○ ▮▮▮▮
    - ■ Provided offer and waiting...⬚

Created with Quicknote: v0.8.0 (<u>go/quicknote</u>)

CONFIDENTIAL

GOOG-PLAY-011375906

2021-1-29

- **AGBP**
  - Mrinlaini has a Finalized AGBP feature list and
  - Eligibility criteria is in the works ?
- **YT**
  - Discussions are progressing, agreement in place
  - Next steps:
    - Options in a VP meeting will be discussed next week
- **Runway**
  - Pressure building up from KR
  - Setting a date for March , live in July - mostly about SMB
  - Ai: Kobi PRD  to be linked for eng heads up
- ███████ **- modular**
  - Conversations still in progress
  - Raghareesh & mloew  concerned  about Sept especially with the payments dependency
  - Mlowe looking at phasing some things
- ███████ **- Opt out pricing**
  - US:  Language reviewed together and are feeling okay.
    - DCB : Reaching out to Carriers/Android partnerships.
  - International:  partnership mode no concern for now but close in a month
    - Wait and watch, no concern so far
    - Disney coming back with an assessment. They have confirmed EU, NZ, AU  are high pri.

- **Enforcement and BD plans**
  - **Date**
    - **Ai:  Priyanka** send a doc out with options for date change and what is going to happen in Sept
    - Alissa Scherchen Danielle Stein investigate options for a new date as a contingency plan
    - Options
      - Additional grace with a sliding scale of penalty
      - No merch , no update
      - Managed and unmanaged  sweeps

- **Carriers update**
  - 
    - Android BD is not setup for  operationalizing or consulting on policy, will need support from
      - Enforcement Ops - Enforcing and tracking Ai: Alissa Scherchen is investigating
        - Requesting Compliance stats
      - Devrel - partner support
      - Comms - Top partners have a heads up.

Created with Quicknote: v0.8.0 (go/quicknote)

- Training Live android BD teams
  - ■ @jadson is prepping a list of partners and Design for Ops flow and plan. BDs will handle the initial comms but Play Ops may be needed to detect and enforce.
- **Ecosystem tracking- Unmanaged next steps**
  - ○ Staffing with Ops
  - ○ Best effort enforcement? Is that ratified with leadership
  - ○ Tracking : staffing a BA ?
- Update from BD
  - ○ We're taking on these OKRs
  - ○ We've started reporting on managed partners path to compliance
  - ○ Please let Danielle know if your team needs regular reporting and what you'd be looking for so I can start to build that into our workflow
  - ○ Starting to come together: How we plan to work with our non-compliant partners between now and September
- Landing GPB Policy Workstream document refreshed. Work streams that need clarity:
  - ○ Comms plan for policy : Mike Fyall
  - ○ How BD will engage with ECOSYSTEM service level (differentiated from unassigned [no contact[)
  - ○ Dev Rel: Anirudh Dewani
  - ○ Scaled technical support : jakob
  - ○ Automated detection of policy violation
  - ○ Policy Enforcement Tools : Bennet Manuel Krish Vitaldevara Raghavendra Hareesh Pottamsetty
  - ○ Enforcement Workflow: Alissa Scherchen Shie Lundberg
  - ○ Grace Periods :
  - ○ Play Value Proposition : regional POC and materials for the developer onboarding and consulting need help from Mike Fyall & Mrinalini Loew
  - ○ Staffing Devrel and legal for programs and quality of integration
  - ○ AI: Danielle Stein and Jadson Tang to work on how to role in carriers (e.g. ███████ ████████████████ into this plan
- Gift card promotion with ████
  - ○ Closed
- Blog post source : all good
  - ○ Divya is following up
  - ○ Postmortem: **document all facts and numbers that go out in external comms** same as in KR and PR.
    - ■ KR We got approval from **investor relations we should add that step as well**
- 

<div style="float:right; border:1px solid #000; padding:4px;">
**Commented [69]:** @mfyall@google.com i sthis owned by you
</div>

## 2021-1-22

&lt;Ask: pls add docs to policy docs repo, Please keep status updated in &gt;

Created with Quicknote: v0.8.0 (go/quicknote)

Upcoming: Per transaction pricing API launch in readiness for Sling on track for early next week

- Danielle's questions
  - Update on dev rel resources? -
    - Raj has a doc of workstreams, danielle you might want to check with him.
      - Yes I will take it over
    - By what date should we encourage managed partner apps to update in order to be compliant by Sept 30
      - AI: offline deep dive on the strategy on what we communicate before sept 30
    - Will there be sweeps? Or it's just enforced at update
    - Alissa: check on the plan for sweep
  - Accountable owner of non-managed partners?
    - Burndown of compliance
    - Have a starting point list of dev that are not in compliance - Sam list & the tags in mentor when they find an app that is not compliant.
    - AI: Priyanka followup with Shie/Mike - deep dive next week with a doc shared

- Update on the "New app" enforcement that started two days ago
- Trix for appeals will be shared soon.
  - Any apps enforced on
  - Any apps that asked for extension

- Legal Opens for policy : ▮▮▮▮
  - Ask what they are doing with Apple
  - Language drafted and will be sending to ▮▮▮▮ 1/22
  - Update on term sheet to add good faith path for global price increase.
- YT - no update
- Carriers
  - Have a policy draft being presented to Jaime today - good progress.
  - Process is next : who are the partners etc.
- App upgrade without distribution - vitor working on PRD
- Project Runway/highway/magic bridge
- AGBP - eligibility criteria & features
  - FOP curation :  Check on FOP partners
  - Carrier agreements: Bec will follow up with payments
- Gift card promotion  with ▮▮▮▮
  - Rollup to KR local counsel. Local BD 20 min sync separate meeting
- KR plan  -meeting next Wed
- Policy Questions doc
  - Login Credentials :
  - Tia : carrier operator , Covid HC  all being updated.
  - Alissa: Plan to migrate from console HC to the policy HC

Spotify

Sameer and Don discussion in progress.

Created with Quicknote: v0.8.0 (go/quicknote)

Commented [70]: @daniellestein@google.com

Commented [71]: Alissa: check on the plan for sweep @ascher@google.com
_Assigned to Alissa Scherchen_

Commented [72]: @ascher@google.com

Commented [73]: just to confirm what the request was: is the ask from Ops to provide the full list today of devs who are not in compliant?

Commented [74]: @samtolomei@google.com link pls

Commented [75]: see this trix, https://docs.google.com/spreadsheets/d/1yRePnTMN WrzB8gAu4hTtT-Z2BVCDY19ZLguoZ_NZASI/edit#gid=645247523 tab: policy data dump dec 2019

Commented [76]: AI: Priyanka followup with Shie/Mike - deep dive next week with a doc shared @prsinghal@google.com
_Assigned to Priyanka Singhal_

Commented [77]: Are there any blogs or announcements on this? would be good to point to this for partners that are still not convinced we are serious in enforcing this Sept

Commented [78]: Good reminder!!!!

**Wed:** BD Plan for managed partners compliance: best update on status of managed partners

-

## 2021-1-15

- Discuss appropriate POCs for Play Policy Consultation team to direct questions to. Re: this trix.
- Requests for grace periods / extensions on Jan 20th deadline : doc link
  - Plan agreed: https://docs.google.com/document/d/1TsNyw9bJwpg-NokDbpzMzJJ5YM28PixzK806C9GEQSw/edit?resourcekey=0-X0EEWbjTmWJNReIaXp7Rbg#
- Legal Opens for policy : ▓▓▓▓
  - Next steps: align with ▓▓▓▓ legal on Country by Country plan
  - Ask what they are doing with Apple - what we will see in product
  - Can we draft our language  that we want
- YT
- Carriers
- In app guidance and other policy tweaks
  - In app language is now public
    - Consumption only text included to acquire
    - A/c management (FOP okay, upgrade not okay)
  - App upgrade without distribution - vitor working on PRD
- Project Runway/highway/magic bridge
- AGBP - eligibility criteria
- Gift card promotion  with ▓▓▓▓
  - Rollup to KR local counsel. Local BD 20 min sync separate meeting
- KR plan  -meeting next Wed

## 2021-1-8

- YouTube update for Hiroshi- susan discussion
  - Email to hiroshi by EOD
  - 1. Reminder of YT needs- EPU what features, what we need
  - 2. Everyone else: partner status

  - AI: Pfeng will draft and share
- Carriers
  - Jamie gave feedback on policy
  - AI: to follow up by next week
- In app guidance and other policy tweaks (NTFLX)
  - Have a list of asks ranked by Ntflx, need to consider for Account management:
    - Pause restart moments are high
    - FOP failures
    - Upgrade
  - Non-hacky solution  for upgrades without distribution
- KR Plan - **blocked** on SMB program

Created with Quicknote: v0.8.0 (go/quicknote)

- IN Plan - **blocked** on SMB program
- SMB program - "runway"
  - Morphed to a wider program , proposal on table
- Developer tracking towards billing compliance
  - Olivia Salva  working on a final list of developers
  - Danielle Stein is working on a report format
- AGBP
  - Components are being pitched but package pitch is pending
- Readiness for "new app" enforcement
  - Alissa Scherchen is setting up a walkthrough of the plan to ensure all stakeholders are on the same page
  - Exception path for "non managed" who will approve
    - Process and checklist for when to grant an exception AI: Alissa Scherchen
  - Bring to leads for judicial review if it passes the exception
  - AI priyanka: Align  with Raj on the latest for exception on managed end
- Books
  - Pex approval was for ▬▬▬▬▬ etc
    - Next step: offer to ▬▬ in Jan
    - 2-3 HC ask  from Christian Cramer
- 1P/3P differential treatment (billing) -
  - Guidelines
    - Experimental Fmwk is possible but needs to be time gated and ideally is broader
    - Bifurcate the feature from the economics
  - AI
    - Raymond To give access to Rebecca Silberberg for the 1p/3p differential list provide a writeup of guidelines

> Commented [79]: @prsinghal@google.com - adding this item for discussion.
>
> Commented [80]: ack thanks Bec.

