John C. Hueston (SBN 164921)
jhueston@hueston.com
Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:     (949) 229-8640

Joseph A. Reiter (SBN 294976)
jreiter@hueston.com
Christine Woodin, SBN 295023)
cwoodin@hueston.com
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:     (213) 788-4340

*Counsel for Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc.*

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for the Plaintiff States*

Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone.: (212) 687-1980

*Co-Lead Counsel Consumer Plaintiffs*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

*Caption continued on next page.*

---

GIULIANELLI DECLARATION ISO MOTION TO BIFURCATE COUNTERCLAIMS AGAINST EPIC AND MATCH
Case Nos. 3:21-md-02981-JD, 3:22-cv-02746-JD, 3:20-cv-05671-JD, 3:20-cv-05761-JD & 3:21-cv-05227-JD

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC, et al, v. Google LLC, et al,* Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF KARMA M. GIULIANELLI IN SUPPORT OF PLAINTIFFS' MOTION TO BIFURCATE DEFENDANTS' COUNTERCLAIMS AGAINST EPIC AND MATCH**<br><br>Judge:   Hon. James Donato<br><br>Date:       August 31, 2023<br>Time:       10:00 a.m.<br>Courtroom: 11 |

# DECLARATION OF KARMA M. GIULIANELLI

I, Karma M. Giulianelli, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am an attorney with the law firm of Bartlit Beck LLP, counsel of record for Consumer Plaintiffs in the above-captioned case.

2. I submit this declaration in support of Plaintiffs' Motion to Bifurcate Defendants' Counterclaims Against Epic and Match. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of the transcript of the deposition of ███████, taken in this action on December 9, 2021.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a document produced by Google in this action, bearing Bates numbers GOOG-PLAY-000404105–106, which was marked as deposition exhibit DX0017.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a document produced by Google in this action, bearing Bates numbers GOOG-PLAY-000512371–372, which was marked as deposition exhibit DX0018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of July 2023, at San Francisco, California.

*/s/ Karma M. Giulianelli*
Karma M. Giulianelli

**E-FILING ATTESTATION**

I, Douglas J. Dixon, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Douglas J. Dixon*
Douglas J. Dixon

---

GIULIANELLI DECLARATION ISO MOTION TO BIFURCATE COUNTERCLAIMS AGAINST EPIC AND MATCH
Case Nos. 3:21-md-02981-JD, 3:22-cv-02746-JD, 3:20-cv-05671-JD, 3:20-cv-05761-JD & 3:21-cv-05227-JD