| | | |
|---|---|---|
| 1 | John C. Hueston (SBN 164921) | Karma M. Giulianelli (SBN 184175) |
| | jhueston@hueston.com | karma.giulianelli@bartlitbeck.com |
| 2 | Douglas J. Dixon (SBN 275389) | **BARTLIT BECK LLP** |
| | ddixon@hueston.com | 1801 Wewatta St., Suite 1200 |
| 3 | **HUESTON HENNIGAN LLP** | Denver, Colorado 80202 |
| | 620 Newport Center Drive, Suite 1300 | Telephone: (303) 592-3100 |
| 4 | Newport Beach, CA 92660 | |
| | Telephone:     (949) 229-8640 | |
| 5 | | Hae Sung Nam (*pro hac vice*) |
| 6 | Joseph A. Reiter (SBN 294976) | hnam@kaplanfox.com |
| | jreiter@hueston.com | **KAPLAN FOX & KILSHEIMER LLP** |
| 7 | Christine Woodin, SBN 295023) | 850 Third Avenue |
| | cwoodin@hueston.com | New York, NY 10022 |
| 8 | **HUESTON HENNIGAN LLP** | Telephone.: (212) 687-1980 |
| | 523 West 6th Street, Suite 400 | |
| 9 | Los Angeles, CA 90014 | *Co-Lead Counsel for Consumer Plaintiffs* |
| | Telephone:     (213) 788-4340 | |
| 10 | *Counsel for Plaintiffs Match Group, LLC;* | Paul J. Riehle (SBN 115199) |
| 11 | *Humor Rainbow, Inc.; PlentyofFish Media* | paul.riehle@faegredrinker.com |
| | *ULC; and People Media, Inc.* | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 12 | Brendan P. Glackin (SBN 199643) | Four Embarcadero Center, 27th Floor |
| 13 | bglackin@agutah.gov | San Francisco, CA 94111 |
| | **OFFICE OF THE UTAH ATTORNEY GENERAL** | Telephone: (415) 591-7500 |
| 14 | 160 E 300 S, 5th Floor | |
| 15 | PO Box 140872 | Christine A. Varney (*pro hac vice*) |
| | Salt Lake City, UT 84114-0872 | cvarney@cravath.com |
| 16 | Telephone: (801) 366-0260 | **CRAVATH, SWAINE & MOORE LLP** |
| 17 | | 825 Eighth Avenue |
| | *Counsel for the Plaintiff States* | New York, New York 10019 |
| 18 | | Telephone: (212) 474-1000 |
| 19 | | |
| 20 | | *Counsel for Plaintiff Epic Games, Inc.* |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | *Caption continued on next page.* | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO BIFURCATE DEFENDANTS' COUNTERCLAIMS AGANST EPIC AND MATCH
Case Nos. 3:21-md-02981-JD, 3:22-cv-02746-JD, 3:20-cv-05671-JD, 3:20-05761-JD & 3:21-cv-05227-JD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC, et al, v. Google LLC, et al*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO BIFURCATE DEFENDANTS' COUNTERCLAIMS AGANST EPIC AND MATCH**<br><br>Judge:   Hon. James Donato |

Before the Court is Plaintiffs' Motion to Bifurcate Defendants' Counterclaims against Epic Games, Inc. ("Epic") and Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc. ("Match"). The Court, having reviewed the Motion and accompanying memoranda, declarations and exhibits in support, opposition thereto, the reply, the arguments of counsel, and good cause appearing, hereby ORDERS that the Motion is GRANTED. Defendants' Counterclaims against Epic and Match are bifurcated from the trial on common antitrust issues and, should Defendants' counterclaims remain viable after the verdict on the antitrust claims, they will be tried to the same jury in a second phase against Epic and Match only.

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion to Bifurcate is **GRANTED** in its entirety.

Dated: _____, 2023

Honorable James Donato
United States District Court
Northern District of California