1    John C. Hueston (SBN 164921)
     jhueston@hueston.com
2    Douglas J. Dixon (SBN 275389)
     ddixon@hueston.com
3    **HUESTON HENNIGAN LLP**
     620 Newport Center Drive, Suite 1300
4    Newport Beach, CA 92660
     Telephone:    (949) 229-8640
5
     Joseph A. Reiter (SBN 294976)
6    jreiter@hueston.com
     Christine Woodin, SBN 295023)
7    cwoodin@hueston.com
     **HUESTON HENNIGAN LLP**
8    523 West 6th Street, Suite 400
     Los Angeles, CA 90014
9    Telephone:    (213) 788-4340

10   *Counsel for Plaintiffs Match Group, LLC;*
     *Humor Rainbow, Inc.; PlentyofFish Media*
11   *ULC; and People Media, Inc.*

12   Brendan P. Glackin (SBN 199643)
     bglackin@agutah.gov
13   **OFFICE OF THE UTAH ATTORNEY**
     **GENERAL**
14   160 E 300 S, 5th Floor
15   PO Box 140872
     Salt Lake City, UT 84114-0872
16   Telephone: (801) 366-0260
17
     *Counsel for the Plaintiff States*
18

Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone.: (212) 687-1980

*Co-Lead Counsel for Consumer Plaintiffs*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH**
**LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

19

20

21

22

23

24   **Caption continued on next page.**

25

26

27

28

1
2
3
4
5
6
7
8
9          **UNITED STATES DISTRICT COURT**
10         **NORTHERN DISTRICT OF CALIFORNIA**
11
12  IN RE GOOGLE PLAY STORE ANTITRUST     Case No. 3:21-md-02981-JD
    LITIGATION
13                                        **PLAINTIFFS' INTERIM**
    THIS DOCUMENT RELATES TO:             **ADMINISTRATIVE MOTION TO**
14                                        **CONSIDER WHETHER ANOTHER**
                                          **PARTY'S MATERIAL SHOULD BE**
15  *Epic Games Inc. v. Google LLC et al.*,   **SEALED UNDER LOCAL RULE 79-5(f)**
    Case No. 3:20-cv-05671-JD
16
    *In re Google Play Consumer Antitrust*    Judge:   Hon. James Donato
17  *Litigation*, Case No. 3:20-cv-05761-JD
18  *State of Utah et al. v. Google LLC et al.*,
    Case No. 3:21-cv-05227-JD
19
    *Match Group, LLC, et al, v. Google LLC, et al*,
20  *Case No. 3:22-cv-02746-JD*
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs respectfully submit this interim administrative motion to consider whether another party's material should be sealed with respect to their Motion to Bifurcate Defendants' Counterclaims Against Epic Games, Inc. ("Epic") and Match Group, LLC, Humor Rainbow, Inc., PlentyofFish Media ULC, and People Media, Inc. ("Match") ("Motion to Bifurcate") and the Declaration of Karma M. Giulianelli ("Giulianelli Decl.") and exhibits 1–3 thereto. The excerpts and documents at issue are sourced from documents designated by Google as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the applicable protective order (MDL Dkt. 249). A public redacted version of the Motion to Bifurcate and accompanying documents have been filed in accordance with this Court's Local Rules. The documents and portions of documents Plaintiffs seek to temporarily file under seal are listed below:

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Motion to Bifurcate | Page 4, lines 22-24, between "Epic" and end of sentence |
| Motion to Bifurcate | Page 4, line 24, between "(" and "Tr." |
| Motion to Bifurcate | Page 4, lines 24-25, between "Google" and end of sentence |
| Motion to Bifurcate | Page 5, lines 1-2, between "say it" and end of sentence |
| Motion to Bifurcate | Page 5, lines 2-3, between "But" and end of sentence |
| Motion to Bifurcate | Page 5, lines 4-5, between "Epic" and end of sentence |
| Motion to Bifurcate | Page 5, lines 5-6, between "Epic" and end of sentence |
| Motion to Bifurcate | Page 5, line 6, between ";" and "Tr." |
| Motion to Bifurcate | Page 5, lines 7-8, between "that" and end of sentence |
| Motion to Bifurcate | Page 12, lines 5-7, between "it" and end of sentence |
| Giulianelli Decl. | Page 1, line 11, between "deposition of" and "taken in" |
| Giulianelli Decl. Ex. 1 | Document in its entirety. |
| Giulianelli Decl. Ex. 2 | Document in its entirety. |
| Giulianelli Decl. Ex. 3 | Document in its entirety. |

1

2   DATED:  July 27, 2023                OFFICE OF THE UTAH ATTORNEY GENERAL

3

4

5                                        By:  /s/ Brendan P. Glackin
                                              Brendan P. Glackin
6                                             Lauren M. Weinstein
                                              *Attorneys for Plaintiff States*
7

8
    DATED:  July 27, 2023                BARTLIT BECK LLP
9

10

11                                       By:  /s/ Karma M. Giulianelli
                                              Karma M. Giulianelli
12                                            *Co-Lead Counsel for Consumer Plaintiffs*

13

14
    DATED:  July 27, 2023                KAPLAN FOX & KILSHEIMER LLP
15

16

17                                       By:  /s/ Hae Sung Nam
                                              Hae Sung Nam
18                                            *Co-Lead Counsel for Consumer Plaintiffs*

19
    DATED:  July 27, 2023                FAEGRE DRINKER BIDDLE & REATH LLP
20

21

22                                       By:  /s/ Paul J. Riehle
                                              Paul J. Riehle
23                                            *Counsel for Plaintiff Epic Games, Inc.*

24

25

26

27

28

1  DATED:  July 27, 2023                    CRAVATH, SWAINE & MOORE LLP

2

3                                           By:  /s/ Yonatan Even
4                                               Yonatan Even (*pro hac vice*)
                                                *Counsel for Plaintiff Epic Games, Inc.*
5

6

7  DATED:  July 27, 2023                    HUESTON HENNIGAN LLP

8

9                                           By:  /s/ Douglas J. Dixon
10                                              Douglas J. Dixon
                                                *Attorney for Plaintiffs Match Group, LLC, Humor*
11                                              *Rainbow, Inc., PlentyofFish Media ULC, and*
                                                *People Media, Inc.*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E-FILING ATTESTATION**

I, Douglas J. Dixon, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.


*/s/ Douglas J. Dixon*
Douglas J. Dixon