1   John C. Hueston (SBN 164921)
jhueston@hueston.com
2   Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
3   **HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
4   Newport Beach, CA 92660
Telephone:     (949) 229-8640
5
Joseph A. Reiter (SBN 294976)
6   jreiter@hueston.com
Christine Woodin, SBN 295023)
7   cwoodin@hueston.com
**HUESTON HENNIGAN LLP**
8   523 West 6th Street, Suite 400
Los Angeles, CA 90014
9   Telephone:     (213) 788-4340

10  *Counsel for Plaintiffs Match Group, LLC;*
*Humor Rainbow, Inc.; PlentyofFish Media*
11  *ULC; and People Media, Inc.*

12  Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
13  **OFFICE OF THE UTAH ATTORNEY**
**GENERAL**
14  160 E 300 S, 5th Floor
15  PO Box 140872
Salt Lake City, UT 84114-0872
16  Telephone: (801) 366-0260
17
*Counsel for the Plaintiff States*
18

Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone.: (212) 687-1980

*Co-Lead Counsel Consumer Plaintiffs*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH**
**LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

19
20
21
22
23
24
25  *Caption continued on next page.*
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

13 | IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION

14 | THIS DOCUMENT RELATES TO:

15

16 | *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD

17

18 | *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD

19 | *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD

20

21 | *Match Group, LLC, et al, v. Google LLC, et al,* Case No. 3:22-cv-02746-JD

Case No. 3:21-md-02981-JD

**DECLARATION OF LEE M. MASON IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO BIFURCATE DEFENDANTS' COUNTERCLAIMS AGAINST EPIC AND MATCH**

Judge:   Hon. James Donato

Date:        September 7, 2023
Time:        10:00 a.m.
Courtroom:   11

22

23

24

25

26

27

28

MASON DECLARATION IN SUPPORT OF MOTION TO BIFURCATE COUNTERCLAIMS AGAINST EPIC AND MATCH
Case Nos. 3:21-md-02981-JD, 3:22-cv-02746-JD, 3:20-cv-05671-JD, 3:20-cv-05761-JD & 3:21-cv-05227-JD

1    **<u>DECLARATION OF LEE M. MASON</u>**

2

3       I, Lee M. Mason, declare as follows:

4       1.      I am an attorney duly admitted to practice in the State of Illinois and before this Court

5  *pro hac vice*. I am an attorney with the law firm of Bartlit Beck LLP, counsel of record for Consumer

6  Plaintiffs in the above-captioned case. I submit this declaration in support of Plaintiffs' Reply in

7  Support of Their Motion to Bifurcate Defendants' Counterclaims Against Epic and Match. The

8  contents of this declaration are based on my personal knowledge, including my personal knowledge

9  of the documents cited herein. The facts set forth herein are within my personal knowledge and if

10 called as a witness, I could and would competently testify to them.

11      2.      Attached hereto as **Exhibit 1** is a true and correct copy of a document titled "Google

12 Witness List – First Exchange (revised 2023-08-04)", which Google served by email to Plaintiffs

13 on August 4, 2023.

14

15      I declare under penalty of perjury that the foregoing is true and correct.

16      Executed on this 17th day of August 2023, at Chicago, Illinois.

17

18                                      */s/ Lee M. Mason*
                                        Lee M. Mason
19

20

21

22

23

24

25

26

27

28

MASON DECLARATION IN SUPPORT OF MOTION TO BIFURCATE COUNTERCLAIMS AGAINST EPIC AND MATCH
Case Nos. 3:21-md-02981-JD, 3:22-cv-02746-JD, 3:20-cv-05671-JD, 3:20-cv-05761-JD & 3:21-cv-05227-JD

1

**E-FILING ATTESTATION**

2      I, Douglas J. Dixon, am the ECF User whose ID and password are being used to file

3  this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of

4  the signatories identified above has concurred in this filing.

5

6

7                                                   */s/ Douglas J. Dixon*
                                                     Douglas J. Dixon
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28