| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100 | Brendan P. Glackin (SBN 199643)<br>bglackin@agutah.gov<br>**OFFICE OF THE UTAH ATTORNEY GENERAL**<br>160 E 300 S, 5th Floor<br>PO Box 140872<br>Salt Lake City, UT 84114-0872<br>Telephone: (801) 366-0260 |
| Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 687-1980 | *Counsel for the Plaintiff States* |
| | Douglas J. Dixon (SBN 275389)<br>ddixon@hueston.com<br>**HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 229-8640 |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* | |
| Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500 | *Counsel for Plaintiffs Match Group, LLC, et al.* |
| | Glenn D. Pomerantz (SBN 112503)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100 |
| Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000 | Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000 |
| *Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* | *Counsel for Defendants Google LLC et al* |

[Additional counsel appear on signature page]

---

STIP. RE ADMIN. MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>This Document Relates To:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATED [PROPOSED] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**<br><br>Judge:  Hon. James Donato |

1  WHEREAS, Defendants Google LLC et al. ("Google") intend to file an administrative motion seeking leave to file a Statement of Recent Decision in connection with Google's Motion for Partial Summary Judgment (MDL Dkt. No. 488).

WHEREAS, Plaintiff Epic Games, Inc. ("Epic"), Plaintiffs Match Group LLC, et al. ("Match"), Consumer Plaintiffs, and State Attorneys General Plaintiffs, by and through their undersigned counsel, do not object to Google's administrative motion but dispute the relevance of the Third Circuit's decision to the facts underlying the *per se* claims that are the subject of Google's Motion for Partial Summary Judgment.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED SUBJECT TO THE COURT'S APPROVAL:

- Google's Administrative Motion for Leave to File Statement of Recent Decision is granted;
- Google shall file its proposed Statement of Recent Decision, attached as Appendix 1 to its Administration Motion for Leave, on all relevant dockets.

Dated: September 13, 2023

CRAVATH, SWAINE & MOORE LLP
Christine Varney (pro hac vice)
Gary A. Bornstein (pro hac vice)
Timothy G. Cameron (pro hac vice)
Yonatan Even (pro hac vice)
Lauren A. Moskowitz (pro hac vice)
Justin C. Clarke (pro hac vice)
Michael J. Zaken (pro hac vice)
M. Brent Byars (pro hac vice)

FAEGRE DRINKER BIDDLE & REATH LLP
Paul J. Riehle (SBN 115199)

Respectfully submitted,
By:   /s/  *Lauren A. Moskowitz*
        Lauren A. Moskowitz

*Counsel for Plaintiff Epic Games, Inc.*

| | | |
|---|---|---|
| 1 | Dated: September 13, 2023 | BARTLIT BECK LLP |
| 2 | | Karma M. Giulianelli |
| 3 | | KAPLAN FOX & KILSHEIMER LLP |
| | | Hae Sung Nam |
| 4 | | Respectfully submitted, |
| 5 | | By:  /s/  *Karma M. Giulianelli* |
| 6 | | Karma M. Giulianelli |
| 7 | | *Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation* |
| 8 | | |
| 9 | Dated: September 13, 2023 | OFFICE OF THE UTAH ATTORNEY GENERAL |
| 10 | | |
| 11 | | Brendan P. Glackin |
| | | Lauren Weinstein |
| 12 | | Respectfully submitted, |
| 13 | | By:  /s/  *Lauren Weinstein* |
| 14 | | Lauren Weinstein |
| 15 | | *Counsel for Plaintiff States* |
| 16 | Dated: September 13, 2023 | HUESTON HENNIGAN LLP |
| 17 | | Douglas J. Dixon |
| | | Christine Woodin |
| 18 | | Joseph A. Reiter |
| 19 | | Respectfully submitted, |
| 20 | | By:  /s/  *Douglas J. Dixon* |
| 21 | | Douglas J. Dixon |
| 22 | | *Counsel for Plaintiffs Match Group, LLC et al.* |

Dated: September 13, 2023

MORGAN, LEWIS & BOCKIUS LLP
Brian C. Rocca
Sujal J. Shah
Minna L. Naranjo
Rishi P. Satia
Michelle Park Chiu

Respectfully submitted,

By:   /s/ Brian C. Rocca
      Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated: September 13, 2023

MUNGER, TOLLES & OLSON LLP
Glenn D. Pomerantz
Kyle W. Mach
Kuruvilla Olasa
Justin P. Raphael
Emily C. Curran-Huberty
Jonathan I. Kravis

Respectfully submitted,

By:   /s/ Glenn D. Pomerantz
      Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 | Dated: _____   _____
4 |                                                                HON. JAMES DONATO
                                                               United States District Judge

# E-FILING ATTESTATION

I, Glenn D. Pomerantz, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                                                      */s/*   *Glenn D. Pomerantz*
                                                                           Glenn D. Pomerantz

-7-           Case No. 3:20-cv-05761-JD
STIP. RE ADMIN. MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD