1   Paul J. Riehle (SBN 115199)
    paul.riehle@faegredrinker.com
2   **FAEGRE DRINKER BIDDLE & REATH
    LLP**
3   Four Embarcadero Center, 27th Floor
    San Francisco, CA 94111
4   Telephone: (415) 591-7500
5
6   Christine A. Varney (*pro hac vice*)
    cvarney@cravath.com
7   **CRAVATH, SWAINE & MOORE LLP**
    825 Eighth Avenue
8   New York, NY 10019
    Telephone: (212) 474-1000
9
10  *Counsel for Plaintiff Epic Games, Inc.*John C.
11  Brendan P. Glackin (SBN 199643)
    bglackin@agutah.gov
12  **OFFICE OF THE UTAH ATTORNEY
    GENERAL**
13  160 E 300 S, 5th Floor
    PO Box 140872
14  Salt Lake City, UT 84114-0872
    Telephone: (801) 366-0260
15
16  *Counsel for the Plaintiff States*
17

Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980

*Co-Lead Counsel Consumer Plaintiffs*

Hueston (SBN 164921)
jhueston@hueston.com
Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

Joseph A. Reiter (SBN 294976)
jreiter@hueston.com
Christine Woodin, SBN 295023)
cwoodin@hueston.com
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340

*Counsel for Plaintiffs Match Group, LLC;
Humor Rainbow, Inc.; PlentyofFish Media
ULC; and People Media, Inc.*

18
19
20
21
22
23
24
25
26
27   ***Caption continued on next page.***
28

1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

**SAN FRANCISCO DIVISION**

12
13

IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION

14

THIS DOCUMENT RELATES TO:

15
16

*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD

17
18

*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD

19

*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD

20
21

*Match Group, LLC, et al, v. Google LLC, et al.*, Case No. 3:22-cv-02746-JD

22

Case No. 3:21-md-02981-JD

**DECLARATION OF LAUREN A. MOSKOWITZ IN SUPPORT OF PLAINTIFFS' PROPOSED REMEDY RE GOOGLE'S DESTRUCTION OF CHAT EVIDENCE**

Judge:   Hon. James Donato

23
24
25
26
27
28

I, Lauren A. Moskowitz, declare as follows:

1. I am a Partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

2. I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email thread bearing the Bates number starting with GOOG-PLAY-000449614.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a document bearing the Bates number starting with GOOG-PLAY4-004258208.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a document bearing the Bates number starting with  GOOG-PLAY-003332817.R.

6. Attached hereto as **Exhibit 4** is a true and correct copy of an email thread bearing the Bates number starting with GOOG-PLAY-001877016.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a document bearing the Bates number starting with GOOG-PLAY-004488106.R.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a document bearing the Bates number starting with GOOG-RIOT-0000007.

9. Attached hereto as **Exhibit 7** is a true and correct copy of an email thread bearing the Bates number starting with GOOG-PLAY-000928690.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a document bearing the Bates number starting with GOOG-PLAY-004538757.R.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a Google Chat conversation bearing the Bates number starting with GOOG-PLAY-003600814.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a Google Chat conversation bearing the Bates number starting with GOOG-PLAY-005601967.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a document bearing the Bates number starting with GOOG-PLAY-010849896.

14.     Attached hereto as **Exhibit 12** is a true and correct copy of a document bearing the Bates number starting with GOOG-PLAY-004123102.

15.     Attached hereto as **Exhibit 13** is a true and correct copy of a Google Chat conversation bearing the Bates number starting with GOOG-PLAY5-000457173.

16.     Attached hereto as **Exhibit 14** is a true and correct copy of a Google Chat conversation bearing the Bates number starting with GOOG-PLAY5-000500320.

17.     Attached hereto as **Exhibit 15** is a true and correct copy of a document bearing the Bates number starting with GOOG-PLAY-004146689.R.

18.     Attached hereto as **Exhibit 16** is a true and correct copy of an email thread including Brian Rocca and Zachary Jarrett et al titled "Search Term – Agreement."

19.     Attached hereto as **Exhibit 17** is a true and correct copy of a document bearing the Bates number starting with GOOG-PLAY-010662562.

20.     Attached hereto as **Exhibit 18** is a true and correct copy of a Google Chat conversation bearing the Bates number starting with GOOG-PLAY5-000453593.

21.     Attached hereto as **Exhibit 19** is a true and correct copy of excerpts from the deposition transcript of Lawrence Koh, who was deposed in this litigation on December 9, 2021.

22.     Attached hereto as **Exhibit 20** is a true and correct copy of excerpts from the deposition transcript of Michael Marchak, who was deposed in this litigation on January 12, 2022.

23.     Attached hereto as **Exhibit 21** is a true and correct copy of excerpts from the deposition transcript of James Kolotouros, who was deposed in this litigation on February 2, 2022.

24.     Attached hereto as **Exhibit 22** is a true and correct copy of a Google Chat conversation bearing the Bates number starting with GOOG-PLAY5-000364738.

25.     Attached hereto as **Exhibit 23** is a true and correct copy of a Google Chat conversation bearing the Bates number starting with GOOG-PLAY5-000500584.

26.     Attached hereto as **Exhibit 24** is a true and correct copy of a Google Chat conversation bearing the Bates number starting with GOOG-PLAY5-000088223.

27.     Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from the deposition transcript of Christopher Li, who was deposed in this litigation on May 25, 2022.

28.    Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from the deposition transcript of Donald Harrison, who was deposed in this litigation on August 23, 2022.

29.    Attached hereto as **Exhibit 27** is a true and correct copy of excerpts from the deposition transcript of Purnima Kochikar, who was deposed in this litigation on August 31, 2022.

30.    Attached hereto as **Exhibit 28** is a true and correct copy of a Google Chat conversation bearing the Bates number starting with GOOG-PLAY5-000484339.

31.    Attached hereto as **Exhibit 29** is an excerpt of a true and correct copy of the January 12, 2023 transcript of proceedings from In re Evidentiary Hearing on Chat Preservation.

32.    Attached hereto as **Exhibit 30** is a true and correct copy of excerpts from the deposition transcript of Sundar Pichai, who was deposed in this litigation on February 27, 2023.

33.    Attached hereto as **Exhibit 31** is a true and correct copy of an excerpt of the trial transcript from the matter United States et al., vs. Google LLC, No. 1:20-cv-3010 (D.D.C), dated September 15, 2023.

34.    Attached hereto as **Exhibit 32** is a true and correct copy of a webpage titled "Listening to Developer Feedback to Improve Google Play," dated September 28, 2020 and available at https://android-developers.googleblog.com/2020/09/listening-to-developer-feedback-to.html#:~:text=Listening%20carefully%20to%20their%20feedback,Policies%20based%20on%20developer%20feedback.

35.    Attached hereto as **Exhibit 33** is a true and correct copy of a webpage titled "Boosting developer success on Google Play," dated March 16, 2021 and available at https://android-developers.googleblog.com/2021/03/boosting-dev-success.html.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on September 21, 2023 in Short Hills, New Jersey.


*/s/ Lauren A. Moskowitz*
Lauren A. Moskowitz

## E-FILING ATTESTATION

I, Douglas J. Dixon, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.


*/s/ Douglas J. Dixon*
Douglas J. Dixon