| | |
|---|---|
| Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500 | Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewatta St., Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 592-3100 |
| Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1000 | Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 687-1980 |

*Counsel for Plaintiff Epic Games, Inc.*

*Co-Lead Counsel for Consumer Plaintiffs*

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for the Plaintiff States*

John C. Hueston (SBN 164921)
jhueston@hueston.com
Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

Joseph A. Reiter (SBN 294976)
jreiter@hueston.com
Christine Woodin, SBN 295023)
cwoodin@hueston.com
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340

*Counsel for Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc.*

*Caption continued on next page.*

---

PLAINTIFFS' ADMINISTRATIVE MOTION
Case Nos. 3:21-md-02981-JD, 3:22-cv-02746-JD, 3:20-cv-05671-JD, 3:20-cv-05761-JD & 3:21-cv-05227-JD

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC, et al, v. Google LLC, et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED UNDER LOCAL RULE 79-5(f)**<br><br>Judge:   Hon. James Donato |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs respectfully submit this interim administrative motion to consider whether another party's material should be sealed under local rule 79-5(f) with respect to Plaintiffs' Proposed Remedy re Google's Destruction of Chat Evidence and the Declaration of Lauren A. Moskowitz ("Moskowitz Decl.") and exhibits 1-33 attached thereto.  The excerpts and documents at issue are sourced from documents designated by Google or Riot Games, Inc. as "CONFIDENTIAL", "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "NON-PARTY HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the applicable protective order.  (MDL Dkt. 249.)  Public redacted versions of Plaintiffs' Proposed Remedy re Google's Destruction of Chat Evidence and accompanying documents have been filed in accordance with this Court's rules.  The documents and portions of documents Plaintiffs seek to temporarily file under seal are listed below:

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Brief | Page 4, Footnote 2, between "(" and ")". |
| Brief | Page 5, lines 2-4, between "that" and end of sentence. |
| Brief | Page 5, lines 4-5, between "to" and end of sentence. |
| Brief | Page 5, lines 6-8, between "decided" and end of sentence. |
| Brief | Page 5, lines 8-10, between "Google" and end of sentence. |
| Brief | Page 5, lines 11-12, between "2020." and the end of sentence. |
| Brief | Page 5, lines 21-24, between "OEMS to" and end of sentence. |
| Brief | Page 5 line 28, between "line of" and end of sentence. |
| Brief | Page 6, lines 3-4, between "whether" and end of sentence. |
| Brief | Page 6, lines 10-11, between "they" and end of sentence. |
| Brief | Page 6, lines 12-14, between "that" and end of sentence. |
| Brief | Page 6, lines 14-15, between "Google" and end of sentence. |
| Brief | Page 6, lines 16-17, between "that" and end of sentence. |
| Brief | Page 6, line 28 through page 7, line 1, between "for" and end of sentence. |
| Brief | Page 7, lines 4-5, between "as" and end of sentence. |
| Brief | Page 7, lines 6-7, between "and" and end of sentence. |
| Brief | Page 7, lines 8-10, between "(18-22)." and end of sentence. |
| Brief | Page 7, line 11, between "because" and end of sentence. |
| Brief | Page 7, lines 23-25, between "to" and end of sentence. |
| Brief | Page 7, lines 26-27, between "require" and "(Moskowitz". |
| Brief | Page 7, line 27, between "secure" and "for". |
| Brief | Page 7, line 27-28, between "Google" and "*id.*". |
| Brief | Page 8, lines 1-2, between "Samsung" and "(Moskowitz" |
| Brief | Page 8, line 3, between "not" and end of sentence. |
| Brief | Page 8, lines 5-6, between "he" and end of sentence. |

