| | |
|---|---|
| Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br><br>Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br><br>*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*<br><br>[Additional counsel appear on signature page] | Douglas J. Dixon (SBN 275389)<br>ddixon@hueston.com<br>**HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 229-8640<br><br>*Counsel for Plaintiffs Match Group, LLC, et al.*<br><br>Glenn D. Pomerantz (SBN 112503)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br><br>*Counsel for Defendants Google LLC et al* |

STIP. RE DEADLINE TO FILE PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:22-cv-02746-JD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>This Document Relates To:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*,<br>Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATED [PROPOSED] ORDER REGARDING THE DEADLINE TO FILE PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS**<br><br>Judge: Hon. James Donato |

-2-   Case No. 3:20-cv-05761-JD

STIP. RE DEADLINE TO FILE PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:22-cv-02746-JD

1    WHEREAS, under the Court's Standing Order for Civil Jury Trials, the parties are required
2 to file proposed jury instructions and verdict forms on October 5, 2023;
3    WHEREAS, the Court has deferred the submission of proposed final jury instructions on
4 behalf of the Consumer and State Plaintiffs in light of their settlement in principle;
5    WHEREAS, Plaintiff Epic Games, Inc. ("Epic"), Plaintiffs Match Group LLC, et al.
6 ("Match"), and Defendants Google et al. ("Google") have exchanged drafts of jury instructions and
7 verdict forms with one another;
8    WHEREAS, Epic, Match and Google have met and conferred regarding the instructions and
9 verdict forms that they exchanged;
10   WHEREAS, the parties have not yet reached agreement on the substance of the verdict form
11 or the substance of many instructions;
12   WHEREAS, the parties believe that with additional time to meet and confer, they will be
13 able to reach agreement on many of the existing disputes; and
14   WHEREAS, affording the parties additional time to meet and confer on the jury instructions
15 and verdict form will avoid the need to unnecessarily submit briefing on disputes that may be
16 resolved through the meet-and-confer process.
17   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED SUBJECT TO THE
18 COURT'S APPROVAL:
19   ● The deadline for Epic, Match and Google to submit their proposed final jury instructions
20      and verdict form is continued from October 5, 2023 to October 13, 2023.

| | | |
|---|---|---|
| 1 | Dated: September 27, 2023 | CRAVATH, SWAINE & MOORE LLP |
| 2 | | Christine Varney (pro hac vice) |
| | | Gary A. Bornstein (pro hac vice) |
| 3 | | Timothy G. Cameron (pro hac vice) |
| | | Yonatan Even (pro hac vice) |
| 4 | | Lauren A. Moskowitz (pro hac vice) |
| | | Justin C. Clarke (pro hac vice) |
| 5 | | Michael J. Zaken (pro hac vice) |
| | | M. Brent Byars (pro hac vice) |

FAEGRE DRINKER BIDDLE & REATH LLP
  Paul J. Riehle (SBN 115199)

Respectfully submitted,
By:   /s/  *Lauren A. Moskowitz*
        Lauren A. Moskowitz

*Counsel for Plaintiff Epic Games, Inc.*

Dated:  September 27, 2023        HUESTON HENNIGAN LLP
  Douglas J. Dixon
  Christine Woodin
  Joseph A. Reiter

Respectfully submitted,

By:   /s/  *Douglas J. Dixon*
        Douglas J. Dixon

*Counsel for Plaintiffs Match Group, LLC et al.*

Dated:  September 27, 2023        MORGAN, LEWIS & BOCKIUS LLP
  Brian C. Rocca
  Sujal J. Shah
  Minna L. Naranjo
  Rishi P. Satia
  Michelle Park Chiu

By:   /s/  *Brian C. Rocca*
        Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

1
2   Dated:  September 27, 2023                MUNGER, TOLLES & OLSON LLP
                                                  Glenn D. Pomerantz
3                                                 Kyle W. Mach
                                                  Kuruvilla Olasa
4                                                 Justin P. Raphael
                                                  Emily C. Curran-Huberty
5                                                 Jonathan I. Kravis

6                                             Respectfully submitted,

7
                                              By:   /s/ Glenn D. Pomerantz
8                                                   Glenn D. Pomerantz

9                                             *Counsel for Defendants Google LLC et al.*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
HON. JAMES DONATO
United States District Judge

**E-FILING ATTESTATION**

I, Glenn D. Pomerantz, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                              /s/   Glenn D. Pomerantz
                                              Glenn D. Pomerantz