UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION PURSUANT TO RULE 37(c)(1) TO EXCLUDE TESTIMONY BY CARSON OLIVER**<br><br>Judge:  Hon. James Donato |

|   |   |
|---|---|
| 1 | Before the Court is Plaintiffs' Motion Pursuant to Rule 37(c)(1) to Exclude Trial Testimony by |
| 2 | Carson Oliver (the "Motion").  The Court, having reviewed the Motion and accompanying memoranda |
| 3 | and declaration in support, any opposition thereto, the arguments of counsel, and good cause appearing, |
| 4 | hereby **ORDERS** that the Motion is **GRANTED**.  Mr. Oliver's testimony shall be excluded at the trial |
| 5 | in this matter pursuant to Rule 37(c)(1) of the Federal Rules of Civil Procedure and Paragraph 24 of this |
| 6 | Court's Standing Order for Civil Cases. |

**IT IS SO ORDERED**

Dated: _____        _____
                                                                                    HON. JAMES DONATO
                                                                                    United States District Judge