# Exhibit A16
# Public Redacted Version

# EXHIBIT 24

Sent: Thur 5/19/2022 6:19:45 PM (UTC)
From: divento@google.com
To: caitlinburke@google.com, divento@google.com
Subject: 1MogaQAAAAE-MBI-FLAT:2022-05-18T23:19:44.369663

Case 3:22-cv-02746-JD    Document 205-10    Filed 09/28/23    Page 3 of 65

**divento@google.com** 2022-05-19T18:19:44.369Z

So it sounds like Match filed a restraining order against us - they are putting $40M in escrow to effectively try and block us from enforcing our policy. So they wouldn't be non compliant potentially and we'd still go to court. Once the docs become public we should discuss treatment with TA if we end up getting that $

**caitlinburke@google.com** 2022-05-19T18:20:08.703Z

oh my gosh

**caitlinburke@google.com** 2022-05-19T18:20:38.515Z

also in terms of prior documentation on Match deals?

**divento@google.com** 2022-05-19T18:20:58.601Z

I don't understand the question , sorry

**divento@google.com** 2022-05-19T18:21:07.582Z

What about prior documentation? I.e. do we need to revise?

**caitlinburke@google.com** 2022-05-19T18:21:42.932Z

yes I just meant I know with some specific deals we need to be very careful about what is written in terms of notes

**caitlinburke@google.com** 2022-05-19T18:21:54.396Z

since I'm sure we have notes on prior Match deals

**caitlinburke@google.com** 2022-05-19T18:21:59.997Z

or at least I do

**caitlinburke@google.com** 2022-05-19T18:22:24.732Z

should I revise them? or just be careful about what i have?

**caitlinburke@google.com** 2022-05-19T18:22:36.746Z

or maybe it doesn't matter

**divento@google.com** 2022-05-19T18:22:45.085Z

I would avoid anything written where possible

**divento@google.com** 2022-05-19T18:22:50.663Z

Assume everything will become public

**caitlinburke@google.com** 2022-05-19T18:22:53.998Z

got it

**caitlinburke@google.com** 2022-05-19T18:22:54.871Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**divento@google.com** 2022-05-19T18:23:06.939Z

So no notes/emails/decks and make sure Legal is copied on everything

**caitlinburke@google.com** 2022-05-19T18:23:24.749Z

okay thank you

**divento@google.com** 2022-05-19T18:34:18.431Z

Have you reviewed that xPA GLink Charter btw?

**divento@google.com** 2022-05-19T18:34:56.826Z

https://docs.google.com/presentation/d/1zuQaVO83oLkUqRvRbrifLu323NzpJgKzf9arWR7ZBYo/edit?resourcekey=0-y_LQVN5csXrnOvqwbeJPOQ#slide=id.g10963970153_3_12

https://docs.google.com/presentation/d/1zuQaVO83oLkUqRvRbrifLu323NzpJgKzf9arWR7ZBYo/edit?resourcekey=0-y_LQVN5csXrnOvqwbeJPOQ#slide=id.g10963970153_3_12
https://drive.google.com/open?id=1zuQaVO83oLkUqRvRbrifLu323NzpJgKzf9arWR7ZBYo

**caitlinburke@google.com** 2022-05-19T18:48:13.966Z

yes looks interesting

**divento@google.com** 2022-05-19T20:46:59.413Z

Are you looped in on the B* incentives? I mainly want ot make sure they aren't doing anything funky from an ops perspective

**caitlinburke@google.com** 2022-05-19T22:08:27.075Z

Hi. Yes I had to miss the meeting yesterday and today but I talked to Brian B separately and went through the deck. The only different/funky thing at this point is discussion of ███████████████████████
████ Brian is floating this for discussion in the meeting today and will have a separate meeting with us on how we would operationalize it if the team likes this proposed incentive structure.

**divento@google.com** 2022-05-19T23:18:06.474Z

Oh yes that's right - ok thank you! Let me know if you or Olivia have any concerns or if we need to consider any FF/TTL if it's a new flow

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Exhibit A17
# Public Redacted Version

# EXHIBIT 25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 252

1              UNITED STATES DISTRICT COURT
2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                  SAN FRANCISCO DIVISION
4    ----------------------------------------------x
5    IN RE GOOGLE PLAY STORE             Case No.
     ANTITRUST LITIGATION               3:21-md-02981-JD
6
7    THIS DOCUMENT RELATES TO:
8    Epic Games Inc. v. Google LLC, et al.,
     Case No: 3:20-cv-05671-JD
9
     In re Google Play Consumer
10   Antitrust Litigation,
     Case No: 3:20-cv-05761-JD
11
     In re Google Play Developer
12   Antitrust Litigation,
     Case No: 3:20-cv-05792-JD
13
14   State of Utah, et al.,
     v. Google LLC, et al.,
15   Case No: 3:21-cv-05227-JD
16   ----------------------------------------------x
17        *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*
18
19      REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
20                      CHRISTOPHER LI
21                 Wednesday, May 25, 2022
22                        Volume 2
23
24   Reported By: Lynne Ledanois, CSR 6811
25

Page 11

1    Kumagai.

2            MS. WOODIN:  Good morning.  Christine

3    Woodin from Hueston Hennigan on behalf of the Match

4    Group entities.

5            MR. DICKLER:  Michael Dickler, Sperling &

6    Slater, on behalf of the Developer plaintiffs.

7            MR. MILLER:  Good morning.  Adam Miller,

8    Deputy Attorney General, State of California for the

9    State plaintiffs.  With me on realtime on the video

10   is Michael Altebrando from Utah and also realtime is

11   Brendan Benedict also from Utah.

12           MS. CURRAN-HUBERTY:  Good morning.  This

13   is Emily Curran-Huberty of Munger Tolles & Olson on

14   behalf of the witness and Google.  With me is Kevin

15   Benedicto of Morgan Lewis & Bockius.  Also with me

16   is Alex Zbrozek from Google.

17           THE VIDEOGRAPHER:  Is that everybody

18   present for today?  Thank you.

19                       CHRISTOPHER LI,

20       having been duly sworn, testified as follows:

21                       EXAMINATION

22   BY MR. BYARS:

23       Q    Good morning, Mr. Li.

24       A    Good morning.

25       Q    Like I said, my name is John Byars.  I'm

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 359

1          MS. CURRAN-HUBERTY:  Object to form.

2          THE WITNESS:  Yes, it was presented.

3   BY MR. OTTAUNICK:

4      Q    And the Business Council authorized you to

5   ask Samsung whether Google Play could be the only

6   app store on the home screen of Samsung's devices;

7   correct?

8      A    Yes.

9      Q    And Google attempted to make the Galaxy

10  store move off of the home screen and on to a

11  different screen; correct -- withdrawn.

12          Google proposed to Samsung that the Galaxy

13  store should be moved off of the home screen of

14  Samsung's devices and on to a different screen;

15  correct?

16     A    We got Samsung's thoughts on that proposal.

17     Q    You made that proposal to Samsung;

18  correct?

19     A    We got Samsung's thoughts on that idea.  In

20  the end we chose not to pursue that path.

21     Q    You got Samsung's thoughts on that idea

22  because you made a proposal to Samsung that Google

23  Play would be the only app store on the home screen

24  of Samsung's devices; correct?

