# EXHIBIT 1

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   FOR THE NORTHERN DISTRICT OF CALIFORNIA
 4   SAN FRANCISCO DIVISION
 5   ------------------------------------x
 6   IN RE GOOGLE PLAY STORE ANTITRUST
     LITIGATION
 7
     Case No. 3:21-md-02981-JD
 8
 9   THIS DOCUMENT RELATES TO:
10   Epic Games Inc. v. Google LLC, et al.
     Case No.:  3:20-cv-05671-JD
11
     In re Google Play Consumer Antitrust
12   Litigation
     Case No.:  3:20-cv-05761-JD
13
     In re Google Play Developer Antitrust
14   Litigation
     Case No.:  3:20-cv-05792-JD
15
     State of Utah, et al. v. Google LLC, et
16   al.
     Case No.:  3:21-cv-05227-JD
17
     ------------------------------------x
18
19         ** HIGHLY CONFIDENTIAL **
20      REMOTE VIDEOTAPED DEPOSITION OF
21              PATRICK BRADY
22              April 21, 2022
23
24   Reported By:
25   ERIC J. FINZ
```

1          BRADY - Highly Confidential
2       financially interested in the
3       outcome.
4              Counsel attending remotely
5       will be noted on the stenographic
6       record.  Will the court reporter
7       please swear in the witness.
8   PATRICK BRADY,
9   having been first duly sworn by the
10  Notary Public (Eric J. Finz), was
11  examined and testified as follows:
12              THE VIDEOGRAPHER:  Thank you.
13       We may proceed.
14              EXAMINATION BY
15              MR. BENEDICT:
16       Q.   Good morning, Mr. Brady.  We
17  met off the record a moment ago.  I'm
18  Brendan Benedict for the Utah Office of
19  the Attorney General.  With me today is
20  Maria Martin of the Nevada Office of the
21  Attorney General.
22              Can you please state your full
23  name for the record?
24       A.   Yes.  Patrick Brady.
25       Q.   And where are you sitting

```
                                              Page 42

 1            BRADY - Highly Confidential
 2      your email here, you see at the top,
 3      "Some follow-up explanations below as
 4      some have asked.  Patrick," and then
 5      there is an explanation that follows.
 6                Do you see that?
 7           A.   I do.
 8           Q.   And there is a bolded heading
 9      here that says, "Android is not a Google
10      product."
11                Do you see that?
12           A.   I do.
13           Q.   And it says below that,
14      "Android is not a Google product, it's an
15      open source mobile platform that happens
16      to have a large number of contributors
17      who happen to work for Google," and then
18      it continues.
19                Do you see that you wrote
20      that?
21           A.   I do.
22           Q.   And what did you mean when you
23      said Android is an open source mobile
24      platform?
25           A.   I meant that Android was a
```

1   BRADY - Highly Confidential
2   mobile operating system that was provided
3   as open source software to run on mobile
4   phones.
5       Q.   And it was provided open
6   source under the Apache license.  Do you
7   recall that?
8       A.   Primarily under the Apache
9   license.  There is a number of licenses
10  for different components in the open
11  source distribution.
12      Q.   Understanding that parts of
13  the Linux curl are licensed under
14  something separate.  Right?
15      A.   Correct.  And there are other
16  components that are licensed under a
17  different license.  But the primary
18  license for Android would have been
19  Apache, yes.
20      Q.   Okay.  And then there is a
21  heading below that that says, where you
22  wrote, quote, "Android does not include
23  Google's special sauce."
24           Do you see that?
25      A.   I do.

Page 44

1    BRADY - Highly Confidential
2        Q.    And then it sets out Google
3    Mobile Services with some of the apps
4    that are listed there.  Right?
5        A.    It does.
6        Q.    And Google Mobile Services and
7    these apps were what Google was licensing
8    to OEMs under the MADA.  Correct?
9        A.    That is correct.
10       Q.    Now, in the paragraph below
11   that you write, "Most partners don't just
12   want Android for Android, they want
13   Android with GMS because this is a much
14   more compelling product."
15             Do you see that?
16       A.    I do.
17       Q.    Why did you believe that GMS
18   was a much more compelling product than
19   Android?
20             MS. CURRAN-HUBERTY:  Object to
21       form.
22       A.    I don't think that's an
23   accurate representation of what I said.
24   I didn't say GMS is more compelling than
25   Android.  I said Android with GMS is more

1         BRADY - Highly Confidential
2     became of it after.
3         Q.    Are there any lawyers on this
4     email chain?
5         A.    Yes.
6         Q.    Is that Mr. Moss?
7         A.    Yes.
8               (Simultaneous crosstalk.)
9         A.    -- he was a lawyer, anyway.
10        Q.    Did you seek Mr. Moss's
11    counsel when you sent your email?
12        A.    I don't think -- I mean, yes.
13    I think I was generally sharing this and
14    providing a recommendation.  Looking for
15    feedback.  I think after -- and copying
16    Tom, who is acting as the attorney in
17    this case.  And, you know, I think after
18    Andy responded, it was -- well, actually,
19    no.  I think -- sorry, I take that back.
20    It looks like Jennie added Tom later to
21    the thread.  So probably I did not send
22    it to Tom initially.
23        Q.    Okay.  Right.
24              Now, it was true that at some
25    point in time Google required, as a

1           BRADY - Highly Confidential
2      condition of making Google Mobile
3      Services apps available under the MADA,
4      that OEMs take Android Market if they
5      wanted access to any other GMS apps.
6      Right?
7                MS. CURRAN-HUBERTY:  Object to
8           form.
9           A.    Android Market was part of the
10     Google Mobile Services core application
11     suite that was -- if it -- there were
12     certain apps that were optional in the
13     suite, potentially, but over time.  But
14     there was a core set of apps that if the
15     partner wanted to distribute any one of
16     those, they would have to take the rest.
17                And they were integrated.  You
18     know, the way, if you shipped Google
19     Maps, the way that we would update Google
20     Maps and provide security updates or
21     feature updates was through Android
22     Market, were they placed, or.  So if that
23     wasn't included, there was no way to
24     update that app.
25                So it was, the short version

```
                                              Page 175
 1         BRADY - Highly Confidential
 2    is yes, that was part of the GMS core app
 3    suite.
 4         Q.    In other words, Android Market
 5    was one of the mandatory apps under the
 6    MADA?
 7         A.    Yes.
 8         Q.    You can set that aside.
 9               MR. BENEDICT:  I'm going to
10         mark our next exhibit.  This will
11         be Plaintiffs' Exhibit 875.  It's
12         an email chain beginning with an
13         email from Chris Barton to you,
14         copying others, dated June 23,
15         2010.  With the Bates 280595.
16               (Exhibit PX 875 for
17         identification, email dated June
18         23, 2010.)
19    BY MR. BENEDICT:
20         Q.    Do you see that?
21         A.    I do.
22         Q.    And who is Mr. Barton?
23         A.    I believe we talked about
24    Chris Barton earlier.  He was a sales or
25    business development person in the, I
```