# EXHIBIT 2

HIGHLY CONFIDENTIAL

Page 1

1        UNITED STATES DISTRICT COURT
2     FOR THE NORTHERN DISTRICT OF CALIFORNIA
3            SAN FRANCISCO DIVISION
4  -------------------------------------------x
5  IN RE GOOGLE PLAY STORE        Case No.
   ANTITRUST LITIGATION           3:21-md-02981-JD
6
7  THIS DOCUMENT RELATES TO:
8  Epic Games Inc. v. Google LLC, et al.,
   Case No: 3:20-cv-05671-JD
9
   In re Google Play Consumer
10 Antitrust Litigation,
   Case No: 3:20-cv-05761-JD
11
   In re Google Play Developer
12 Antitrust Litigation,
   Case No: 3:20-cv-05792-JD
13
14 State of Utah, et al.,
   v. Google LLC, et al.,
15 Case No: 3:21-cv-05227-JD
16 -------------------------------------------x
17
18    *HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER*
19
20   REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
21                  SAMEER SAMAT
22           Wednesday, February 2, 2022
23
24 Reported By: Lynne Ledanois, CSR 6811
25

HIGHLY CONFIDENTIAL

Page 14

1      Lewis and in-house for Google is
2      Alex Zbrozek.  We represent Google
3      and the witness today.
4
5                SAMEER SAMAT,
6   having been duly sworn, testified as follow
7                 EXAMINATION
8
9  BY MR. SUMMERS:
10      Q    Good morning, Mr. Samat.  My
11   name is Glen Summers.  As you may have
12   just heard, I'm with the firm Bartlit
13   Beck and I'm one of the lawyers
14   representing the consumer class.  I'll
15   be starting the questioning today and
16   then others will follow along.
17           What is your current
18   position at Google?
19      A    First, it's nice to meet
20   you, Mr. Summers.
21           My current position at
22   Google is vice president of product
23   management.
24      Q    That's specifically for
25   Google Play?

HIGHLY CONFIDENTIAL

Page 97

1  them separately only because the
2  consumer proposition is different and
3  we made a number of enhancements to
4  the product.
5           But I'm happy to answer
6  questions for you to the best of my
7  ability on Android Market or Google
8  Play.
9      Q    Great.  We'll do our best.
10          As I understand it -- I want
11 to talk about some of the contracts
12 that relate to the Google Play
13 business.
14          As I understand it, from OEM
15 to preload, the Google apps notice,
16 the GMS suite or GMS 4, the OEM has to
17 enter into a mobile application
18 distribution agreement, MADA; is that
19 correct?
20     A    If an OEM wants to preload a
21 core set of Google applications, then
22 we do have a licensing agreement for
23 that which is known as MADA, yes.
24     Q    And they have to enter into
25 the MADA or they don't get the license

1   to the GMS apps; correct?
2        A    Well, we have a -- just to
3   make sure that we're talking about the
4   same thing here, and you can correct
5   me if I'm not answering your question.
6             But they can use Android
7   without a problem -- without any
8   license, excuse me.  And if they want
9   to load -- if they want to have Google
10  services on those devices, they need
11  to enter into a license agreement with
12  us and they also need to ensure that
13  their device meets a certain level of
14  security requirement and other
15  compliance -- excuse me, not
16  compliance but --
17       Q    Sir, sir, sir.  I need you
18  to stop going off in areas that I'm
19  not inquiring about.
20            We're going to end up having
21  to terminate the deposition or resume
22  it.  I need you to focus on my
23  questions, please.
24            The agreement is called a
25  MADA; correct?