# EXHIBIT 7

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4   ----------------------------------------------x
 5   IN RE GOOGLE PLAY STORE          Case No.
     ANTITRUST LITIGATION             3:21-md-02981-JD
 6
 7   THIS DOCUMENT RELATES TO:
 8   Epic Games Inc. v. Google LLC, et al.,
     Case No: 3:20-cv-05671-JD
 9
     In re Google Play Consumer
10   Antitrust Litigation,
     Case No: 3:20-cv-05761-JD
11
     In re Google Play Developer
12   Litigation,
     Case No: 3:20-cv-05792-JD
13
14   State of Utah, et al.,
     v. Google LLC, et al.,
15   Case No: 3:21-cv-05227-JD
16   ----------------------------------------------x
17      *HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER*
18
19     REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
20                    MICHAEL MARCHAK
21              Wednesday, January 12, 2022
22                 Volume 1 (Pages 1-358)
23
24   Reported By: Lynne Ledanois, CSR 6811
25
```

HIGHLY CONFIDENTIAL

Page 15

```
 1              MS. CHIU:  Good morning.
 2         This is Michelle Park Chiu from
 3         Morgan Lewis & Bockius on behalf
 4         of defendants Google.  Also with
 5         me is Nina Dutta and Alex Zbrozek.
 6              VIDEOGRAPHER:  Thank you.
 7         Would the court reporter please
 8         swear in the witness.
 9
10              MICHAEL MARCHAK,
11   having been duly sworn, testified as follow
12                EXAMINATION
13   BY MS. SWEENEY:
14        Q    Good morning, Mr. Marchak.
15        A    Good morning.
16        Q    As you heard, I am an
17   attorney for the developer class
18   plaintiffs.  And the way we're doing
19   these depositions is one attorney for
20   one plaintiff group will take the
21   first set of questions and then I will
22   I'll pass you off to my co-counsel.
23             Is that okay?
24        A    Yes.
25        Q    Okay.  And are you
```

HIGHLY CONFIDENTIAL

Page 16

1    represented by counsel today?
2         A     Yes.
3         Q     Okay.  And that's Ms. Chiu?
4         A     Yes, I believe so.
5         Q     Okay.  And have you ever
6    been deposed before?
7         A     No.
8         Q     Okay.  I know that you've
9    probably gone over this with your
10   counsel.  But just as a reminder, you
11   understand that everything you say
12   today is under penalty of perjury, so
13   you have to tell the truth?
14        A     I do.
15        Q     Is there any reason why you
16   cannot give complete and truthful
17   testimony today?
18        A     No.
19        Q     And as you can tell, the
20   whole proceeding is being recorded and
21   the court reporter is taking down
22   every word that I say and every word
23   that you say.
24              So in order to make her life
25   easier, it's important that we not

HIGHLY CONFIDENTIAL

Page 70

```
 1    one of the things of building
 2    ecosystem, I think when we've gotten
 3    users and developers to invest, they
 4    will be able to make money.
 5         Q    Below these bullet points on
 6    the same page of this slide deck it
 7    says, "Goal is to identify short-term
 8    commercial programs that can mitigate
 9    these risks."
10              Do you see that?
11         A    I do.
12         Q    And was it around this time
13    that Google developed Project Hug?
14              MS. CHIU:  Object to form.
15              THE WITNESS:  Project Hug,
16         which we now refer to as Games
17         Velocity Program.
18              I think it started in 2019.
19         But it may be around this time
20         generally.
21    BY MS. SWEENEY:
22         Q    Was that one of the
23    commercial programs that Google
24    engaged in in order to address the
25    risks posed that are reflected in this
```

Page 71

1    bullet point -- in these bullet
2    points?
3            MS. CHIU:  Object to form.
4            THE WITNESS:  I don't know.
5       I don't really recall this deck.
6    BY MS. SWEENEY:
7       Q    Well, aside from the deck,
8    are you familiar with Project Hug?
9       A    I am.
10      Q    Okay.  And do you know --
11   I'm sorry, I think you answered that
12   you thought it started some time
13   around 2019?
14      A    I believe so, that's my
15   recollection.
16      Q    Was Project Hug a commercial
17   program in response to risks of
18   certain developers launching off Play?
19           MS. CHIU:  Object to form.
20           THE WITNESS:  Project Hug
21      was a commercial program with the
22      goals of ensuring users had access
23      to the best games content and our
24      game developers are getting the
25      most value from Google Play or

1        from Google.
2   BY MS. SWEENEY:
3        Q     And you can't have the most
4   games and content if developers of
5   those great games and content launch
6   off Play; right?
7        A     It would be users would have
8   access to that content, so, yes,
9   that's correct.
10       Q     So is your answer yes, that
11  Hug was in part a response to the risk
12  that developers would launch their
13  products off Play?
14             MS. CHIU:  Object to form.
15             THE WITNESS:  Again, I think
16        the way I always viewed it and
17        continue to view it is it's about
18        making sure users have access to
19        content and ensuring that
20        developers are getting the most
21        value from their relationship with
22        Google and Google Play.
23  BY MS. SWEENEY:
24       Q     Well, aside from how you
25  view it, can you just answer my