# EXHIBIT 12

| | | |
|---|---|---|
| 1 | Brian C. Rocca, S.B. #221576<br>brian.rocca@morganlewis.com | Glenn D. Pomerantz, S.B. #112503<br>glenn.pomerantz@mto.com |
| 2 | Sujal J. Shah, S.B. #215230<br>sujal.shah@morganlewis.com | Kuruvilla Olasa, S.B. #281509<br>kuruvilla.olasa@mto.com |
| 3 | Michelle Park Chiu, S.B. #248421<br>michelle.chiu@morganlewis.com | Nicholas R. Sidney, S.B. #308080<br>nick.sidney@mto.com |
| 4 | Minna Lo Naranjo, S.B. #259005<br>minna.naranjo@morganlewis.com | **MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor |
| 5 | Rishi P. Satia, S.B. #301958<br>rishi.satia@morganlewis.com | Los Angeles, California 90071<br>Telephone: (213) 683-9100 |
| 6 | **MORGAN, LEWIS & BOCKIUS LLP** | |
| 7 | One Market, Spear Street Tower<br>San Francisco, CA 94105 | Kyle W. Mach, S.B. #282090<br>kyle.mach@mto.com |
|   | Telephone: (415) 442-1000 | Justin P. Raphael, S.B. #292380 |
| 8 | | justin.raphael@mto.com |
| 9 | Richard S. Taffet, *pro hac vice*<br>richard.taffet@morganlewis.com | Emily C. Curran-Huberty, S.B. #293065<br>emily.curran-huberty@mto.com |
| 10 | **MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue | Dane P. Shikman, S.B. #313656<br>dane.shikman@mto.com |
|    | New York, NY 10178 | **MUNGER, TOLLES & OLSON LLP** |
| 11 | Telephone: (212) 309-6000 | 560 Mission Street, Twenty Seventh Floor<br>San Francisco, California 94105 |
| 12 | Ian Simmons, *pro hac vice* | Telephone: (415) 512-4000 |
|    | isimmons@omm.com | |
| 13 | Benjamin G. Bradshaw, S.B. #189925 | Jonathan I. Kravis, *pro hac vice* |
|    | bbradshaw@omm.com | jonathan.kravis@mto.com |
| 14 | **O'MELVENY & MYERS LLP** | **MUNGER, TOLLES & OLSON LLP** |
|    | 1625 Eye Street, NW | 601 Massachusetts Avenue NW, Suite 500E |
| 15 | Washington, DC 20006 | Washington, D.C. 20001 |
|    | Telephone: (202) 383-5300 | Telephone: (202) 220-1100 |
| 16 | | |
| 17 | *Attorneys for Defendants* | Daniel M. Petrocelli, S.B. #97802<br>dpetrocelli@omm.com |
| 18 | | Stephen J. McIntyre, S.B. #274481<br>smcintyre@omm.com |
| 19 | | **O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars |
| 20 | | Los Angeles, California 90067<br>Telephone: (310) 553-6700 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 24 | | |
| 25 | IN RE GOOGLE PLAY STORE<br>ANTITRUST LITIGATION | Case No. 3:21-md-02981-JD |
| 26 | THIS DOCUMENT RELATES TO: | **DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF** |
| 27 | *Epic Games Inc. v. Google LLC et al.*, | **CONSUMER' FIRST SET OF REQUESTS FOR ADMISSION** |
| 28 | Case No. 3:20-cv-05671-JD | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:21-md-02981-JD

DB2/ 43808968.2

DEFENDANTS' RESPONSES AND
OBJECTIONS TO PLAINTIFF
CONSUMER'S FIRST SET OF RFAS

admits that apps on devices running iOS or Android may access some, but not all, of the APIs within the Google Play Services SDK suite without Google Mobile Services having been preloaded on the device.

**REQUEST FOR ADMISSION NO. 9:**

Admit that in the United States, an App distributed through Google Play may only offer In-App Purchases through Google Play if it uses Google Play Billing and may only be updated through Google Play.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Google objects to this Request as impermissibly compound. Subject to and without waiving the foregoing objections, Google admits that an app distributed through Google Play in the United States may only be updated through Google Play. In all other respects, Google denies Request No. 9.

**REQUEST FOR ADMISSION NO. 10:**

Admit that when Consumers obtain Apps from Google Play they pay Google directly for any Apps or In-App Purchases.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Google objects to this Request as vague and ambiguous in its use of the terms "obtain" and "directly." Subject to and without waiving the foregoing objections, Consumers may purchase apps or in-app purchases through methods including direct carrier billing and gift cards, and on this basis, Google denies Request No. 10.

**REQUEST FOR ADMISSION NO. 11:**

Admit that this Litigation was a factor in Google's decision to reduce the revenue share from 30% to 15% on the first $1 million of developer earnings effective July 1, 2021.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:21-md-02981-JD

DB2/ 43808968.2

16

DEFENDANTS' RESPONSES AND
OBJECTIONS TO PLAINTIFF
CONSUMER'S FIRST SET OF RFAS

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Google admits that this Litigation was one factor considered in its decision to announce the service fee reduction on developers' first $1 million in annual revenues, along with other factors including Google's competition with Apple.

