# EXHIBIT 13

```
 1   UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2   SAN FRANCISCO DIVISION
     Case No. 3:21-md-02981-JD
 3   ---------------------------------------x
     IN RE GOOGLE PLAY STORE
 4   ANTITRUST LITIGATION
 5   THIS DOCUMENT RELATES TO:
 6   Epic Games Inc. v. Google LLC, et al.,
     Case No: 3:20-cv-05671-JD
 7
     In re Google Play Consumer
 8   Antitrust Litigation,
     Case No: 3:20-cv-05761-JD
 9
     In re Google Play Developer
10   Antitrust Litigation,
     Case No: 3:20-cv-05792-JD
11
     State of Utah, et al., v.
12   Google LLC, et al.,
     Case No: 3:21-cv-05227-JD
13
     Match Group, LLC, et al.,
14   v. Google LLC, et al.,
     Case No. 3:22-cv-02746-JD
15   ---------------------------------------x
                   Tuesday, August 23, 2022
16                 9:16 a.m. PDT
17
             **HIGHLY CONFIDENTIAL
18          UNDER PROTECTIVE ORDER**
19               - Volume I -
20      Remote Videotaped Deposition by
21   Virtual Zoom of DONALD HARRISON, a
22   Witness on behalf of Google, taken before
23   Dawn Matera, a Certified Shorthand
24   Reporter and Notary Public of the State
25   of New York.
```

Page 5

DONALD HARRISON - HIGHLY CONFIDENTIAL

and I am the videographer. The court reporter is Dawn Matera from the firm of Veritext Legal Solutions.

I am not authorized to administer an oath. I am not related to any party in this action nor am I financially interested in the outcome.

Please note that all appearances and affiliations will be noted on the stenographic record and will the court reporter please swear in the witness remotely.

D O N A L D  H A R R I S O N, the Witness herein, having first been duly sworn by the Notary Public, was examined and testified as follows:

EXAMINATION BY
MR. SCHWARTZ:

Q. Good morning, Mr. Harrison. My name is Aaron Schwartz and I will be asking you questions today on behalf of the consumer class.

Can you please state your full name for the record, please.

Page 323

1  DONALD HARRISON - HIGHLY CONFIDENTIAL
2  on global partnerships, there is a period
3  of time where another executive named
4  Daniel Alegre managed the relationship
5  with Apple, together with Joan Braddi.  I
6  wanted to say that lasted for a bit
7  longer than a year and then I took over
8  top partners and at that point started
9  managing Apple.
10       Q.    Okay.  In terms of the
11 financial impact on Google, the money
12 flowing one way or the other, is Apple
13 considered Google's largest partner?
14       A.    In terms of the flow of funds,
15 in terms of the value of the commercial
16 relationship between the parties, Apple
17 is our largest partner.
18       Q.    And how long has Google
19 considered Apple a partner?
20       A.    I am sure we considered Apple a
21 partner since whenever we did the first
22 distribution deals that saw Search appear
23 on Apple surfaces, which probably goes
24 all the way back to 2006/2005.  Possibly
25 earlier.  I am not aware.