# EXHIBIT 18

```
                                     Volume 1

                                     Pages 1 - 144

              UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

IN RE GOOGLE PLAY STORE                        )
ANTITRUST LITIGATION                           )   NO. 21-md-02981-JD
_____)
                                               )
THIS DOCUMENT RELATES TO:                      )
                                               )
Epic Games, Inc. vs. Google LLC, et al.,       )
Case No. 3:20-cv-05671-JD                      )
                                               )
In Re Google Play Consumer Antitrust           )
Litigation, Case No. 3:20-cv-05671-JD          )
                                               )
State of Utah, et al. v. Google LLC,           )
et al., Case No. 3:21-cv-05227-JD              )
                                               )
Match Group, LLC, et al. vs. Google LLC,       )
et al., Case No. 3:22-cv-02746-JD              )
_____)

                              San Francisco, California
                              Thursday, January 12, 2023
```

**TRANSCRIPT OF PROCEEDINGS**

**IN RE EVIDENTIARY HEARING ON CHAT PRESERVATION**

**APPEARANCES**:

For Plaintiff Epic Games in C 20-05671 JD:
        CRAVATH SWAINE AND MOORE LLP
        825 Eighth Avenue
        New York, New York 10019
  **BY: LAUREN ANN MOSKOWITZ, ATTORNEY AT LAW**
      **GARY A. BORNSTEIN, ATTORNEY AT LAW**

    **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
        CSR No. 7445, Official United States Reporter

1  **Q.**   And you and Mr. Kolotouros discussed this $200 million
2  deal over Google Chat; right?
3  **A.**   I don't recall.
4  **Q.**   All right.  Let's look at PX-37 in your binder, please,
5  GOOG-PLAY-001974461, a June 8th, 2019, e-mail between
6  Mr. Kolotouros and yourself.
7       Please let me know when you're there.
8  **A.**   Yes, I see it.
9  **Q.**   And it may look familiar.  It was marked during your
10 deposition as Exhibit 786.  Do you see that?
11 **A.**   Yes.
12      **MS. MOSKOWITZ:**  Your Honor, I move PX-37 into evidence.
13      **THE COURT:**  It's admitted.
14          (Plaintiffs' Exhibit PX-37 received in evidence.)
15 **BY MS. MOSKOWITZ:**
16 **Q.**   According to your e-mail that you sent at 10:28 a.m. -- do
17 you see where I am?
18 **A.**   Yes.
19 **Q.**   At 10:28 a.m., you said in this e-mail to Mr. Kolotouros,
20 quote (as read):
21          "You mentioned in our IM chat yesterday that
22      Samsung broached the topic of asking for rev share on
23      the Play Store."
24      Do you see that?
25 **A.**   I do.

1   **Q.**   So you're referencing in an e-mail the fact that you had a
2   Google Chat conversation with Mr. Kolotouros about negotiations
3   with Samsung; correct?
4   **A.**   Yes.
5   **Q.**   And those chats no longer exist; right?
6   **A.**   I assume they don't.
7   **Q.**   And they no longer exist because when you had those
8   conversations, your chat history was turned off and so was
9   Mr. Kolotouros's; correct?
10  **A.**   I can't speak for his, but mine was turned off.
11  **Q.**   You also understood that he kept his off too?
12  **A.**   I -- I didn't -- didn't know that.
13  **Q.**   Okay.  All right.  Well, we have his testimony.
14          So the only reason we ever knew that these chats even
15  existed is the mention of them in an instant message -- I'm
16  sorry -- of an instant message in this e-mail; right?
17  **A.**   I assume so.
18  **Q.**   Okay.  Can I get your agreement that the IM chat
19  referenced in this e-mail was not the only conversation you had
20  with Mr. Kolotouros about the status of negotiations with
21  Samsung and other OEMs?
22  **A.**   Not the only conversation --
23  **Q.**   This wasn't the only chat you ever had with him; right?
24  **A.**   I don't -- I don't know if it was.
25  **Q.**   Do you think it was even possible that that was the single

```
1      MR. POMERANTZ:  -- the second week of October.
2      THE COURT:  Add that to your discussion.  Okay?
3      MR. POMERANTZ:  We'll talk to them about it.
4      THE COURT:  With respect to trial date.
5      MR. POMERANTZ:  Thank you, Your Honor.
6      THE COURT:  I can do that.
7      Okay.  Thanks so much, and hope to see you soon.
8      THE CLERK:  All rise.  Court is in recess.
9           (Proceedings adjourned at 3:45 p.m.)
```

## CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE: Saturday, January 14, 2023

*Ana Dub* (signature)

_____

Ana Dub, CSR No. 7445, RDR, RMR, CRR, CCRR, CRG, CCG
Official United States Reporter