UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE: GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS SUBMITTED IN CONNECTION WITH DEFENDANTS' OPPOSITION TO PLAINTIFFS' PROPOSED SANCTION RE CHATS**<br><br>Judge:  Hon. James Donato |

Having considered Google's Administrative Motion to File Under Seal Materials Submitted in Connection With Defendants' Opposition to Plaintiffs' Proposed Sanction re Chats and any materials submitted in support thereto, pursuant to Local Rules 7-11 and 79-5;

**IT IS HEREBY ORDERED:**

The following portions of *Defendants' Opposition to Plaintiffs' Proposed Sanction re Chats* and supporting documents may be filed under seal:

| Document | Document or Portion of Document Sought to be Sealed | Designating Party | Ruling |
|---|---|---|---|
| Exhibit 3 | Page 222, Line 13 (word before "correct"), Line 15 (between "And" and "wasn't"), and Line 25 (between "other than" and "right?"). | Google (Cramer Declaration ¶9) | |
| Exhibit 3 | Page 234, Line 7 (last word of line), and Line 10 (first word of line). | Google (Cramer Declaration ¶10) | |
| Exhibit 5 | Page 225 (entire graph). | Google (Cramer Declaration ¶11) | |
| Exhibit 5 | Page 225, Footnote 5 (between "RSA 3.0 is" and "percent", between "the share is" and "percent", between "compatible are" and "percent", and between "and" and "percent"). | Google (Cramer Declaration ¶12) | |
| Exhibit 8 | Page 14, Lines 13-14 (entire lines). | Google (Cramer Declaration ¶13) | |
| Exhibit 8 | Page 106, Lines 12-18 (from "there would be" until end of line). | Google (Cramer Declaration ¶14) | |
| Exhibit 8 | Page 128, Line 19 (the word before "is one"). | Google (Cramer Declaration ¶15) | |
| Exhibit 8 | Page 128, Lines 20-22 (entire lines) | Google (Cramer Declaration ¶16) | |
| Exhibit 8 | Page 128, Line 25 (first word of | Google (Cramer | |

| | | | |
|---|---|---|---|
| | question). | Declaration ¶17) | |
| Exhibit 8 | Page 129, Line 1 (first word of sentence), Line 5 (between "conversation" and "decision"), Line 11 (between "with" and "we needed"), Line 19 (first word), Line 21 (entire line), and Line 22 (between "other than" and "there are"). | Google (Cramer Declaration ¶18) | |
| Exhibit 8 | Page 129, Line 7 (between "else for" and "and they"). | Google (Cramer Declaration ¶19) | |

Dated: _____, 2023

_____
Honorable James Donato
United States District Judge
Northern District of California

2
[PROPOSED] ORDER RE: GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS SUBMITTED IN CONNECTION WITH DEFENDANTS' OPPOSITION TO PLAINTIFFS' PROPOSED SANCTION RE CHATS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD, 3:22-cv-02746-JD