# EXHIBIT 7

# PUBLIC REDACTED VERSION

Google

P&E 2021 Annual Plan
**Play Sandbox**

PRIVILEGED AND CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Great year; Investment needed to address mounting risks, and realize major upsides to momentum plan

There are 3 big things on our minds.

The business has taken on tremendous operational debt.  T&S, regulatory issues, contracts, lawsuits, and beyond.   I will show you what my team feels -- which is we are honestly barely holding a number of things together in our cross functional team. We desperately need to shore this up.
The elephant in the room is the pressures on the business model.
A big part of our answer to the business model question is to build on the opportunities we see: Expand our value for developers and users so that we stop having justification discussions about the 30% while also building new promotional business models (ads) that diversify our revenue away from purely IAP.

We will walk through this, but the challenge to the team was to identify a path to grow █████ above the momentum forecast 5 years out.

GOOG-PLAY-000338401.R