# EXHIBIT 11

To: ruthporat@google.com
CC: mikeherring@google.com, cramer@google.com, kreinke@google.com, cristinab@google.com, danwalker@google.com, mikefoley@google.com, tiaa@google.com, [???]   **Comment [1]:** Confirm cc-list
From: Christian Cramer
Subject: Briefing note on Play Policy Announcement - for Google Leads Monday 6/15/2020

**Privileged & Confidential**

Hi Ruth, Kristin,

Play Leadership will be discussing (1) the need for and (2) the xPA product & economic implications of the upcoming Play Policy Announcement at the Google Leads discussion on Monday (6/15) (link to material)   **Comment [2]:** Add link

tl;dr [ ]   **Comment [3]:** Add tldr if note ends up being too long

# Redacted - Privilege

**Redacted - Privilege**

**Financial impact:** The objective of Play Policy enforcement on both 1P + 3P Apps is not driven by economic considerations. Goal is to (1) address Regulatory risk to Google and (2) preserve Play's business model.
- However, this will likely result in redistributing profitability from other PAs to Play
- Impacted Product Areas with Apps on Play include Youtube, Google One, Nest and Stadia
- The outcome should be zero-sum for Google unless PAs take sub-optimal actions to address additional PA margin pressure such as raise user prices or go 'consumption only' on Play potentially leading to drop in adoption, revenue and margins.

**Finance Role and next steps:**
- xPA BD should determine xPA deal / "value exchange" options to alleviate PA margin pressure while also addressing perception of self preferencing
- Finance will determine the xPA + Google financial impact of each option
- Finance BFOs meeting on Tuesday (6/16) to collectively discuss and align on:
    - Legal & regulatory risks the Play Policy enforcement will address
    - An initial assessment of xPA + Google financial impact
    - Discuss xPA finance engagement model as BD evaluates various options
    - Finance project plan over next 14 months to appropriately land the Policy enforcement on Google Apps with minimal adverse impact to Google.

@Tia: Please add as needed from your perspective

CONFIDENTIAL
GOOG-PLAY-009212734

Please let me know if you have any questions.

Best,
Christian

CONFIDENTIAL

GOOG-PLAY-009212735