| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewatta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100<br><br>Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue, 38th Floor<br>New York, NY 10022<br>Telephone: (212) 687-1980<br><br>*Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*<br><br>Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br><br>Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br><br>*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* | Brendan P. Glackin (SBN 199643)<br>bglackin@agutah.gov<br>**OFFICE OF THE UTAH ATTORNEY GENERAL**<br>160 E 300 S, 5th Floor<br>PO Box 140872<br>Salt Lake City, UT 84114-0872<br>Telephone: (801) 366-0260<br><br>*Counsel for the Plaintiff States*<br><br>Douglas J. Dixon (SBN 275389)<br>ddixon@hueston.com<br>**HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 229-8640<br><br>*Counsel for Plaintiffs Match Group, LLC, et al.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF YONATAN EVEN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITIONS TO DEFENDANTS' OMNIBUS MOTIONS *IN LIMINE* NOS. 1-7**<br><br>Judge: Honorable James Donato |

I, Yonatan Even, declare as follows:

1. I am a Partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

2. I make this declaration in support of Plaintiffs' Omnibus Oppositions to Defendants' Omnibus Motions *In Limine* Nos. 1-7.

3. I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

4. Attached hereto as **Exhibit 1** is a true and correct copy of a document produced in this litigation and bearing Bates numbers beginning with GOOG-PLAY-005029848.R.

5. Attached hereto as **Exhibit 2** is a true and correct copy of pages excerpted from a document produced in this litigation and bearing Bates numbers beginning with GOOG-PLAY5-000500320.

6. Attached hereto as **Exhibit 3** is a true and correct copy of pages excerpted from a document produced in this litigation and bearing Bates numbers beginning with GOOG-PLAY5-000500584.

7. Attached hereto as **Exhibit 4** is a true and correct copy of a document produced in this litigation and bearing Bates numbers beginning with GOOG-PLAY-001265881.R.

8. Attached hereto as **Exhibit 5** is a true and correct copy of pages excerpted from a document produced in this litigation and bearing Bates numbers beginning with GOOG-PLAY-004488106.R.

9. Attached hereto as **Exhibit 6** is an excerpt from a true and correct copy of a document titled Defendants' Responses and Objections to Plaintiff Consumer's First Set of Requests for Admission.

10. Attached hereto as **Exhibit 7** is a true and correct copy of pages excerpted from a document produced in this litigation and bearing Bates numbers beginning with GOOG-PLAY-000338400.R.

11. Attached hereto as **Exhibit 8** is an excerpt from the transcript of the February 10, 2022 deposition of Mr. Jamie Rosenberg.

12. Attached hereto as **Exhibit 9** is a true and correct copy of a document produced in this litigation and bearing Bates numbers beginning with GOOG-PLAY-007819062.

13. Attached hereto as **Exhibit 10** is a true and correct copy of a page excerpted from a document produced in this litigation and bearing Bates numbers beginning with GOOG-PLAY-011450558.

14. Attached hereto as **Exhibit 11** is a true and correct copy of a document produced in this litigation and bearing Bates numbers beginning with GOOG-PLAY-009212734.

15. Attached hereto as **Exhibit 12** is a true and correct copy of pages excerpted from a document produced in this litigation and bearing Bates numbers beginning with GOOG-PLAY-011675561.

16. Attached hereto as **Exhibit 13** is a true and correct copy of a document produced in this litigation and bearing Bates numbers beginning with GOOG-PLAY-007868187.

17. Attached hereto as **Exhibit 14** is a true and correct copy of a document produced in this litigation and bearing Bates numbers beginning with GOOG-PLAY-004119228.R.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 2nd day of October, 2023, in New York, New York.

*/s/ Yonatan Even*
Yonatan Even