# EXHIBIT 12
# PUBLIC REDACTED VERSION



Play Performance Review
August 8, 2022
STRICTLY CONFIDENTIAL: DO NOT SHARE
* A tool that produces a steady pulse to help play in time.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-PLAY-011675561

## Table of contents

For discussion today

- DR Update [15m] - *Albert*
- Performance Update - July Readout [20m] - *Josh / Karen*
- Key product metrics scorecard [10m] - *Sarin/Lavan*
- Acceleration Scorecard [5m] - *Dhruv*
- Store experiments [20m] -*Jiahui*
- FOP Activation [15m] - *Steve / Amy*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-PLAY-011675562

# FOP Activation Update (Link to Preso)

**August 2022**

sarthur@, amythompson@, nickprofita@, oscarsalinas@

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-PLAY-011675628

Privileged & Confidential

# Payments Revenue Acceleration Focus Areas

- Payments revenue acceleration focuses on driving spend & NPUs via:
  - **FOP Launches**
  - **eWallet Activations**
  - **Global PayPal Activation Program**
  - **Live Commerce Activations**

- Original target of [REDACTED] incremental is now [REDACTED]
  - FOP launch process complexity / regulation
  - Revised measurement approach
  - Changing partner strategy

**Learnings, adjustments and successes have been extremely valuable and we are making huge strides towards connecting users to the content they love in the places where they shop.**

Privileged & Confidential

Why are these programs incremental to momentum?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-011675630



Incremental To Momentum: January View
1. FOP Launches
2. eWallet Activation - rapid expansion
2020
2021
2022
Account Management Coverage (# managed)
# of eWallet Activations
3. Global PayPal - first time
4. Live Commerce - first time
2022V
Jan
Feb
Mar
Apr
May
Jun
Jul
Aug
Sep
Oct
Nov
Dec
AMER
EMEA
APAC

The 4 launches this year are:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-PLAY-011675631

Privileged & Confidential

What are these programs?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-011675632

Privileged & Confidential

# FOP Launches: expansion and optimization

## FOPs Expansion

FOP expansion is critical to (1) accessing NBU buyers (2) setting us up for future commercial success (3) mitigating regulatory issues

**Key efforts driving this**

1. Prioritize focus countries with high growth / strong demand intent / low FOP penetration
2. Scale with 3P aggregator model supporting various FOP types
3. Experiment with new & emerging FOP types

## FOPs Optimization

Ensure FOPs are performing to their max potential by optimizing number of FOP'd users and FOP performance when used

**Key efforts driving this**

1. Activation programs to support FOP'ing users
2. FOPs performance improvement via product/ tech improvements
3. Efficient FOP migrations (ex. post shutdown)

Commerce / RPA framework to driving revenue. Commerce led.



Secured best offers from ShopeePay during April 15th - May 15th with our bounty program

This pilot is part of our JBP with ShopeePay ID, to grow First Purchasers by [REDACTED] and Transactions by [REDACTED] this year.
We secured commitment from the local marketing team to run the biggest collaboration with Bounty program & BFM this year with [REDACTED] of ShopeePay marketing investment on this campaign.
They ran cashback promo for new users during the campaign period, and have additional cashback on special dates to support big game moments & key seasonal events.
They amplified our Top Developers content from MLBB, Genshin Impact, Webtoon, etc.



And as part of our commitment to this collaboration, we supported the campaign by featuring ShopeePay promotion on Play buy flow.
We received great feedback from partner, especially they loved how we supported their promotion by providing media exposure to reach Play most potential users when users have their biggest intent to purchase.
We saw great results from the campaign, we acquired a total of [redacted] during the campaign period [redacted] achievement against baseline), and hit the highest payout tiering for ShopeePay. From the impact measurement, it drove [redacted]



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-011675636

Privileged & Confidential
Live Commerce: Korea (and soon Japan)
Ads on retailer's homepage
Ads on gaming communities
Press Release
Influencers' SNS
Influencers' YT (Pre-live event)
Google Play App's Game Home
Retailer
External ads
Influencer Channels
Google

[REDACTED] page views (highest is [REDACTED] Hiighest uniques is [REDACTED] (Disney / Naver) . [REDACTED]

Interactive, entertaining, and relatable content structured with "missions" that involve users (e.g., comments, phone call) paired with live-only exclusive incentives sprinkled throughout the show

7 campaigns completed with 7 more to go.

Privileged & Confidential

How are we doing?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-PLAY-011675639

# RPA Rev Acceleration 2022 Progress

| | Est for H1 Activities | EOY Outlook | Original Target | Key Points |
|---|---|---|---|---|
| FOP Launches | [redacted] | [redacted] | [redacted] | ● 4 launches YTD vs 40 originally planned FY. 23 now confirmed<br>● Launch revenues impacted by RU shutdown, launch execution delays & regulatory (IN) |
| eWallet Activations | [redacted] | [redacted] | [redacted] | ● 60+ campaigns completed & live vs. 25 total in 2021<br>● Enhanced impact measurement approach led to lower uplift but higher confidence→ adjusted FY revenue estimates [redacted] |
| PayPal Activations | [redacted] | [redacted] | [redacted] | ● Executed first user offer campaigns across 4 markets in H1<br>● 12 planned for H2 w/[redacted] in partner investment (media & promo value)<br>● Enhanced impact methodology + reduction in campaigns → reduction of orig target |
| Live Commerce | [redacted] | [redacted] | [redacted] | ● Executed first activation in H1 w/ 6 follow ons in KR; expanding to JP in H2 |
| Total | [redacted] | [redacted] | [redacted] | (Official target was [redacted] to be conservative) |