# EXHIBIT 2

***In re Google Play Antitrust Litigation (Case No. 3:21-md-02981-JD)***
<u>Plaintiffs' Updated Third Witness List</u>

       Pursuant to the Parties' pre-trial exchange agreement, Plaintiffs provide the below tentative list of expected trial witnesses, other than for impeachment or rebuttal purposes, and reserving their rights to supplement or amend the list for good cause or in response to Google's witness list and any subsequent revisions thereto. Further, this witness list is based on the assumption that all four of States, Consumers, Match and Epic Plaintiffs will go forward with trial on November 6. For the avoidance of doubt, Plaintiffs reserve the right to revise this list in the event that the Court orders a different trial structure, and/or if the set of participating Plaintiffs or the scope of issues or claims to be tried changes, if any witness becomes unavailable, or in the event that the set of participating Plaintiffs changes for any other reason. Plaintiffs further revise their rights to:

o   Revise or amend this list, including (but not limited to) in light of new information that becomes available or known to Plaintiffs after today's date, such as through any discovery (including deposition or trial testimony) that has not yet been completed, or based on any forthcoming pre-trial disclosures by Google.

o   Revise or amend the brief statements describing the witness testimony and the estimate of minutes or hours the witness's testimony is expected to take, including (but not limited to) if the States, Consumers, and Google are unable to finalize a long-form settlement agreement.

o   Substitute deposition designations for live testimony, and vice versa, including based on the availability or non-availability of any witness.

o   Add any witness necessary to sponsor or authenticate an exhibit or any other documentary evidence for use at trial.

o   Withdraw any of the witnesses.

| Witness | Live / Designation | Title | Will Call / May Call | Brief Statement re: Testimony | Estimated Direct |
|---|---|---|---|---|---|
| **Google Witnesses (Will Call Live)** | | | | | |
| Brandon Barras | Live | Strategic Partner Lead for Google Play & Android | Will call | Google Play business practices; Google's relationships and agreements with developers; Google's destruction of Chat evidence; topics covered in his deposition; topics identified by Google | 60 min. |
| Dave Kleidermacher | Live | Vice President, Engineering, Security and Privacy for Android | Will call | Android technical restraints; Android and Google Play security; Google's destruction of Chat evidence; topics covered in his deposition; topics identified by Google | 60 min. |
| Purnima Kochikar | Live | VP of Apps & Games for Google Play | Will call | Google Play business practices, strategy and finances; Google's relationships and agreements with developers; Android technical restraints; Google's destruction of Chat evidence; topics covered in her deposition; topics identified by Google | 75 min. |
| Lawrence Koh | Live | Google's Director for Games Business Development | Will call | Google Play business practices, strategy and finances; Google's relationships and agreements with developers; Google's destruction of Chat evidence; topics covered in his deposition; topics identified by Google | 60 min. |
| Jim Kolotouros | Live | Google's Vice President, Android Platform Partnerships | Will call | Android business practices, strategy and finances; Google's relationships and agreements with OEMs and carriers; Android technical restraints; Google's destruction of Chat evidence; topics covered in his deposition; topics identified by Google | 75 min. |
| Sundar Pichai | Live | CEO | Will call | Google Play and Android business practices, strategy and finances; Google's relationships and agreements with developers; Google's relationships and agreements with OEMs and carriers; Google's relationship and agreements with Apple; Google's destruction of Chat evidence; topics covered in his deposition; topics identified by Google | 60 min. |

| Witness | Live / Designation | Title | Will Call / May Call | Brief Statement re: Testimony | Estimated Direct |
|---|---|---|---|---|---|
| Jamie Rosenberg | Live | Google's Vice President of Strategy and Operations for Platforms and Ecosystems | Will call | Google Play and Android business practices, strategy and finances; Google's relationships and agreements with developers; Google's relationships and agreements with OEMs and carriers; Google's destruction of Chat evidence; topics covered in his deposition; topics identified by Google | 75 min. |
| **Google Witnesses (May Call Live)** | | | | | |
| Emily Garber | Live | Senior Product Counsel | May call | Google efforts to conceal evidence; Google's destruction of Chat evidence; topics identified by Google | 15 min. |
| Margaret Lam | Live | Strategy for Android | May call | Google's efforts to conceal evidence; Google's destruction of Chat evidence; topics identified by Google | 30 min. |
| Tristan Ostrowski | Live | Senior Legal Director at Google | May call | Google efforts to conceal evidence; Google's destruction of Chat evidence; topics identified by Google | 15 min. |
| **Google Witnesses (May Call Live or By Designations)** | | | | | |
| Paul Bankhead | Live or By Designations | Google Play Store and Google Play Services product team lead | May call | Google Play business practices, strategy and finances; Google's relationship and agreements with developers; Google's destruction of Chat evidence; topics covered in his deposition; topics identified by Google | 75 min. |
| Patrick Brady | Live or By Designations | Vice President of Engineering at Google | May call | Android technical restraints; Android security; Google's relationships and agreements with OEMs and carriers; Google's destruction of Chat evidence; topics covered in his deposition; topics identified by Google | 60 min. |

