UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER ON PARTIES' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5** |

Having considered the Parties' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, IT IS HEREBY ORDERED that the Clerk shall seal the following materials filed in connection with Plaintiffs' Notice of Lodging until the resolution of any declaration submitted pursuant to Civil Local Rule 79-5(f) and any response thereto:

| Document | Corresponding Exhibit Numbers | Designating Party |
|---|---|---|
| Disputed Exhibit List | TEMP2804-TEMP2806 | Activision Blizzard, Inc. |
| Disputed Exhibit List | TEMP2807-TEMP2837 | Amazon.com, Inc. |
| Disputed Exhibit List | TEMP2838-TEMP2868 | Apple Inc. |
| Disputed Exhibit List | TEMP2869-TEMP2878 | AT&T Inc. |
| Disputed Exhibit List | TEMP2977-TEMP2980 | Block, Inc. |
| Disputed Exhibit List | TEMP2893 | Bright Market, LLC, dba FastSpring |
| Disputed Exhibit List | TEMP2879-TEMP2883 | Bumble, Inc. |
| Disputed Exhibit List | TEMP2884 | Cyanogen Inc. |

| Document | Corresponding Exhibit Numbers | Designating Party |
|---|---|---|
| Disputed Exhibit List | TEMP2900-TEMP2901 | LG Corp. |
| Disputed Exhibit List | TEMP2902 | LittleHoots, LLC |
| Disputed Exhibit List | TEMP2903-TEMP2931 | Meta Platforms, Inc. |
| Disputed Exhibit List | TEMP2932-TEMP2940 | Motorola Mobility LLC |
| Disputed Exhibit List | TEMP2941-TEMP2944 | Netflix, Inc. |
| Disputed Exhibit List | TEMP2945 | NVIDIA Corporation |
| Disputed Exhibit List | TEMP2946-TEMP2949 | OCV, LLC |
| Disputed Exhibit List | TEMP2951-TEMP2956 | Paddle.com Inc. |
| Disputed Exhibit List | TEMP2957-TEMP2958 | PayPal, Inc. |
| Disputed Exhibit List | TEMP2959 | Qualcomm Inc. |
| Disputed Exhibit List | TEMP2960 | Roblox Corporation |
| Disputed Exhibit List | TEMP2961-TEMP2962 | Samsung Electronics America, Inc. |
| Disputed Exhibit List | TEMP2963-TEMP2964 | SlideME LLC |
| Disputed Exhibit List | TEMP2965-TEMP2970 | SoundCloud Global Limited & Co. KG |
| Disputed Exhibit List | TEMP2971-TEMP2974 | Spotify USA Inc. |
| Disputed Exhibit List | TEMP2894-TEMP2898 | T-Mobile |
| Disputed Exhibit List | TEMP2981 | Tilting Point Media LLC |
| Disputed Exhibit List | TEMP2983 | Unity Software Inc. |
| Disputed Exhibit List | TEMP2885-TEMP2892 | Yoga Buddhi Co. |

Pursuant to Civil Local Rule 79-5(f)(3), no later than October 12, 2023, the Designating Parties shall submit a declaration in compliance with Rule 79-5 establishing that the exhibits should remain under seal.

IT IS SO ORDERED.

Dated:

By: _____

THE HONORABLE JAMES DONATO
United States District Judge

PROPOSED ORDER ON PARTIES' ADMINISTRATIVE MOTION

CASE NO. 3:21-MD-02981-JD