# EXHIBIT A

Privileged & Confidential

# Executive Summary – We are fine-tuning Android Search Rev share (ex Samsung) to protect Google from key strategic risks

**Update: RSA spend and enrollment behind the target we set with 2016 BC approval**

- 2016 BC approval targeted 85% Android base coverage at ~15% of Total Search Distribution Revenue via Android. Due to device by-device nature of the deal, we are (1) not getting protection on some devices and (2) getting very limited traction in the "bonus" tier that is supposed to align OEMs with Google's xPA priorities

**Since 2016, Android dynamics changed and we have higher exposure of Search and Play revenue than before**

- Chinese OEMs and Samsung are actively investing in creating own app and services ecosystems; Microsoft and Amazon pursuing distribution deals on devices not covered by RSA; and Android market share is under pressure in developed carrier led geos

**Ask:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ 2023 across Search and Play for carriers and non-Samsung OEMs to secure platform protections for Search, and Play and critical apps protections on more devices

- **Introduce a new platform tier of RSA** to secure browser defaults and assistant DHS exclusivity & gesture at scale
- **Offer up to** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ **in 2020 and up to** ▓▓▓▓▓▓▓ (steady state) in addition to the **bonus tier of current RSA** to secure Play exclusivity, Android upgrades, and distribution for critical apps (Comms suite, Pay, Photos, Gmail, Gcal, Discover suite)
- Offer additional ▓▓ of Search & Assistant revenue share to most strategic partners (for **total** of ▓▓ for ▓▓ and ▓▓ for carriers) to incentivize clean UI devices with full set of Google apps

*Note: Total Search Distribution Revenue via Android Forecast includes Non-RSA Partner Dist. Rev*

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                GOOG-PLAY-004488107.R



Privileged & Confidential

## Since 2016, ecosystem dynamics have changed and competition has increased. Gaps in coverage exist.

**1 Search and Assistant** (Bing, amazon)

- **EC** ruling created opportunity for **rivals to secure full Search exclusivity** on devices in EEA
- **Microsoft and Amazon actively pursuing deals for Bing/Alexa** on devices not covered by RSA (e.g. Bing is a default search on Xiaomi & Vivo in India; Alexa is prominent on LG/ Moto Prime phones)

**2 Play / Android**

- Chinese OEMs have **alternative stores preloaded on ~80% of Android devices,** and have a meaningful overlap with Play offering; **Huawei working on their own OS**
- **Samsung ramped up investments into their own store** with S10 launch
- **If Play is less relevant for OEMs, MADA protections may be at risk** (leading to higher TAC)

**3 Other apps**

- Chinese OEMs have **~90% services overlap with GMS apps and are at an inflection point on expanding their** services outside China & India, [redacted]
- iOS users expect **cohesive set of services** incl. Messages, Photos, Music, Mail, etc. and view lack of unified offering on Android as a deterrent for **switching**

**4 Android reach [Carriers]**

- Android **share is under pressure in US** (lost 6ppt in 2018; 2% DAU decline), and **developed markets where most of the last year Android gains were driven by Huawei;** Huawei ban puts ~250M shipments at risk over 2yrs

*NOTES: 1) Based on MagicEye study of Android One devices, controlling for user, device, and geo*

5



OS Upgrades and Play Exclusivity
Google approves the UX/SW experience, subject to change by Google, which today includes: deep integrations for Assistant, Clean UI, Defaults/ exclusivity for Comms, Pay, Photos, News/Podcast, Gmail, GCal)



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004488115.R

**Strategic**
Aligns rapidly growing CN OEMs with Google before they pass the pivotal moment in 1P services growth (e.g. Xiaomi generated ████ revenue from 1P services and ads in IN/ID)
Promotes Android and Google by advancing cleaner, more secure, fresher UX

**App efficiency**
Per device** and operational savings by consolidating standalone bounties:
Xiaomi: GFD is ███ more expensive than app bounties, but adds Play, Clean UI, Photos, Gmail and Gcal protections
LG: ███ savings per device after 2020 (GFD is $0.1 more expensive vs. app bounties until button deal runs out)
Other non CN OEMs ███ savings per device (incl. HW button)

**Additional potential upside (not part of the deal model)**
███ in marketing by carriers (might require additional 1-2 HC to manage)
3-5pts revenue uplift for Google Forward devices via Search & Play
Clean devices are 15-20% more likely to attract iOS switchers

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                              GOOG-PLAY-004488116.R