| | |
|---|---|
| Paul J. Riehle (SBN 115199) <br> paul.riehle@faegredrinker.com <br> **FAEGRE DRINKER BIDDLE & REATH LLP** <br> Four Embarcadero Center, 27th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 591-7500 <br><br> Christine A. Varney (*pro hac vice*) <br> cvarney@cravath.com <br> **CRAVATH, SWAINE & MOORE LLP** <br> 825 Eighth Avenue <br> New York, New York 10019 <br> Telephone: (212) 474-1000 <br><br> *Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* <br><br> [Additional counsel appear on signature page] | Douglas J. Dixon (SBN 275389) <br> ddixon@hueston.com <br> **HUESTON HENNIGAN LLP** <br> 620 Newport Center Drive, Suite 1300 <br> Newport Beach, CA 92660 <br> Telephone: (949) 229-8640 <br><br> *Counsel for Plaintiffs Match Group, LLC, et al.* <br><br> Glenn D. Pomerantz (SBN 112503) <br> glenn.pomerantz@mto.com <br> **MUNGER, TOLLES & OLSON LLP** <br> 350 South Grand Avenue, Fiftieth Floor <br> Los Angeles, California 90071 <br> Telephone: (213) 683-9100 <br><br> Brian C. Rocca (SBN 221576) <br> brian.rocca@morganlewis.com <br> **MORGAN, LEWIS & BOCKIUS LLP** <br> One Market, Spear Street Tower <br> San Francisco, CA 94105-1596 <br> Telephone: (415) 442-1000 <br><br> *Counsel for Defendants Google LLC et al* |

STIP. RE DEADLINE TO FILE PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:22-cv-02746-JD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*,<br>Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATED [PROPOSED] ORDER REGARDING THE DEADLINE TO FILE PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS**<br><br>Judge: Hon. James Donato |
|---|---|

-2-   Case No. 3:20-cv-05761-JD

STIP. RE DEADLINE TO FILE PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:22-cv-02746-JD

1  WHEREAS, under the Court's Standing Order for Civil Jury Trials, the parties were due to
2 file proposed jury instructions and verdict forms on October 5, 2023;
3  WHEREAS, Plaintiff Epic Games, Inc. ("Epic"), Plaintiffs Match Group LLC, et al.
4 ("Match"), and Defendants Google et al. ("Google") (collectively, the "Parties") filed a Stipulation
5 and Proposed Order Regarding the Deadline to File Proposed Jury Instructions and Verdict Forms
6 such that the deadline for the Parties to submit their proposed final jury instructions and verdict form
7 was continued from October 5, 2023 to October 13, 2023;
8  WHEREAS, the Parties have continued exchanging drafts of jury instructions and verdict
9 forms with one another and have continued to narrow disputed issues; and
10  WHEREAS, the parties believe that a short extension of additional time to meet and confer
11 will allow the Parties to crystallize remaining issues to further streamline issues for the Court.
12  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED SUBJECT TO THE
13 COURT'S APPROVAL:
14  ● The deadline for Epic, Match and Google to submit their proposed final jury instructions
15    and verdict form is continued from Friday, October 13, 2023 to Monday, October 16,
16    2023.

18  Dated: October 12, 2023           CRAVATH, SWAINE & MOORE LLP
                                      Christine Varney (pro hac vice)
19                                    Gary A. Bornstein (pro hac vice)
                                      Timothy G. Cameron (pro hac vice)
20                                    Yonatan Even (pro hac vice)
                                      Lauren A. Moskowitz (pro hac vice)
21                                    Justin C. Clarke (pro hac vice)
                                      Michael J. Zaken (pro hac vice)
22                                    M. Brent Byars (pro hac vice)

                                      FAEGRE DRINKER BIDDLE & REATH LLP
24                                    Paul J. Riehle (SBN 115199)

                                      Respectfully submitted,
26                                    By:   /s/  Gary A. Bornstein
                                            Gary A. Bornstein

                                      *Counsel for Plaintiff Epic Games, Inc.*

Dated: October 12, 2023　　　　　　　　HUESTON HENNIGAN LLP
　　　　　　　　　　　　　　　　　　　　　Douglas J. Dixon
　　　　　　　　　　　　　　　　　　　　　Christine Woodin
　　　　　　　　　　　　　　　　　　　　　Joseph A. Reiter

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:　/s/　*Douglas J. Dixon*
　　　　　　　　　　　　　　　　　　　　　　　Douglas J. Dixon

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs Match Group, LLC et al.*

Dated: October 12, 2023　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP
　　　　　　　　　　　　　　　　　　　　　Brian C. Rocca
　　　　　　　　　　　　　　　　　　　　　Sujal J. Shah
　　　　　　　　　　　　　　　　　　　　　Minna L. Naranjo
　　　　　　　　　　　　　　　　　　　　　Rishi P. Satia
　　　　　　　　　　　　　　　　　　　　　Michelle Park Chiu

　　　　　　　　　　　　　　　　　　　　By:　/s/　*Brian C. Rocca*
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Rocca

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Google LLC et al.*

Dated: October 12, 2023　　　　　　　　MUNGER, TOLLES & OLSON LLP
　　　　　　　　　　　　　　　　　　　　　Glenn D. Pomerantz
　　　　　　　　　　　　　　　　　　　　　Kyle W. Mach
　　　　　　　　　　　　　　　　　　　　　Kuruvilla Olasa
　　　　　　　　　　　　　　　　　　　　　Justin P. Raphael
　　　　　　　　　　　　　　　　　　　　　Emily C. Curran-Huberty
　　　　　　　　　　　　　　　　　　　　　Jonathan I. Kravis

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Glenn D. Pomerantz*
　　　　　　　　　　　　　　　　　　　　　　　Glenn D. Pomerantz

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Google LLC et al.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____            _____
                                        HON. JAMES DONATO
                                        United States District Judge

# E-FILING ATTESTATION

I, Douglas J. Dixon, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Douglas J. Dixon*
Douglas J. Dixon