| | |
|---|---|
| Brian C. Rocca, State Bar No. 221576<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br><br>Glenn D. Pomerantz, State Bar No. 112503<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>*Counsel for Defendants Google LLC, et al.* | Douglas J. Dixon, State Bar No. 275389<br>ddixon@hueston.com<br>**HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 229-8640<br><br>*Counsel for Plaintiffs Match Group, LLC;<br>Humor Rainbow, Inc.; PlentyofFish Media<br>ULC; and People Media, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Match Group, LLC, et al., v. Google LLC et al.*,<br>Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Judge:  Hon. James Donato |

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)
Case Nos. 3:21-md-02981-JD; 3:22-cv-02746-JD

1  WHEREAS, Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc. (collectively, "Match Group") first filed this action (Case No. 3:22-cv-02746-JD) on May 9, 2022 (ECF No. 1);

WHEREAS, Defendants Google LLC; Google Ireland Limited.; Google Commerce Ltd.; Google Asia Pacific Pte. Ltd.; and Google Payment Corp. (collectively, "Google") first filed counterclaims in this action on July 11, 2022 (ECF No. 55);

WHEREAS, Match Group and Google have reached an agreement to dismiss the above-entitled action (Case No. 3:22-cv-02746-JD), including all claims and counterclaims asserted herein, with prejudice and with each side to bear their own attorneys' fees and costs;

THEREFORE, Match Group and Google, by and through their respective counsel, stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-entitled action (Case No. 3:22-cv-02746-JD), including all claims and counterclaims, shall be dismissed in its entirety with prejudice; and

2. The Parties shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  October 31, 2023      MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Brian C. Rocca
    Brian C. Rocca
    *Counsel for Defendants Google LLC et al.*

Dated:  October 31, 2023      MUNGER, TOLLES & OLSON LLP

By: /s/ Glenn D. Pomerantz
    Glenn D. Pomerantz
    *Counsel for Defendants Google LLC et al.*

Dated:  October 31, 2023      HUESTON HENNIGAN LLP

By: /s/ Douglas J. Dixon
    Douglas J. Dixon
    *Counsel for Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc.*

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)
Case Nos. 3:21-md-02981-JD; 3:22-cv-02746-JD
1

**E-FILING ATTESTATION**

I, Joseph A. Reiter, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

|  | */s/ Joseph A. Reiter* |
|---|---|
|  | Joseph A. Reiter |

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)
Case Nos. 3:21-md-02981-JD; 3:22-cv-02746-JD
2