1  Brian C. Rocca, Bar No. 221576
   brian.rocca@morganlewis.com
2  Sujal J. Shah, Bar No. 215230
   sujal.shah@morganlewis.com
3  Michelle Park Chiu, Bar No. 248421
4  michelle.chiu@morganlewis.com
   Minna Lo Naranjo, Bar No. 259005
5  minna.naranjo@morganlewis.com
   Rishi P. Satia, Bar No. 301958
6  rishi.satia@morganlewis.com
7  **MORGAN, LEWIS & BOCKIUS LLP**
   One Market, Spear Street Tower
8  San Francisco, CA 94105-1596
   Telephone: (415) 442-1000
9
   Richard S. Taffet, *pro hac vice*
10 richard.taffet@morganlewis.com
   **MORGAN, LEWIS & BOCKIUS LLP**
11 101 Park Avenue
   New York, NY 10178-0060
12 Telephone: (212) 309-6000
13
   *Counsel for Defendants*
14

   Glenn D. Pomerantz, Bar No. 112503
   glenn.pomerantz@mto.com
   Kuruvilla Olasa, Bar No. 281509
   kuruvilla.olasa@mto.com
   **MUNGER, TOLLES & OLSON LLP**
   350 South Grand Avenue, Fiftieth Floor
   Los Angeles, California 90071
   Telephone: (213) 683-9100

   Kyle W. Mach, Bar No. 282090
   kyle.mach@mto.com
   Justin P. Raphael, Bar No. 292380
   justin.raphael@mto.com
   Emily C. Curran-Huberty, Bar No. 293065
   emily.curran-huberty@mto.com
   Dane P. Shikman, Bar No. 313656
   dane.shikman@mto.com
   Rebecca L. Sciarrino, Bar No. 336729
   rebecca.sciarrino@mto.com
   **MUNGER, TOLLES & OLSON LLP**
   560 Mission Street, Twenty Seventh Fl.
   San Francisco, California 94105
   Telephone: (415) 512-4000

   Jonathan I. Kravis, *pro hac vice*
   jonathan.kravis@mto.com
   Lauren Bell, *pro hac vice*
   lauren.bell@mto.com
   **MUNGER, TOLLES & OLSON LLP**
   601 Massachusetts Ave. NW, Ste 500E
   Washington, D.C. 20001
   Telephone: (202) 220-1100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **NOTICE OF CHANGE IN COUNSEL** |
| *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Judge:   Hon. James Donato |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |

51336295.1

1  *State of Utah et al. v. Google LLC et al.*,
   Case No. 3:21-cv-05227-JD

2  

3  *Match Group, LLC et al. v. Google LLC et al.*,
   Case No. 3:22-cv-02746-JD

4  

5        TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF

6  RECORD:

7        Please remove Kyle W. Mach (California State Bar Number 282090) as counsel in this

8  matter. Defendants Alphabet, Inc.; Google LLC; Google Ireland Limited; Google Commerce

9  Limited; Google Asia Pacific PTE. Limited; and Google Payment Corp. will continue to be

10 represented by counsel on record of Munger, Tolles & Olson LLP. Please remove Mr. Mach's

11 e-mail address, kyle.mach@mto.com, from the docket and distribution.

12 DATED: January 26, 2024      Respectfully submitted,

14       By:    */s/ Kyle W. Mach*
              Kyle W. Mach

16 MUNGER TOLLES & OLSON LLP
     Glenn D. Pomerantz
     Kuruvilla Olasa
17   Emily C. Curran-Huberty
     Jonathan I. Kravis
18   Lauren Bell
     Justin P. Raphael
19   Kyle W. Mach
     Dane Shikman
20   Rebecca L. Sciarrino
     Jamie B. Luguri
21   Lauren N. Beck

23 MORGAN, LEWIS & BOCKIUS LLP
     Minna Lo Naranjo
     Brian C. Rocca
24   Sujal J. Shah
     Michelle Park Chiu
25   Rishi P. Satia

26       *Counsel for Defendants*

51336295.1  -2-  Case No. 3:20-cv-05671-JD

NOTICE OF CHANGE IN COUNSEL
Case Nos.  3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD