| | |
|---|---|
| Ian Simmons, *pro hac vice* <br> isimmons@omm.com <br> Benjamin Bradshaw, Bar No. 189925 <br> bbradshaw@omm.com <br> Sergei Zaslavsky, *pro hac vice* <br> szaslavsky@omm.com <br> O'MELVENY & MYERS LLP <br> 1625 Eye Street, NW <br> Washington, DC 20006-4061 <br> Telephone: (202) 383-5300 <br> Facsimile: (202) 383-5414 <br><br> Daniel Petrocelli, Bar No. 97802 <br> dpetrocelli@omm.com <br> O'MELVENY & MYERS LLP <br> 1999 Avenue of the Stars, 8th Floor <br> Los Angeles, CA 90067-6035 <br> Telephone: (310) 553-6700 <br> Facsimile: (310) 246-6779 | Stephen McIntyre, Bar No. 274481 <br> smcintyre@omm.com <br> O'MELVENY & MYERS LLP <br> 400 South Hope Street, 18th Floor <br> Los Angeles, CA 90071-2899 <br> Telephone: (213) 430-6000 <br> Facsimile: (213) 430-6407 <br><br> Mia Gonzalez, *pro hac vice* <br> mgonzalez@omm.com <br> Laura Aronsson, Bar No. 304263 <br> laronsson@omm.com <br> O'MELVENY & MYERS LLP <br> Times Square Tower <br> 7 Times Square <br> New York, NY 10036 <br> Telephone:(212) 326-2000 <br> Facsimile (212) 326-2061 |

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** <br><br> THIS DOCUMENT RELATES TO: <br><br> *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD <br><br> *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD <br><br> *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD <br><br> *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD <br><br> *Match Group, LLC v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE** <br><br> Judge: Hon. James Donato |

**TO THE CLERK AND ALL PARTIES OF RECORD**:  Please take notice that Daniel Petrocelli, Ian Simmons, Benjamin Bradshaw, Laura Aronsson, Mia Gonzalez, Sergei Zaslavsky,

- 2 -

1  and Stephen McIntyre of O'Melveny & Myers LLP, and Kendall Collins, formerly of O'Melveny
2  & Myers LLP, hereby withdraw their appearances on behalf of Defendants Alphabet, Inc.,
3  Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte Ltd.,
4  and Google Payment Corp. ("Defendants") in the above-captioned action.  Defendants will
5  continue to be represented by other counsel of record in this action.

Dated: February 9, 2024

IAN SIMMONS

By: /s/ Ian Simmons
Ian Simmons
Benjamin Bradshaw
Sergei Zaslavsky
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Tel: (202) 383-5300
isimmons@omm.com
bbradshaw@omm.com
szaslavsky@omm.com

Daniel Petrocelli
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067
Tel: (310) 553-6700
dpetrocelli@omm.com

Stephen McIntyre
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Tel: (213) 430-6000
smcintyre@omm.com

Mia Gonzalez
Laura Aronsson
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
mgonzalez@omm.com
laronsson@omm.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2024, I caused a copy of the foregoing to be served via the electronic case file system upon counsel of record for all parties.

> */s/ Ian Simmons*
> Ian Simmons