- Finance
  - G1, ▬▬ YT, Books, Movies etc have been engaged, Tia will get a final list with updates.
    - Stadia Margin test
      - Look at all the outcomes and see what director they can go in.
    - YT margin test went well
      - No other action, just a writeup
    - nest and stadia is next
    - Low priority -  finance look at operator/carrier program impact
- Carriers & OEM
  - Ensuring  that we have a list of important non compliant partners
- PR - announcement plan
  - PR framing for MGBP Mike Fyall
  - Ai: Danielle Stein  will  start the convo and include PR , Tia, EPU leads etc
  - ADAP/LDAP  programs - What is the strategy overall to announce the entire shebang
-
- Policy Questions
  - GM motors selling data Plans : routed to Christina Schaengold
-

> Commented [81]: @mfyall@google.com AI for a drfat press release

Created with Quicknote: v0.8.0 (go/quicknote)

## 2020 -12-11

- AIs for Carrier Operator
  - Review ▇▇ Operator language
  - Carrier GPB impact tracking
  - BD guide update for carrier and operators
  - Quick walk through of _Help Center_ to show where policy updates (like in-app communications) will go
- **Update to execs on Policy tweaks**  Christina Schaengold Paul Feng
  - AI: pfeng has a goal to get Sameer approval next Wednesday, Start a deck.
  - Summary & workstreams - table that lays out the various things including the LRAP/ADAP etc
  - Focus on Operators/Carriers
  - Couple slides on In app comms & ▇▇ & gift cards , Mobile recharge, topup
  - Goal to send the In app guidance before the end of year.
- Dev Rel support
  - Sam Tolomei callout for anirudh to support Billing copy Pfeng.
- KR
  - Working to close the program timelines for Promotions launch.
  - Enforcement is Sept 2021
- Readiness for Jan - Target for review: Next friday X functional meet
  - Alissa Scherchen Ops readiness tracker
  - Training , ops enforcement process in progress
  - Submitted automation request for IN/KR devs but likely won't happen in Q1 so we'll fallback to manual solution
  - Indian Enforcement extension proposed finalized, that we are giving it to all partners in India for all users
  - Allow List Allowlist options
    - Dashboard requested
- Spotify MGPB Workback
  - Commercial details in progress, awaiting cloud piece.
  - Strong commitment across both teams to sign the deal.
  - Thumbs up on Modular Mrinalini Loew Raghavendra Hareesh Pottamsetty
    - Plan to start execution as soon as product is ready

- AGBP
  - Phase 1 - are we giving away more than we thought, go with  trusted dev to close the feature set.
  - Eligibility criteria - phase 2
  - Paul Feng YT is in holding pattern.

- Developer Questions
  - Partners who we are pitching AGBP
  - One list of all partners that we are pitching to
- BD- developer  updates

Created with Quicknote: v0.8.0 (go/quicknote)

CONFIDENTIAL

- Managed
    - Dashboard kicked off yesterday and working on it
    - Note: Policy ops is not tracking compliance. When and how can we start looking at violators
- Unmanaged
    - Have that data available but Alissa Scherchen needs to check if we can create a dashboard in time for Jan 20th (else we'll just provide a summary report on a regular cadence).
- 350  EC batch apps will be reviewed ahead of time.
- Project runway (SMB program)
    - Goal to announce in Q1
    - Likely to be a tiered service fee and once we announce we will have to launch soon.
    - Fraud vector - ███ is putting a proposal, Joe to talk to ███ previous writeup
        - Logistics and operations
        - Start the thread share the info with Khwja/krish/joe etc  Ai:mrinalini

- Books
    - Pex happened
        - Waiting till we know what we offer to ███ revisit in Jan
        - 2-3 HC ask  from Christian Cramer
    - 1P/3P differential treatment (billing) - ~Dec 15
        - Guidelines
            - Experimental Fmwk is possible but needs to be time gated and ideally is broader
            - Bifurcate the feature from the economics
        - AI
            - Raymond To get the P2B list refreshed DCB for Stadia/G1
            - Rebecca Silberberg provide a writeup of guidelines

> **Commented [82]:** @prsinghal@google.com - adding this item for discussion.
>
> **Commented [83]:** ack thanks Bec.

- Finance
    - Stadia Margin test
        - Look at all the outcomes and see what director they can go in.
    - YT margin test went well
        - No other action, just a writeup
    - ███ and stadia is next
    - Low priority  finance look at operator/carrier program impact
- Ntflx
    - Paul to review doc


# 2020 -12-04

- Carrier GPB impact tracking
- Dev Rel support
- KR
    -

CONFIDENTIAL

- Readiness for Jan - Target for review: Next friday X functional meet
  - Alissa Scherchen will link tracker
  - Training , ops enforcement process in progress
  - Submitted automation request for IN/KR devs but likely won't happen in Q1 so we'll fallback to manual solution
  - Indian Enforcement extension proposed finalized, that we are giving it to all partners in India for all users
  - Allow List Allowlist options
    - Dashboard requested
- Spotify MGPB Workback
  - Working through a biz model - next thursday target for new proposal

- 1P/3P differential treatment (billing) - ~Dec 15
  - Guidelines
    - Experimental Fmwk is possible but needs to be time gated and ideally is broader
    - Bifurcate the feature from the economics
  - AI
    - Raymond To get the P2B list refreshed DCB for Stadia/G1
    - Rebecca Silberberg provide a writeup of guidelines
- Finance
  - YT margin test went well, nest and stadia is next
- AGBP
  - Pitch plan
  - Phase 1 -  are we giving away more than we thought, go with  trusted dev to close the feature set.
  - Eligibility criteria - phase 2
  - Paul Feng  is following up on the YT conversation
- Developer Questions
  - Partners who we are pitching AGBP
  - One list of all partners that we are pitching to
- BD- developer  updates
  - Policy ops is not tracking compliance.
  - When and how can we start looking at violators
    - Have that data available but Alissa Scherchen needs to check if we can create a dashboard in time for Jan 20th (else we'll just provide a summary report on a regular cadence).
- Project runway
  - Progressive
- Books
  - Pex next week
- Council
  - Allow price info in consumption only env
  - In app communications
  -

> **Commented [84]:** @prsinghal@google.com - adding this item for discussion.
>
> **Commented [85]:** ack thanks Bec.

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375914

## 2020-11-20

1. KR
   a. Blog post in KR, new app enforcement extension.
   b. Team has published policy center summary page and payments section Alissa Scherchen  will link here:
      i. *The Help Center page containing the information about KR and IN enforcement dates is now live in EN (translation for other languages is underway). We also made some corresponding minor changes on three Policy Center pages (detailed in this doc).*
   c. Year of app pushed out as well, new date TBD
2. Readiness for Jan
   a. Alissa Scherchen will link tracker
   b. Training , ops enforcement process in progress
   c. Submitted automation request for IN/KR devs but likely won't happen in Q1 so we'll fallback to manual solution
   d. Indian Enforcement extension ~~proposed~~ finalized, that we are giving it to all partners in India for all users
   e. Allow List Allowlist options
      i. Dashboard requested
   f. Target for review: Next friday X functional meet.
3. ▮▮▮ MGPB Workback
   a. Working through a biz model - next thursday target for new proposal
4. Finance
   a. YT margin test went well, nest and stadia is next

5. 1P/3P differential treatment (billing) - ~Dec 15
   a. Guidelines
      i. Experimental Fmwk is possible but needs to be time gated and ideally is broader
      ii. Bifurcate the feature from the economics
   b. AI
      i. Raymond To get the P2B list refreshed DCB for Stadia/G1
      ii. Rebecca Silberberg provide a writeup of guidelines

> **Commented [86]:** @prsinghal@google.com - adding this item for discussion.
>
> **Commented [87]:** ack thanks Bec.

6. AGBP
   a. Pitch plan
   b. Phase 1 -  are we giving away more than we thought, go with  trusted dev to close the feature set.
   c. Eligibility criteria - phase 2
   d. Paul Feng  is following up on the YT conversation
7. Developer Questions
   a. Partners who we are pitching AGBP
   b. One list of all partners that we are pitching to
8. BD- developer  updates
   a. Policy ops is not tracking compliance.
   b. When and how can we start looking at violators

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375915

        i.   Have that data available but <u>Alissa Scherchen</u> needs to check if we can create a dashboard in time for Jan 20th (else we'll just provide a summary report on a regular cadence)

9. Project runway
    a. Progressive
10. Books
    a. Pex next week
11. Council
    a. Allow price info in consumption only env
    b. In app communications
       i.

## 2020-11-20

12. Spotify MGPB Workback

| Milestone | Note/Assumptions | Start | End |
|---|---|---|---|
| Launch | Assuming gradual ramp over two weeks | Sept 15 | Sept 30 (enforcement deadline) |
| Integration testing and validation | 6-8 weeks | Aug1 | Sept 15 |
| Development | 6 months | Feb1 | Aug 1 |
| Finalize detailed requirements | Product definition and final UI alignment takes 6-8 weeks | Dec 15 | Feb 1 |
| Deal signed | | Dec 15 | |

13. Indian Enforcement extension <u>proposed</u> that we are giving it to all partners in India for all users
    a. AI: meet on Comms to finalize
    b. Enforcement is ready
14. <u>Allowlist options</u>
15. Comms Timelines ahead of enforcements
    a. Plan to get it done today and share out Doc
    b. Meeting first week of Dec
16. 1P/3P differential treatment (billing) - ~Dec 15
    a. Next week meeting - psinghal
    b. Bec will provide guidelines
    c. P2B list refreshed
       i.   DCB for Stadia
17. [if time remaining] In-App Communications - Final LGTMs

**Commented [88]:** @prsinghal@google.com - adding this item for discussion.

**Commented [89]:** ack thanks Bec.

**Commented [90]:** @tiaa@google.com @pfeng@google.com @mloew@google.com https://docs.google.com/document/d/1s1nEfzb3xgwn3QXUnSYsWDDelQjMMMrb-Qm305DqtJg/edit

please LGTM

Created with Quicknote: v0.8.0 (<u>go/quicknote</u>)

      a. Pfeng please take a look
18. Developer Questions
      a. Partners who we are pitching AGBP
      b. One list of all partners that we are pitching to
19. AVP -
      a. AI: DanielleM to provide a 1-pager aligned  with LRAP Carolyn Kang
      b. Sign the contract and compliant : Calm : when will the deal start
20. KR
      a. 6 month extension?
21. Project Runway
      a.