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Brief | Page 8, lines 7-8, between "Google" and end of sentence. |
| Brief | Page 8, lines 10-11, between "be" and end of sentence. |
| Brief | Page 8, lines 16-17, between "millions," and ";why". |
| Brief | Page 8, lines 18-19, between "current" and "that". |
| Brief | Page 9, lines 9-11, between "that" and end of sentence. |
| Brief | Page 9, lines 12-13, between "have" and end of sentence. |
| Brief | Page 9, line 14-16, between "9919.)" and end of paragraph. |
| Brief | Page 10, lines 12-14, between "376-8.)" and end of paragraph. |
| Brief | Page 10, lines 16-17, between "with" and end of sentence. |
| Brief | Page 10, lines 18-20, between "-8691.)" and end of paragraph. |
| Brief | Page 10, line 22, between "in" and end of sentence. |
| Brief | Page 10, lines 22-25, between "179:1-7.)" and end of paragraph. |
| Brief | Page 12, line 5, between "as" and "and". |
| Brief | Page 12, lines 5-7, between "that" and end of sentence. |
| Brief | Page 12, lines 22-23, between "it" and end of sentence. |
| Brief | Page 13, lines 25-26, between "and Apple" and "—to quote". |
| Brief | Page 13, lines 26-27, between "executive—" and end of sentence. |
| Brief | Page 13, line 28, entire line. |
| Brief | Page 14, lines 1-2, between "that" and end of sentence. |
| Brief | Page 14, line 8, between "that" and end of sentence. |
| Brief | Page 16, lines 17-18, between "Chat," and end of sentence. |
| Brief | Page 16, lines 19-20, between "that" and end of sentence. |
| Brief | Page 16, lines 22-23, between "that" and end of sentence. |
| Brief | Page 16, lines 24-25, between employee and end of sentence. |
| Brief | Page 16, lines 26-27, between "referenced a" and end of sentence. |
| Brief | Page 16, line 28 and page 17, line 1, between "to" and end of sentence. |
| Exhibit 1 | Document in its entirety. |
| Exhibit 2 | Document in its entirety. |
| Exhibit 3 | Document in its entirety |
| Exhibit 4 | Document in its entirety. |
| Exhibit 5 | Document in its entirety. |
| Exhibit 6 | Document in its entirety. |
| Exhibit 7 | Document in its entirety. |
| Exhibit 8 | Document in its entirety, |
| Exhibit 9 | Document in its entirety. |
| Exhibit 10 | Document in its entirety. |
| Exhibit 11 | Document in its entirety. |
| Exhibit 12 | Document in its entirety. |
| Exhibit 13 | Document in its entirety. |
| Exhibit 14 | Document in its entirety. |
| Exhibit 15 | Document in its entirety. |
| Exhibit 17 | Document in its entirety. |

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Exhibit 19 | Document in its entirety. |
| Exhibit 20 | Document in its entirety. |
| Exhibit 21 | Document in its entirety. |
| Exhibit 22 | Document in its entirety. |
| Exhibit 23 | Document in its entirety. |
| Exhibit 24 | Document in its entirety. |
| Exhibit 25 | Document in its entirety. |
| Exhibit 26 | Document in its entirety. |
| Exhibit 27 | Document in its entirety. |
| Exhibit 28 | Document in its entirety. |
| Exhibit 30 | Document in its entirety. |

DATED: September 21, 2023      CRAVATH, SWAINE & MOORE LLP

By:  /s/ Lauren A. Moskowitz
Lauren A. Moskowitz (*pro hac vice*)
*Counsel for Plaintiff Epic Games, Inc.*

DATED: September 21, 2023      OFFICE OF THE UTAH ATTORNEY GENERAL

By:  /s/ Lauren M. Weinstein
Brendan P. Glackin
Lauren M. Weinstein
*Attorneys for Plaintiff States*

DATED: September 21, 2023      BARTLIT BECK LLP

By: /s/ Karma M. Giulianelli
Karma M. Giulianelli
*Co-Lead Counsel for Consumer Plaintiffs*

| | | |
|---|---|---|
| 1 | DATED:  September 21, 2023 | KAPLAN FOX & KILSHEIMER LLP |

By:  */s/ Hae Sung Nam*
    Hae Sung Nam
    *Co-Lead Counsel for Consumer Plaintiffs*

DATED:  September 21, 2023                    HUESTON HENNIGAN LLP

By:  */s/ Douglas J. Dixon*
    Douglas J. Dixon
    *Attorney for Plaintiffs Match Group, LLC, Humor Rainbow, Inc., PlentyofFish Media ULC, and People Media, Inc.*

**E-FILING ATTESTATION**

I, Douglas J. Dixon, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Douglas J. Dixon*
Douglas J. Dixon