25          MS. CURRAN-HUBERTY:  Object to form.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 360

```
 1            THE WITNESS:  Yes, one of several
 2    conditions was discussed with Samsung.
 3    BY MR. OTTAUNICK:
 4       Q    In exchange for default home screen
 5    exclusivity for Google Play and the other benefits
 6    described on this slide, Google was prepared to pay
 7    Samsung ███████████ over four years; correct?
 8       A    I can't verify the number there.  That's a
 9    projection.  I don't know how it came together.
10       Q    That's the projection you made to the
11    Business Council, isn't it?
12            MS. CURRAN-HUBERTY:  Object to form.
13            THE WITNESS:  At that point in time, yes,
14    that was the projection with the different
15    components.
16    BY MR. OTTAUNICK:
17       Q    So the Business Council authorized the
18    deal to you to pay Samsung up to ███████████ for
19    benefits that would include moving the Galaxy store
20    off the default home screen?
21       A    This was the initial proposal to Business
22    Council to get approval to have the initial
23    conversation with Samsung.  █████████████████████
██    █████████████████████████████████████████████
██    ████████████████████████
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 366

1      A    Yes.

2      Q    According to gray bar in the middle chart,

3  Google projected ██████████ in service revenue

4  during the four-year term of this deal.

5           Do you see that?

6      A    That's what this chart says, yes.

7      Q    And according to the speaker notes, I'm

8  looking at the second line, ████████████████████

9  ██ ████████████████████

10          Do you see that?

11     A    Yes.

12     Q    So the projection on this slide was that

13  over the four-year term of this deal, Samsung's

14  devices could generate ███████████████████████

15  ██ ██████████████████████

16     A    I didn't write the speaker notes, so that

17  could be an interpretation, but I don't know

18  specifically what they meant to say.

19     Q    Now, looking back up at the bar chart, ██

20  is the gray number, but there are also three smaller

21  segments right above that.

22          Do you see those?

23     A    Yes.

24     Q    According to the red comment bubble next

25  to the item that says 1 billion, the number there is

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 367

1    "At risk to Play via Samsung app store."

2              Do you see that?

3        A    Yes.

4        Q    Does that mean there was $1 billion at

5    risk to the Google Play Store from Samsung's app

6    store?

7              MS. CURRAN-HUBERTY:  Object to form.

8              THE WITNESS:  I don't know what that label

9    means.

10   BY MR. OTTAUNICK:

11       Q    Do you see the dark green bar in the

12   middle chart that says █████████████████

13       A    You mean the ██████

14       Q    Yes.

15       A    Yes.

16       Q    That bar says, ████████████████████

17            Do you know what that term means?

18       A    No, I don't.

19       Q    And then do you see the light green bar at

20   the top that says ████████████████████████████████

█    ████████████████████████████

22       A    I see the label, yes.

23       Q    Is your understanding that the projection

24   here is that ███████████████████████████████████

█    ██████████████████████████████████ under this

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 377

1      Q    And why did the deal team of which you

2   were a part decide not to pursue that clause?

3      A    We decided to not pursue the clause because

4   after having conversations with Samsung, hearing their

5   perspective and their viewpoint, we mutually decided

6   that we did not want to pursue that path.

7      Q    What perspective did Samsung provide you

8   that led you to that conclusion?

9      A    I don't recall the exact specifics of how I

10  reached that decision.

11     Q    Do you recall anything that Samsung told

12  you about Google's request that the Google Play

13  Store have default home screen exclusivity on

14  Samsung's devices?

15     A    I don't recall the details behind how we

16  reached that decision.

17     Q    Do you recall anything that Samsung told

18  you that informed the decision you ultimately made?

19     A    I recall some things that were mentioned.  I

20  don't recall the details of them.

21     Q    Recognizing you don't recall the details,

22  can you tell me the things you recall that were

23  mentioned?

24     A    No.

25     Q    You're not willing to tell me what you

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 378

```
 1   just testified on the record are several details you
 2   recall Samsung provided you?
 3        A    No, what I just mentioned to you was I
 4   recall the general theme that we decided, hey, we
 5   don't want to pursue this path; but I don't remember
 6   the details of how we reached that decision.
 7        Q    I'll read back your testimony, Mr. Li.
 8             You testified:  I recall some things that
 9   were mentioned, but I don't recall the details of
10   that.
11             What things do you recall that were
12   mentioned?
13        A    Yes, so what I mean by "some things," I
14   remember the general theme that we don't want to
15   pursue this path.  That's what I mean by "things."
16        Q    So Samsung did not want to make Google
17   Play the exclusive app store on the home screen of
18   Samsung's devices.  That's what Samsung told Google?
19        A    No.
20             MS. CURRAN-HUBERTY:  Object to form.
21             THE WITNESS:  We discussed of all the
22   five, six services that we're discussing, among many
23   other things, this is not something that we felt
24   like was worth pursuing a deeper collaboration on.
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 388

1  document, during the term of the three RSAs that are

2  being discussed, Google proposed to pay Samsung

3  between ▉ and ▟▟▟▟▟; correct?

4          MS. CURRAN-HUBERTY:  Object to form.

5          THE WITNESS:  Yes, that is a projection of

6  what this specific team that did the modeling

7  thought that the deal might be paying out.

8  BY MR. OTTAUNICK:

9      Q    So the team projected that the three

10  revenue share agreements with Samsung would pay out

11  between ▉ and ▟▟▟▟▟ over the ▟▟▟▟▟ of

12  those agreements?

13          MS. CURRAN-HUBERTY:  Object to form.

14          THE WITNESS:  Yes, that appears to be what

15  the deal -- the team projected out.

16  BY MR. OTTAUNICK:

17      Q    If Samsung terminated it's

18  anti-fragmentation agreement with Google, Samsung

19  would lose access to the projected ▉ to ▟▟▟▟▟

20  in revenue share under these RSAs; correct?

21          MS. CURRAN-HUBERTY:  Object to form.

22          THE WITNESS:  If Samsung terminated the --

23  I don't know.  I would need to check all the

24  different agreements and the implications of that.

25

# Exhibit A18
# Public Redacted Version

# EXHIBIT 26

Page 1

1   UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF CALIFORNIA
2   SAN FRANCISCO DIVISION
    Case No. 3:21-md-02981-JD
3   -------------------------------------x
    IN RE GOOGLE PLAY STORE
4   ANTITRUST LITIGATION
5   THIS DOCUMENT RELATES TO:
6   Epic Games Inc. v. Google LLC, et al.,
    Case No: 3:20-cv-05671-JD
7
    In re Google Play Consumer
8   Antitrust Litigation,
    Case No: 3:20-cv-05761-JD
9
    In re Google Play Developer
10  Antitrust Litigation,
    Case No: 3:20-cv-05792-JD
11
    State of Utah, et al., v.
12  Google LLC, et al.,
    Case No: 3:21-cv-05227-JD
13
    Match Group, LLC, et al.,
14  v. Google LLC, et al.,
    Case No. 3:22-cv-02746-JD
15  -------------------------------------x
                    Tuesday, August 23, 2022
16                  9:16 a.m. PDT
17
            **HIGHLY CONFIDENTIAL
18          UNDER PROTECTIVE ORDER**
19              - Volume I -
20     Remote Videotaped Deposition by
21   Virtual Zoom of DONALD HARRISON, a
22   Witness on behalf of Google, taken before
23   Dawn Matera, a Certified Shorthand
24   Reporter and Notary Public of the State
25   of New York.

1    DONALD HARRISON - HIGHLY CONFIDENTIAL

2        and I am the videographer.  The court

3        reporter is Dawn Matera from the firm

4        of Veritext Legal Solutions.

5            I am not authorized to

6        administer an oath.  I am not related

7        to any party in this action nor am I

8        financially interested in the outcome.

9            Please note that all appearances

10       and affiliations will be noted on the

11       stenographic record and will the court

12       reporter please swear in the witness

13       remotely.

14   D O N A L D   H A R R I S O N, the

15   Witness herein, having first been duly

16   sworn by the Notary Public, was examined

17   and testified as follows:

18   EXAMINATION BY

19   MR. SCHWARTZ:

20       Q.   Good morning, Mr. Harrison.  My

21   name is Aaron Schwartz and I will be

22   asking you questions today on behalf of

23   the consumer class.

24            Can you please state your full

25   name for the record, please.

```
                                      Page 6
 1    DONALD HARRISON - HIGHLY CONFIDENTIAL
 2        A.     Donald Stuart Harrison.
 3        Q.     Could you please also state
 4    your home address for the record?
 5        A.     It's ███████████████████
 6    ████████████████████████████████████
 7        Q.     Thank you.  Do you foresee any
 8    changes to your address in the coming
 9    months between now and trial which is
10    supposed to be somewhere around May or
11    June of 2023?
12        A.     I do not.  We did move a year
13    and a half ago, so you will occasionally
14    see old addresses associated with my
15    name, but we don't expect to be moving.
16        Q.     Got it.  Got it.  So you'll be
17    in this address that you just gave, you
18    expect to be at least until May or June
19    of 2023, if not beyond?
20        A.     I do.
21        Q.     Great.  So just a few ground
22    rules that I am sure you're familiar
23    with.  I am going to be asking you a
24    series of questions today.  If at any
25    point you don't understand a part or all
```

```
 1    DONALD HARRISON - HIGHLY CONFIDENTIAL
 2   Cloud or other revenue, but in that
 3   ballpark.
 4        Q.    Okay.  You can close this
 5   document.
 6              Are you aware that in 2016
 7   Google and Apple extended the ISA?
 8        A.    I am aware of that.
 9        Q.    And are you aware that as part
10   of that, ███████████████████████████████
11   ██ █████████████
12        A.    I am aware of that.  Again, the
13   rev share has ██████████████████████████
14   ██ ███████████████████████████████
15   ██ ████████████████████████████████████████
16   ██ ███████████████████████████  ████████████
17   ██ █████████████████████████████████████
18   ██ █████████████████  ████████████████████████
19   ██ █████████████████████████████
20        Q.    And so if Google paid ███████████
21   ██ ███████████ to Apple in 2021, it's fair to
22   say that Google revenue from search
23   coming from Apple was somewhere between
24   ██████████████████████ dollars in 2021?
25        A.    Yeah, that sounds roughly
```

```
                                        Page 346
 1    DONALD  HARRISON  -  HIGHLY  CONFIDENTIAL
 2   right.
 3        Q.    Okay.  If you open PX 1492.
 4             (PX Exhibit 1492, Document Bates
 5        stamped GOOG-PLAY2-000455423, was so
 6        marked for identification, as of this
 7        date.)
 8        Q.    Does that seem like a true and
 9   correct copy of the amendment to ISA of
10   2016 executed in late September 2016?
11        A.    Yes, it looks like a correct
12   copy.
13        Q.    Now, if Google agreed to █
█        ██████████████████████ in 2016, that means
15   that Google found it financially
16   beneficial to pay Apple ██ percent of its
17   revenue on all search traffic coming from
18   Apple in exchange for being the default
19   search engine on Apple devices, correct?
20        A.    I am sorry, you said
21   economically beneficial?  I am sorry,
22   just repeat the first, what it was that
23   we determined?
24        Q.    That it was financially
25   beneficial to pay Apple ██ percent of
```