**REQUEST FOR ADMISSION NO. 12:**

Admit that this Litigation was a factor in Google's decision to reduce the revenue share from 30% to 15% on subscription developer earnings effective January 1, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Google denies that this Litigation was a factor considered in its decision to reduce its revenue share from subscription developers from 30% to 15%.

**REQUEST FOR ADMISSION NO. 13:**

Admit that during the time period January 1, 2008, through and including the present, Google paid some mobile carriers revenue share in part to encourage them to promote Google Play over their own App Stores.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Google objects to this Request as vague and ambiguous in its use of the phrases "revenue share," "some mobile carriers," and "to encourage them to promote Google Play over other App Stores." Google further objects to this Request as overbroad and unduly burdensome as to time. Subject to and without waiving the foregoing objections, Google admits that during the time period January 1, 2008 through the present, it has paid revenue share to certain mobile carriers. In all other respects, Google denies Request No. 13.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:21-md-02981-JD

DB2/ 43808968.2

17

DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF CONSUMER'S FIRST SET OF RFAS

| | | |
|---|---|---|
| 1 | Dated: August 22, 2022 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | | Brian C. Rocca |
| | | Richard S. Taffet |
| 3 | | Sujal J. Shah |
| | | Michelle Park Chiu |
| 4 | | Minna Lo Naranjo |
| | | Rishi P. Satia |
| 5 | | Respectfully submitted, |
| 6 | | By:  /s/ Brian C. Rocca |
| 7 | |         Brian C. Rocca |
| 8 | | **O'MELVENY & MYERS LLP** |
| | | Ian Simmons |
| 9 | | Daniel M. Petrocelli |
| | | Benjamin G. Bradshaw |
| 10 | | Stephen J. McIntyre |
| 11 | | Respectfully submitted, |
| 12 | | By:  /s/ Ian Simmons |
| | |         Ian Simmons |
| 13 | | **MUNGER, TOLLES & OLSON LLP** |
| 14 | | Glenn D. Pomerantz |
| | | Kuruvilla Olasa |
| 15 | | Kyle W. Mach |
| | | Justin P. Raphael |
| 16 | | Emily C. Curran-Huberty |
| | | Jonathan I. Kravis |
| 17 | | Nicholas R. Sidney |
| | | Dane P. Shikman |
| 18 | | Respectfully submitted, |
| 19 | | By:  /s/ Glenn D. Pomerantz |
| 20 | |         Glenn D. Pomerantz |
| 21 | | *Counsel for Defendants* |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:21-md-02981-JD

DB2/ 43808968.2

23

DEFENDANTS' RESPONSES AND
OBJECTIONS TO PLAINTIFF
CONSUMER'S FIRST SET OF RFAS

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Morgan, Lewis & Bockius LLP, 300 South Grand Avenue, 22nd Floor, Los Angeles, CA 90071.

On August 22, 2022, I served the foregoing document titled:

**DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF CONSUMER' FIRST SET OF REQUESTS FOR ADMISSION**

by transmitting via electronic mail the document listed above to each of the parties set forth below using the parties' designated electronic service lists epic-mobileapps@cravath.com; StatesGooglePlayLeads@agutah.gov; googleappconsumercounsel@bartlitbeck.com; DevelopersvGoogle@hausfeld.com; matchgroup@hueston.com:

| | |
|---|---|
| Christine A. Varney (*pro hac vice*)<br>Katherine B. Forrest (*pro hac vice*)<br>Gary A. Bornstein (*pro hac vice*)<br>Yonatan Even (*pro hac vice*) Lauren<br>A. Moskowitz (pro hac vice)<br>M. Brent Byars (*pro hac vice*)<br>Eric Zepp (*pro hac vice*)<br>**CRAVATH, SWAINE & MOORE LLP**<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>epic-mobileapps@cravath.com<br>cvarney@cravath.com<br>kforrest@cravath.com<br>gbornstein@cravath.com<br>yeven@cravath.com<br>lmoskowitz@cravath.com<br>mbyars@cravath.com<br>ezepp@cravath.com | Eamon P. Kelly<br>Alberto Rodriguez<br>Martin Amaro<br>**SPERLING & SLATER, P.C.**<br>55 W. Monroe Street, Suite 3200<br>Chicago, IL 60603<br>ekelly@sperling-law.com<br>arodriguez@sperling-law.com<br>mamaro@sperling-law.com<br><br>Steve W. Berman<br>Robert F. Lopez<br>Ted Wojcik<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>steve@hbsslaw.com robl@hbsslaw.com<br>tedw@hbsslaw.com |
| Paul J. Riehle (SBN 115199)<br>**FAGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center<br>San Francisco, California 94111<br>paul.riehle@faegredrinker.com<br><br>*Counsel for Plaintiff in Epic Games, Inc. v. Google LLC, et al.* | Benjamin J. Siegel<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>bens@hbsslaw.com<br><br>*Counsel for Plaintiff Pure Sweat Basketball, Inc. and the Proposed Class in Pure Sweat Basketball, Inc. v. Google LLC, et al.* |
| Hae Sung Nam<br>**KAPLAN FOX & KILSHEIMER LLP** | Elizabeth Pritzker<br>**PRITZKER LEVINE LLP** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:21-md-02981-JD         24         DEFENDANTS' RESPONSES AND
OBJECTIONS TO PLAINTIFF
CONSUMER'S FIRST SET OF RFAS
DB2/ 43808968.2