| Witness | Live / Designation | Title | Will Call / May Call | Brief Statement re: Testimony | Estimated Direct |
|---|---|---|---|---|---|
| Eric Chu | Live or By Designations | Former Head of the Open Handset Alliance/Android Developer Ecosystem (2007– 2012) | May call | Google Play and Android business practices, strategy and finances; Android technical restraints; Google's relationships and agreements with developers; Google's relationships and agreements with OEMs and carriers; YouTube's business practices; Google's destruction of Chat evidence; topics covered in his deposition; topics identified by Google | 60 min. |
| Paul Feng | Live or By Designations | Google's Product Management Director for Play Monetization | May call | Google Play business practices, strategy and finances; YouTube's business practices and strategy; topics covered in his deposition; topics identified by Google | 45 min. |
| Paul Gennai | Live or By Designations | Vice President at Google | May call | Google Play and Android business practices, strategy and finances; Google's relationships and agreements with developers; Google's relationships and agreements with OEMs and carriers; Google's destruction of Chat evidence; topics covered in his deposition; topics identified by Google | 45 min. |
| Don Harrison | Live or By Designations | President, Global Partnerships and Corporate Development | May call | Google Play and Android business practices, strategy and finances; Google's relationships and agreements with developers; Google's relationships and agreements with OEMs and carriers; Google's relationship and agreements with Apple; Google's destruction of Chat evidence; topics covered in his deposition; topics identified by Google | 45 min. |
| Sarah Karam | Live or By Designations | Director of Apps Partnerships, Google Play | May call | Google's relationships and agreements with developers; Google's destruction of Chat evidence; topics covered in her deposition; topics identified by Google | 45 min. |

| Witness | Live / Designation | Title | Will Call / May Call | Brief Statement re: Testimony | Estimated Direct |
|---|---|---|---|---|---|
| John Lagerling | Live or By Designations | Former Google and Meta Employee CEO of the Japanese marketplace Mercari | May call | Google Play and Android business practices, strategy and finances; Google's relationships and agreements with developers; Google's relationships and agreements with OEMs and carriers; Google's destruction of Chat evidence; Facebook's business and practices; Facebook's experience with Android and Google Play; Facebook's interactions with Google; topics covered in his deposition; topics identified by Google | 60 min. |
| Hiroshi Lockheimer | Live or By Designations | Senior Vice President, Platforms and Ecosystems | May call | Google Play and Android business practices, strategy and finances; Android technical restraints; Android security; Google's relationships and agreements with developers; Google's relationships and agreements with OEMs and carriers; Google's relationship with Apple; Google's destruction of Chat evidence; topics covered in his deposition; topics identified by Google | 60 min. |
| Mrinalini Loew | Live or By Designations | Director, Google Play Commerce | May call | Google Play business practices, strategy and finances; Google's destruction of Chat evidence; topics covered in her deposition; topics identified by Google | 30 min. |
| Michael Marchak | Live or By Designations | Director of Play Partnerships, Strategy and Operations | May call | Google Play business practices, strategy and finances; Google's relationships and agreements with developers; Google's destruction of Chat evidence; topics covered in his deposition; topics identified by Google | 45 min. |
| Rich Miner | Live or By Designations | Advisor; Android-Co Founder | May Call | Android and Google Play business practices; topics covered in his deposition; topics identified by Google | 30 min. |
| Sebastian Porst | Live or By Designations | Security Engineering Manager at Google | May call | Android technical restraints; Android security; Google's destruction of Chat evidence; topics covered in his deposition; topics identified by Google | 30 min. |