# 2020-11-12

1. YT
      a. No new info yet, checking with Sameer
2. Allowlist
      a. No Grace , no appeal
      b. Apple does not need it as they are already submitted
      c. Key: treat all devs that have submitted till announcement  as existing, after that new.
      d. India are exempt for 6 months till March 2022
3. Carriers
      a. AI: Christina Schaengold  to follow up on the carrier conversion for exception
4. ▮▮▮▮
      a. Summit  Next week
      b. For today we will uplevel to FOP in INDIA.
5. Country GDP | India Economic Planning
      a. Josh OConnor Brian Brazinski Mike Marchak Economic mitigation on India

6. In app communication
      a.
7. Accelerators
      a. Books AVP going to PEX Danielle Stein need feedback from Paul Feng
         i. Service fee convo on IAB +  AVP benefits
      b. @danielle Marginal Impact investigation
8. Match
      a. Starting to talk with Google ecosystem on disparity of deals.
9. Finance tests
      a. Making progress, Getting all 1P scheduled. YT will be double checked, refreshing data every 3 months
      b. YT not planning a price change. Rationalize difference in price across platforms.
      c. Next steps:  process and cadence definition.
10. India
      a. Features for india coming from multiple sources Paul Feng

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375917

    b. Whitepaper for gPay: Next steps <u>Wilson White</u> has a Gapp brief and schedule time with payments/GAPP and Sameer.

    c. NON OTT dating Apps program

        i. <u>Shalini Poddar</u>

## 2020-11-6

1. 2 docs proposed to be published on the topic of Play vs. Play -- want to ensure that we are aligned with these public comms (added by mloew)
   a. <u>GPay vs. Play Billing Blog Post</u> (owner: Dev Rel)
   b. <u>Payments IN White Paper</u> (owner: Payments/AK)or devs with merchant address and other dimensions - should have an update next Monday (11/09)
2. Plan B
   a. No new
3. India
   a. Paytm
      i. AI: <u>Paul Feng</u> to talk to the sameer on how to handle it.
   b. pfeng@ + Sameer meeting on India Listening tour
   c. Add workstreams 1p-3P - Promotions in store
      i. **Stop merch for 1P in Play till further notice**
         1. Including Promos
         2. Ranked, Featured, Recs and Algorithmic clusters
      ii. AI: <u>Paul Feng</u> to reach out to the owners
   d. Data siloing 1p-3p
      i. Workstream in progress
   e. Messaging accelerators, Service fee discount etc
      i. India team is leading
      ii. Code yellow for top 400 are being closely managed
   f. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
      i. AI: <u>Divya Chandra</u> Evaluate global over the next week or two.
         1. Early mechanical sizing first - raise to sameer
      ii. Based on user country (per transaction)
   g. Policy (Trust and safety team is owning ) - Gambling policy.
      i. Not for this group to track
      ii. We are doing worse than competition.
4. RU conversation
   a. No action for now, discussion in progress, cover next week.
   b. Meeting next week.
5. ▆▆▆▆▆
   a. <u>Danielle Stein</u> Contagion point Discuss with PR,Dev Marketing, GAPP etc
      i. Options for Sept - key points & action plan - framing is the goal
      ii. Combining and Add in an action plan
6. Extensions
   a. Android TV App from Apple - asking extension till sept

Created with Quicknote: v0.8.0 (<u>go/quicknote</u>)

GOOG-PLAY-011375918

      b.  @prsinghal dig up the exception process.
          i.    Communicate a doc Tuesday

## 2020-11-5

7. 2 docs proposed to be published on the topic of Play vs. Play -- want to ensure that we are aligned with these public comms (added by mloew)
    a.  GPay vs. Play Billing Blog Post (owner: Dev Rel)
    b.  Payments IN White Paper (owner: Payments/AK)
[next steps]  some comments Mloew, Dan, Mike and Bec have to agree
8. Enforcement: Any update on the definition of IN devs? We want to submit a asap feature request to build some detection & routing in our tool. Currently we have the developer registered country listed.
    a.  [Priyanka]  Play Console pulling data from developers to cross check merchant address and other dimensions and update next week 11/09

## 2020-10-30

1. YT
    a.  Mrinalini Loew  what is advanced google play billing - AGBP working doc
    b.  How many partners  will get MGBP- Assessment discussion with Sameer
        i.    What is AGBP, how is it solid , solves usecases
        ii.   Proofs on Why
           1.
2. Workstream for "Plan B"KR : tiaa and Purnima
    a.  Discussion /AI : talking points for conversation with Samsung tonight
    b.  Reconvene after the KR Status to finazi options
3. Pseudo credit for subscriptions Priyanka Singhal
        i.    No option to meet Lunar new year but can be fast follow in April.
        ii.   Have  follow up conversation with KR Team on Monday

4. Why Play - P2
    a.  Sarah/danielle: BD  education Deck/Central manifesto : Sarah working on talking points for BD, Talking points verbal talking points
    b.  Tia: Antitrust team is working on service fee justification and talking points
    c.  Mike Fyall: share the location and baseline. localize the content on "How play works" in context of IN -Localize to all languages

5. In app communication
    Mrinalini Loew doc started  guidance on In app communication
    •  Talk to Nicholas Plassaras and Brian
    •  BD input from Richard Baldassari  and  Danielle Stein

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375919

- Design blog post : have some ideas will finalize  in the next policy council meeting.

1. IN feature asks
    - @mrinalini will run the list for alignment with Hareesh and Paul.
    - Service fee waiver 1-pager

6. Payments commits- PayTM Payments followup
    a. Consolidate asks
    b. ▮▮▮▮ needs escalation
    c. Payments compliance issue coming up in **Feb 2021 KR- Stored value**

7. Policy Questions
    a. Doc
8. Devs
    a. Match: AVP : Not on AVP
    b. ▮▮▮▮ _ counter proposal given
    c. ▮▮▮▮ - thinking over the proposal for a week
        i. `Headless apps - Not available for` ▮▮▮▮ `(Only for ATV Launcher apps)`
            1. Ensure that carrier and ATV teams are in the loop.
            2. Jadson Tang doc for carriers contractual discussion.
    d. ▮▮▮▮ 29th ideation meeting
        i.
    e. Bcap: Books and comics (proposal)
    f. Linked in: still early in AVP discussions. Trying to build a business case for integrating GPB before enforcement deadline
9. Carriers
    a. Sync  with Jadson
    b.
10. FOP
    a. Anghami -
    b. FOP Roadmap:
11. Enforcement
    a. Carrier team asking for pre-review but no support available today for it (still following up with Carrier team on more infos re volume, expectations, etc)
    b. Is this a critical ask?
    c. Follow up on how enforcement will happen for India Apps only for Indian users.
        1. AI: @ prsinghal to write a doc

# 2020/10/29

1. India prioritization
    a. Sameer doc will be the basis of prioritization
2. India and KR Cross pollination
    a. Service fee

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375920

3. Decline Rates
   a. India vs value of play
   b. Next steps: deck from Play
4. Payments Conversations
   a. Eng teams would like to start next level conversations
   b. Okay to share MGPB artifacts  with Jonathan and team  while we start the next level dep dives on our PM end.
5. YT
   a. No update

## 2020-10-22

12. YT
13. Workstream for "Plan B"KR : tiaa and Purnima
    a. Discussion /AI : talking points for conversation with Samsung tonight
    b. Pseudo credit for subscriptions Priyanka Singhal
       i. No option to meet Lunar new year but can be fast follow in April.
       ii. Have  followup conversation with KR Team on Monday
14. Value of Play & IN webinar
    a. Tiaa will share how google play works
    b. purnima 's blog: https://india.googleblog.com/2020/10/google-plays-billing-system-update.html
    c. Mike Fyall: localize the content  on "How play works" in context of IN
       i. Localize to all languages
    d. Discoverability  dilution followup
    e. Discoverability issues impacting "Value of Play"
       i. Global  issue
       ii. Mrinalini Loew  will set a deep dive brainstorm  with paul bankhead
    f. Webinar
       i. Moderating the questions, full team support.
15. IN feature asks
    a. @mrinalini will run the list for alignment with Hareesh and Paul.
    b. Service fee waiver 1-pager

16. In app communication
    Mrinalini Loew doc started  guidance on In app communication
    • Talk to Nicholas Plassaras and Brian
    • BD input from Richard Baldassari  and  Danielle Stein
    • Design blog post
17. Payments commits- PayTM Payments followup
    a. Consolidate asks
    b. PayTM needs escalation
    c. Payments compliance issue coming up in **Feb 2021 KR- Stored value**
18. Policy Questions
    a. Doc
19. Devs

Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375921

     a. Match: AVP : close to closing the gap. Progress :-)
     b. ████ _ counter proposal given
     c. ████ - pitch MGBP
     d. ████ meeting on 29th ideation meeting
     e. Bcap: Books and comics (proposal)
     f. Linked in: still early in AVP discussions. Trying to build a business case for integrating GPB before enforcement deadline
20. Carriers
     a. Program next steps:
     b.
21. FOP
     a. Anghami -
     b. FOP Roadmap:
22. Enforcement
     a. Carrier team asking for pre-review but no support available today for it (still following up with Carrier team on more infos re volume, expectations, etc)
     b. Is this a critical ask?
     c. Follow up on how enforcement will happen for India Apps only for Indian users.
           1. AI: @ prsinghal to write a doc

# 2020-10-20

23. Workstream for "Plan B"KR : tiaa and Purnima
     a. Discussion /AI : talking points for conversation with Samsung tonight
     b. Pseudo credit for subscriptions
         i. Setup a followup conversation with KR Team Priyanka Singhal
24. Value of Play & IN webinar
     a. Tiaa will share how google play works
     b. purnima 's blog: https://india.googleblog.com/2020/10/google-plays-billing-system-update.html
     c. Mike Fyall: localize the content  on "How play works" in context of IN
         i. Localize to all languages
     d. Discoverability  dilution followup
     e. Discoverability issues impacting "Value of Play"
         i. Global  issue
         ii. Mrinalini Loew  will set a deep dive brainstorm  with paul bankhead
25. Webinar
     a. Moderating the questions, full team support.
26. IN Asks
     a. @mrinalini will run the list for alignment with Hareesh and Paul.