# Exhibit A19
# Public Redacted Version

# EXHIBIT 27

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4   ------------------------------------------------x
 5   IN RE GOOGLE PLAY STORE              Case No.
     ANTITRUST LITIGATION                 3:21-md-02981-JD
 6
     THIS DOCUMENT RELATES TO:           MDL No. 2891
 7
     Epic Games Inc. v. Google LLC,
 8   et al.,
     Case No. 3:20-cv-05671-JD
 9
     In re Google Play Consumer
10   Antitrust Litigation,
     Case No. 3:20-cv-05761-JD
11
     In re Google Play Developer
12   Antitrust Litigation,
     Case No. 3:20-cv-05792-JD
13
     State of Utah, et al.,
14   v. Google LLC, et al.,
     Case No. 3:21-cv-05227-JD
15
     Match Group LLC, et al.,
16   v. Google LLC, et al.,
     Case No. 3:22-cv-02746-JD
17
     ------------------------------------------------x
18
19       *HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER*
20
21     REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
22                    PURNIMA KOCHIKAR
23               Wednesday, August 31, 2022
24
25   Reported By: Lynne Ledanois, CSR 6811
```

HIGHLY CONFIDENTIAL

```
 1              PURNIMA KOCHIKAR,

 2      having been duly sworn, testified as follows:

 3      _____

 4                     EXAMINATION

 5   BY MS. MOSKOWITZ:

 6      Q    Good morning, Ms. Kochikar.  My name is

 7   Lauren Moskowitz, as you heard.  I represent Epic

 8   Games and I'll be starting your deposition today.

 9           If you could just please state your full

10   name for the record.

11      A    Purnima Kochikar.

12      Q    And can you provide your address, please?

13      A    ██████████████████████████████

14   ██████████████████████████████████

15      Q    Thank you.  Today we'll be -- I'll be

16   asking you questions, you will be providing answers.

17   I'm going to do my best to avoid speaking over you.

18   I may do it if I can't tell you were done.

19           But I would ask that you try to also wait

20   for me to finish my question before you start your

21   answer.