| | |
|---|---|
| 850 Third Avenue, 14th Floor<br>New York, NY 10022<br>hnam@kaplanfox.com<br><br>Karma M. Giulianelli<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, CO 80202<br>karma.giulianelli@bartlitbeck.com<br><br>*Interim Co-Lead Class Counsel for Plaintiffs and the Proposed Class in In re Google Play Consumer Antitrust Litigation*<br><br>Peggy J. Wedgworth<br>**MILBERG PHILLIPS GROSSMAN LLP**<br>One Penn Plaza, Suite 1920<br>New York, New York 10119<br>pwedgworth@milberg.com<br><br>George A. Zelcs<br>**KOREIN TILLERY, LLC**<br>205 North Michigan, Suite 1950<br>Chicago, IL 60601<br>gzelcs@koreintillery.com<br><br>Nanci Eiko Nishimura<br>**COTCHETT PITRE & MCCARTHY LLP**<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>nnishimura@cpmlegal.com<br><br>*Interim Steering Committee Members for Plaintiffs and the Proposed Class in In re Google Play Consumer Antitrust Litigation* | 1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>ecp@pritzkerlevine.com<br><br>*Interim Liaison Counsel for Plaintiffs and the Proposed Class in In re Google Play Consumer Antitrust Litigation*<br><br>Bonny E. Sweeney (SBN 176174)<br>Samantha J. Stein (SBN 302034)<br>**HAUSFELD LLP**<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94104<br>DevelopersvGoogle@hausfeld.com<br>bsweeney@hausfeld.com<br>sstein@hausfeld.com<br><br>Melinda R. Coolidge (*pro hac vice*)<br>1700 K Street, NW, Suite 650<br>Washington, DC 20006<br>mcoolidge@hausfeld.com<br><br>Katie R. Beran (*pro hac vice*)<br>325 Chestnut Street, Suite 900<br>Philadelphia, PA 19106<br>kberan@hausfeld.com<br><br>Scott A. Martin (*pro hac vice*)<br>Irving Scher (*pro hac vice*)<br>33 Whitehall Street, 14th Floor New York, NY 10004<br>smartin@hausfeld.com<br><br>*Counsel for Plaintiff Peekya App Services, Inc. and the Proposed Class in Pure Sweat Basketball, Inc. v. Google LLC, et al.* |
| Brendan P. Glackin, Bar No. 199643<br>bglackin@agutah.gov<br>Fred Norton (SBN 224735)<br>fnorton@agutah.gov<br>David N. Sonnenreich (*pro hac vice*)<br>dsonnenreich@agutah.gov<br>Scott R. Ryther (*pro hac vice*)<br>sryther@agutah.gov<br>**UTAH OFFICE OF THE ATTORNEY GENERAL**<br>160 East 300 South, 5th Floor<br>P.O. Box 140872<br>Salt Lake City, UT 84114-0872<br><br>*Counsel for the State of Utah* | Sarah G. Boyce (*pro hac vice*) sboyce@ncdoj.gov<br>Jonathan Marx (*pro hac vice*) jmarx@ncdoj.gov<br>Jessica V. Sutton (*pro hac vice*) Jsutton2@ncdoj.gov<br>**NORTH CAROLINA DEPARTMENT OF JUSTICE**<br>P.O. Box 628<br>Raleigh, NC 27602<br><br>*Counsel for the State of North Carolina* |

John C. Hueston, Bar No. 164921
jhueston@hueston.com
Douglas J. Dixon, Bar No. 275389
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

Joseph A. Reiter, Bar No. 294976
jreiter@hueston.com
Michael K. Acquah, Bar No. 313955
macquah@hueston.com
William M. Larsen, Bar No. 314091
wlarsen@hueston.com
Julia L. Haines, Bar No. 321607
jhaines@hueston.com
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340

*Counsel for Match Group Inc., et al.*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 22, 2022 at Los Angeles, California.

                                                    */s/ Wogai Mohmand*
                                                          Wogai Mohmand

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:21-md-02981-JD         26         DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF CONSUMER'S FIRST SET OF RFAS

DB2/ 43808968.2