| Witness | Live / Designation | Title | Will Call / May Call | Brief Statement re: Testimony | Estimated Direct |
|---|---|---|---|---|---|
| Kristen Rasanen | Live or By Designations | Former Director, Global Apps Business Development, Google Play Managing Director, Google Wallet Partnerships | Will call | Google Play and Android business practices, strategy and finances; Google's relationships and agreements with developers; Google's destruction of Chat evidence; topics covered in her deposition; topics identified by Google | 75 min. |
| Sameer Samat | Live | Vice President, Product Management | May Call | Google Play and Android business practices, strategy and finances; Google's relationships and agreements with developers; Google's relationships and agreements with OEMs and carriers; Google's destruction of Chat evidence; topics covered in his deposition; topics identified by Google | 60 min. |
| **Google Witnesses (Designations)** | | | | | |
| Christian Cramer | Designations | Finances Director for Platforms and Ecosystems | May call | Topics covered in his designated deposition testimony; topics identified by Google | 45 min. |
| Anthony DiVento | Designations | Accounting Controller for Google Play | May call | Topics covered in his designated deposition testimony; topics identified by Google | 30 min. |
| Jon Gold | Designations | Managing Director, Platforms and Ecosystems Partnership Strategy | May call | Topics covered in his designated deposition testimony; topics identified by Google | 30 min. |
| Christopher Li | Designations | Google's Director and Head of Platform Growth | May call | Topics covered in his designated deposition testimony; Topics identified by Google | 30 min. |
| Justin Mattson | Designations | Senior Software Engineer at Google | May call | Topics covered in his designated deposition testimony; Topics identified by Google | 30 min. |
| Ruth Porat | Designations | CFO of Alphabet and Google | May call | Topics covered in her designated deposition testimony; Topics identified by Google | 45 min. |
| Diana Garcia Rios | Designations | Developer Relations Engineering at Google | May call | Topics covered in her designated deposition testimony; Topics identified by Google | 30 min. |

| Witness | Live / Designation | Title | Will Call / May Call | Brief Statement re: Testimony | Estimated Direct |
|---|---|---|---|---|---|
| Andy Rubin | Designations | Former Senior Vice President of Mobile and Digital Content at Google | Will call | Topics covered in his designated deposition testimony; Topics identified by Google | 60 min. |
| Nick Sears | Designations | Co-Founder of Android and Engineer (2005-2013) | May call | Topics covered in his designated deposition testimony; Topics identified by Google | 60 min. |
| Danielle Stein | Designations | Head of Monetizing App Partnerships at Google Play | May call | Topics covered in her designated deposition testimony; Topics identified by Google | 45 min. |
| **Third-Party Witnesses (Will Call Live)** | | | | | |
| Down Dog (Ben Simon) | Live | Software Engineer for Google (2012-2015) Founder and CEO of Down Dog | Will call | Down Dog's business and practices; Down Dog's experience with Android and Google Play; Down Dog's interactions with Google; topics covered in his deposition; topics identified by Google | 60 min. |
| Netflix (Paul Perryman) | Live | VP of Partnerships | Will call | Netflix's business and practices; Netflix's experience with Android and Google Play; Netflix's interactions with Google; topics covered in his deposition testimony; topics identified by Google | 60 min. |
| **Third-Party Witnesses (May Call Live)** | | | | | |
| F-Droid (Hans-Christoph Steiner) | Live | Contributor | May call | F-Droid's app store and practices; app distribution history and strategies; F-Droid's experience with Android and Google; topics identified by Google | 45 min. |
| FastSpring (David Nachman) | Live | CEO | May call | FastSpring's business and practices; FastSpring's payment solutions; FastSpring's ability to offer a payment solution for in-app purchases on Android apps; topics covered in his deposition testimony; topics identified by Google | 45 min. |