27. In app communication
     Mrinalini Loew doc started  guidance on In app communication
      ● Talk to Nicholas Plassaras and Brian
      ● BD input from Richard Baldassari  and  Danielle Stein

Created with Quicknote: v0.8.0 (go/quicknote)

- Design blog post
28. Payments commits- PayTM Payments followup
    a.  Consolidate asks
    b.  PayTM needs escalation
    c.  Payments compliance issue coming up in **Feb 2021 KR- Stored value**
29. Policy Questions
    a.  Does india extension apply to apps not based in India - Linked in ?
    b.  Follow up on how enforcement will happen for India Apps only for Indian users.
        i.  AI: @ prsinghal to write a doc
    c.  AVP devs and match in that category Christina Schaengold will add a FAQ.
30.
31. Devs
    a.  Match: AVP : close to closing the gap. Progress :-)
    b.  ▄▄▄▄ _ counter proposal given
    c.  ▄▄▄▄ - pitch MGBP
    d.  ▄▄▄▄ meeting on 29th ideation meeting
    e.  Bcap: Books and comics (proposal)
    f.  Linked in: still early in AVP discussions. Trying to build a business case for integrating GPB before enforcement deadline
32. Carriers
    a.  Program next steps:
    b.
33. FOP
    a.  Anghami -
    b.  FOP Roadmap:
34. Enforcement
    a.  Carrier team asking for pre-review but no support available today for it (still following up with Carrier team on more infos re volume, expectations, etc)
    b.  Is this a critical ask?


# 2020-10-16


35. Workstream for "Plan B"KR : tiaa and Purnima
36. Value of Play & webinar
    a.  Tiaa will share how google play works
    b.  purnima 's blog: https://india.googleblog.com/2020/10/google-plays-billing-system-update.html
    c.  Mike Fyall: localize the content  on "How play works" in context of IN
        i.  Localize to all languages
    d.  Discoverability  dilution followup
37. In app communication
        Mrinalini Loew doc started  guidance on In app communication

Created with Quicknote: v0.8.0 (go/quicknote)

                                                    GOOG-PLAY-011375923

Talk to Nicholas Plassaras and Brian
BD input from Richard Baldassari  and  Danielle Stein
Design blog post

38. ▮▮▮  Payments followup
39. Policy Questions
    a.  Claro Pay: No change on comms, APAC enforcement started
40. Discoverability issues impacting "Value of Play"
    a.  Global  issue
    b.  Mrinalini Loew  will set a deep dive brainstorm  with paul bankhead
41. Match
    a.  AVP : closed the gaps and the team is receptive. Progress :-)

## 2020-10-09

1.  Check if final: Android 12 messaging in central messaging doc
2.  FAQ/reactive comms
    a.  "for India  6 month" Dan working with APAC/EMEA
    b.  Value of Play Mrinalini Loew  will help refresh the current talking points.
3.  Adding a feature? **cheatsheet for raising a feature request for policy**
    1.  Write a 1-pager using template - link
    2.  Send email to play-commerce-policy-discuss with 1-pager
    3.  Follow Up on any questions that come up on email or in the doc.
    4.  Come to this meeting to discuss and close - click link to add to your cal

Policy Questions
1.  InApp communication policy - Mrinalini Loew will follow up for guidance in email.
2.  PayTM priority: Mrinalini Loew  will T up in conversation with Sameer Samat.
3.  Claro Pay: email conversation flagged to Tia Arzu  and Christina Schaengold.

## 2020-10-02

AI
1.  FAQ/reactive comms for India  6 month
    a.  Point to india blog post
    b.  Kr is also asking - Mrinalini has a FOP landscape doc Mrinalini Loew
    c.  Dan Jackson  will working on talking points
    d.  International Dev playing in India

Created with Quicknote: v0.8.0 (go/quicknote)

> **Commented [91]:** Kr is also asking - Mrinalini has a FOP landscape doc  @mloew@google.com _Assigned to Mrinalini Loew_
>
> **Commented [92]:** could you help link the doc here

GOOG-PLAY-011375924

2. Value of Play Mrinalini Loew  will help refresh the current talking points.

**Discoverability (tamzin@)**

- Featuring is no longer impactful
  - New and updated  no longer delivering the installs that warrant 30%
  - Launching on Play (Early Access) 'too crowded', not getting the impact used to get - so now pre-launching on Steam where the 'community is' and where they can build community that will sustain the game in the long term
  - Number of launches is dropping, devs focusing on building long term, profitable, sustainable games. Removing the promotional spot " Updated" of N&U features will remove another key asset for Play that is critical given the drop in new launches.
- UA getting more expensive and IDFA controls removing more targeting for devs, which reduces their control on targeting the "right" users. Impact: needing to find new platforms to acquire users (ie away from google/FB) & increasingly x-promo within own games portfolio.
- Large games groups ████████████████████  have sophisticated billing , know the cost  to service this & factor in variable cost. Adds more pressure to prove the value of the 30%

Commented [93]: @mloew@google.com
@pfeng@google.com

## 2020-10-02 MTV working group

1. Android 12 -  Followup with Charmaine, Richard , jimk
2. Match:  EOD plan
3. Dev timeline
   a. M&E:  Mostly okay already
   b. AVP:  Blocking requirements checked Age of learning is the last
4. Spotify in App communication
   a. Danielle Stein flag in the next sameer meeting, send email to purnima.
5. Status
   a. Ask to  Pull in a status  end of week
6. Comics/books
   a. Sarah Karam  check with hiroshi
   b. Books : service fee, ohana, IAB service fee,
      i. SKU Metadata: Danielle Stein will send an email
      ii. Special books features: Mrinalini Loew will follow up with Rebecca Silberberg
7. YT
   a. Proposal
      i. Key apps vs Critical flows
      ii. Cost for YT Music, YT Premium, YT TV
         1. @mrinalini will follow up  with eunice on must have
         2. @ mrinalini quick 1 -pager guide of 3 options for followup meeting with Sameer next week
         3. Iterate the Experimental framework
            a. Leverage the phasing
8.

Created with Quicknote: v0.8.0 (go/quicknote)

## 2020-10-01 MTV working group

1. Tracker high level items for policy enforcement
2. Android 12
3. Billing lib Timeline
4. Separate time for policy deep dive  - Friday
5. Holdout dev timeline
6. Divya:  carriers deep dive
7. Match
   a. BD prepping clarification to match for "AVP"
   b. There might be other options (Dating specific program, etc)
8. India 6 month extension  is Jan or

## 2020-09-30 MTV working group

Policy Questions
- Launchers
  - Preload does not touch play at all: Not subject to policy as long as not in play store
  - Are updated via play but not searchable (are headless)
    - Commercial Agreement
  - Auto
- Top ups
  - ATM balance, Ewallet - no fee
  - Carrier balances:
  - Gift card redemption: Codes can be redeemed but you cannot sell the giftcards
- Other Queries (physical going digital)


**09/29 APAC Standup**

JP
- Enquires from app developers
  - Entertainment and live streaming:  specific use cases Live Events
    - Followup in email with Christina Schaengold
KR
- KR Thanksgiving started
- ▇▇▇ K-internet send out a statement to ask google to stop the change
  - Wilson, Sarah and Purnima in the loop working with KR leads
China
- No escalation
- Questions on Media and entertainment(Open market pkg) that will follow up over email


Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375926

<u>2020-09-28</u>

**Attendees:** <u>prsinghal</u>, <u>play-payments-policy-core</u>, <u>cschaengold</u>, <u>cherylal</u>, <u>treyes</u>, <u>joedavis</u>

**Action Items**
- Streamline policy launch  Where we can launch the new version with the link to the current version.
- News VAT  launch work to expedite.
- In: Social followup
- AU:  News takedown
- Comics
- Meeting cadence
- Localization of Blog post and Other materials - Priyanka
- Post announcement workstreams
    a. ████
        i. Product : in app comms proposal and detailed feedback : danielle stein
        ii. Commercial: internal alignment happening this week, new proposal targeted
    b. ████
        i. Similar product to ████
        ii. Meeting ? AI:  <u>Danielle Stein</u> and <u>Mrinalini Loew</u>  to create pitch material
    c. India
        i.
    d. KR
        i. KFTC What are we doing in Android 12
        ii. Need info in 1 week - start with a finesse the blog info and share.
    e. AU
    f. Enforcement (headcount, tooling/detection - see proposal draft <u>here</u> - requires access request)
    g. Comms
        i. Ops Headcount : pfeng
- Policy questions: <u>go/paymentspolicy</u> instead of go/askplay
- Android 12
    a. Sameer followup - AI <u>Sarah Karam</u> to discuss how best to engage with Android.
- Google Pay
    a. blog on gPay vs. play billing <u>Mrinalini Loew</u>
- FOP Compass
    a. Not needed on enforcement timeline in Jan
    b. We will park it as a lower priority
-

> **Commented [94]:** @ascher@google.com start draft proposal plan on comms + metrics and share to Priyanka

**Notes**

**BD OPS**
  overall low volumes
-> overall policy vol: normal no unusual spikes
-> No payments related escalations

Created with Quicknote: v0.8.0 (<u>go/quicknote</u>)

GOOG-PLAY-011375927

In depth update and numbers on weekly

**EMEA**

Tamzin - EMEA  all over
- No spike in volume couple dev queries about payments policy no escalations.
- ████████████
- Apps coalition: neutral
- New in EU could have a blowback due to AU
- Matt Briton SVP of EMEA got a  escalation about NewsVAT
  - News publisher may callout VAT as a reason why billing policy is unfair -Tamzin

BR -LATM
- Nothing came up yesterday
- No emails, no escalations: We have approved FAQ and blog post for info
- Playtime for LATM starts today- 4 day event with 2  hr webinars.