22           Is that okay?

23      A    Yes.

24      Q    And please, if at any point you don't

25   understand one of my questions, please ask me for
```

 1        A    Yes.

 2        Q    Did you take any steps to change any

 3   settings for your instant message software?

 4        A    No.

 5        Q    Did you have your default setting to

 6   delete chats every 24 hours?

 7             MS. NARANJO:  Object to form.  You can

 8   answer.

 9             THE WITNESS:  Yes.

10   BY MS. MOSKOWITZ:

11        Q    Have you discussed this lawsuit with

12   anyone other than Google's lawyers?

13        A    No.

14        Q    Have any developers ever asked you any

15   questions about this lawsuit?

16        A    No.

17        Q    Never?

18        A    No.

19        Q    Are you aware of any investigations

20   underway about the Google Play Store in any way?

21        A    Yes.

22        Q    And what investigations are you aware of?

23        A    The more recent conversations with the DMA,

24   for example.

25        Q    I'm sorry, I didn't catch the acronym.

1    earlier that had a list of projects including

2    Project Hug, games velocity, et cetera?

3         A    Yes.

4         Q    And I didn't ask you then, but can you

5    tell me now what did you to prepare to testify on

6    this topic specifically with respect to the velocity

7    programs and Project Hug?

8         A    It's my day-to-day work.

9         Q    So you had personal knowledge of this and

10   didn't need to do anything else to study up on it?

11        A    No.

12        Q    Games Velocity Program is also known as

13   Project Hug and vice versa?

14        A    Yes.

15        Q    And Project Hug has also been referred to

16   as Project Bear Hug?

17        A    Maybe for a tiny moment.

18        Q    That was in the beginning?

19        A    Yes.  Project names are an odd thing of how

20   people come up with things.

21        Q    Whose idea was the Hug name for this

22   project?

23        A    I don't remember.  I'm sure it's some

24   strategy team.

25        Q    The overall project, though, regardless of

1          Feature parity we haven't really talked

2     about.  What that's trying to communicate is that

3     the version of the app that was would be downloaded

4     through Play would be the same as the version

5     offered off of Play?

6          A    Yes.

7          Q    And again, that mitigated the risk that

8     the developer would have an incentive to distribute

9     outside of Play?

10         A    We were hoping that it would mean they would

11    choose Play, but yes.

12         Q    All right.  Those same gets of sim-ship

13    and feature parity were present for the 2021 program

14    as well?

15         A    Yes.

16         Q    So they -- similarly, the mitigation of

17    risk of distribution off of Play is still present

18    for the 2021, among other things; right?

19         A    I think right now it's much more about, as I

20    said, the cross Google strategic partnerships.  The

21    sim-ship and feature parity components continue to be

22    the same, we prioritize Play users.

23         Q    So even if it's not the primary goal,

24    mitigation of risk of off Play distribution remains

25    part of the program for 2021?

HIGHLY CONFIDENTIAL

Page 178

1    game on Android; right?

2         A     Yes.

22        Q     Was that --

23        A     Sorry, I'm losing my voice.  Yes.

24        Q     No problem.  If you ever need to grab

25    water, please do.  I will do that right now.

HIGHLY CONFIDENTIAL

Page 179

1　█████████████████████████████████

2　█████████████████████████████████

3　█████████████████████████████████

4　█████████████████████████████████

5　█████████████████████████████████

6　█████████████████████████████████

7　█████████████████████████████████

8　█████████████████████████████████

9　█████████████████████████████████

10　█████████████████████████████████

11　█████████████████████████████████

12　█████████████████████████████████

13　█████████████████████████████████

14　　　Q　　And that was the first time that █████

15　would be offered as part of any Hug or Hug adjacent

16　deal; correct?

17　　　A　　This wasn't in the contours of Hug at all.

18　Emerging markets is critical for Android both from a

19　mission perspective about bringing computing to the

20　world as well as the dependence.  More people trust

21　Android and want Android to -- is Android the link to

22　the internet for livelihood, et cetera.

23　　　　　Emerging markets are slow to monetize and

24　so some of the large developers have to make a leap

25　of faith to get to emerging markets.

HIGHLY CONFIDENTIAL

Page 263

1        A    Yes.

2        Q    When a user elects to use Google Play

3   Billing, Spotify will pay a 4 percent fee upfront to

4   Google that will be adjusted; right?

5        A    Yes.

6        Q    And the 4 percent was selected as a proxy

7   or a projection of what Google's actual payment

8   processing fees would be for the payments processed

9   through Google Play Billing; right?

10       A    I think that's -- you can't take it in

11  isolation.  This particular deal was going to help us

12  foundationally set the course for the next decade,

13  not --

14       Q    Sorry, I don't want to interrupt you.  I

15  want to understand.

16            I'm just asking about the 4 percent, that

17  was an estimate of what Google's actual payment

18  processing fees were going to be in processing those

19  payments?

20       A    That was an estimate based on what we

21  thought was a -- what do you call it, the FOP mix as

22  we say.  It's unclear.

23       Q    It was going to be adjusted; right?  Every

24  year there was going to be an analysis done about

25  the actual out-of-pocket cost Google paid for the

# Exhibit A20
# Public Redacted Version

# EXHIBIT 28

**Sent:** Mon 12/19/2022 7:58:29 PM (UTC)
**From:** johanh@google.com
**To:** johanh@google.com, kgkaran@google.com, putze@google.com
**Subject:** AAAAIP-k-nE-MBI-FLAT:2022-12-19T00:58:28.161887

Case 3:22-cv-02746-JD    Document 205-10    Filed 09/28/23    Page 35 of 65

Screen Shot 2022-12-21 at 8.12.06 PM.png

**johanh@google.com** 2022-12-19T19:58:28.161Z

https://www.gamesindustry.biz/activision-blizzard-president-and-coo-daniel-alegre-stepping-down

https://www.gamesindustry.biz/activision-blizzard-president-and-coo-daniel-alegre-stepping-down
**johanh@google.com** 2022-12-19T19:59:09.541Z

(ex-Googler) ABK COO, Daniel Alegre, steps down without announced replacement

**kgkaran@google.com** 2022-12-19T20:05:40.977Z

He's been planning this for a while since the MS announcement

**kgkaran@google.com** 2022-12-19T20:06:03.911Z

A close friend was interviewing into his direct team at ABK and he told the guy to hold on a few weeks until he moves

**johanh@google.com** 2022-12-19T20:06:33.621Z

ah interesting

**putze@google.com** 2022-12-19T22:16:20.462Z

https://docs.google.com/document/d/1kymvtNEdu2TMAafgoHfIRnS1iRF7JRTA_FOS7BZmI2E/edit?resourcekey=0-_pRlkt6N3-5fOrTL6IkkRw

https://drive.google.com/open?id=1kymvtNEdu2TMAafgoHfIRnS1iRF7JRTA_FOS7BZmI2E
https://docs.google.com/document/d/1kymvtNEdu2TMAafgoHfIRnS1iRF7JRTA_FOS7BZmI2E/edit?resourcekey=0-_pRlkt6N3-5fOrTL6IkkRw
**putze@google.com** 2022-12-19T22:16:38.693Z

Hi guys-- wrote up some prep stuff for call tomorrow with King CEO and greg

**putze@google.com** 2022-12-19T22:45:27.759Z

Johan i added everything we discussed

**kgkaran@google.com** 2022-12-19T22:45:45.280Z

the Sameer email at the end is spot on

**putze@google.com** 2022-12-19T22:45:46.324Z

Karan -- PTAL at 2 things

**putze@google.com** 2022-12-19T22:45:53.635Z

ok great

**putze@google.com** 2022-12-19T22:45:57.114Z

that was 1 of the 2 things

**putze@google.com** 2022-12-19T22:45:59.580Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**kgkaran@google.com** 2022-12-19T22:47:29.266Z

2nd being? 🙄

**putze@google.com** 2022-12-19T22:50:58.677Z

what we do in a no-go B* scenario

**putze@google.com** 2022-12-19T22:51:03.546Z

johan and i spoke about this earlier

**putze@google.com** 2022-12-19T22:51:12.399Z

how do we resolve the makegood

**putze@google.com** 2022-12-19T22:51:30.639Z

best we could come up with is-- ██████████████

**kgkaran@google.com** 2022-12-19T22:56:51.246Z

I am drawing a blank honestly beyond what you said

**kgkaran@google.com** 2022-12-19T22:57:15.925Z

UCB = user choice billing?

**putze@google.com** 2022-12-19T22:57:51.988Z

yeah

**putze@google.com** 2022-12-19T22:58:04.131Z

oh wait

**putze@google.com** 2022-12-19T22:58:07.347Z

brain fart

**putze@google.com** 2022-12-19T22:58:09.541Z

GPB

**putze@google.com** 2022-12-19T22:58:11.009Z

🙂

**putze@google.com** 2022-12-19T22:58:11.863Z

jesus

**kgkaran@google.com** 2022-12-19T22:58:18.329Z

we cannot tell them that anyways... so I'd not focus on that part?

**putze@google.com** 2022-12-19T22:58:18.642Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**kgkaran@google.com** 2022-12-19T22:58:38.472Z

🙂

**putze@google.com** 2022-12-19T22:58:39.987Z

no i mean, trying to think how we can track promos to android users

**putze@google.com** 2022-12-19T22:58:46.094Z

we can track spend through GPB

**putze@google.com** 2022-12-19T22:58:56.436Z

they can tell us promo periods

**putze@google.com** 2022-12-19T22:59:03.743Z

we can track spend vs "list price"

**putze@google.com** 2022-12-19T22:59:11.030Z

until they draw it down