| Witness | Live / Designation | Title | Will Call / May Call | Brief Statement re: Testimony | Estimated Direct |
|---|---|---|---|---|---|
| Paddle (Christian Owens) | Live | CEO, Founder and Executive Chairman of Paddle | May call | Paddle's business and practices; Paddle's payment solutions; Paddle's ability to offer a payment solution for in-app purchases on Android apps; topics covered in his deposition testimony; topics identified by Google | 45 min. |
| PayPal (Rob Regan) | Live | Vice President, Global Accounts, Enterprise Sales and Platform Partnerships | May call | PayPal's business and practices; PayPal's payment solutions; PayPal's ability to offer a payment solution for in-app purchases on Android apps; topics covered in his deposition testimony; topics identified by Google | 30 min. |
| **Third-Party Witnesses (May Call Live or By Designations)** | | | | | |
| Activision Blizzard (Armin Zerza) | Live or By Designations | CFO | May call | Activision's business and practices; Activision's app distribution strategies; Activision's experience with Android and Google Play; Activision's relationships and agreements with Google; topics covered in his deposition; topics identified by Google | 45 min. |
| **Third-Party Witnesses (Designations)** | | | | | |
| Amazon (Donn Morrill) | Designations | Director of Developer Relations | Will call | Topics covered in his designated deposition testimony; topics identified by Google | 45 min. |
| AT&T (Jeffrey Ezell) | Designations | Vice President of Strategy and Business Development | May call | Topics covered in his designated deposition testimony; topics identified by Google | 30 min. |
| Block f/k/a TIDAL (Pål Berg) | Designations | Streaming Lead | May call | Topics covered in his designated deposition testimony; topics identified by Google | 30 min. |
| Bumble (Richard Watts) | Designations | Vice President of Product Revenue | May call | Topics covered in his designated deposition testimony; topics identified by Google | 45 min. |

| Witness | Live / Designation | Title | Will Call / May Call | Brief Statement re: Testimony | Estimated Direct |
|---|---|---|---|---|---|
| GetJar (Christopher Dury) | Designations | Former CEO | May call | Topics covered in his designated deposition testimony; topics identified by Google | 45 min. |
| iHeart Media (Rob Rowe) | Designations | Executive Vice President, Product Integration & Distribution | May call | Topics covered in his designated deposition testimony; topics identified by Google | 30 min. |
| Meta (Marc Shedroff) | Designations | Vice President for Business Development and Alliances | May call | Facebook's business and practices; Facebook's experience with Android and Google Play; Facebook's interactions with Google; topics covered in his designated deposition testimony; topics identified by Google | 60 min. |
| Motorola (Eric Christensen) | Designations | Executive Director of Software Product Management and Partner Management | May call | Topics covered in his designated deposition testimony; topics identified by Google | 30 min. |
| Qualcomm (Brian Vogelsang) | Designations | Former Director of Product Management for Plaza Retail, Current XR Product Leader | May call | Topics covered in his designated deposition testimony; topics identified by Google | 30 min. |
| SlideME (George Christopoulos) | Designations | Founder and CEO | May call | Topics covered in his designated deposition testimony; topics identified by Google | 30 min. |
| SoundCloud (Jordan Pettinato) | Designations | Director, Business Development | May call | Topics covered in his designated deposition testimony; topics identified by Google | 30 min. |
| Spotify (Sandra Alzetta) | Designations | Vice President, Global Head of Payments | May call | Topics covered in her designated deposition testimony; topics identified by Google | 45 min. |

| Witness | Live / Designation | Title | Will Call / May Call | Brief Statement re: Testimony | Estimated Direct |
|---|---|---|---|---|---|
| **Epic Witnesses (May Call Live)** | | | | | |
| Steven Allison | Live | General Manager of the Epic Games Store | May call | Epic's business and practices; Epic Games Store business; game and app distribution history and strategies; Epic's experience with Android and Google Play; topics covered in his deposition testimony; topics identified by Google | 60 min. |
| Ethan Diamond | Live | Senior Director | May call | Bandcamp's business and practices; Bandcamp's experience with Android and Google Play; Bandcamp's interactions with Google; app distribution; topics covered in his deposition testimony; topics identified by Google | 45 min. |
| Andrew Grant | Live | Technical Director | May Call | Epic's business and practices; OS and app technologies, security and engineering; Epic's experience with Android and Google Play; Epic's interactions with Google; topics covered in his deposition testimony; topics identified by Google | 30 min. |
| Tim Sweeney | Live | CEO | May call | Epic's business and practices; Epic's history; Epic's experience with app platforms, including PC, consoles and mobile; Epic Games Store business; Epic's experience with Android and Google Play; Epic's interactions with Google; topics covered in his deposition testimony; topics identified by Google | 90 min. |
| Matt Weissinger | Live | Head of Marketing | May call | Epic's business and practices; app distribution and marketing; Epic's experience with Android and Google Play; Epic's interactions with Google; topics covered in his deposition testimony; topics identified by Google | 45 min. |
| **Epic Witnesses (Designations)** | | | | | |
| Hans Stolfus | Designations | Global Partnerships Lead, Mobile | May call | Topics covered in his designated deposition testimony; topics identified by Google | 45 min. |