RU

https://moma.corp.google.com/person/dimart@google.com

**7.30 PM APAC Sync**

No escalations reported on play-payments-policy-concerns@

KR

KR announcement went well, Naver and Kakao briefed after the announcement.

████████████

- Explained programmes , user promotion.

- ████ asked about the velocity program. Disappointed that it is no longer being offered

- Program details and eligibility need details finalized soon,  need eye on fairness

  - AI to discuss in  tomorrow MTV meeting and setup a KR followup

IN
- Day just started, Purnima Press interaction taking place now
- ████████████ are top of mind
- Positive landing of PR in US will help IN as well.

**JP**

- Comic category is concerned ████

- deeper discussion on ████ on going

- Need another meeting with KOBO CEO with hiroshi and other leaders

--> COMO briefing in conjunction with Android BD, asking for a breakdown of impact figure , so we can propose a solution.

**AU**

- Prebrief for ████ pending  OTT players

- Update in 1- 2 days for AU

- App takedown on security issue ████████ , working to get it back up

-

Created with Quicknote: v0.8.0 (go/quicknote)

Commented [95]: @skaram@google.com

**China**

- Can China Devs be debriefed
    - Hold off, even though this is regular policy prebrief, AI : jennifer chan will send email and Tia will follow up

    - blog post translation needed AI-Prsinghal


**11.00 AM**

Internal Launch announcement being send by Danielle Martinak

**10.30 AM**

1. Checkpoint for gamma and other comms
2. Links in Email incorrect being fixed.
3. Cheryl added a butter bar to old policy page https://support.google.com/googleplay/android-developer/answer/9858738
    a. This is going to be in english on all pages
4. JP and RU policy has last min changes so has not gone live yet

**10 AM**

Launch actions start per go/payments-policy-launch-tracker

- FAQ is live: https://android-developers.googleblog.com/2020/09/commerce-update-faqs.html
- Primary is live: https://android-developers.googleblog.com/2020/09/listening-to-developer-feedback-to.html
- https://support.google.com/googleplay/android-developer/answer/9992660
- Blog has old policy link
    - Add new policy link but keep the old one as well as the new one is not effective till Jan
    -

**9.30 AM**

go/Askpay managed by a new team that is not funded or uptospeed for supporting payments policy

Policy questions from unmanaged partners to route to concerns

Ai: [Alissa] write up a  blurb and send to Ops teams  that were going to use ask play for unmanaged, Long term support followup meeting (scheduled for today at 3:30pm PST)

> **Commented [96]:** do you mean go/askPlay?  go/askPay is for payments requests.
>
> **Commented [97]:** @ascher@google.com

**9.15 am**

Sameer meeting debrief: we are still a go.

- No changes  no notable updates
- Discussed PR events: have started for payments policy


Created with Quicknote: v0.8.0 (go/quicknote)

GOOG-PLAY-011375929

# Exhibit A10
# Public Redacted Version

# EXHIBIT 26

Message
_____

| | |
|---|---|
| **From**: | Gohar Galyan [ggalyan@google.com] |
| **Sent**: | 1/13/2022 7:22:05 PM |
| **To**: | Donald Harrison [harrison@google.com] |
| **CC**: | Sarah Karam [skaram@google.com]; Peter Fitzgerald [peterf@google.com]; Kate Lee [katelee@google.com]; Tamar Fruchtman [tamarf@google.com]; Sarah Carberry [carberry@google.com]; Purnima Kochikar [kochikar@google.com]; Tia Arzu [tiaa@google.com]; Kareem Ghanem [kghanem@google.com]; Olivia Salva [osalva@google.com] |
| **Subject**: | Re: A/C Privileged & Confidential: Match update |

A/C Privileged & Confidential
+ @Kate Lee @Tia Arzu please advise

Hi Don,

It's nice to meet you as well. Please find an update on yesterday's Match listening session and next steps below.

Overall, it was a constructive meeting, with a positive tone. The product discussion focused on three main collaboration opportunities: ████████████████████████████████
████████████████████████████████████████████

We asked them about their plans for compliance in March and received a high level response that didn't signal commitment one way or another; they did note that GPB is missing important functionality, such as installments.

<u>Here</u> is a detailed summary of the meeting.

As for next steps, our recommendation is to deepen our engagement, in parallel with working with them on a path toward GPB compliance. We will follow up to

•

•       Review the latest Play product features to demonstrate how we've delivered on key functionality asks

•

•

•       Collaborate on more robust age gating solutions for Play

**Executive Ask:** We also recommend that you meet with Gary to further probe on their plans for March and to reinforce the March 31 deadline.  We'll create a brief for you for this call and will work with Nicole to find time to review.

Please let us know if you have any questions or suggestions on next steps.

Thanks,
Gohar

On Tue, Jan 11, 2022 at 9:27 PM Donald Harrison <harrison@google.com> wrote:
> Pleased to meet you Sarah and Gohar.  Sounds good and look forward to discussing after you meet with
> Match.

**Exhibit
PX1505**

On Tue, Jan 11, 2022, 8:19 PM Sarah Karam <skaram@google.com> wrote:
A/C Privileged & Confidential
+Kate Lee +Tia Arzu please advise


Hi Don,

Happy New Year; hope you and your family are staying safe and sane during this time. We wanted to share a quick update on our discussions with Match.


Our listening session is scheduled for tomorrow (meeting brief, prepared with guidance of counsel). Paul Feng will anchor the meeting for Google and Tom Jacques, the CTO of Tinder, will anchor the meeting for Match. In addition to hearing their feedback, we'll also try to ascertain Match's GPB plans for the end of March. We will update you after the meeting and we can determine the best next steps (current plan is for you to meet with Gary but we plan to assess based on partner feedback).

Finally, I'd like to introduce you to +Sarah Carberry and +Gohar Galyan. Sarah is leading the NA Apps Monetization Partnerships team while Danielle is on leave; Gohar is a Partnerships Manager on the team, leading the Match relationship, while Brandon is on leave.

Please let us know if you have any questions. We'll update the group after the meeting.

Thanks,
Sarah


--

| Sarah Karam | | Director, Play Partnerships, Apps | | skaram@google.com | | (650) 283-9028 |

GOOG-PLAY-011363672

# Exhibit A11
# Public Redacted Version

# EXHIBIT 27

Message
_____

**From**: Sameer Samat [ssamat@google.com]
**Sent**: 3/31/2022 5:13:09 PM
**To**: Shar Dubey [Sharmistha.Dubey@match.com]
**CC**: Peter Foster [Peter@matchmediagroup.com]; Donald Harrison [harrison@google.com]; Gary Swidler [gary.swidler@match.com]
**Subject**: Re: Following up

Shar,

Thanks for your note.

Thanks for your feedback on User Choice Billing.  While we do not agree that Play Billing would disrupt the user experience we are glad to hear your feedback on the pilot.  The pilot is at a very early stage and we have not determined if we can expand it yet, but we understand your interest and continue to be open to discussion.

With respect to economics, which I think you mentioned is the key issue, we are always open to continuing the conversation to find something that works, as we've been trying to do for the last 18+ months.   As we've said previously, our service fees are lower than any other major app store at 15% for subscriptions.  And if you choose to participate in the User Choice Billing we already offer in Korea, it will be 11% for transactions using your billing there.  The economics have to make sense for us too, as the service fees support our business model and allow us to invest in the ecosystem.

While we are happy to have Sarah engage with Peter, I also wanted to remind you again that the 3/31 deadline still applies (as detailed in this <u>help center article</u>).  Of course, we intend to continue to talk to try to find a path forward.

I spoke with Sarah yesterday and she will reach out to engage with Peter.

Sameer


On Wed, Mar 30, 2022 at 1:27 PM Shar Dubey <<u>sharmistha.dubey@match.com</u>> wrote:
Sameer & Don
Thank you for jumping on a call with us yesterday. Thought about all the issues some more and I think this is where we are.

First, as I have said consistently, solving for user pain is my primary objective. Towards that end, on your offer to consider the S. Korea proposal, the option of having user choice when it comes to billing is definitely the better option. It will mitigate a lot of user confusion and pain. We won't have to worry too much about the feature gaps that still remain on Google Billing. So I am glad we are converging on this. We will start working with our teams to figure out how to implement this dual option model.