**kgkaran@google.com** 2022-12-19T22:59:26.944Z

do we think they can do ██████████████ even if they offer ████████████████████████
████████████

**putze@google.com** 2022-12-19T22:59:29.199Z

(seems like overhead but im sure some sort of query can puoll it)

**putze@google.com** 2022-12-19T22:59:33.220Z

haha

**putze@google.com** 2022-12-19T22:59:37.779Z

████████████████████

**putze@google.com** 2022-12-19T22:59:49.987Z

██████████████

**putze@google.com** 2022-12-19T22:59:53.320Z

they can do ████ a year

**kgkaran@google.com** 2022-12-19T22:59:59.709Z

I am sure a query can be created for this

**kgkaran@google.com** 2022-12-19T23:00:26.751Z

yeah.. missed ███████████████████████████████████████. that should be easy

**putze@google.com** 2022-12-19T23:00:37.852Z

I was thinking about frontloading it

**johanh@google.com** 2022-12-19T23:02:05.559Z

like we chatted about earlier, it would be helpful to know who will be in that call/meeting, and if its set around specifically integration requirements for B*, or if Tjodolf S. will try to negotiate with Greg around which title/s

**johanh@google.com** 2022-12-19T23:02:25.261Z

maybe Karen/Brian can provide more details?

**johanh@google.com** 2022-12-19T23:02:41.558Z

I know Tjodolf a bit

**kgkaran@google.com** 2022-12-19T23:11:42.067Z

looking at the numbers again... if █████ doesn't come in... █████ and █████ may not be that bad as backups (they do █████ of █████████)... though nothing like ████ ☹

**johanh@google.com** 2022-12-19T23:12:41.987Z

yeah they are by all means not small/insignificant titles. Especially ██████████████████

**johanh@google.com** 2022-12-19T23:13:21.836Z

the main risk would be ████████████████████████████████████████████████████

**kgkaran@google.com** 2022-12-19T23:13:36.949Z

I know... that is what prompted the ☹

**putze@google.com** 2022-12-19T23:14:35.269Z

greg crunched some numbers

**putze@google.com** 2022-12-19T23:14:48.942Z

████████████████████████████████

**putze@google.com** 2022-12-19T23:14:55.138Z

████████████

**putze@google.com** 2022-12-19T23:15:52.877Z

so I think overall, with ████████████████████████████████

**putze@google.com** 2022-12-19T23:16:02.417Z

(still not █████ but not somethign to balk at)

**putze@google.com** 2022-12-19T23:16:25.072Z

After talking to Greg my sense is that he could live with and sell internally ████ ████

**putze@google.com** 2022-12-19T23:16:34.060Z

felt the ██████████ was a stronger signal to indsutry

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

But now i think the real lynchpin is ███

**kgkaran@google.com** 2022-12-19T23:17:05.754Z

yeah... its the ██████ but abk took multiple bets

**putze@google.com** 2022-12-19T23:17:14.554Z

Will they give us ███████████

**putze@google.com** 2022-12-19T23:17:22.006Z

If not, greg will pass

**putze@google.com** 2022-12-19T23:17:25.717Z

if so, he'll take it

**putze@google.com** 2022-12-19T23:17:30.345Z

Thats my assessment

**putze@google.com** 2022-12-19T23:17:56.256Z

so johan, in prepping greg notes could come down to prepping him for ███ convo-- help him understand their pain points

**putze@google.com** 2022-12-19T23:18:56.088Z

he's thinking about framing it as a way to boostrap their email identity

**putze@google.com** 2022-12-19T23:19:01.510Z

vs ████████████████████

**johanh@google.com** 2022-12-19T23:20:41.608Z

ok, let me add to the ████ section

**kgkaran@google.com** 2022-12-19T23:22:08.234Z

I wish there were a way to think ███████████████████████████
████████████████████████████████████████.. but that I am sure is a idealist's dream

**putze@google.com** 2022-12-19T23:22:31.744Z

ugh DREAM

**kgkaran@google.com** 2022-12-19T23:22:38.375Z

I know I know

**putze@google.com** 2022-12-19T23:22:38.658Z

I was like can it happen in background?

**putze@google.com** 2022-12-19T23:22:48.004Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

are there ways to do it so its more digestable?

**putze@google.com** 2022-12-19T23:22:49.875Z

greg didnt really bite

**putze@google.com** 2022-12-19T23:23:21.417Z

im hoping in the convo tomorrow, we'd first ███████████████

**johanh@google.com** 2022-12-19T23:23:39.515Z

did the user login flows I put together for Greg last week help him?

**putze@google.com** 2022-12-19T23:23:47.035Z

yes thinks o

**putze@google.com** 2022-12-19T23:23:52.598Z

can you put those in doc as backup

**putze@google.com** 2022-12-19T23:23:55.102Z

as reminder

**johanh@google.com** 2022-12-19T23:23:56.547Z

let me add a link to that in the doc in case Tjodolf starts going into that

**johanh@google.com** 2022-12-19T23:23:58.203Z

yep

**putze@google.com** 2022-12-19T23:24:03.188Z

also johan can you send sameer email

**putze@google.com** 2022-12-19T23:24:08.968Z

im cranking on some other stuff

**putze@google.com** 2022-12-19T23:24:16.783Z

can you finalize the note and the data

**johanh@google.com** 2022-12-19T23:24:17.502Z

sure

**putze@google.com** 2022-12-19T23:24:32.622Z

like i couldnt remember ████████████████████

**kgkaran@google.com** 2022-12-19T23:24:42.642Z

██ I think

**kgkaran@google.com** 2022-12-19T23:25:17.932Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Actually came make it ███████████████████

**kgkaran@google.com** 2022-12-19T23:25:22.795Z

Can* make it

**johanh@google.com** 2022-12-19T23:27:12.606Z

ok, I can put ████████████████████, and where did we land in the end with the ███████ Did they agree?

**johanh@google.com** 2022-12-19T23:27:33.457Z

or is it still mvoing?

**johanh@google.com** 2022-12-19T23:27:35.859Z

*moving

**kgkaran@google.com** 2022-12-19T23:27:43.279Z

It's 3 years now... Don't remember exact amount

**johanh@google.com** 2022-12-19T23:27:53.643Z

all good, I'll confirm

**kgkaran@google.com** 2022-12-19T23:28:31.109Z

█████████████████

**johanh@google.com** 2022-12-19T23:41:47.359Z

our term sheet says:

█████████████████████████████████████████████

███

███████████████████████████████████████████████████████████

███

**johanh@google.com** 2022-12-19T23:41:52.966Z

I believe thats the latest

**johanh@google.com** 2022-12-19T23:42:57.841Z

Im confirming with Brian now, he confirmed the █████████████████████████████████████ ███████████ ███

**johanh@google.com** 2022-12-19T23:43:33.015Z

and for ████████████████████

██████████████████████████████

**kgkaran@google.com** 2022-12-19T23:45:07.522Z

████████ is defn wrong

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

kk

**kgkaran@google.com** 2022-12-19T23:45:27.222Z

In every deck ever I saw ██... But then got updated to ██ because of ██

**johanh@google.com** 2022-12-19T23:51:11.635Z

ah I see where the confusion is coming from

**johanh@google.com** 2022-12-19T23:51:21.314Z

BC doc:
https://docs.google.com/document/d/15KvbBhuRKMC52OXA9zNCFmiTK_22atm56iFPrcIgo-s/edit?resourcekey=0-NrpNsynuDJnXroVLeKR85w

https://drive.google.com/open?id=15KvbBhuRKMC52OXA9zNCFmiTK_22atm56iFPrcIgo-s
https://docs.google.com/document/d/15KvbBhuRKMC52OXA9zNCFmiTK_22atm56iFPrcIgo-s/edit?resourcekey=0-NrpNsynuDJnXroVLeKR85w

**johanh@google.com** 2022-12-19T23:51:55.574Z

Brian L is talking about the ██████████████

**johanh@google.com** 2022-12-19T23:51:59.595Z

and we are talking about the:

**kgkaran@google.com** 2022-12-19T23:52:00.082Z

That would be internal cost

**johanh@google.com** 2022-12-19T23:52:04.901Z

████████████████████████████████████████████
██████

**johanh@google.com** 2022-12-19T23:52:35.520Z

ah, is that why we have it listed that way

**kgkaran@google.com** 2022-12-19T23:52:45.597Z

Though internal cost for ██████████ is close to ██████... So still don't get the ████

**johanh@google.com** 2022-12-19T23:53:47.542Z

odd, but ok, to Sameer I'll write up to ████████████, and the ████████████████ over 3 years

**johanh@google.com** 2022-12-19T23:54:31.454Z

by the time I hit send Armin will have pushed for ████████████

**kgkaran@google.com** 2022-12-19T23:55:39.684Z

And by the time you lift your finger after hitting send, Karen would agree to it

**putze@google.com** 2022-12-19T23:59:09.030Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000484346

haha

**johanh@google.com** 2022-12-19T23:59:53.927Z

also from the BC doc:

"[Updated Ask]

The deal has overall incremental revenue for Google of ████ and a positive contribution margin of ████████ Total value of incentives offered to ABK is ██████

**johanh@google.com** 2022-12-20T00:00:19.911Z

████████████████████████ we're moving forward with as of now?

**kgkaran@google.com** 2022-12-20T00:01:06.523Z

No clue... Divya asked the same but Andrey reverting

**johanh@google.com** 2022-12-20T00:01:42.363Z

ok Im confirming with Psol, I think we're currently at either ██████████

**johanh@google.com** 2022-12-20T00:07:43.545Z

didnt hear back, but I'm 99.9% sure thats the margin we're moving forward with in the BC email approval request thats pending

**kgkaran@google.com** 2022-12-20T00:08:18.676Z

You could ping Andrew Lo. I think he's standing in for Andrey while he is ooo

**johanh@google.com** 2022-12-20T00:09:25.744Z

ah good pt, just pinged him as well, just to triple confirm, thx

**johanh@google.com** 2022-12-20T00:16:35.643Z

got confirm from Marcus & Brian, ████████████████████ and it has been approved unofficially

**putze@google.com** 2022-12-20T00:30:19.964Z

ok great

**putze@google.com** 2022-12-20T00:30:24.509Z

thanks-- you

**putze@google.com** 2022-12-20T00:30:30.870Z

you're updated draft LGTM

**johanh@google.com** 2022-12-20T22:38:01.920Z

I see we have a potential ██████████ in there for ██████████████████ do we expect this will fall off?