| Witness | Live / Designation | Title | Will Call / May Call | Brief Statement re: Testimony | Estimated Direct |
|---|---|---|---|---|---|
| **Match Witnesses (Will Call Live)** | | | | | |
| Shar Dubey | Live | Former CEO of Match Group, Inc. and current Board of Director of Match Group, Inc. | Will call | Match's business and practices; Match's history; Match's experience with Android and Google Play; Match's interactions with Google; topics covered in her deposition; topics identified by Google | 60 min. |
| Peter Foster | Live | General Manager at Match Group Media | Will call | Match's business and practices; Match's experience with Android and Google Play; Match's interactions with Google; topics covered in his deposition; topics identified by Google | 45 min. |
| **Match Witnesses (May Call Live)** | | | | | |
| Adrian Ong | Live | Former Senior Vice President of Operations at Match Group, LLC | May call | Match's business and practices; Match's experience with Android and Google Play; Match's interactions with Google; topics covered in his deposition; topics identified by Google | 45 min. |
| **Match Witnesses (Designations)** | | | | | |
| AJ Cihla | Designations | Senior Director, Business Development at Tinder, a division of Match Group, LLC | May call | Topics covered in his designated deposition testimony; topics identified by Google | 30 min. |
| Ian Purves | Designations | Director of Partnerships at Match Group, LLC | May call | Topics covered in his designated deposition testimony; topics identified by Google | 30 min. |
| Gary Swidler | Designations | Former Chief Operating Officer and current President and Chief Financial Officer at Match Group, Inc. | May call | Topics covered in his designated deposition testimony; topics identified by Google | 30 min. |

| Witness | Live / Designation | Title | Will Call / May Call | Brief Statement re: Testimony | Estimated Direct |
|---|---|---|---|---|---|
| **Consumer Plaintiff Witnesses (Will Call Live or By Designations)** | | | | | |
| Mary Carr | Live or By Designations | N/A | Will call | Her experience using Android, the Google Play store, and Android apps; her smartphone purchase decision; topics covered in her deposition testimony; topics identified by Google | 30 min. |
| **Consumer Plaintiff Witnesses (Designations)** | | | | | |
| Matthew Atkinson | Designations | N/A | May call | Topics covered in his designated deposition testimony; topics identified by Google | 30 min. |
| Alex Iwamoto | Designations | N/A | May call | Topics covered in his designated deposition testimony; topics identified by Google | 15 min. |
| Zachary Palmer | Designations | N/A | May call | Topics covered in his designated deposition testimony; topics identified by Google | 15 min. |
| **State Witness (May Call Live)** | | | | | |
| Sonny Mangat | Live | Chief Information Security Officer, CA AG | May call | California DOJ information security, including statements related to cybersecurity and downloading or installing apps on mobile devices | 30 min. |
| **Expert Witnesses (Will Call)** | | | | | |
| Ned Barnes | Live | CPA | Will call | Accounting and profitability issues; topics covered in his expert reports | 45 min. |
| Doug Bernheim | Live | PhD | Will call | Antitrust economics issues relating to the licensable smartphone operating system and app distribution markets; topics covered in his expert reports | 180 min. |
| James Mickens | Live | PhD | Will call | Security issues related to Android and Google Play; topics covered in his expert reports | 60 min. |

| Witness | Live / Designation | Title | Will Call / May Call | Brief Statement re: Testimony | Estimated Direct |
|---|---|---|---|---|---|
| Stanley Presser | Live | PhD | Will call | Survey results regarding switching between Android and iOS and consumer perception of sideloading warnings; topics covered in his expert reports | 45 min. |
| Marc Rysman | Live | PhD | Will call | Non-duplicative antitrust economics issues including a quantitative two-sided SSNIP; quantitative output effects; damages to consumers; topics covered in his expert reports | 60 min. |
| Douglas Craig Schmidt | Live | PhD | Will call | Non-duplicative security issues related to Android and Google Play; security issues related to Google Play Billing; topics covered in his expert reports | 45 min. |
| Steve Schwartz | Live | PhD | Will call | Non-duplicative antitrust economics issues related to the app distribution market and market for Android in-app payment solutions; damages to Match; topics covered in his expert reports | 90 min. |
| Steve Tadelis | Live | PhD | Will call | Antitrust economics issues relating to the market for Android in-app payment solutions; topics covered in his expert reports | 60 min. |
| **Expert Witnesses (May Call)** | | | | | |
| Saul Solomon | Live | PhD | May call | Disgorgement, restitution, and penalties; topics covered in his expert reports | 30 min. |