On the economics though, there are important considerations to think through - not just impact to us financially, but to consumers and also the net earnings you collect from us. Android is unique in that you make revenue from us on direct ad spend as well as the app store fees you charge on GPB transactions. We spend a large amount of marketing dollars on UAC and the android platform to drive user growth (much more than the commission fees). These are already fairly low ROI as I had mentioned. A 15/11 - 30/26% commission structure (which you have proposed to the KCC but hasn't yet been settled) will make almost all of the marketing spend unprofitable, forcing us to raise price for consumers and meaningfully cut marketing spend.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

The total ad spend + fees commission payment from us to you will end up being lower. And it will hurt user growth on the Android platform. In our view, this can't be a good thing for anyone.
Something for you to think about as you are evolving your thinking - especially in light of the fluidity of things unfolding around the world.

But we definitely want to figure out a solution soon in order to avoid disruption and hoping we can get to a productive outcome. I am also ccing Peter here to engage with your team as needed.
Thanks
Shar

On Mon, Mar 28, 2022 at 7:42 PM Shar Dubey <sharmistha.dubey@match.com> wrote:
  Thanks Sameer and adding Gary. We should definitely jump on a call tomorrow to discuss (If you can have Erin work with Lynne to calendar).

  We can talk through the points below tomorrow. To note that we've had "User Choice Billing" on Tinder for several years now. So am super interested in learning more about the pilot specifics you are looking to test.

  And my primary objective is to prevent User Experience disruption followed by economic  harm to users as well as our business (both Revenue and EBITDA) - and as we discussed, the revenue impacts are new information based on the status of GB feature set and performance.

  Looking forward to discuss a solution tomorrow
  Thanks
  Shar

On Mon, Mar 28, 2022 at 6:41 PM Sameer Samat <ssamat@google.com> wrote:
  Shar,

  Thanks for your note.

  If it makes sense we would be happy to do a call between  you and Gary, Don and I and walk through all of this –  really hoping we can find a resolution together.

  There are a few things that you're mixing together and I'd like to ensure you understand them clearly before we discuss next.

  First, there is the pilot we've announced for User Choice Billing.   This is at an early stage to test an experience with a limited set of developers where users select between Google Play Billing and an alternate billing system on apps downloaded from Play, and we are just getting started. Happy to provide more information when we connect next if you want to learn more..

  Second, there is the separate question of economics.  From your email and our conversations it seems like this is the primary issue for you.  And while we don't discuss the details of our relationships with other companies the information you've included in your note does not reflect arrangements we have.

  Like any business, we charge for the services we provide and our service fee helps us continue investing in the ecosystem, to the benefit of users and developers like Match that have built and grown their businesses with us.  As you know, we've been moving away from a one-size-fits-all approach and have been evolving our fee structure to address developers' different needs.  Our fees are now lower than any other major app store.  For Match's subscription services, we charge a 15% service fee.

GOOG-PLAY-011270138

So, there are two things here that are separate and distinct (the pilot and our business model).  As an example in South Korea, where we do have user choice billing available for all developers, our service fee would be 15% with play billing and 11% when the user selects your billing for subscriptions.   Given this is available now, I was wondering if this was interesting to you?

Given that you have previously mentioned that you had wanted 18% and that you currently pay higher service fees on other platforms, we believe our approach, of 15% for subscriptions, is fair and competitive.

Lastly, we have a different perspective on the legal issues mentioned in your message.  Although we appreciate hearing your views, we don't think it will move the ball forward to respond to them, so we'll just leave it at that.

As I mentioned above, happy to connect on the phone -- happy to jump on tomorrow if it works for you.


best,


sameer


On Sat, Mar 26, 2022 at 4:08 AM Shar Dubey <sharmistha.dubey@match.com> wrote:
 Thanks Sameer - looking forward to a positive resolution. Have a great weekend as well!
 Shar

 On Fri, Mar 25, 2022 at 8:48 PM Sameer Samat <ssamat@google.com> wrote:
  Shar,

  Thanks very much for your note.  We will discuss this internally and come back to you monday with our thoughts.

  Have a great weekend!

  Sameer


  On Fri, Mar 25, 2022 at 12:13 PM Shar Dubey <sharmistha.dubey@match.com> wrote:
   Thanks Sameer for getting back to me - although I have to say I am disappointed that we haven't been able to resolve this yet. Esp given the discussion we've had about all the user pain and financial impacts we are going to be hit with if you push forward with your exclusive mandatory IAB for a select set of developers while simultaneously acknowledging the value of "user choice" with your partnership with Spotify that you just announced.

   With the passage of DMA yesterday, it is now clear that this new model (mandatory exclusive IAB at 15% and 30% tax) you are forcing us into is outlawed/soon to be outlawed in almost half the world. It is already illegal in S. Korea and Netherlands (we don't yet have clarity from you on how to meet the Mar 31 deadline while still being compliant per those countries' laws) and is soon to be illegal in India and the EU.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY                                      GOOG-PLAY-011270139

And while your team has closed some of the feature gaps Google Billing has had for years relative to more mature subscription services like ours, there are still gaps which are going to hurt user experience and revenue. ███████████████████████████████████████████████████████

And with this additional tax, almost all of our marketing spend on Google UAC becomes unprofitable. As I had mentioned to you, paid marketing is the only source of growth in the US on Android for us. We will be forced to raise price for customers at a time when inflation is already hurting much of the user base most impacted by this.

I am still hoping you were sincere when you said you did not want to hurt our users or our business. So I think there are 2 reasonable paths we can take:
Option 1: "User Choice" option
- I was very happy to see you embracing the value of "user choice" in the blog post you sent regarding the Spotify deal. Similar to that, in this option, both 3P Billing and Google Billing are presented to the user (something we already have on Tinder and have been paying large fees to you for years). This will go a long way to solve some of the user pain (due to feature gaps) as well as some of the Revenue hits our platforms are anticipating
- We would deploy this across our platforms and globally assuming ███████████████████████████████████████████████████████████
- We would work with you to help enhance your subscription services as well as any Android specific development opportunities the teams identify
This is much easier for us to deploy than all the crazy qualifiers and unquantifiable credits that were part of all the previous economic proposals

Option 2: Status Quo option
- Given that with the Spotify deal, you have opened the door to no longer solving for "ecosystem fairness" with these compliance rules, given the Dating specific ruling by the ACM or even due to the feature gaps that will uniquely hurt our business, we would accept an exception to compliance on 3/31 as an alternative to Option 1. Since you will now have to change policies again later this year, this avoids a lot of disruption to users and the business for a short period of time.

Since we last spoke, 2 big things have happened - DMA has passed and the 3/31 business model you are forcing us to comply with will be outlawed in half the world soon. And you have rightly acknowledged the value of "user choice" with the announcement of your Spotify deal. Which is why I am very hopeful that you all will work with us on either of the above options (both of these are simple enough to execute in short order) so as not to cause disruption to our users and our business.

Sincerely hoping to come to an agreement by Monday and let me know how best to engage with your teams,
Shar

On Fri, Mar 25, 2022 at 12:33 AM Sameer Samat <ssamat@google.com> wrote:
> Shar,
>
> I have been running around all day and didn't have a chance to give you a ring and it's a bit late now so I thought I'd drop you a quick note.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Thanks for our recent conversations.  I talked with my team about the features you raised and I wanted to relay what I heard about the status.  ████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████

On economics, as you know, we've made a series of proposals in the past – and we've taken a leadership position on service fees (15% on subscriptions).

When I caught up with Sarah today on all of this she mentioned Peter had given her a call – but a number of the things he said didn't seem to properly capture our conversation.

So to move things forward quickly I think it would be best to avoid the telephone game and have your team talk directly with Sarah about any help you need to align with the 3/31 requirements so we can fast track assistance on our side as well as any business proposal that you have.

Hope all is well, and congrats on the recent launch! Look forward to hearing more about how it's going!

best,
sameer

On Wed, Mar 23, 2022 at 11:50 AM Shar Dubey <sharmistha.dubey@match.com> wrote:
  Thanks Sameer! The India info is timely given some of my conversations later this afternoon.
  Meanwhile we are also sharpening our pencils on the economic impact and it is worrisome to see the
  rollup coming in at higher numbers than the headline number the teams were previously discussing -
  despite the subscription rate going down from 30% to 15%. The biggest reason for this is the revenue
  declines the businesses are now estimating as a result of the various feature gaps and consumer impact
  we had discussed.
  Hence looking forward to your thoughts on that and sincerely hoping we can solve
  Thanks again
  Shar

On Wed, Mar 23, 2022 at 10:49 AM Sameer Samat <ssamat@google.com> wrote:
  Hi Shar,

  Wanted to get back to you on your India timeline. We posted this externally and explained
  what I mentioned to you when we spoke. I would point people to that and certainly we are
  available to anyone who would like to discuss further -- you can point them to us.


  On the other topics we discussed, I am discussing with the team and will come back to you
  with thoughts.


  Thanks very much!


  sameer

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

# Exhibit A12
# Public Redacted Version

# EXHIBIT 28

Message

| | |
|---|---|
| **From**: | Shar Dubey [sharmistha.dubey@match.com] |
| **Sent**: | 5/2/2022 7:12:38 PM |
| **To**: | Sameer Samat [ssamat@google.com] |
| **CC**: | sundar@google.com |
| **Subject**: | Fwd: Quick call |

Hi Sameer
Jumping back into this. I'm really disappointed by where we are. It feels like we've reverted back from being able to offer users the choice of how to pay and all the features they are used to that GBP doesn't support yet. This is very harmful and disruptive to our users' and their experience. I really believe these kinds of things are better solved by working together. That said, while I don't want to litigate this matter in the courts, this policy change will massively and irreversibly harm our consumers and our business and if you push forward, we will have no choice. It also makes little sense to force us to do this change now while you figure out your user choice model and make us revert again in a few months. I really hope we do the right thing for the consumer here - extend the timeline until you have clarity on your end and we can sort this out.
Thanks
Shar

---------- Forwarded message ---------
From: **Gary Swidler** <gary.swidler@match.com>
Date: Mon, May 2, 2022 at 12:30 PM
Subject: Fwd: Quick call
To: Shar Dubey <sharmistha.dubey@match.com>


---------- Forwarded message ---------
From: **Gary Swidler** <gary.swidler@match.com>
Date: Mon, May 2, 2022 at 10:54 AM
Subject: Re: Quick call
To: Donald Harrison <harrison@google.com>


Don:

While I appreciate your response, it's disappointing, inaccurate, and even a bit misleading.