**johanh@google.com** 2022-12-20T22:38:07.637Z

████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**johanh@google.com** 2022-12-20T22:38:57.793Z

now we are suddenly saying that ████████████████████████████████████, which would be great, but unlikely to fly

**johanh@google.com** 2022-12-20T22:40:56.564Z

tried to add a comment specifically in the doc

**Updated on** 2022-12-20T22:41:09.442Z

tried to add a comment specifically for that section in the doc

**putze@google.com** 2022-12-20T22:45:51.003Z

can you send to main chat

**putze@google.com** 2022-12-20T22:45:54.003Z

its a good point

**johanh@google.com** 2022-12-21T18:45:59.244Z

# REDACTED - PRIVILEGE

**putze@google.com** 2022-12-21T18:49:31.077Z

# REDACTED - PRIVILEGE

**kgkaran@google.com** 2022-12-21T18:49:52.131Z

+1 good catch

**putze@google.com** 2022-12-21T18:50:24.313Z

We will; make those f*ers pay the make good if its the last thing i do

**putze@google.com** 2022-12-21T18:59:30.910Z

omg

**putze@google.com** 2022-12-21T18:59:32.823Z

from karen

**putze@google.com** 2022-12-21T18:59:39.815Z

"In the meantime... From Eric:
" Spoke with Armin and he had a follow up with Bobby regarding the new B* proposal. The issue is that Bobby sees this as us agreeing to ████████████████████████ I just don't see him agreeing to this unless I can show him some incremental value we are getting for agreeing to █████.
Is there a way we could adjust down the ████████████ It then allows me to go back to Bobby and say we are getting ████████

**johanh@google.com** 2022-12-21T19:00:38.830Z

interesting!

   GOOG-PLAY5-000484348

what is the discount for a janky version

**johanh@google.com** 2022-12-21T19:01:45.821Z

for ███ couldn't we ask for the ████████████████

**kgkaran@google.com** 2022-12-21T19:01:47.634Z

well, if we █████████████████████████████████████
█████████

**Updated on** 2022-12-21T19:02:05.124Z

well, if we █████████████████████████████████████
█████████

**johanh@google.com** 2022-12-21T19:04:10.021Z

if we ███████████████████████████████████████ would remain intact right?

**kgkaran@google.com** 2022-12-21T19:05:33.795Z

no idea... the finance model is as transparent as a black painted brick

**kgkaran@google.com** 2022-12-21T19:44:34.333Z

@Emily Putze - good stuff pushing back on Arjun to figure out his shit (certification link)

**putze@google.com** 2022-12-21T19:47:35.935Z

🙂

**kgkaran@google.com** 2022-12-21T19:52:57.864Z

I am guessing the meeting in 8 minutes must be to discuss Bobby's response on ████

**putze@google.com** 2022-12-21T19:53:57.305Z

yes did you see

**putze@google.com** 2022-12-21T19:54:02.682Z

"In the meantime... From Eric:
" Spoke with Armin and he had a follow up with Bobby regarding the new B* proposal. The issue is that Bobby sees this as us ██████████████████████████████████████████
████████████████████. I just don't see him agreeing to this unless I can show him some incremental value we are getting for agreeing to ██████
Is there a way we could adjust down the ███████████████████ It then allows me to go back to Bobby and say we are getting "██████████████████████

**kgkaran@google.com** 2022-12-21T19:54:07.403Z

I did

**kgkaran@google.com** 2022-12-21T19:54:40.844Z

Karen needs to know that ████████████████████████████ (like I said above)... ████████████ is immaterial 🙂

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**putze@google.com** 2022-12-21T19:55:33.959Z

right

**putze@google.com** 2022-12-21T19:55:38.196Z

we need to bring that up

**putze@google.com** 2022-12-21T19:55:42.228Z

should we add divya

**kgkaran@google.com** 2022-12-21T19:55:50.330Z

I think so, adding

**kgkaran@google.com** 2022-12-21T19:56:04.934Z

added

**johanh@google.com** 2022-12-21T19:56:58.014Z

Karen didnt add me, but I think I'll still dial in

**johanh@google.com** 2022-12-21T19:57:01.957Z

let me know if any objections

**kgkaran@google.com** 2022-12-21T19:57:09.250Z

none at all

**kgkaran@google.com** 2022-12-21T19:57:15.400Z

adding you too (sorry didnt see)

**johanh@google.com** 2022-12-21T19:57:38.992Z

all good, thx, just want to be mindful if Karen wants to keep it small

**johanh@google.com** 2022-12-21T19:59:57.168Z

in my mind its worth considering ███████████████████████████
████████████████████ etc

**johanh@google.com** 2022-12-21T20:00:47.841Z

if its the ████████████████████████████ it seems like.. *drum roll* .. a stretch

**putze@google.com** 2022-12-21T20:04:30.071Z

'you guys have played around with this'

**putze@google.com** 2022-12-21T20:04:32.838Z

;)

**johanh@google.com** 2022-12-21T20:06:27.555Z

do we know if Eric's/Armin's note to Karen referred to the ███████████████████████████

GOOG-PLAY5-000484350

**johanh@google.com** 2022-12-21T20:10:40.166Z

nice save Emily 😄

**putze@google.com** 2022-12-21T20:11:06.802Z

like WHAT is greg saying

**kgkaran@google.com** 2022-12-21T20:11:13.214Z

!!

**kgkaran@google.com** 2022-12-21T20:13:09.115Z

██████████████████████████

**kgkaran@google.com** 2022-12-21T20:13:16.591Z

(to Greg's point on where does this stop)

**kgkaran@google.com** 2022-12-21T20:13:26.040Z

our response has to continue to be ████████████

**kgkaran@google.com** 2022-12-21T20:18:07.930Z

that's not what he said yesterday?

**kgkaran@google.com** 2022-12-21T20:18:19.760Z

"I am not comfortable with ████████

**putze@google.com** 2022-12-21T20:20:16.627Z

he said ████████████████████

**putze@google.com** 2022-12-21T20:20:35.176Z

And then they'd want to do the ████████████████

**kgkaran@google.com** 2022-12-21T20:27:48.811Z

should we offer to █████████████████████████████
████████████████████████

**johanh@google.com** 2022-12-21T20:30:32.585Z

in case you wondered, ████████████████████████████

**putze@google.com** 2022-12-21T20:32:37.621Z

i agere

**putze@google.com** 2022-12-21T20:32:43.051Z

you mean karen / andrey versoin?

**kgkaran@google.com** 2022-12-21T20:33:03.314Z

GOOG-PLAY5-000484351

no... I meant something like base tier as ███ and stretch is ████

**kgkaran@google.com** 2022-12-21T20:33:12.242Z

instead of ████

**kgkaran@google.com** 2022-12-21T20:33:19.779Z

that gives them ████

**putze@google.com** 2022-12-21T20:33:25.894Z

i mean we can

**kgkaran@google.com** 2022-12-21T20:33:29.949Z

i dont want to

**putze@google.com** 2022-12-21T20:33:31.412Z

does it hold the model

**kgkaran@google.com** 2022-12-21T20:34:25.171Z

I dont know... Andrey should tell if we want to even propose this... ████████████... so I would hope it doesn't break the model apart

**putze@google.com** 2022-12-21T20:35:27.365Z

you dont want to

**putze@google.com** 2022-12-21T20:35:33.526Z

but you are open to it?

**kgkaran@google.com** 2022-12-21T20:36:35.662Z

for ███ I would be open... if our assumption that there is no reasonable way they can get to ██ is still the right assumption

**kgkaran@google.com** 2022-12-21T20:36:53.700Z

we're not really giving anything then... except on a trix

**putze@google.com** 2022-12-21T20:36:55.529Z

for ████ the shitty verson

**putze@google.com** 2022-12-21T20:36:57.698Z

or big versino

**kgkaran@google.com** 2022-12-21T20:37:22.004Z

is the shitty version still a good public statement

**kgkaran@google.com** 2022-12-21T20:38:14.708Z

if not, then I'd only do for the optimized version

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**putze@google.com** 2022-12-21T20:42:13.091Z

thre it is

**kgkaran@google.com** 2022-12-21T20:42:14.121Z

hmmmm

**putze@google.com** 2022-12-21T20:42:18.820Z

would you liek to chime in sir

**putze@google.com** 2022-12-21T20:42:20.069Z

☹

**kgkaran@google.com** 2022-12-21T20:56:03.546Z

*Emily Putze* (_2022-12-21 12:42:18, UTC-08:00_):
```
would you liek to chime in sir
```
sorry for delaying the chime in ☹... wanted to make sure you guys are ok with it before I do... as IF this were to go ahead then we'll all need to fight finance etc together ☹

**johanh@google.com** 2022-12-21T20:56:12.256Z

oh no dont say "jelly" Greg, thats another Candy Crush game, Candy Crush Jelly Saga

**putze@google.com** 2022-12-21T20:56:14.375Z

for sure

**kgkaran@google.com** 2022-12-21T20:56:14.501Z

but yes, thank you for the push

**kgkaran@google.com** 2022-12-21T20:56:25.400Z

☹

**putze@google.com** 2022-12-21T20:56:28.190Z

when karen says i dont want to say that yet

**putze@google.com** 2022-12-21T20:56:31.798Z

if i bring it up they'll want it

**putze@google.com** 2022-12-21T20:56:46.207Z

she needs to put two versions on the table

**putze@google.com** 2022-12-21T21:01:24.385Z

i disagree so strongly on this path

**putze@google.com** 2022-12-21T21:02:31.838Z

i think two deal options makes so much more sense at this point

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**johanh@google.com** 2022-12-21T21:05:42.552Z

Greg/Arjun have really come full circle on █████

**kgkaran@google.com** 2022-12-21T21:05:54.452Z

in one day !!

**putze@google.com** 2022-12-21T21:06:36.912Z

like wtfd

**putze@google.com** 2022-12-21T21:06:58.257Z

did they previously agree to ███████████

**johanh@google.com** 2022-12-21T21:07:00.921Z

that is a good point by Greg, ████████████████████████████████████████

**putze@google.com** 2022-12-21T21:07:00.982Z

?

**putze@google.com** 2022-12-21T21:07:10.039Z

yeah i guess

**kgkaran@google.com** 2022-12-21T21:08:13.899Z

this ███████████████████ is just so full of crap !!

**kgkaran@google.com** 2022-12-21T21:08:25.304Z

I still cannot get over Christian and Steve agreeing to let it come into the deal model

**putze@google.com** 2022-12-21T21:09:10.795Z

wild

**johanh@google.com** 2022-12-21T21:10:34.544Z