***In re Google Play Antitrust Litigation***
<u>Google's Fourth Tentative Witness List (Rev. 10/5/2023)</u>

       Pursuant to the Parties' pre-trial exchange agreement, Google provides the below tentative list of expected trial witnesses, other than for impeachment or rebuttal purposes. Google reserves its right to supplement or amend the list for good cause or in response to Plaintiffs' witness list and any subsequent revisions thereto. For the avoidance of doubt, Google reserves its right to revise this list in the event that the set of participating Plaintiffs changes, including but not limited to in the event that any Plaintiff's trial date is moved or vacated. Google reserves its rights to:

- Revise or amend this list, including (but not limited to) in light of new information that becomes available or known to Google after today's date, such as through any discovery (including deposition or trial testimony) that has not yet been completed, or based on any forthcoming pre-trial disclosures by Plaintiffs. Google reserves the right to add any witness deposed after today's date to its witness list.

- Substitute deposition designations for live testimony, and vice versa, including based on the availability or non-availability of any witness.

- Add any witness necessary to sponsor or authenticate an exhibit or any other documentary evidence for use at trial.

- Withdraw any of the witnesses.

- Revise anticipated substance and time estimates.

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---------|-------------------|-------|---------------------|-----------|---------------|
| **Plaintiff Witnesses (Will Call Live)** | | | | | |
| Tim Sweeney | Live | Chief Executive Officer (Epic) | Will call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 1.5 hours |
| Sharmistha Dubey | Live | Former CEO of Match Group, Inc., and current Director (Match) | Will call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 1 hour |
| Peter Foster | Live | General Manager at Match Group Media (Match) | Will call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 1 hour |
| Sonny Mangat | Live | Chief Information Security Officer, California AG | Will call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.4 hours |
| **Plaintiff Witnesses (May Call Live)** | | | | | |
| Ethan Diamond | Live | Senior Director (Epic) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 0.5 hours |

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---------|--------------------|--------|-----------------------|-----------|----------------|
| Daniel Egerter | Live | Consumer | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.3 hours |
| **Plaintiff Witnesses (May Call Live or By Designation)** | | | | | |
| Steven Allison | Live or by designation | General Manager, Store (Epic) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 0.5 hours |
| Andrew Grant | Live or by designation | Technical Director (Epic) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 0.5 hours |
| Matthew Weissinger | Live or by designation | Head of Marketing (Epic) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 0.5 hours |
| Adrian Ong | Live or by designation | Former Senior Vice President of Operations at Match Group (Match) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.7 hours |
| Matt Atkinson | Live or by designation | Consumer | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.2 hours |

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---|---|---|---|---|---|
| Mary Carr | Live or by designation | Consumer | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.2 hours |
| Alex Iwamoto | Live or by designation | Consumer | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.2 hours |
| Zachary Palmer | Live or by designation | Consumer | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.2 hours |
| **Plaintiff Witnesses (Will Call by Designation)** | | | | | |
| Chris Babcock | By designation | Senior Platform Programmer (Epic) | Will call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 0.5 hours |
| **Plaintiff Witnesses (May Call by Designation)** | | | | | |
| AJ Cihla | By designation | Senior Director, Business Dev. At Tinder (Match) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.3 hours |
| Christopher Earl | By designation | Information Technology Director, Utah AG | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.2 hours |

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---------|--------------------|-------|----------------------|-----------|---------------|
| Randy Gelber | By designation | Chief Financial Officer (Epic) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 0.7 hours |
| Joshua Kim | By designation | Former COO of Bandcamp, Inc. | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.1 hours |
| Joseph Kreiner | By designation | Vice President of Business Development (Epic) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 0.7 hours |
| Thomas Ko | By designation | Former Head of Business and Online Strategy for Online Services (Epic) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 0.5 hours |
| Ryan Koppy | By designation | North Dakota AG | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.2 hours |
| Melissa Larsen | By designation | Former Chief of Staff to the Attorney General, Utah AG | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.2 hours |