Google's so-called user choice billing offers nothing new for developers or users. As you know, many Match Group brands have long offered users the choice between our own payment solution and Google's. In some cases, users prefer our solution over Google's by a 3-1 margin, even though the price is the same (as Google requires). But Google doesn't get to extract its 15-30% tax on users who choose our solution, and that's why Google is now taking that choice away from users. Indeed, a more appropriate name would be "Google Choice Billing," because all it means is that Google gets to pick which apps can offer users alternative payment solutions and which ones can't, with the criteria for selection shrouded in secrecy. Google is simply leveraging its control over the Play Store to fully insert itself between developers and their (not Google's) users.

When Google asked Match Group brands to enable in-app purchases long ago, Google knew that we and our users preferred our payment solution and assured us that we could continue to use it. As we have explained to

Google many times now, breaking that promise will result in incalculable harm to our users and Match Group brands. Among other things, it will strip away the choice of billing platforms that our users have long enjoyed and relied upon when it comes to Match Group brand apps, causing confusion and frustration—which will be directed at us, not Google, and negatively affect our reputation.  It will also prevent us from providing customer service for in-app purchases, inhibit our ability to obtain information about users in our effort to provide a safe platform, and divert our attention from other user-requested features while we are forced to spend time limiting our user's choice to only Google's payment platform. And "incentives" in the form of marketing and Cloud credits do not compensate for this harm.

What's worse, you and your colleagues have not provided any credible justification for breaking Google's promise. You claim that user choice billing is in an early stage, but Match Group brands have been successfully offering alternative payment solutions allowing true user choice for over a decade. Your reference to intentional structure with specific requirements is pretext. There's no harm to Google in allowing Match Group brands to continue offering their own payment solutions, as history demonstrates.  But the harm to our users and Match Group is immense.  We're simply asking that the status quo remain in place while we work together to address the gaps between Match Group's payment system and Google's.  You are already granting a similar extension in India, and by your own admission, you are not ready to offer User Choice or fix the feature gaps associated with Google Play Billing.  But because you want to extract huge fees, you are putting consumers last by forcing us to start using your billing system, with all its shortcomings, in order to stay in the Play Store.

But while you claim to be "keen to keep working together," actions speak louder than words. As our discussions these past few months have made clear, "working together" no longer means what it used to. It used to mean cooperation and doing what's best for the user. But as Google has grown bigger and more powerful, it now means acceding to Google's demands.

So when you say that we are developing a "plan for compliance," of course we must.  We have no choice. Google has pulled a bait and switch on us (and numerous other developers) by monopolizing app distribution on Android OS such that the consequences of being kicked off the Play Store are fatal at this point.

Given such consequences, if you do not agree to at least an extension until you work with us to figure out a model that is not disruptive and harmful to consumers, we will be forced to consider all its options, including legal action, especially in light of the significant and immeasurable harm that would befall our users and our brands, if Google tries to enforce its new arbitrary deadline.  We have a complaint ready to be filed in the US, and intend to take action in the Netherlands, Germany, France, India, with others to follow.  We also intend to share all information relevant to this matter with Congress.  We know that Google has been sued over some similar issues in the past, and such lawsuits are pending, as are investigations by antitrust authorities in multiple countries. But Match Group is uniquely positioned to pursue such claims due to our long course of dealing, in which Google has allowed Match Group brands to use alternative payment solutions—a relationship that has been lucrative for Google. It's not our preference to commence legal action against Google. But it appears that you are leaving us no choice.

Our companies have enjoyed a long, productive relationship. I remain hopeful that we can resolve our dispute. Please let me know by close of business today if Google will reconsider its decision to require Match Group brand apps to use Google Play Billing, or at minimum its refusal to grant an extension for Match Group brand apps.  If it won't, or I do not hear from you by then, we will proceed accordingly.

Gary

On Fri, Apr 29, 2022 at 6:40 PM Donald Harrison <harrison@google.com> wrote:

CONFIDENTIAL

GOOG-PLAY-011220643

Gary,

I wanted to follow up from our call earlier this week. As you requested, we moved quickly to try to provide feedback on a path forward and I relayed your views and likely course of action with the teams:

- At this early stage in the inception of the user choice billing pilot, we cannot commit to extending this to you. The pilot is intentionally structured, with specific requirements e.g., regarding UX, API usage, and trust & safety requirements, and we're not ready to expand to more partners just yet. We are working hard to include more participants, and we hope to engage on next steps in the near term, but that will be, at least, a few more weeks out.
- We heard from Peter that you have a plan for compliance for your apps ahead of 6/1, which is great to hear. We'd suggest you continue working towards this plan and we will update you on the pilot timing as soon as we have more to share.
- In the interim, our offer ███████████████████████████████████ still stands. We'd be happy to work together on this as you come into compliance, and continue leaning into our partnership.
- We're also keen to keep working together across our teams to invest in your growth on mobile, and support the expansion of Hinge in Europe and your full Match portfolio.

Please call me or suggest a time for a call if you want to walk through this.  My cellphone is 650.743.0260 and could talk over the weekend or Monday.  Wanted to get back to you quickly as you asked for a response today so apologies for the email.  Happy to walk through this to make sure it is clear.

Thanks,
Don

On Thu, Apr 21, 2022 at 1:37 PM Gary Swidler <gary.swidler@match.com> wrote:
Don, I hope this email find you well.
I wanted to see whether you'd like to chat briefly next week before our earnings call which is the week of May 2. I think it would be good for us to do so, as we have in the past. Let me know. Thanks,
Gary

--
Gary Swidler
Chief Operating Officer and Chief Financial Officer

Cell: ███████████

CONFIDENTIAL

# Exhibit A13
# Public Redacted Version

# EXHIBIT 30

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD |

**EXPERT REPORT OF DR. GREGORY K. LEONARD**

October 3, 2022

# TABLE OF CONTENTS

I.     Qualifications ...................................................................................................1

II.    Assignment and Summary of Conclusions .....................................................2

    A.     Google's Counterclaim Damages against Epic Games, Inc. ...................2

    B.     Google's Counterclaim Damages against Match Group .........................3

III.   Google's Counterclaim Damages against Epic Games, Inc. ...........................4

    A.     Background ..............................................................................................4

    B.     The Economics of Damages ...................................................................5

        1.     Google's Compensatory Damages...............................................5

        2.     Google's Restitution for Unjust Enrichment ..............................7

    C.     Calculation of Google's Damages and Restitution.................................7

        3.     Loss of Service Fees ...................................................................7

        4.     Restitution For Unjust Enrichment ...........................................10

            i.     Restitution in Connection with *Fortnite*'s Launch on
                Android in 2018 ...............................................................11

                a.     Expenses from Engineering Hours ........................11

                b.     Expenses for Services and Projects Related to
                    *Fortnite'*s Launch on Android in 2018 ..............13

            ii.    Restitution in Connection with *Fortnite*'s Launch on
                Google Play in 2020........................................................13

                a.     Expenses from Engineering Hours ........................13

IV.    Google's Counterclaim Damages against Match Group .................................15

    A.     Background ............................................................................................15

    B.     The Economics of Damages .................................................................16

    C.     Calculation of Google's Damages ........................................................17

        1.     Loss of Service Fees During the Extension Period (October 2021 –
            March 2022)................................................................................17

        2.     Loss of Service Fees Starting in April 2022 .............................21

V.     Conclusions....................................................................................................24

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

# I.      Qualifications

1.      My name is Gregory K. Leonard. I am an economist and Vice President at Charles River Associates, 601 12th Street, Suite 1500, Oakland, CA 94607.

2.      I received a Bachelor of Science in Applied Mathematics-Economics from Brown University in 1985 and a Ph.D. in Economics from the Massachusetts Institute of Technology in 1989. After receiving my Ph.D., I became an assistant professor at Columbia University. I subsequently moved into economic consulting and worked at several economic consulting firms prior to joining CRA.

3.      My specialties within economics are applied microeconomics, the study of the behavior of consumers and firms, and econometrics, the application of statistical methods to economics data.  I have published more than sixty articles in scholarly and professional publications, which are listed on my curriculum vitae, which is attached as Appendix A. Many of these articles address issues in industrial organization, antitrust, and econometrics.

4.      I am the Vice Chair for Economics of the Editorial Board of the Antitrust Law Journal and have served as a referee for numerous economics and other professional journals.  I have given invited lectures on antitrust issues at the Federal Trade Commission (FTC), the United States Department of Justice (DOJ), the Directorate General for Competition of the European Commission, the Fair Trade Commission of Japan, and China's Supreme People's Court and Ministry of Commerce. I have been retained by the DOJ to consult on antitrust matters.