```did they previously agree to ████████████████

there is no mention of ████████ in ABK GVP 1.0, and the only section in MOU that has it our new 2.c. B* section we crafted yesterday

**Updated on**2022-12-21T21:10:58.480Z

```did they previously agree to ████████████████

there is no mention of ████████ in ABK GVP 1.0, and the only section in GVP 2.0 MOU that has it is our new 2.c. B* section we crafted yesterday

**kgkaran@google.com** 2022-12-21T21:11:03.022Z

they have never agreed to it in any past deal

**johanh@google.com** 2022-12-21T21:16:25.019Z

GOOG-PLAY5-000484354

they are not going to care if its less titles to Chromebook I think, its Armin/Bobby response was that they need license money for ABK Brand/IP on your platforms

**johanh@google.com** 2022-12-21T21:16:56.337Z

so for ███████████████████████████████ they would still ask for ████████████████████

**johanh@google.com** 2022-12-21T21:17:13.864Z

Bobby K is hardcore about █████████████

**johanh@google.com** 2022-12-21T21:19:09.385Z

how did we do it for ███████ without asking ABK/partners, would'nt we do the same for B*? It's somehow covered in our Developer Agreement?

**putze@google.com** 2022-12-21T21:19:15.554Z

what is wrong with 2 deal scenario

**putze@google.com** 2022-12-21T21:19:28.779Z

karan

**putze@google.com** 2022-12-21T21:19:31.082Z

am i crazy

**putze@google.com** 2022-12-21T21:19:40.810Z

do you disagree

**kgkaran@google.com** 2022-12-21T21:19:50.960Z

not at all. 2 deal scenarios is the right way to go... not sure why she is going down other paths

**putze@google.com** 2022-12-21T21:20:05.256Z

shall i say it again?

**putze@google.com** 2022-12-21T21:20:12.752Z

i feel like ive said it 3 times

**johanh@google.com** 2022-12-21T21:28:03.663Z

we're about to hit the 1.5hr mark, should we get our POV/suggestions in a doc to Karen?

**johanh@google.com** 2022-12-21T21:31:42.486Z

nitpick: they may also be considering ████████████████████████████
██████████

**putze@google.com** 2022-12-21T21:33:58.077Z

my pov is two options, share those on the call, greg tell him how easy

**johanh@google.com** 2022-12-21T21:36:53.205Z

helping meet their targets sounds good, ████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**putze@google.com** 2022-12-21T21:41:48.517Z

https://docs.google.com/document/d/1wzvdIoRvURLRLic6OcWINRpnHSHiCcmd3yPMNNIclFc/edit?resourcekey=0-cBHI2-dznBGE-Y7fkXEsMg

https://drive.google.com/open?id=1wzvdIoRvURLRLic6OcWINRpnHSHiCcmd3yPMNNIclFc
https://docs.google.com/document/d/1wzvdIoRvURLRLic6OcWINRpnHSHiCcmd3yPMNNIclFc/edit?resourcekey=0-cBHI2-dznBGE-Y7fkXEsMg

**kgkaran@google.com** 2022-12-21T21:56:09.591Z

lgtm

**putze@google.com** 2022-12-21T21:56:21.678Z

same -- thanks for your help polishing so ffast

**putze@google.com** 2022-12-21T21:56:31.966Z

My gut strongly tells me this is best

**putze@google.com** 2022-12-21T21:56:35.578Z

lets stop trying to influence

**putze@google.com** 2022-12-21T21:56:38.882Z

put money on the table

**putze@google.com** 2022-12-21T21:56:42.144Z

let them choose

**kgkaran@google.com** 2022-12-21T21:56:56.569Z

this should the last few minutes we spend on this deal

**putze@google.com** 2022-12-21T21:57:01.786Z

i totally agere

**kgkaran@google.com** 2022-12-21T21:57:08.151Z

we've done what we could

**kgkaran@google.com** 2022-12-21T21:57:11.165Z

adjusted what we could

**putze@google.com** 2022-12-21T21:57:42.889Z

weve done a lot

**putze@google.com** 2022-12-21T21:57:56.999Z

the three of us have made this deal much less worse for Play

**kgkaran@google.com** 2022-12-21T21:58:12.807Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**putze@google.com** 2022-12-21T21:58:19.555Z

███████████████████████████████████████████████████████████████████████████

**putze@google.com** 2022-12-21T21:58:25.864Z

keeping b* in this long

**putze@google.com** 2022-12-21T21:58:31.831Z

we started from teh bottom

**putze@google.com** 2022-12-21T21:58:38.736Z

we're still under water

**kgkaran@google.com** 2022-12-21T21:58:45.096Z

Yes, no guilt trips now

**putze@google.com** 2022-12-21T21:58:50.974Z

but, we'll live!

**putze@google.com** 2022-12-21T21:59:08.800Z

i know its bad but when divvya wants me to fill her in on the bad outcomes (i.e. why not ████ ) im like MOVE ON

**putze@google.com** 2022-12-21T21:59:09.793Z

haha

**putze@google.com** 2022-12-21T21:59:12.711Z

i have no time for it anymore

**putze@google.com** 2022-12-21T21:59:20.447Z

(even though its a totally reasonable question)

**johanh@google.com** 2022-12-21T22:00:03.064Z

she pinged me separately on that too, so I spent some time on explaining to her everything we've tried etc

**putze@google.com** 2022-12-21T22:00:08.009Z

https://media.tenor.com/SuHZPLW71ggAAAAM/sid-wack-a-mole.gif

**putze@google.com** 2022-12-21T22:00:24.269Z

i cant spend time doing that because im doing this

**putze@google.com** 2022-12-21T22:00:25.665Z

hahaha

**putze@google.com** 2022-12-21T22:00:28.511Z

thanks johan

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**putze@google.com** 2022-12-21T22:00:33.285Z

she deserves the answer

**putze@google.com** 2022-12-21T22:00:37.811Z

i just dont have brain space

**putze@google.com** 2022-12-21T22:00:46.002Z

(so thank you for covering)

**johanh@google.com** 2022-12-21T22:01:14.806Z

I think it's easy to sit on the outside and get the wrong impression, tbh, Arjun/Greg we're definitely in this camp for a while too until they got painfully clear on all the details

**johanh@google.com** 2022-12-21T22:01:45.899Z

of course! whatever I can do to help/offlift

**putze@google.com** 2022-12-21T22:02:22.620Z

totally

**kgkaran@google.com** 2022-12-21T22:02:43.563Z

Divya is bad at communicating her good intent... She asks her questions in an interrogating way... Even though she's asking so she can help hold off Christian etc

**johanh@google.com** 2022-12-21T22:02:48.422Z

impressive turn around on the 2 path write up, mustve set some sort of record there. It looks great to me, just wondered ███████████████████████████████████████, but I may have missed this in one of the last turns

**johanh@google.com** 2022-12-21T22:03:17.774Z

that makes sense re:Divya

**kgkaran@google.com** 2022-12-21T22:03:22.584Z

I think it's fine to tell ABK this is all we care about... █████████████████████████

**kgkaran@google.com** 2022-12-21T22:03:28.008Z

WDYT

**johanh@google.com** 2022-12-21T22:04:39.262Z

███████████████████████████████████████████
███████████████████████

**johanh@google.com** 2022-12-21T22:05:07.288Z

███████████████████████████████████████████

**johanh@google.com** 2022-12-21T22:08:44.560Z

I know Tjodolf (King CEO) and ███████████████████████ let me know if there is anything you want me to try to ask them. I've refrained so far to not complicate/confuse anything

GOOG-PLAY5-000484358

**kgkaran@google.com** 2022-12-21T22:19:28.159Z

Do we want Greg to ping Sameer with a high level thoughts process before Don calls him?

**kgkaran@google.com** 2022-12-21T22:19:40.931Z

I still worry Sameer will tell Don to go ahead and ignore B*

**johanh@google.com** 2022-12-21T22:27:53.671Z

yeah it's probably good if he gets the full picture from Greg, between Don & Sameer many details/nuances could go missing

**putze@google.com** 2022-12-21T23:10:23.224Z

can someone look up for me

**putze@google.com** 2022-12-21T23:10:25.673Z

how much did ███ make in 2022

**johanh@google.com** 2022-12-21T23:10:51.870Z

yah pulling

**kgkaran@google.com** 2022-12-21T23:11:13.172Z

I think I saw ████████████ in last 13 months

**kgkaran@google.com** 2022-12-21T23:11:15.947Z

12*

**johanh@google.com** 2022-12-21T23:11:23.706Z

███████ 2022 YTD

**kgkaran@google.com** 2022-12-21T23:11:59.069Z

Eek that's it then :)

**johanh@google.com** 2022-12-21T23:12:37.249Z

Screen Shot 2022-12-21 at 8.12.06 PM.png
**johanh@google.com** 2022-12-21T23:16:49.888Z

██████ isn't that far off from █████ 2022 YTD Spend, ███████████

**johanh@google.com** 2022-12-21T23:55:41.320Z

lgtm

**kgkaran@google.com** 2022-12-21T23:56:43.496Z

Arjun is re-writing what I wrote in 3 words to a something that is 3 sentences long

**kgkaran@google.com** 2022-12-21T23:56:54.436Z

what is with the product guys are total ignorance of brevity

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

yeah I see him typing up a storm haha

**kgkaran@google.com** 2022-12-22T00:05:37.081Z

ok I can argue this... and totally push back, but I said earlier to Emily that we should be spending our last few mins on this deal, so I won't

**kgkaran@google.com** 2022-12-22T00:05:47.785Z

not worth wasting so much time on how to write 1 sentence

**johanh@google.com** 2022-12-22T00:06:06.409Z

true that, not hill worth fighting

**johanh@google.com** 2022-12-22T00:06:16.288Z

and also, Arjun can be quite persistent

**kgkaran@google.com** 2022-12-22T00:06:38.841Z

Purnima's training for 4 years of total brevity is strong in my head... so there was a strong urge to just cut cut cut more

**putze@google.com** 2022-12-22T00:06:50.747Z

SAME

**johanh@google.com** 2022-12-22T00:07:06.181Z

strong urge to cute Armin over here

**Updated on** 2022-12-22T00:07:20.745Z

strong urge to cut Armin over here

**kgkaran@google.com** 2022-12-22T00:08:37.937Z

*Johan Heurlin* (_2022-12-21 16:06:16, UTC-08:00_):
```
and also, Arjun can be quite persistent
```
well, that again is something I could have fought... historically Karan and Arjun are characters that are enemies to death 🙂 ... its in the Mahabharata (the Iliad / Odyssey of India)

**kgkaran@google.com** 2022-12-22T00:08:43.145Z

him and I are born to fight 🙂

**kgkaran@google.com** 2022-12-22T00:08:44.385Z

https://en.wikipedia.org/wiki/Karna_Parva

https://en.wikipedia.org/wiki/Karna_Parva

**kgkaran@google.com** 2022-12-22T00:08:51.646Z

Karan gets killed though 🙁

**kgkaran@google.com** 2022-12-22T00:09:36.579Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000484360

sorry... I am end of day/month/year in my head now. 🙂

**johanh@google.com** 2022-12-22T00:09:39.062Z

time to rewrite history!

**kgkaran@google.com** 2022-12-22T00:09:55.890Z

haha

**putze@google.com** 2022-12-22T00:10:07.833Z

should we add a ABK POV

**putze@google.com** 2022-12-22T00:10:29.425Z

like ABK POV-- ████████████████████████████████ and they want ██████

**kgkaran@google.com** 2022-12-22T00:21:04.621Z

oh man... the doc is a massacre-ground now... I destroyed what Emily wrote, Arjun destroyed mine, and now Greg is destroying Arjun's

**johanh@google.com** 2022-12-22T00:21:18.737Z

haha

**johanh@google.com** 2022-12-22T00:21:25.361Z

you want me to give it a go ;)

**kgkaran@google.com** 2022-12-22T00:21:41.608Z

haha... why not... there's enough for everyone 🙂

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Exhibit A21

# Public Redacted Version

# EXHIBIT 30

HIGHLY CONFIDENTIAL

Page 1

1              UNITED STATES DISTRICT COURT
2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                  SAN FRANCISCO DIVISION
4   --------------------------------------------------x
5   IN RE GOOGLE PLAY STORE          Case No.
    ANTITRUST LITIGATION             3:21-md-02981-JD
6
7   THIS DOCUMENT RELATES TO:
8   Epic Games Inc. v. Google LLC, et al.,
    Case No. 3:20-cv-05671-JD
9
    In re Google Play Consumer Antitrust
10  Litigation, Case No. 3:20-cv-05761-JD
11
    State of Utah, et al. v. Google LLC et al.,
12  Case No. 3:21-cv-05227-JD
13
    Match Group LLC, et al. V. Google LLC et al.,
14  Case No. 3:22-cv-02746-JD
15  --------------------------------------------------x
16
17  ** HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER **
18
19            REMOTE VIDEOTAPED DEPOSITION OF
20                     SUNDAR PICHAI
21              Monday, February 27, 2023
22
23

    REPORTED BY:
24  RENEE HARRIS, CA CSR 14168, NJ CCR, RPR
25

HIGHLY CONFIDENTIAL

Page 11

1          Will the court reporter please swear in

2      the witness, and then counsel may proceed.

3

4                     SUNDAY PICHAI,

5   called as a witness and having been first duly

6   sworn by the Certified Shorthand Reporter, was

7   examined and testified as follows:

8

9                     EXAMINATION

10  BY MS. MOSKOWITZ:

11      Q.  Good morning, Mr. Pichai.  My name is

12  Lauren Moskowitz.  I'll be beginning the

13  questioning.  I represent Epic Games.

14      A.  Thank you, good morning.

15      Q.  If you could please state your full name

16  for the record to begin.

17      A.  Sundar Pichai.

18      Q.  And where are you currently located right

19  now?

20      A.  I'm located in Palo Alto, California.

21      Q.  The Google offices?

22      A.  That's right.

23      Q.  And who is in the room with you right

24  now?

25      A.  I have Lara and Glenn, our counsel,

HIGHLY CONFIDENTIAL

Page 28

1    what the revenue share is to Apple?

2        A.   You know, I don't know the specific

3    amounts, but, you know, I have a general trend of

4    the direction of the amounts, yes.

5        Q.   And is the general direction ████████

     ██  ██████

7        A.   Yes, it is.

8        Q.   Is that ████████████████████

9        A.   That's correct.

10       Q.   And it was, in fact, ████████████████

11   last year; correct?

12       A.   I don't know the specific amount, but

13   that sounds about right.

14           (Exhibit 2721 was received and marked

15           for identification on this date and is

16           attached hereto.)

17   BY MS. MOSKOWITZ:

18       Q.   Okay.  We're going to mark another

19   document.  It's going to be Exhibit 2721.  It will

20   take a moment to load.  We'll let you know when

21   it's there.

22           Okay.  It should be up.  Let me know when

23   you have it open, please.

24       A.   So what is the name of the exhibit?

25       Q.   It should be Exhibit 2721.

1      A.   I'm not sure how it's in the most recent

2   versions of MADA.  We have various versions.  But

3   typically, yes.

4      Q.   And do you understand that the version in

5   place today, if someone was signing a MADA today,

6   would require Google Play to be located on the

7   default home screen?  Correct?

8      A.   That's my understanding, yes.

9      Q.   And by requiring only OEMs to place

10  Google Play on the default home screen, Google is

11  increasing the use of Google Play over other app

12  stores; correct?

13     A.   The intent we have, what we are doing is

14  that we want to make sure, you know, we are

15  competing, in many cases, primarily, with Apple's

16  iOS and iPhones.

17          And people have strong expectations, and

18  so we are trying to -- one of the most important

19  use cases for people when they get a phone is to

20  look for other applications.

21          And we are trying to provide a consistent

22  experience.  And so as part of that, we view it as

23  an important out-of-the-box experience.  So that's

24  what we are trying to accomplish.

25     Q.   Well, that -- that refers to needing an

Page 44

1  have shipped Android smartphones without

2  necessarily using MADA.  I think Amazon continues

3  to ship, you know, versions of their tablets now

4  without necessarily Mobile Application

5  Distribution Agreements.

6          But in general, yeah, I agree with what

7  you said.

8      Q.   And Amazon's Android is a fourth Android

9  syst- -- OES -- sorry -- OS?

10     A.   I think it's fine to think -- there's no

11 clear definition of what a fourth Android is, but,

12 yeah, they use Android open source and -- and

13 modify it.

14     Q.   And so you're referring to Android as a

15 tablet.  Just focusing on just smartphones, Google

16 Play is preinstalled on the default home screen of

17 nearly all Android smartphones; correct?

18     A.   That's correct.

19     Q.   And Google Play is the only app store

20 that is preinstalled on nearly all Android

21 smartphones; correct?

22     A.   Now, I'm not sure.  I think almost all

23 Samsung phones I've seen have the Galaxy Store

24 preinstalled as well, typically.  So typically

25 when I see, there are secondary app stores, too.

HIGHLY CONFIDENTIAL

Page 185

```
 1    subjective phrase.  It's in the eyes of the
 2    beholder to some extent.
 3            And so, you know, it's difficult for me
 4    to abstractly answer that.  Particularly since you
 5    are asking it in connection with a legal
 6    framework.
 7            So, you know, but the way we approach our
 8    work, we strive to make sure we provide balanced
 9    and high-quality information, putting user
10    experience first.
11        Q.  Does Google always provide accurate
12    representations to users about other products that
13    users might seek to obtain?
14            MR. POMERANTZ:  Objection to the form.
15            THE WITNESS:  It's a very broad question.
16        Can you narrow it down?  Like, we operate in
17        many, many different businesses.
18            But the spirit of what you're asking,
19        yes.
20    BY MS. GIULIANELLI:
21        Q.  Okay.  Now, moving on to a different
22    topic.
23            Do you ever use Google Chat for business
24    purposes?
25        A.  Yes, I do.
```