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---|---|---|---|---|---|
| Haseeb Malik | By designation | Former Marketing Director (Epic) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 0.3 hours |
| David Nikdel | By designation | Engineer (Epic) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 0.3 hours |
| Cameron Payne | By designation | Marketing Director (Epic) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 0.3 hours |
| Nicholas Penwarden | By designation | VP of Engineering (Epic) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 0.3 hours |
| Ian Purves | By designation | Director of Partnerships at Match Group, LLC (Match) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.3 hours |

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---------|--------------------|-------|----------------------|-----------|---------------|
| Adam Sussman | By designation | President (Epic) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 0.7 hours |
| Alec Shobin | By designation | Marketing Manager (Epic) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 0.5 hours |
| Douglas Smith | By designation | Chief Information Officer, Florida AG | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.2 hours |
| Hans Stolfus | By designation | Global Partnership Lead, Mobile (Epic) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 0.6 hours |
| Gary Swidler | By designation | Former COO and current President and CFO at Match Group, Inc. (Match) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.3 hours |
| Daniel Vogel | By designation | Chief Operating Officer (Epic) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 0.3 hours |

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---|---|---|---|---|---|
| Ed Zobrist | By designation | Former Head of Publishing (Epic) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, Google's counterclaims, and Epic's requested relief. | 0.3 hours |
| **Third-Party Witnesses (May Call Live)** | | | | | |
| Paul Bankhead | Live | Google Play product team lead (Former) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 0.3 hours |
| Lawrence Koh | Live | Director, Partnerships (Former) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.8 hours |
| Mohsen Malekinehad | Live | Director of CA Notify Exposure Notification Program, California Department of Public Health | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 0.3 hours |
| Carson Oliver | Live | Sr. Director of Business Management (Apple) | May call | Competition between the Apple App Store and the Google Play store. | 0.7 hours |
| Ian Sanford | Live | Information Technology Specialist, California Department of Public Health | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 0.1 hours |

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---------|-------------------|-------|---------------------|-----------|---------------|
| Apple | Live | Custodian of records | May call | Authentication of business record documents | 0.1 hours |
| Twitter | Live | Custodian of records | May call | Authentication of business record documents | 0.1 hours |
| **Third-Party Witnesses (May Call Live or by Designation)** | | | | | |
| Robert Beaty | Live or by designation | Chief Technology Officer, OCV | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 0.5 hours |
| John Lagerling | Live or by designation | Former Senior Director, Partnerships (Google); Former Vice President, Business Development (Facebook) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 0.5 hours |
| **Third-Party Witnesses (May Call by Designation)** | | | | | |
| Paul Berg | By designation | Lead of Streaming, Tidal | May Call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 0.3 hours |
| Asi Burak | By designation | Chief Business Officer, Tilting Point | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 0.5 hours |

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---|---|---|---|---|---|
| Eric Christensen | By designation | Executive Director of Software Product Management and Partner Management, Motorola | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 0.5 hours |
| Patrick Cox | By designation | Biological Data Systems Manager, Washington Department of Fish & Wildlife | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 0.2 hours |
| George Christopoulos | By designation | SlideME, Founder and CEO | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 0.3 hours |
| Rich Czeslawski | By designation | Chief Operating Officer & President, Pure Sweat Basketball | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 0.2 hours |
| Jeffrey Ezell | By designation | Vice President of Business Development, AT&T | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 0.5 hours |
| Ted Goessling | By designation | Systems Architect, Minnesota IT Services | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 0.1 hours |

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---|---|---|---|---|---|
| Bradley Harris | By designation | IT Administrator, Louisiana Secretary of State | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 0.2 hours |
| Jamie McClanahan | By designation | Chief Information Officer, Texas Parks & Wildlife | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 0.1 hours |
| Donn Morrill | By designation | Director of Developer Relations, Amazon | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 0.3 hours |
| Jordan Pettinato | By designation | Director of Business Development, Soundcloud | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 0.1 hours |
| Andy Rubin | By designation | Former Senior Vice President, Mobile and Digital Content, Google | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 1 hour |
| Nick Sears | By designation | Android, Co-Founder | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 0.4 hours |
| Marc Shedroff | By designation | Vice President, Business Development (Facebook) | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 0.4 hours |

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---|---|---|---|---|---|
| Rohit Tandon | By designation | Chief Information Security Officer, Minnesota IT Services | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 0.1 hours |
| Keith Tresh | By designation | Chief Information Security Officer, Idaho Technology Authority | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 0.1 hours |
| Armin Zerza | By designation | Chief Financial Officer, Activision Blizzard | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and Google's defenses. | 0.7 hours |
| **Google Witnesses (Will Call Live)** | | | | | |
| Brandon Barras | Live | Senior Strategic Partnerships Development Manager | Will call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.8 hours |
| Hiroshi Lockheimer | Live | Senior Vice President, Technical | Will call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.7 hours |
| David Kleidermacher | Live | Vice President, Engineering | Will call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.8 hours |

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---|---|---|---|---|---|
| Jamie Rosenberg | Live | Former Vice President, Product Management | Will call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 1 hour |
| **Google Witnesses (May Call Live)** | | | | | |
| Patrick Brady | Live | Vice President, Engineering | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.3 hours |
| Edward Cunningham | Live | Director, Product Management | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.5 hours |
| Paul Feng | Live | Vice President, Product Management | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.5 hours |
| Paul Gennai | Live | Vice President, Product Management | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 1 hour |
| Don Harrison | Live | Vice President, Partnerships | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.5 hours |

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---------|---------|---------|---------|---------|---------|
| Sarah Karam | Live | Director, Partnerships | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.5 hours |
| Purnima Kochikar | Live | Vice President, Partnerships | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 1.5 hours |
| James Kolotouros | Live | Vice President, Partnerships | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.5 hours |
| Mrinalini Loew | Live | Director, Product Management | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 1 hour |
| Michael Marchak | Live | Director, Sales Strategy | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.3 hours |
| Rich Miner | Live | Director, Software Engineering | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 1.5 hours |
| Sundar Pichai | Live | CEO | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.5 hours |

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---------|-------------------|-------|---------------------|-----------|---------------|
| Sebastian Porst | Live | Senior Staff Security Engineer, Manager | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.1 hours |
| Andrew Rope | Live | Scaled Operations Manager | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.2 hours |
| Kirsten Rasanen | Live | Director, Partnerships | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.5 hours |
| Sameer Samat | Live | Vice President, Product Management | May call | The pro-competitive benefits and legitimate justifications of Google's conduct and defenses, and Google's counterclaims. | 0.5 hours |
| **Expert Witnesses (Live)** | | | | | |
| Sandeep Chatterjee | Live | Chief Executive Officer, Experantis LLC | Will call | How Google Play services works, how it fits into the architecture of the Android operating system, and how it benefits app developers, OEMs, and users; expert opinion as disclosed in expert reports. | 0.5 hours |

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---|---|---|---|---|---|
| Matthew Gentzkow | Live | Landau Professor of Technology and the Economy, Stanford University | Will call | Competitive effects of Google's conduct and procompetitive benefits of and justifications for that conduct, and responses to opinions of Plaintiffs' experts regarding the same; expert opinion as disclosed in expert reports. | 2 hours |
| Donna Hoffman | Live | Professor of Marketing, George Washington University School of Business | May call | Evaluate Dr. Presser's survey and expert report and conclusions reached; expert opinion as disclosed in expert reports. | 0.5 hours |
| Gregory Leonard | Live | Vice President, Charles River Associates | Will call | Google's counterclaim damages against Epic and Match; analysis of pass-through; responses to Plaintiffs' damages analyses; expert opinion as disclosed in expert reports. | 0.6 hours |
| Zhiyun Qian | Live | Everett and Imogene Ross Associate Professor, Computer Science and Engineering Department, University of California Riverside | Will call | Security practices to mitigate threats, threat environments facing the Android ecosystem, Android's security-related features and policies, and ramifications of alternative features and policies; expert opinion as disclosed in expert reports. | 1 hour |

| Witness | Live / Designation | Title | Will Call / May Call | Substance | Time Estimate |
|---|---|---|---|---|---|
| Douglas Skinner | Live | Deputy Dean for Faculty and Eric J. Gleacher Distinguished Service Professor of Accounting, University of Chicago Booth School of Business | Will call | Evaluate calculations, findings, and opinions of Plaintiffs' experts regarding the profitability of Google Play; expert opinion as disclosed in expert reports. | 0.6 hours |
| Catherine Tucker | Live | Sloan Distinguished Professor of Management Science, Massachusetts Institute of Technology | Will call | Relevant antitrust market, competition faced by Google, Plaintiffs and their experts' assertions regarding the relevant market and Google's alleged market or monopoly power; expert opinion as disclosed in expert reports. | 2 hours |