5.      In 2007, I served as a consultant to, and testified before, the Antitrust Modernization Commission, which was tasked by Congress and the President of the United States to make recommendations for revising U.S. antitrust laws.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

such as Match and OurTime, do not offer Google Play's billing system as a payment method at all.[40]

35.     I understand that Google made an announcement on September 28, 2020, which clarified that developers must use Google Play's billing system for in-app sales of digital content and subscription services and remove alternative billing systems, but "g[ave] a year (until September 30, 2021) to complete any needed updates."[41]  Match Group requested and was granted an extension until March 31, 2022 by Google. [42]

## B.    The Economics of Damages

36.     Google's compensatory damages from Match Group's alleged breach of contract and false promise are equal to the difference in Google's financial position between the counterfactual "but-for" world, in which the alleged unlawful conduct did not occur, and the actual world, taking into account the terms of the contract.[43]

37.     I have been asked to assume that Match Group obtained the extension from October 1, 2021 to March 31, 2022 under false promises and was in breach of the DDA at least from the beginning of the extension, i.e., October 1, 2021 ("original compliance date").  (I have not been asked to calculate damages for any breach by Match Group prior to that date.)  On these assumptions, Google has been deprived of service fees starting from at least October 1, 2021 on

---

[40]  Match's Supplemental Responses to Defendants' Interrogatories, No.9, September 16, 2022.  Plenty of Fish offers payments through Google Play's billing system in certain markets, including Mexico, Brazil, Germany, Italy, the Netherlands, Norway, Spain, and Sweden.

[41]  "Listening to Developer Feedback to Improve Google Play," Android Developers Blog, September 28, 2020, https://android-developers.googleblog.com/2020/09/listening-to-developer-feedback-to.html; "Payments," Google, https://support.google.com/googleplay/android-developer/answer/9858738.

[42]  See, for example, GOOG-PLAY-011457123.

[43]  See Allen, Mark A., Robert E. Hall, and Victoria A. Lazear, "Reference Guide on Estimation of Economic Damages," in Federal Judicial Center and National Research Council, *Reference Manual on Scientific Evidence,* The National Academies Press, 2011, pages 429 and 433.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

subscriptions and non-subscription in-app purchases ("in-app purchases") processed by non-Google Play billing systems ("alternative billing systems") for Match Group's apps distributed by the Google Play Store.  These lost service fees represent Google's compensatory damages from Match Group's alleged unlawful conduct.  Since Match Group was unjustly enriched by not paying these service fees to Google, the lost service fees also represent restitution for Match Group's unjust enrichment.[44]

## C.  Calculation of Google's Damages

### 1.  Loss of Service Fees During the Extension Period (October 2021 – March 2022)

38.     I understand that Match Group requested an extension and remained non-compliant between October 2021 and March 2022 (the "extension period").  I have been asked to assume that Google has been deprived of service fees on sales from subscriptions and in-app purchases processed by alternative billing systems for Match Group's apps distributed by the Google Play Store from at least the original compliance date to March 2022, or during the "extension period."

39.     For the period from October 2021 to December 2021, I quantify the in-app sales from subscriptions and in-app purchases processed by alternative billing systems for Match Group's apps distributed by the Google Play Store using the monthly global revenue from alternative billing systems for a selected set of its apps distributed by Google Play, including Tinder, OkCupid, Match, OurTime, and Plenty of Fish, based on the data Match Group

---

[44]  I understand that Google also invested in adding features to its billing system under the expectation that Match Group would bring its apps into compliance with the DDA.  See, e.g., Google Counterclaims to Match Group, ¶ 52.  Because my calculations of Google's damages and/or restitution based on Match Group's conduct does not include the value of these investments, my calculations are conservative.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

17

amount by which Epic was unjustly enriched as a result of its unlawful conduct. I calculate Google's damages from lost service fees to be ▮ and restitution for Epic's unjust enrichment to be at least in the range of ▮

53.     Assuming Match Group's liability has been established, I understand that Google is entitled to seek compensatory damages in the form of lost service fees as a result of its unlawful conduct. I calculate Google's damages from lost service fees between October 2021 and July 2022 to range from ▮ to ▮ I understand that the damages are ongoing and reserve the right to update my calculations extending the damages period through trial when such data become available.

![signature: Gregory K. Leonard]

_____
Gregory K. Leonard

Dated: October 3, 2022

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

25

# Exhibit A14
# Public Redacted Version

# EXHIBIT 32



Exhibit
PX1510

Proprietary + Confidential

ATTORNEY-CLIENT PRIVILEGED

## Goals (Google & Match)

- **Google's Goals:**
  - ○ Align on our approach to the 8/23 Match Group exec meeting
  - ○ Understand if we can bring Tinder back to the platform and strengthen overall Match relationship

- **Match / Tinder's Goals:**
  - ○ Match will not share Tinder's test results until the meeting
  - ○ Match is expecting Play to offer an adjusted rev−share
  - ○ Match's data will support their use−case for a lower rev− share

Google

Proprietary + Confidential

ATTORNEY-CLIENT PRIVILEGED

## Proposed Approach Summary

- **Google's Perspective:**
  - ○ No desire from Google as of now to discuss lowering the rev-share to 15%
    - ■ Tinder Consumer Spend: ▮▮▮▮ *(Period: 2018Q1–2019Q1)*
    - ■ 30%: ▮▮▮▮▮
    - ■ 15%: ▮▮▮▮
  - ○ A Hug like approach would likely not bridge the monetary gap Match/Tinder would be seeking and feel Match/Tinder will likely hold their ground given their public statements around offering user–choice via multiple payment options
- **Utilize the time to understand from Match/Tinder:**
  - ○ Tinder results or findings from their current billing test: conversion, FOP gaps, country performance, etc
  - ○ Gain Tinder/Match's perspective on the value exchange with the Play platform/partnership and the economics involved
  - ○ Discuss how to best partner over the next 5–10yrs
- **Preferred Outcome:**
  - ○ Tinder commits to sharing billing test results and form a close working relationship to help improve our platform (Netflix approach)
  - ○ Better understanding from Google how to position value for the ecosystem

Google

ATTORNEY-CLIENT PRIVILEGED

## Updates from Match Group's Q2 2019 earnings call

- **IAC exploring spin-off of Match Group**
  - ○ IAC says it's exploring a possible distribution of its interests in Match Group and ANGI Homeservices to its shareholders, the company's CEO said in a shareholder letter Wednesday.
  - ○ The company expects to reach a conclusion "in the coming months."
- **Reference Google's "open platform" and already offering "multiple payment options across other brands" when asked about asked about Tinder's recent change**
  - ○ *"Google has been a more open platform. And as I said, we've been offering this option on many of our brands. So, I'm going back a fairly long time. So this is not new from a Google perspective."*
  - ○ *Apple has tended to be more restrictive. And so we'll see what happens with Apple, we love to offer the same kind of choice on Apple as we do with Google, but it's not clear to us if or when that's actually going to be able to happen.*

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007346900

Proprietary + Confidential

ATTORNEY-CLIENT PRIVILEGED

## Key Match Group Attendees



- Shar Dubey, President @ Match Group
- Decision maker, historically friendly towards the Play relationship



- Adrian Ong, SVP @ Match Group, Investor & Advisor
- Ornery towards Play and questions the value of GPB. Involved in building Match Group's current billing platform.



- Elie Seidman, CEO @ Tinder
- Eng background and very data driven. Values the Play/Google relationship, but will ultimately defer to Match Group on decision making.

Google



Despite generating the highest apps revenue from Play, Tinder severely under indexes on the % of installs coming from Play driven sources (e.g. Prex, Related etc.) vs dating peers (Pairs, OkCupid, Meetic) and games.

Thus the team estimates that if you compare the value of non-Search driven discovery vs. revenue share paid, Tinder is now deriving only 10% of the revenue share value vs. the 30% they pay.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

ATTORNEY-CLIENT PRIVILEGED
Projected Revenue Loss to Play from Tinder de-integration



NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007346903

ATTORNEY-CLIENT PRIVILEGED

## Match Group X–Google

- **LCS:** Match Group spends **~$30–$40M** in total budget. Tinder is ramping spend and pacing towards **~$2M in 2019.**
- **DFP/AdX:** Ads monetization accounts for roughly **$85M / year for Tinder** (~$65 direct sold vs $20 programmatic) – small relative to other revenue streams
- **Cloud:** Tinder has **low level of engagement** and the level of effort required to switch Cloud providers (and associated risk) is currently perceived as greater than the value of incentives Cloud can deliver. Match.com represents ███████ opportunity and has been actively engaged with Cloud.
- Additional XFN relationship details here



NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007346905



Proprietary + Confidential

ATTORNEY-CLIENT PRIVILEGED

## How we think they will respond

| Option #1 | Option #2 | Option #3 |
|---|---|---|
| Will wait until a policy enforcement date is announced and would expect very low engagement with Play until then. We previously pre-briefed Match about pending policy changes with no enforcement leading to distrust in the relationship. | They are most likely to accept a rev-share reduction, but will be keen to negotiate. They've noted in the past 30% is completely arbitrary and will most likely have similar feedback to 15%. | General interest in exploring in more detail, but have traditionally been slow to engage on all new opportunities. Will be a slow process overall. |

Google





Proprietary + Confidential

ATTORNEY-CLIENT PRIVILEGED

## What we propose

**Option #1**

**Least viable** unless we feel policy **will 100%** move forward by EOY. We'll continue to see other developers in the ecosystem de-integrate during that time and have the risk of policy slipping.

**Option #2**

**Viable -** This will be the fastest way to have Match engage and bring them back to the platform, risk of them trying to negotiate below 15%. Limits future rev-share negotiation options

**Option #3**

**Most Viable**, given Hug as an established approach, but limited platform opportunity outside of ad spend. Could drive interest X-Match, but could be a slow process based on how Match generally engages.

Google

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

**Match/Tinder Velocity Plan for the Future**

Play will invest across Google to accelerate your success

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Tinder - Cross-Google Service Pack Offering (Program Impact)





Match Group - Cross-Google Service Pack Offering (Program Impact)

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007346911

Proprietary + Confidential

Appendix

Google

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007346912



Currently offered Hug █████████ offers and service level

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007346913



NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



- Mention support / account team & TSC
- Mention form

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007346915



Hug - Cross-Google Service Pack Offering (Program Details)

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007346916



○ **Developer benefits : Committed buyers, new business model that needs refinement**
○ **Google benefits : Diversifies our business, stronger relationships w/ users**

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY